**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Plaintiff, | : : : | |
| v. | : : : | |
| TOLEDO MACK SALES & SERVICE, INC., and | : : : | JURY TRIAL DEMANDED |
| PAI INDUSTRIES, INC., 950 Northbrook Parkway, Suwanee, GA, | : : : | |
| Defendants. | : | |

## MOTION FOR PRELIMINARY INJUNCTION AND IMPOUNDING OF INFRINGING GOODS

Mack Trucks, Inc. ("Mack") moves this Court for an Order granting a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65, and for an Order impounding goods infringing Mack's copyrights pursuant to 17 U.S.C. § 503, after a hearing held on the merits, and in support hereof, relies upon and incorporates the reasons set forth in its Answer and Counterclaims and accompanying Memorandum of Law, as if set out herein in full.

        Respectfully submitted,

        _____
        Jon A. Baughman (14043)
        Jeremy Heep (75607)
        Barak A. Bassman (85626)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        18th and Arch Streets
        Philadelphia, PA  19103-2799
        215.981.4000

        Attorneys for Defendant Mack Trucks, Inc.

Dated: _____