IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | } } } | |
| Plaintiff, | } } | Civil Action No. 2:02-CV-04373-RLB |
| v. | } } } | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | } } | |
| Defendant. | } | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | } } | |
| Plaintiff, | } } | |
| v. | } } } | |
| TOLEDO MACK SALES & SERVICE, INC., and | } } } | JURY TRIAL DEMANDED |
| PAI INDUSTRIES, INC., 950 Northbrook Parkway Suwanee, Georgia, | } } } } } | |
| Defendants. | } | |

### COUNTERCLAIM DEFENDANT PAI INDUSTRIES, INC.'S MOTION TO DISMISS COUNT V OF DEFENDANT/COUNTERCLAIM PLAINTIFF MACK TRUCK, INC.'S COUNTERCLAIM

COMES NOW Counterclaim Defendant PAI Industries, Inc. ("PAI") and moves the

Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Count V of Defendant/Counterclaim

Plaintiff Mack Trucks, Inc.'s ("Mack") Counterclaim, on the grounds that Count V fails to state a

claim upon which relief may be granted.

In support of its Motion, PAI relies upon its Memorandum of Law In Support of Its

Motion to Dismiss, filed simultaneously herewith.

WHEREFORE, PAI respectfully requests that its Motion be GRANTED, and that Count

V of Mack's Counterclaim be dismissed with prejudice.

This 16th day of September, 2002.

Respectfully submitted,

WIGGIN & DANA LLP


By:    _____

        Joseph Schumacher
        Kimberly S. Toomey
        Quaker Park
        1001 Hector Street
        Conshohocken, Pennsylvania 19428
        (610) 834-2400
        (610) 834-3055 fax

Attorney for Counterclaim
Defendant PAI Industries, Inc.


OF COUNSEL

Stephen M. Dorvee
Ga. Bar 226989
Scott E. Taylor
Ga. Bar 785596
Ashley M. Steiner
Ga. Bar 678211
ARNALL GOLDEN GREGORY LLP
2800 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 873-8500
(404) 873-8501 fax

1507894v1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2002 I served the foregoing **COUNTERCLAIM DEFENDANT PAI INDUSTRIES, INC.'S MOTION TO DISMISS** by First Class U.S. mail to:

Jon A. Baughman
Jeremy Heep
Barak A. Bassman
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Wayne A. Mack
J. Manly Parks
Duane Morris LLP
One Liberty Place
Philadelphia, PA  19103-7396

_____
Kimberly S. Toomey

1507894v1