IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | } } } |
| Plaintiff, | } Civil Action No. } 2:02-CV-04373-RLB |
| v. | } } JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | } } |
| Defendant. | } |

| | |
|---|---|
| MACK TRUCKS, INC., | } } |
| Plaintiff, | } } |
| v. | } } |
| TOLEDO MACK SALES & SERVICE, INC., and | } JURY TRIAL DEMANDED } } |
| PAI INDUSTRIES, INC., 950 Northbrook Parkway Suwanee, Georgia, | } } } } |
| Defendants. | } |

**ORDER DISMISSING COUNT V OF MACK TRUCKS, INC.'S COUNTERCLAIM**

**AND NOW,** this ____ day of _____, 2002, upon consideration of Counterclaim Defendant PAI Industries, Inc.'s ("PAI's") Motion to Dismiss Count V of Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Counterclaim, and any opposition, it is hereby **ORDERED** that PAI's Motion be **GRANTED**, and that Count V of the Counterclaim filed by Defendant/Counterclaim Plaintiff Mack Trucks, Inc. be **DISMISSED** with prejudice.

                                                                                          _____
                                                                                          HONORABLE RONALD BUCKWALTER

1507897v1