# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC. and | : : : | |
| PAI INDUSTRIES, INC., | : : | |
| Counterclaim Defendants. | : : : | |

## **ORDER**

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion of Plaintiff Toledo Mack Sales & Service, Inc. to Dismiss Defendant Mack Trucks, Inc.'s Counterclaims Against Plaintiff Toledo Mack Sales & Service, Inc., Pursuant To Fed. R. Civ. P. 12(b)(6), and any response thereto, it is hereby ORDERED that said Motion to Dismiss is GRANTED and that Counts I, II, III, and VI of Defendants COUNTERCLAIM are DISMISSED with prejudice as to Plaintiff Toledo Mack Sales &

Service, Inc. and judgment is hereby ENTERED in favor of Toledo Mack Sales & Service, Inc. and against Mack Trucks, Inc..

BY THE COURT:

_____

Buckwalter, J.

PH2\675754.1