**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.**   : | |
| : | |
| **Plaintiff,**   : | |
| : | |
| **vs.**   : | |
| : | **Civil Action No.: 02-4373** |
| : | |
| **MACK TRUCK, INC., et al.**   : | |
| **Defendant.**   : | |
| : | |

---

**O R D E R**

AND NOW, this \_\_\_\_ day of _____, 2002, upon consideration of Counterclaim

Defendant PAI Industries, Inc.'s motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Stephen Dorvee, it is

ORDERED that the Motion is GRANTED.  It is further

ORDERED that Stephen Dorvee is admitted <u>pro</u> <u>hac</u> <u>vice</u> and may actively participate in

the above matter, subject to Local Rule 83.5.2 and 83.6.

BY THE COURT:

_____
HONORABLE RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**TOLEDO MACK SALES & SERVICE, INC.**    :
                                         :
                                **Plaintiff,**    :
                                         :
            **vs.**                      :
                                         :    **Civil Action No.: 02-4373**
                                         :
**MACK TRUCK, INC., et al.**             :
                                **Defendant.**    :
_____ :

## O R D E R

AND NOW, this _____ day of _____, 2002, upon consideration of Counterclaim

Defendant PAI Industries, Inc.'s motion for the admission pro hac vice of Scott Taylor, it is

ORDERED that the Motion is GRANTED.  It is further

ORDERED that Scott Taylor is admitted pro hac vice and may actively participate in

the above matter, subject to Local Rule 83.5.2 and 83.6.

BY THE COURT:

_____

HONORABLE RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**TOLEDO MACK SALES & SERVICE, INC.**          :
                                                :
                                   **Plaintiff,**   :
                                                :
                          **vs.**               :
                                                :          **Civil Action No.: 02-4373**
                                                :
**MACK TRUCK, INC., et al.**                    :
                                   **Defendant.**   :
_____:

### O R D E R

AND NOW, this _____ day of _____, 2002, upon consideration of Counterclaim

Defendant PAI Industries, Inc.'s motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Ashley Steiner, it is

ORDERED that the Motion is GRANTED.  It is further

ORDERED that Ashley Steiner is admitted <u>pro</u> <u>hac</u> <u>vice</u> and may actively participate in

the above matter, subject to Local Rule 83.5.2 and 83.6.

BY THE COURT:

_____
HONORABLE RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | **Civil Action No.: 02-4373** |
| : | |
| **MACK TRUCK, INC., et al.** : | |
| **Defendant.** : | |
| : | |

---

**DEFENDANT PAI INDUSTRIES, INC.'S MOTION FOR PRO HAC VICE ADMISSION
OF STEPHEN DORVEE, SCOTT TAYLOR AND ASHLEY STEINER**

Counterclaim defendant PAI Industries, Inc. hereby moves this Court to permit Stephen

Dorvee, Scott Taylor and Ashley Steiner to actively participate in the proceedings in this matter

in accordance with Rule 83.5 of the Local Rules of Civil Procedure of the United States District

Court for the Eastern District of Pennsylvania. PAI Industries, Inc. relies upon the attached

Error! Unknown document property name.

Certification of Kimberly S. Toomey and the Affidavits of Stephen Dorvee, Scott Taylor and

Ashley Steiner.

WIGGIN & DANA LLP


BY:_____

     Joseph Schumacher
     Kimberly S. Toomey
     Quaker Park
     1001 Hector St.
     Conshohocken, PA 19428
     (610) 834-2400
     (610) 834-3055 (fax)

     Attorneys for Counterclaim
     Defendant PAI Industries, Inc.


Dated:  October 15, 2002


Error! Unknown document property name.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : |
| | :     **Civil Action No.: 02-4373** |
| | : |
| **MACK TRUCK, INC., et al.** | : |
| **Defendant.** | : |

---

**CERTIFICATION OF KIMBERLY S. TOOMEY IN SUPPORT OF MOTION FOR
<u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION OF STEPHEN DORVEE,
SCOTT TAYLOR AND ASHLEY STEINER**

In support of counterclaim defendant PAI Industries, Inc.'s request for the <u>pro</u> <u>hac</u> <u>vice</u> admission of  Stephen Dorvee, Scott Taylor and Ashley Steiner in accordance with Rule 83.5 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Kimberly S. Toomey states the following:

1.      I am an attorney for counterclaim defendant PAI Industries, Inc.  I am a member in good standing of the bars of the Supreme Court of Pennsylvania and the Supreme Court of New Jersey.  I am also a member in good standing of the bar of this Court.

2.      Counterclaim defendant PAI Industries, Inc. has requested that Stephen Dorvee, Scott Taylor and Ashley Steiner represent its interests in this matter.

Error! Unknown document property name.

3.      Stephen Dorvee is a duly licensed attorney admitted to practice in the State of Georgia since 1982 by the Georgia Supreme Court.  He is also a member in good standing of the following bars: the United States District Court for the Northern District of Georgia since 1983; the United States District Court for the Middle District of Georgia since 1991; the United States Court of Appeals for the Eleventh Circuit since 1986; the United States District Court for the District of Colorado since 2001; United States Court of Appeals for the Third Circuit since 1989.

4.      Scott Taylor is a duly licensed attorney admitted to practice in the State of Georgia since 1990.  He is also a member in good standing of the following bars: the United States District Court for the Northern District of Georgia since 1990; United States District Court for the Middle District of Georgia since 1991; United States Court of Appeals for the Eleventh Circuit since 1990.

5.      Ashley Steiner is a duly licensed attorney admitted to practice in the State of Georgia since 1997.  She is also a member in good standing of the following bars: the United States District Court for the Northern District of Georgia since 1998; the United States Court of Appeals for the Fifth Circuit since 1998.

6.      Messrs. Dorvee and Taylor and Ms. Steiner are attorneys in good standing in all jurisdictions in which they are admitted.  Copies of their Certificates of Good Standing in the U.S. District Court for the Northern District of Georgia are attached to their Affidavits.

7.      Pursuant to Local Rule 83.5.2, all notices, orders and pleadings may be served upon the undersigned counsel of record, who shall promptly notify specially admitted associate counsel.

Error! Unknown document property name.

8.    Wayne Mack, attorney for plaintiff, and Jeremy Heep, attorney for defendant/counterclaim plaintiff, consent to the admission <u>pro</u> <u>hac</u> <u>vice</u> of Mr. Dorvee, Mr. Taylor and Ms. Steiner.

WHEREFORE, I certify that the foregoing statements are true and correct to the best of my knowledge.

_____
Kimberly S. Toomey

**Dated:  October 15, 2002**

Error! Unknown document property name.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | **Civil Action No.: 02-4373** |
| : | |
| **MACK TRUCK, INC., et al.** : | |
| **Defendant.** : | |
| : | |

<u>**AFFIDAVIT OF STEPHEN DORVEE**</u>

In support of counterclaim defendant PAI Industries, Inc.'s request for the <u>pro</u> <u>hac</u> <u>vice</u> admission of  Stephen Dorvee, Scott Taylor and Ashley Steiner in accordance with Rule 83.5 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Stephen Dorvee states the following:

1.      I am an attorney for counterclaim defendant PAI Industries, Inc.  I am a member in good standing of the bars of the Supreme Court of Georgia (add year).  I am also a member in good standing of the bar of the United States District Court for the Northern District of Georgia (1983); the United States District Court for the Middle District of Georgia (1991); the United States Court of Appeals for the Eleventh Circuit  (1986); the United States District Court for the District of Colorado (2001); the United States Court of Appeals for the Third District since 1989.

2.      Counterclaim defendant PAI Industries, Inc. has requested that I represent its interests in this matter.

Error! Unknown document property name.

3.      I am an attorney in good standing in all jurisdictions in which I am admitted and I have never been disbarred, suspended or sanctioned by any Court.  A copy of my Certificate of Good Standing in the U.S. District Court for the Northern District of Georgia is attached to this Affidavit.

4      Pursuant to Local Rule 83.5.2, all notices, orders and pleadings may be served upon local counsel of record, Joseph Schumacher and Kimberly S. Toomey, who shall promptly notify specially admitted associate counsel.

I certify that the foregoing statements are true and correct to the best of my knowledge.

_____
Stephen Dorvee

Sworn and Subscribed this \_\_\_\_
day of _____, 2002 before
_____
Notary Public

My commission expires:

Error! Unknown document property name.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : |
| | :    **Civil Action No.: 02-4373** |
| | : |
| **MACK TRUCK, INC., et al.** | : |
| **Defendant.** | : |

---

**<u>AFFIDAVIT OF SCOTT TAYLOR</u>**

In support of counterclaim defendant PAI Industries, Inc.'s request for the <u>pro</u> <u>hac</u> <u>vice</u> admission of  Stephen Dorvee, Scott Taylor and Ashley Steiner in accordance with Rule 83.5 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Scott Taylor states the following:

1.    I am an attorney for counterclaim defendant PAI Industries, Inc.  I am a member in good standing of the bars of the Supreme Court of Georgia (add year).  I am also a member in good standing of the bar of the United States District Court for the Northern District of Georgia (1990); United States District Court for the Middle District of Georgia (1991); United States Court of Appeals for the Eleventh Circuit (1990).

2.    Counterclaim defendant PAI Industries, Inc. has requested that I represent its interests in this matter.

Error! Unknown document property name.

3.      I am an attorney in good standing in all jurisdictions in which I am admitted and I have never been disbarred, suspended or sanctioned by any Court.  A copy of my Certificate of Good Standing in the U.S. District Court for the Northern District of Georgia is attached to this Affidavit.

4       Pursuant to Local Rule 83.5.2, all notices, orders and pleadings may be served upon local counsel of record, Joseph Schumacher and Kimberly S. Toomey, who shall promptly notify specially admitted associate counsel.

I certify that the foregoing statements are true and correct to the best of my knowledge.

_____
Scott Taylor

Sworn and Subscribed this \_\_\_\_
day of _____, 2002 before
_____
Notary Public

My commission expires:

Error! Unknown document property name.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **TOLEDO MACK SALES & SERVICE, INC.** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : |
| | :     **Civil Action No.: 02-4373** |
| | : |
| **MACK TRUCK, INC., et al.** | : |
| **Defendant.** | : |

---

<u>**AFFIDAVIT OF ASHLEY STEINER**</u>

In support of counterclaim defendant PAI Industries, Inc.'s request for the <u>pro</u> <u>hac</u> <u>vice</u> admission of Stephen Dorvee, Scott Taylor and Ashley Steiner in accordance with Rule 83.5 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Ashley Steiner states the following:

1.      I am an attorney for counterclaim defendant PAI Industries, Inc.  I am a member in good standing of the state bar of Georgia (1997) and the Supreme Court of Georgia (1998).  I am also a member in good standing of the bar of the United States District Court for the Northern District of Georgia (1998) and the bar of the United States Court of Appeals for the Fifth Circuit (1998).

2.      Counterclaim defendant PAI Industries, Inc. has requested that I represent its interests in this matter.

Error! Unknown document property name.

3.	I am an attorney in good standing in all jurisdictions in which I am admitted and I have never been disbarred, suspended or sanctioned by any Court.  A copy of my Certificate of Good Standing in the U.S. District Court for the Northern District of Georgia is attached to this Affidavit.

4	Pursuant to Local Rule 83.5.2, all notices, orders and pleadings may be served upon local counsel of record, Joseph Schumacher and Kimberly S. Toomey, who shall promptly notify specially admitted associate counsel.

I certify that the foregoing statements are true and correct to the best of my knowledge.


_____
Ashley Steiner

Sworn and Subscribed this _____
day of _____, 2002 before
_____
Notary Public

My commission expires:

<u>CERTIFICATE OF SERVICE</u>

I, Kimberly S. Toomey, certify that I have this day served a true and correct copy of the

below described pleading or motion upon opposing counsel at the address listed below:


Pleading or Motion served:             Counterclaim Defendant PAI Industries, Inc.'s
                                       Motion for <u>Pro</u> <u>Hac</u> <u>Vice</u> Admission of Stephen
                                       Dorvee, Scott Taylor and Ashley Steiner


Opposing Counsel:                      Wayne Mack
                                       Duane Morris LLP
                                       One Liberty Place
                                       Philadelphia, PA 19103-7396


                                       Jeremy Heep, Esquire
                                       Pepper Hamilton LLP
                                       3000 Two Logan Square
                                       18th and Arch Streets
                                       Philadelphia, PA 19103-2799

Mode of Service:                       Via first class mail


                                       _____
                                       Kimberly S. Toomey

Date:  October 15, 2002


Error! Unknown document property name.