IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| Plaintiff, | : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | : | |
| Defendant. | : | |
| MACK TRUCKS, INC., | : | |
| Plaintiff, | : | |
| v. | : | |
| TOLEDO MACK SALES & SERVICE, INC., and | : | JURY TRIAL DEMANDED |
| PAI INDUSTRIES, INC., 950 Northbrook Parkway, Suwanee, GA, | : | |
| Defendants. | : | |

## JOINT REPORT OF PARTIES' PLANNING MEETING

Pursuant to Order of this Court dated September 18, 2002 and Fed.R.Civ.P. 26(f), a meeting was held on September 25, 2002.

Pursuant to that meeting, the parties hereby respectfully and jointly submit this

- 1 -

Report and Plan. Each party reserves the right to seek leave of Court to vary any of the terms or limits set forth below on good cause shown.

I.  **PRE-DISCOVERY DISCLOSURES**

The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within the time provided by the rules.

II. **DISCOVERY PLAN**

The parties jointly propose the following discovery deadlines:

A.  Fact Discovery to be completed on or before June 30, 2003.

B.  Expert reports in support of parties' respective affirmative claims to be served on or before July 31, 2003.

C.  Expert reports in opposition or response to affirmative expert reports to be served on or before August 31, 2003.

D.  Any expert reports in reply to opposition reports to be served on or before September 15, 2003.

E.  All dispositive motions to be filed on or before October 16, 2003.

F.  Opposition to dispositive motions to be filed on or before November 15, 2003.

G.  Any reply to opposition to dispositive motions to be filed on or before November 30, 2003.

H.  Trial to begin in January 2004.

Respectfully Submitted,

_____
Jon A. Baughman (14043)
Jeremy Heep (75607)
Barak A. Bassman (85626)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000


_____
Wayne A. Mack, Esquire
Mark B. Schoeller, Esquire
J. Manly Parks, Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
215.979.1000


_____
Stephen M. Dorvee, Esquire
Scott E. Taylor, Esquire
Ashley M. Steiner, Esquire
Arnall Golden Gregory LLP
2800 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404.873.8680

10/09/2002 16:55 FAX 1 215 979 1020    Duane Morris 39    @002/002
Case 2:02-cv-04373-RB    Document 24    Filed 10/09/2002    Page 4 of 5    Page 2

Marva K. Kidd - Rule 26 Report.WPD

I. **PRE-DISCOVERY DISCLOSURES**

The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within the time provided by the Federal Rules of Civil Procedure.

II. **DISCOVERY PLAN**

The parties jointly propose the following discovery deadlines:

A. Fact Discovery to be completed on or before June 30, 2003.
B. Any expert reports in support of parties' respective affirmative claims to be served on or before July 31, 2003.
C. Any expert reports in opposition or response to affirmative expert reports to be served on or before August 31, 2003.
D. Any expert reports in reply to opposition reports to be served on or before September 15, 2003.
E. All dispositive motions to be filed on or before October 16, 2003.
F. Opposition to dispositive motions to be filed on or before November 15, 2003.
G. Any reply to opposition to dispositive motions to be filed on or before November 30, 2003.
H. Trial to begin in January 2004.

Respectfully Submitted,

Jon A. Baughman (14043)
Jeremy Heep (75607)
Barak A. Bassman (85626)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000

*[signature]*

Wayne A. Mack, Esquire
Mark B. Schoeller, Esquire
J. Manly Parks, Esquire
Duane Morris LLP
One Liberty Place

Barak A. Bassman (85626)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000


*/s/ Ashley M. Steiner*
Stephen M. Dorvee, Esquire
Scott E. Taylor, Esquire
Ashley M. Steiner, Esquire
Wayne A. Mack, Esquire
Mark B. Schoeller, Esquire
J. Manly Parks, Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
215.979.1000

*/s/ Ashley M. Steiner*
Stephen M. Dorvee, Esquire
Scott E. Taylor, Esquire
Ashley M. Steiner, Esquire
Arnall Golden Gregory LLP
2800 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404.873.8680

*/s/ Joseph Schumacher/ams*
Joseph Schumacher, Esquire
Kimberly S. Toomey, Esquire
Wiggins & Dana LLP
Quaker Park
1001 Hector Street
Conshohocken, PA 19428
610.834.2401

- 3 -