**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : | |
| MACK TRUCKS, INC., | : : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : : : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Counterclaim Defendant. | : : | |

**STIPULATION TO ALLOW PLAINTIFF TO FILE AN**
**AMENDED ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 15(a), plaintiff Toledo Mack Sales and Service, Inc. and defendant Mack Trucks, Inc., by and through their undersigned counsel, hereby consent and stipulate this __ day of January, 2004 that:

Plaintiff Toledo Mack Sales and Service, Inc. may file an Amended Answer to the First Amended Counterclaims of Defendant Mack Trucks, Inc.

PEPPER HAMILTON LLP

By: _____
    Jon A. Baughman
    Jeremy Heep
    Barak A. Bassman
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA 19103-2799
    (215) 981-4000

DUANE MORRIS LLP

By: _____
    Wayne A. Mack
    J. Manly Parks
    Keith J. Verrier
    Marcella E. McIntyre
    One Liberty Place
    Philadelphia, PA 19103
    (215) 979-1167

By the court:

_____
                           J.