IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-CV-4373 |
| | : | |
| v. | : | |
| | : | |
| MACK TRUCKS, INC., | : | |
| | : | |
| Defendant. | : | |

_____

| | |
|---|---|
| MACK TRUCKS, INC., | : |
| | : |
| Counterclaim Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLEDO MACK SALES & SERVICE, INC., | : |
| | : |
| Counterclaim Defendant. | : |

## ORDER

AND NOW, this 19th day of February 2004, upon consideration of the Defendant's Motion to Preserve the Designation of Certain Documents as "Confidential - Attorneys Eyes Only" (Docket No. 45), Plaintiff's Opposition thereto (Docket No. 46), and Defendant's Responsive Memorandum of Law in further Support of its motion (Docket No. 48), it is hereby **ORDERED** that Defendant's Motion to Preserve the Designation of Certain Documents as "Confidential - Attorneys Eyes Only" is **DENIED**. All documents challenged by Plaintiff in its January 5, 2004 letter to Defendant's counsel (Def. Mot. Ex. B) are hereby redesignated "Confidential - Attorneys and Mr. Yeager's Eyes Only," in accordance with the Plaintiff's

previous offer to further limit the "Confidential" designation.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.