IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 02-CV-4373 |
| v. | : : | |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : | |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Counterclaim Defendant. | : : | |

**<u>ORDER</u>**

AND NOW, this 27th day of September, 2004, upon consideration of Toledo Mack Sales & Service, Inc.'s Motion for Leave to Supplement its previously filed Motion for Summary Judgment on Mack Trucks, Inc.'s Counterclaims, it is hereby **ORDERED** that the Motion is **GRANTED**, and Toledo Mack's Supplemental Brief will be considered in their Motion for Summary Judgment.

It is further **ORDERED** that Mack Trucks, Inc. shall have an opportunity to respond within (7) seven days. No further briefing will be allowed.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.