IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-CV-4373 |
| | : | |
| v. | : | |
| | : | |
| MACK TRUCKS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| | : | |
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | |
| Counterclaim Defendant. | : | |

## **ORDER**

AND NOW, this 30th day of March, 2005, upon consideration of Plaintiff's Motion for Leave to Supplement the Record with Newly-Discovered Evidence (Docket No. 69), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**, as moot.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.