IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEDO MACK SALES & SERVICE, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 2:02-CV-04373-RLB |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. : | |
| : | |
| Defendant. : | |

| | |
|---|---|
| MACK TRUCKS, INC., : | |
| : | |
| Counterclaim Plaintiff, : | |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., : | |
| : | |
| Counterclaim Defendant. : | |

## ORDER

And now, on this ___ day of ____, 2006, upon consideration of Plaintiff/Counterclaim Defendant Toledo Mack Sales & Service, Inc.'s Renewed Motion for Summary Judgment, and Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s opposition thereto, it is hereby ORDERED that the Motion is DENIED with prejudice.

By: _____
Buckwalter, J.