IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 02-4373 |
| v. | : : | |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : | |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Counterclaim Defendant. | : | |

## ORDER

AND NOW, this 17th day of July, 2006, in accordance with Plaintiff Toledo Mack Sales & Service, Inc.'s letter dated June 6, 2006, it is hereby **ORDERED** that Plaintiff Toledo Mack Sales & Service, Inc.'s Renewed Motion for Summary Judgment (Docket No. 75) is deemed **WITHDRAWN**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.