IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 2:02-CV-04373-RLB <br> : |
| v. | : <br> : JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. | : <br> : |
| Defendant. | : |

| | |
|---|---|
| MACK TRUCKS, INC., | : <br> : |
| Counterclaim Plaintiff, | : <br> : <br> : |
| v. | : <br> : JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., | : <br> : <br> : |
| Counterclaim Defendant. | : <br> : <br> : |

DEFENDANT MACK TRUCKS, INC.'S
EXHIBIT LIST

Pursuant to Local Rule of Civil Procedure 16, attached are the exhibits that Defendant Mack Trucks, Inc. currently expects to offer at trial.

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1 | 10/25/1983 | Complaint with Jury Demand: Browning Ferris Industries of Ohio and Michigan, Inc. v. Yeager et al. | M0021369-21380 |
| 2 | 6/24/1985 | Distributor Agreement between Toledo Mack and Mack Trucks, Inc. | Yeager Ex.1 |
| 3 | 12/31/1985 | Toledo Mack Financial Statement | |
| 4 | 12/31/1986 | Toledo Mack Financial Statement | |
| 5 | 1/1/1986 | "Hey, Vinnie" Advertisement | M0142924 |
| 6 | 3/10/1986 | Cease and desist letter dated March 19, 1986 from R. Murphy to D. Yeager | M0024644 |
| 7 | 3/13/1986 | Cease and desist letter from E. Raniszeski to D. Yeager dated March 13, 1986 | M0024702-24704 |
| 8 | 3/31/1986 | Letter to Dave Yeager from J.M. Stulack re Shipments to Customers | M0024697 |
| 9 | 5/1/1986 | Second "Hey, Vinnie" ad | M0024699 |
| 10 | 6/24/1986 | Authorized Used Truck Distributor Agreement between Mack Trucks, Inc. and Toledo Mack Sales & Service, Inc. | M0026517-26522 |
| 11 | 9/15/1986 | Letter to Robert Fournier and Jeff Watson from Steven Kear | M0024628-24630 |
| 12 | 3/13/1987 | Letter from R. Tracht to D. Yeager | M0024571-24572 |
| 13 | 6/18/1987 | Inter-Office Correspondence to J.D. Moffitt from R.J. Blanchard re D567 - Toledo Mack Sales | M0024294 |
| 14 | 7/14/1987 | Newspaper article re: Jeff Savage- Top Dog Salesman | M0024050 |
| 15 | 7/27/1987 | Letter from G. Hairston to C. Trexler | M0024801-24804 |
| 16 | 8/4/1987 | Letter to Distributor Principals from R. Murphy re Multiple Distributor Locations and Sales to Consumers | M0024553-24554 |
| 17 | 8/21/1987 | Letter from Arnold M. Mellk, Esq. to Jeff Savage of Toledo Mack | M0024063 |
| 18 | 8/26/1987 | Distributor Contact Report | M0024064-24066 |
| 19 | 12/31/1987 | Toledo Mack Financial Statement | |
| 20 | 2/10/1988 | Inter-Office Correspondence to R. Murphy from K. Flaherty re Cervoni Company, Inc. | M0024345 |
| 21 | 4/25/1988 | Policy Bulletin 36-88 | |
| 22 | 3/15/1988 | Letter from D. Yeager to R. Tracht | M0024546-24547 |
| 23 | 3/21/1988 | Letter from D. Yeager to R. Tracht re update on Aaro Disposal | M0024548 |
| 24 | 3/22/1988 | Memo from R. Tracht to R. Murphy re Aaro Disposal | M0024544 |
| 25 | 3/28/1988 | Letter from R. Tracht to D. Yeager re: Aaro Disposal | M0024542-2453 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 26 | 4/25/1988 | Letter from R. Tracht to D. Yeager dated April 25, 1988 | |
| 27 | 7/13/1988 | Distributor Contact Report | M0024798-24799 |
| 28 | 7/25/1988 | Letter from S. Kear of Toledo Mack to R. Tracht | M0024263 |
| 29 | 8/18/1988 | Memo from L. Barnhart to R. Murphy | M0024285 |
| 30 | 8/31/1988 | Memorandum analyzing substantial efficiency gains from switching from microfiche parts databases to electronic parts databases | M09855-9864 |
| 31 | 11/15/1988 | Fax to Dave Yeager from M.A. Caribbean "Kindly read our lips Exhibit 'A'" | M0024273 |
| 32 | 11/15/1988 | Letter to George Bailey from Dave Yeager re warranty issues | M0024272-24274 |
| 33 | 12/31/1988 | Toledo Mack Financial Statement | M0151456 |
| 34 | 2/17/1989 | Letter from Dave Yeager to Dick Tracht re request that AOR assigned to Mack of Michigan be re-assigned to Toledo Mack | M0151414 |
| 35 | 5/26/1989 | Mack Marketing Distribution Bulletin No. 38-89 | Nuss 0085 |
| 36 | 6/7/1989 | Letter from John LaGrega of LaGrega Sand & Gravel to Mack | M0024253 |
| 37 | 7/6/1989 | Letter to R. Murphy from Dave Yeager | M0024241-24244 |
| 38 | 7/17/1989 | Letter to Distributor Principals from R. Tracht re Sales Assistance "Express Exceptions" | M0024792 |
| 39 | 7/25/1989 | Letter to Distributor Principal and All Salesmen re Stocking Allowance | M0024791 |
| 40 | 10/6/1989 | Letter to Dave Yeager from Gary Johnson re Woolston Construction | M0151400 |
| 41 | 10/9/1989 | Letter to Rosalee from Dave Yeager | |
| 42 | 10/9/1989 | Letter to Ralph Reins from Dave Yeager re Gary Johnson's 10/6/89 letter | M0024788-24790 |
| 43 | 10/20/1989 | Policy Bulletin No. 38-89A | |
| 44 | 11/6/1989 | Letter to Gary Johnson from Dave Yeager | M0023954-23964 |
| 45 | 11/9/1989 | Fax to Gary Johnson from R. Tracht | M0023928-23929 |
| 46 | 11/16/1989 | Letter to Ralph Reins from Dave Yeager re Letter/Report to Gary Johnson dated 11/6/89 | |
| 47 | 11/22/1989 | Letter to Gary Johnson from Dave Yeager | M0023895-23896 |
| 48 | 11/29/1989 | Letter to Dave Yeager from Gary Johnson re 11/22 Fax | M0024496-24497 |
| 49 | 12/8/1989 | Letter to Kevin Flaherty from Dave Yeager | M0023873 |
| 50 | 12/11/1989 | Letter to Gary Johnson from Dave Yeager | M0023885-23890 |
| 51 | 12/18/1989 | Letter to Gary Johnson from Dave Yeager | M0151500 - 151508+D724 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 52 | 12/20/1989 | D. Yeager notes regarding Dec. 20, 1989 Meeting | |
| 53 | 1/30/1990 | Letter to Pat McMahon from Dave Yeager | M0024853 |
| 54 | 2/6/1990 | Letter from Yeager to Nuss re: Feb. 12, 1990 Mack National Distributor Advisory Council | M0023801-23807 |
| 55 | 2/9/1990 | Letter from Yeager to Nuss re Stocking Allowance Plus Sales Assistance | M0023792 |
| 56 | 7/11/1990 | Fax from Yeager to McMahon | M0151426-151432, 151439 |
| 57 | 7/20/1990 | Letter to C. DeForrest Trexler from George W. Hairston of Baker & Hostetler re Toledo Mack Sales & Service, Inc. | M0021133-21140 |
| 58 | 10/24/1990 | Memo to Holly Clayson from Dave Yeager re Sales Assistance Issues | M0024770-24774 |
| 59 | 11/8/1990 | Inter-Office Correspondence to P. Ritter from H. Clayson re Toledo Mack | M0024744-24746 |
| 60 | 3/25/1991 | Agreement of Mutual Release between Mack Trucks, Inc. and Toledo Mack Sales & Service, Inc. | M0024491-24492 |
| 61 | 4/10/1991 | Distributor Contact Report | M0024431-24432 |
| 62 | 5/2/1991 | Faxed letter from Yeager to Barnhart | M0151122-151126 |
| 63 | 5/5/1991 | Inter-Office Correspondence to Paul Ritter from L. Barnhart re Toledo Mack | M0024474 |
| 64 | 5/31/1991 | Memo from K. Flaherty to P. Ritter | M0024471 |
| 65 | 6/13/1991 | Fax from Yeager to Ritter | M0024462 |
| 66 | 6/14/1991 | Fax from Yeager to Flaherty | M0024459-60 |
| 67 | 6/18/1991 | Fax from Yeager to Flaherty | M0024458 |
| 68 | 6/19/1991 | Memo from K. Flaherty to P. Ritter | M0024461 |
| 69 | 10/29/1991 | Fax from Yeager to Pascual | M0151073 |
| 70 | 10/29/1991 | Letter from Yeager to Ritter re: Opportunities Plus II | M00151074-76 |
| 71 | 10/31/1991 | Letter to Dave Yeager from LeRoy Barnhart | M0151161-151162 |
| 72 | 1/1/1992 | 1992 Truck Sales Jackets | Nichols Ex. 6 |
| 73 | 1/6/1992 | Inter-Office Correspondence to Kevin Flaherty from Dennis Boswinkle re McNeilus Meeting 1/3/92 | M0140653-140654 |
| 74 | 1/7/1992 | Letter to D. Yeager from R. Tracht | M0151040 |
| 75 | 1/7/1992 | Memo from D. Yeager to R. Tracht | M0151038 |
| 76 | 4/23/1992 | Fax from H. Helton to L. Barnhart re: Jeff Savage's conviction | M0151021 |
| 77 | 8/17/1992 | Fax to Elios Pascual from Dave Yeager | M0025640-25641 |
| 78 | 8/25/1992 | Letter to Dave Yeager from Patrick McMahon | M0025638-25639 |
| 79 | 5/19/1993 | Memo from Yeager to Gustafson re: sales assistance | M0147364 |
| 80 | 6/4/1993 | Letter from D. Yeager to K. Yacobozzi | M0147379 |

3

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 81 | 7/28/1993 | Memo to Elios Pascual from Dave Yeager | M0147368 |
| 82 | 1/1/1994 | Master Price List | PAI 000366-367 |
| 83 | 3/7/1994 | Order Form and Update Agreement for Mack Vehicle Record Index System | M07285 |
| 84 | 3/7/1994 | Order Forms and Update Agreements Mack Vehicle Record Index System (docs. dated 3/7/94, 6/28/95, 6/19/98) | M07285; 7277; 7280; 7260; 7262 |
| 85 | 10/4/1994 | Third Amended Complaint: Yeager v. Waste Management | M0226866-226884 |
| 86 | 1/30/1995 | Letter from P. McMahon to D. Yeager | M0149880 |
| 87 | 2/8/1995 | Fax from D. Yeager to P. McMahon | M0147337-147338 |
| 88 | 2/18/1995 | Toledo Mack Dealer Annual Planning Document | M. Yeager Ex. 13 |
| 89 | 3/9/1995 | Letter to Dealer Principals & Subsidiary General Managers from Marc Gustafson re 1996 Body Builder Program | M0136752 |
| 90 | 3/9/1995 | McNeilus 1993/1994/1995/1996 Model Year Price Comparison | M0153497 |
| 91 | 3/28/1995 | Mack Trucks Distributor Sales and Marketing Contact Report | M0165316-165317 |
| 92 | 4/4/1995 | Letter to U.S. Dealer Principal & Subsidiary Locations from Marc Gustafson re 1996 Body Builder Program | M0136749 |
| 93 | 6/28/1995 | Order Form and Update Agreement for Mack RO Card System | M07277 |
| 94 | 6/28/1995 | Order Form and Update Agreement for Mack Vehicle Record Index System | M07280 |
| 95 | | **INTENTIONALLY LEFT BLANK** | |
| 96 | 8/14/1995 | Email from Yacobozzi to McMahon and Ritter | M0136952 |
| 97 | 12/6/1995 | Inter-Office Correspondence to Scott Kress from Scott Hensinger re TL Smith/McNeilus | M0136024-136025 |
| 98 | 1/4/1996 | 1995 Top 50 Parts/Service Customers | TM0008450-8451 |
| 99 | 1/24/1996 | Letter from H. Yavari to P. Palmer summarizing the terms of Palmer's re-employment at PAI | PAI1 004843-4844 |
| 100 | 1/26/1996 | Memo to All Mack Subsidiaries and Dealers from R. Yuzuik re Roll out of MACSPEC II | M0164617-164619 |
| 101 | 2/7/1996 | Letter from Pat McMahon of Mack to Todd Brown of Twin State Truck Center | M0023490-23491 |
| 102 | 2/26/1996 | Toledo Mack MACSPEC II Order Form | GGS 09383-9384 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 103 | 2/26/1996 | Mack Trucks, Inc. License Agreement and Limited Warranty re MACSPEC II executed by M. Yeager o/b/o Toledo Mack | M. Yeager Ex. 32 |
| 104 | 3/12/1996 | Letter from Robert Yuzuik to Paul Palmer re Shipment of MACSPEC II system | GGS 09380-9381 |
| 105 | 3/12/1996 | Letter from Bob Yuzuik: Confirming shipping of one MACSPEC II system to Toledo Mack | GGS00062-63 |
| 106 | 4/11/1996 | Toledo Mack invoice to PAI for Mack Ro-cards, VRI, and Supersession Information | TM0025772 |
| 107 | 4/23/1996 | Toledo Mack Quarterly Federal Excise Tax Returns for 1996, 1997, 2000, 2001, 2002 | TM0027365-27384; 27460-27477; 27495-27517; 27478-27494 |
| 108 | 4/30/1996 | Toledo Mack Microfiche Invoice to Northwest Truck Sales | TM0027158 |
| 109 | 5/2/1996 | Letter from Robert Grussing, Mack VP – Parts, to U.S. Distributor Principals and Parts Managers | TM0024074 |
| 110 | 5/8/1996 | Letter from Mike Beer of Mack to Paul Palmer of Toledo Mack confirming return of MACSPEC I unit | M03339 |
| 111 | 5/22/1996 | Letter from P. McMahon to D. Yeager re 1st quarter Class 8 retail performance | M0024363 |
| 112 | 7/1/1996 | Letter to Patrick J. McMahon from Dave Yeager | M0159333-159334 |
| 113 | 7/8/1996 | Letter from Yeager to McMahon | M0025611 |
| 114 | 7/15/1996 | Yacobozzi letter to Yeager regarding availability of Michigan Special Program | M0025609 |
| 115 | 7/16/1996 | Letter to Bill F. Saranczak from Dave Yeager | M0159321 |
| 116 | 7/16/1996 | Letter from Yeager to Yacobozzi | M0159322 |
| 117 | 7/22/1996 | Letter to Dave Yeager from Ken Yacobozzi | M0159320 |
| 118 | 8/5/1996 | Letter to Ken Yacobozzi from Dave Yeager | M0159337 |
| 119 | 10/11/1996 | Toledo Mack Dealer Annual Planning Document for 1997 | D. Yeager Ex. 42 |
| 120 | 10/18/1996 | Letter to Ken Yacobozzi from Dave Yeager | M0159298-159299 |
| 121 | 10/31/1996 | Letter to Dave Yeager from Ken Yacobozzi | M0159300-159301 |
| 122 | 11/7/1996 | Toledo Mack Price List Invoice to PAI | TM0025850 |
| 123 | 12/1/1996 | Mack Trucks Distributor/Dealer Financial Statement | TM0027563-27566 |
| 124 | 1/1/1997 | Toledo Mack Dealer Annual Planning Document for 1997 | D. Yeager Ex. 43 |
| 125 | 1/20/1997 | E-mail from J. Lusty to K. Yacobozzi | M0159297 |
| 126 | 2/11/1997 | Memorandum from Phil Walsh to Scott Kress listing truck specs for which GGS will develop electronic parts books for Ryder | M0031067 |

**MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST**

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 127 | 2/12/1997 | Toledo Mack invoice to PAI for Mack Ro-cards, VRI, and Supersession Information | TM0025903 |
| 128 | 2/12/1997 | Toledo Mack Microfiche Invoice to Northwest Truck Sales | TM0027123 |
| 129 | 5/28/1997 | Memorandum from Ray Bartolucci to Tom Thompson: Confirming cancellation of microfiche for Chandler Services | M0167388 |
| 130 | 5/29/1997 | Fax from Yeager to Lusty | M0143547 |
| 131 | 5/30/1997 | Letter from R. Gerhard to D. Yeager re Review of 1996 Year-End Class 8 registration data | M0024362 |
| 132 | 9/19/1997 | Packing Slip from Allied Signal to "Ruble Enterprises" | PAI010801 |
| 133 | 11/14/1997 | Toledo Mack Price List Invoice to PAI | TM0026077 |
| 134 | 12/2/1997 | Dealer Annual Commercial Plan - Toledo Mack - 1998 | M0139585 |
| 135 | 12/2/1997 | Dealer Historical Penetration Data and Actual Volumes | M0024384 |
| 136 | 12/2/1997 | Dealer Annual Commercial Plan - Forecasted Volumes - Toledo Mack - 1998 | M0139585-139586 |
| 137 | 12/2/1997 | Dealer Annual Commercial Plan - Specific Action Plans - Toledo Mack - 1998 | M0024387 |
| 138 | 2/5/1998 | Toledo Mack Microfiche Invoice to PAI | TM0026150 |
| 139 | 2/5/1998 | Toledo Mack Microfiche Invoice to Northwest Truck Sales | TM0027089 |
| 140 | 5/8/1998 | PAI purchase order to Toledo Mack for a parts book for Mack CH613 truck | PAI007355 |
| 141 | 6/4/1998 | Toledo Mack invoice to PAI for CH613 book | TM0026192 |
| 142 | 6/19/1998 | Toledo Mack Order Form and Update Agreement for Mack RO Card System and Mack Vehicle Record Index System | M07260; M07262 |
| 143 | 6/19/1998 | Toledo Mack Order Form and Update Agreement, Mack RO Card System | M07260; M15967 |
| 144 | 6/23/1998 | Toledo Mack Invoices dated 6/98 and 8/99 to Illinois Diesel Parts Center for Microfiche | TM0024857; 24847; 24352 |
| 145 |  | INTENTIONALLY LEFT BLANK |  |
| 146 | 6/25/1998 | Toledo Mack Invoice to Illinois Diesel for Book | TM0024854 |
| 147 | 6/30/1998 | Toledo Mack Microfiche Invoice to Illinois Diesel Parts Center | TM0024847 |
| 148 | 9/15/1998 | Toledo Mack Dealer Annual Commercial Plan for 1999 | M0024377 |
| 149 | 9/29/1998 | Memo from J. Duffy to M. Kalbermatten | M0030732-30733 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 150 | 10/8/1998 | Memo to Regional Vice Presidents from Scott Freeman re Ryder Finance Lease | M0030728 |
| 151 | 10/23/1998 | Toledo Mack Microfiche Invoice to PAI | TM0026324 |
| 152 | 12/18/1998 | Memo to U.S. Distributor Principals from K. Flaherty re Mack Vocational Discount Program | M0164960-164961 |
| 153 | 1/21/1999 | Mack Trucks, Inc. National Distributor Advisory Council Minutes - Meeting - December 3 & 4, 1998, Allentown, Pa | M0136210-136214 |
| 154 | 1/25/1999 | Toledo Mack Price List Invoice to PAI | TM0026425 |
| 155 | 1/27/1999 | Chart of U.S. Class 8 Retail Sales 1976-1998 | M0036734 |
| 156 | 1/27/1999 | Toledo Mack Microfiche Invoice to PAI | TM0026424 |
| 157 | 1/27/1999 | Toledo Mack Microfiche Invoice to Northwest Truck Sales | TM0026995 |
| 158 | 4/9/1999 | Memo to U.S. Distributor Principals from K. Flaherty re Mack "Vision Sleeper" Program | M00296 |
| 159 | 5/4/1999 | Mack Trucks, Inc. National Distributor Advisory Council Minutes - Meeting - April 14, 1999, San Diego, Cal. | M0136202-136203 |
| 160 | 6/1/1999 | Presentation by R. Miller: US Fleet Consolidations, Mergers & Acquisitions: Their Influence on Mack's Sales Strategy, June 1999 | M0038841-38855 |
| 161 | 8/16/1999 | Toledo Mack Microfiche Invoice to Illinois Diesel Parts Center | TM0024352 |
| 162 | 8/26/1999 | Mack Trucks, Inc. National Distributor Advisory Council Minutes - Meeting - June 30, 1999, Allentown, Pa. | M0180748-180749 |
| 163 | 9/30/1999 | Memo from J. Favia to S. Freeman re Body Builders | M0030374 |
| 164 | 10/5/1999 | Letter from T. Trom to S. Freeman re McNeilus' uncashed stock inventory and Mack's Bulldog Bonanza program | M0030380 |
| 165 | 10/7/1999 | Toledo Mack Invoice to Illinois Diesel for collision book | TM0024416 |
| 166 | 12/2/1999 | Distributorship Vehicle Annual Commercial Plan for 2000 for Toledo Mack | M0076751 |
| 167 | 12/17/1999 | Fax from Sharon S., Office Manager of The Belden Brick Sales Co. to Toledo Mack | TM0003664 |
| 168 | 1/3/2000 | Memo to U.S. Distributor Principals from T. Kelly re Vision Express | M0029905 |
| 169 | 1/21/2000 | Memo to U.S. Distributor Principals from K. Flaherty re Vocational 2001 - Body Builder Program | M0029900-29901 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 170 | 1/21/2000 | Memo to U.S. and Canadian Distributor Principals from T. Kelly re 2001 Model Year Announcement | M0029902 |
| 171 | 1/21/2000 | Memo to U.S. Distributor Principals and Sales Representatives from T. Kelly re Vision Express Program Enhancements | M0030006 |
| 172 | 1/21/2000 | Memo from S. Polzer to Regional VPs and District Managers re Sales Promotion Letters | M0053306-53310 |
| 173 | 2/2/2000 | Mack Truck Vehicle Sales Contact Report with Toledo Mack | M0147634 |
| 174 | 2/10/2000 | Toledo Mack Microfiche Invoice to PAI | TM0026570 |
| 175 | 2/18/2000 | Memo to U.S. Distributor Principals and Sales Representatives from T. Kelly re Vision Extravaganza Incentive Program | M. Yeager Ex. 5 |
| 176 | 3/9/2000 | Electronic Parts Book System Order Forms | M0211382, M0211469, M0211410, M0211355, M0211363, M0211405, M0211463, M0211479, M0211542, M0211497 |
| 177 | 3/15/2000 | Mack Truck Vehicle Sales Contact Report with Toledo Mack | M0147633 |
| 178 | 3/24/2000 | Memo from S. Polzer to U.S. Distributor Principals re 100th Anniversary Vision | M. Yeager Ex. 6 |
| 179 | 4/18/2000 | Memo from T. Kelly to U.S. Distributor Principals and Sales Representatives re Vocational Sweep Incentive Program | M0029991 |
| 180 | 5/12/2000 | Memo to RVP's, District Managers, Managers-National Accounts from Scott Kress, Kevin Flaherty, Tom Kelly re Fleet Sales | M0135832 |
| 181 | 5/22/2000 | Letter from Molly MacKay Zacker to Jeff Yelles | M0138920 |
| 182 | 6/2/2000 | Letter from J. Favia to R. Mainard summarizing McNeilus' authority regarding the sale of Mack vehicles | M0152849 |
| 183 | 6/16/2000 | Mack Summer Blast Incentive Program | M0029984-29985 |
| 184 | 7/28/2000 | Net-Billed Discount Structure | M0029868 |
| 185 | 8/24/2000 | Mack Truck Vehicle Sales Contact Report with Toledo Mack | M0147632 |
| 186 | 8/31/2000 | Memorandum from Lloyd Kendall of GGS to Marc Kalbermatten, Steve Erney, Ed Daniels, Bill Wiley, Dennis Silvert, and Dave Covey of Mack | GGS08752-08753 |
| 187 | 9/1/2000 | Dealer Performance Review of Toledo Mack | M0147760-147761 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 188 | 9/18/2000 | Memo from T. Kelly to K. Flaherty and Regional VPs re Fall 2000 - Floor Plan Special | M0137895 |
| 189 | 9/20/2000 | Memo from Bob Yuzuik to Dave Covey attaching letter from Lloyd Kendall to Dave Covey re MACSPEC 2000 | M03277-3282 |
| 190 | 9/26/2000 | PAI Purchase Order to Toledo Mack | PAI008822 |
| 191 | 9/26/2000 | PAI and Toledo Mack Purchase Orders and Invoices dated 9/00, 10/00, 8/01, 9/01 | PAI008831; 8822; 8716; 6237; TM001158-1159 |
| 192 | 9/29/2000 | PAI Purchase Order | PAI008831 |
| 193 | 10/17/2000 | Letter to John D. Baker, II from Cliff Stewart and Paul Ritter | M0161241-161242 |
| 194 | 10/18/2000 | PAI Purchase Order to Toledo Mack | PAI008716 |
| 195 | 10/19/2000 | Memo from T. Kelly to U.S. Distributor Principals and Sales Representatives re Free Floor-Plan Offer | M0029980 |
| 196 | 11/29/2000 | Letter from Bruce Smith to All Mack Distributors re 2000 Parts Price Book Subscription Billing, August 1, 2000 Part Price Tape Billings with attached purchase records | M0201527-201530 |
| 197 | 11/30/2000 | MACKSPEC 2001 Development Effort | GGS07995-7996 |
| 198 | 1/1/2001 | Agreement between GGS and Mack relating to provision of Mack CD-Rom and Internet Services | GGS03902-3926 |
| 199 | 1/1/2001 | 2001 Master Price List Sample Page | M0205178-208090 |
| 200 | 1/1/2001 | 2001 Service Dealer Price List Sample Page | M0201793-204707 |
| 201 | 1/3/2001 | Letter from Robert Dwyer to All Distributor Parts Managers re National Distributor Parts Advisory Council meeting minutes | Ex. 15 |
| 202 | 1/9/2001 | Letter from J. Favia to B. Wennerstrom | M0153921 |
| 203 | 1/12/2001 | Email from J. Favia to S. Polzer | M0190856 |
| 204 | 1/12/2001 | Letter from J. Favia to B. Wennerstrom | M0153920 |
| 205 | 1/17/2001 | Distributorship Vehicle Annual Commercial Plan for Toledo Mack | M0145421 |
| 206 | 1/19/2001 | Toledo Mack invoice to PAI for Mack Ro-cards, VRI, and Supersession Information | PAI008529 |
| 207 | 1/19/2001 | Toledo Mack Microfiche Invoice to PAI | TM001024 |
| 208 | 1/19/2001 | Toledo Mack Invoices dated 1/01, 1/99, 2/98, 2/97, 4/96 to Northwest Truck for Microfiche | TM0026944; 26995; 27089; 27123; 27158 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 209 | 1/19/2001 | Toledo Mack Invoices dated 1/01, 2/00, 1/99, 10/98, 2/98, 2/97, 4/96 to PAI for Microfiche | TM001024; 26570; 26424; 26324; 26150; 25903; 25772 |
| 210 | 1/23/2001 | Contact Report for Toledo Mack | M0147631 |
| 211 | 1/23/2001 | List of CDs, with handwritten note from J. Toth to "Bob" regarding return of MACSPEC II disk | GGS09385 |
| 212 | | INTENTIONALLY LEFT BLANK | M0205178 |
| 213 | | INTENTIONALLY LEFT BLANK | |
| 214 | | INTENTIONALLY LEFT BLANK | |
| 215 | | INTENTIONALLY LEFT BLANK | |
| 216 | 2/1/2001 | Master Price List returned to Mack by PAI | PAISETTLEMENT002028-2628 |
| 217 | 2/2/2001 | Letter to Jim (Parts Dept.) from Bob Yuzuik | GGS09379 |
| 218 | 2/12/2001 | Email from J. Favia to S. Polzer | M0030828-30829 |
| 219 | 2/26/2001 | Packing Slip from Honeywell to "Tom Huff" | PAI008462 |
| 220 | 3/7/2001 | Contact Report for Toledo Mack | M0147630 |
| 221 | 3/21/2001 | Letter from J. Yelles to D. Yeager with attached ads | D. Yeager Ex. 67 |
| 222 | 3/30/2001 | Letter from Kevin Flaherty to Dave Yeager re advertisements | Ex. P-59 |
| 223 | 4/6/2001 | Letter from D. Yeager to J. Yelles with attached Toledo Mack ads for comments by Mack | Ex. P-60 |
| 224 | 4/25/2001 | Letter from J. Yelles to D. Yeager indicating that Mack does not object to ads submitted with his 4/6/01 letter | MTERM00108 |
| 225 | | **INTENTIONALLY LEFT BLANK** | |
| 226 | 4/26/2001 | PAI Purchase Order to Toledo Mack | PAI006695 |
| 227 | 4/30/2001 | Fax: Toledo Mack credit reference for Illinois Diesel | TM0006360 |
| 228 | 4/30/2001 | Letter from Yeager to Lusty | M0163918-163920 |
| 229 | 4/30/2001 | Fax from Yeager to Lusty | M0163921 |
| 230 | 5/1/2001 | Letter from D. Yeager to J. Yelles with attached Toledo Mack ads for comments by Mack Trucks | Ex. P-62 |
| 231 | 5/8/2001 | Contact Report regarding Toledo Mack | M0147629 |
| 232 | 5/11/2001 | Fax to Jack Lusty from Dave Yeager re Toledo Mack "Sales Assistance" request of 05-03-01 for RDK Truck Sales of Tampa, Florida | M0147626-147627 |
| 233 | 5/11/2001 | Fax from Yeager to Lusty re No Spin Zone | M0147628 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 234 | 5/18/2001 | Memo from B. Yuzuik to U.S. and Canadian Distributor Principals re announcement of roll out of MACSPEC 2001 to Parts Managers | M0135274 |
| 235 | 5/23/2001 | Letter from Jack Lusty to Dave Yeager re Dealer Retail Sales Performance vs. Business Plan Objective | M0145964 |
| 236 | 5/23/2001 | Fax from Yeager to Yelles re Dog Catcher Program | M0163900-163901 |
| 237 | 5/24/2001 | Fax from Yeager to Yelles re Dog Catcher Program | M0163899, 163902 |
| 238 | 5/25/2001 | Email from W. Thomas to S. Polzer re Inventory Sales Plan for Nuss Group | M0158456-158457 |
| 239 | 6/1/2001 | Toledo Mack ads | TMTERM00177-00182 |
| 240 | 6/5/2001 | Fax from Yeager to Lusty | M0163884-163887 |
| 241 | 6/5/2001 | Fax from Yeager to Yelles | M0134458-134464 |
| 242 | 6/6/2001 | Fax from Yeager to Yelles | M0145971-145972 |
| 243 | 6/12/2001 | Letter from Dave Yeager to Jeff Yelles re advertising | Ex. P-63 |
| 244 | 6/20/2001 | Letter from Bob Yuzuik to Parts Managers: Enclosed copies of new MACSPEC 2001 system. "This system will provide an invaluable back-up package for our acclaimed MACKnet Parts Catalog" | |
| 245 | 6/27/2001 | Letter from J. Yelles to D. Yeager regarding advertising | Ex. P-64 |
| 246 | 6/30/2001 | Fax from Yeager to Rockovits re Dog Catcher Program | M0163892-163893 |
| 247 | 7/3/2001 | Fax from Yeager to Yelles re: Dog Catcher | M0163889-163890 |
| 248 | 7/5/2001 | Letter from Jack Lusty to Dave Yeager re Dealer Action Plan, Performance vs Business Plan Objective | M0145965 |
| 249 | 7/7/2001 | Email from B. Yuzuik to G. Eaton re Policy: MACSPEC II Unlock Codes | M14640-14641 |
| 250 | 7/10/2001 | Fax from Dave Yeager to Jeff Yelles re Your letter of 06/27/01 received 07/06/01 | M0196991-196996 |
| 251 | 7/17/2001 | Letter from T. Grube to D. Yeager re ads | M0149767 |
| 252 | 7/19/2001 | Fax from Yeager to Lusty | M0163950 |
| 253 | 7/23/2001 | Fax from Yeager to Lusty | M0163880 |
| 254 | 7/26/2001 | PAI Purchase Order to Toledo Mack | PAI006336 |
| 255 | 7/30/2001 | Fax from Dave Yeager to Terrence Grube re ad submitted for Mack's approval | Ex. P-66 |
| 256 | 7/31/2001 | Letter from S. Kress to D. San Pedro | M0030671 |
| 257 | 8/2/2001 | Toledo Mack Invoice to PAI | TM001159 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 258 | 8/3/2001 | Fax from D. Yeager to W. Saranczak | MTERM00352 |
| 259 | 8/6/2001 | Fax from Yeager to Gibbon | |
| 260 | 8/9/2001 | Packing Slip from Honeywell to "Nancy's Trucking" | PAI006324 |
| 261 | 8/13/2001 | Fax from D. Yeager to J. Lusty | M0163857-163862 |
| 262 | 8/13/2001 | Mack Parts Invoice to Toledo Mack | Toth Ex. 25 |
| 263 | 8/14/2001 | Invoice from Toledo Mack to PAI for parts called "S/Analysis" and "G/Analysis." | PAI006335 |
| 264 | 8/15/2001 | Letter to T. Grube from Dave Yeager re Request to Change Mack Trucks' Policy on Shipping Glider Kits | TM0030027-30029 |
| 265 | 8/22/2001 | Invoice from Toledo Mack to PAI | TM001159 <br> TM001159, 11 |
| 266 | 8/22/2001 | PAI Purchase Order to Toledo Mack | PAI006237 |
| 267 | 8/29/2001 | Fax from Yeager to Lusty re: Schwing America | M0163727-163729 |
| 268 | 8/30/2001 | Invoice from Toledo Mack to PAI for "Books" | PAI006260-6261 |
| 269 | 9/4/2001 | Invoice from Toledo Mack to PAI | TM001158 |
| 270 | 9/4/2001 | Fax from D. Yeager to J. Lusty | M0163736 |
| 271 | 9/5/2001 | Fax from D. Yeager to J. Lusty | M0163734 |
| 272 | 9/7/2001 | PAI Purchase Order to Toledo Mack | PAI006171 |
| 273 | 9/10/2001 | Fax from Yeager to Lusty, Yelles, Flaherty | TM0006764-6771 |
| 274 | 9/11/2001 | Fax from Yeager to Lusty, Yelles, Flaherty | M0163732 |
| 275 | 9/12/2001 | Fax re request for info re price concessions, free floor plans and sales assistance. Attached: 9/12/01 D&W Environmental, Inc. inquiry re pricing | M0163722-163721 (out of order) |
| 276 | 9/12/2001 | Fax from Yeager to Lusty, Yelles, Flaherty, Polzer. | M0054423 |
| 277 | 9/12/2001 | Fax from Yeager to Lusty, Yelles, Flaherty, Polzer | M0054422 |
| 278 | 9/13/2001 | Fax from D. Yeager to J. Lusty, J. Yelles, K. Flaherty, S. Polzer | TM0028291-28292 |
| 279 | 9/13/2001 | Fax from D. Yeager to J. Lusty, J. Yelles, K. Flaherty, S. Polzer | TM0030221-30223 |
| 280 | 9/17/2001 | Fax from Yeager to Lusty, Yelles, Flaherty, Polzer | TM0028258-28259 |
| 281 | 9/17/2001 | Fax from Yeager to Lusty, Yelles, Flaherty, Polzer | TM0024047-24048 |
| 282 | | **INTENTIONALLY LEFT BLANK** | |
| 283 | 9/24/2001 | Contact Report for Toledo Mack | M0163683 |
| 284 | 10/1/2001 | PAI Purchase Order to Toledo Mack | PAI006118 |
| 285 | 10/1/2001 | Fax from Yeager to Lusty | M0163847-163848 |
| 286 | 10/2/2001 | Email from J. Favia to J. Lusty re McClain | M0189758 |
| 287 | 10/4/2001 | Letter to Mack Distributor Principals from Dave Yeager | M0163679-163682 |
| 288 | 10/4/2001 | Fax from Yeager to Yelles | M0163678 |
| 289 | 10/4/2001 | Fax from Yeager to Lusty | M0163686-163689 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 290 | 10/4/2001 | Fax from Yeager to Lusty | M0163690 |
| 291 | 10/4/2001 | Fax from Yeager to Lusty | M0163685 |
| 292 | 10/11/2001 | Fax from Yeager to Flaherty | M0162872 |
| 293 | 10/16/2001 | Fax from Yeager to Flaherty | M0134453 |
| 294 | 10/25/2001 | Fax from Yeager to Lusty. | M0054417 |
| 295 | 10/29/2001 | Fax to Kevin Flaherty from Dave Yeager | M0163835 |
| 296 | 10/29/2001 | Fax from Yeager to Yelles | M0163834 |
| 297 | 10/29/2001 | Fax from Yeager to Lusty | M0163836 |
| 298 | 10/30/2001 | MACSPEC 2001 Order Form | GGS 04652 |
| 299 | 11/5/2001 | Memo from J. Favia to P. Vikner and S. Kress re McNeilus | M0030823-24 |
| 300 | 11/5/2001 | Fax from Yeager to Lusty | M0163829-M0163832 |
| 301 | 11/19/2001 | Fax from Yeager to Lusty | M0163826 |
| 302 | 12/1/2001 | Fax to Jeff Yelles from Dave Yeager | TM0029914-29915 |
| 303 | 12/3/2001 | PAI Purchase Order to Toledo Mack | PAI005965 |
| 304 | 12/10/2001 | Fax to Kevin Flaherty from Dave Yeager re Factory Established Price Concessions for Kimble Mixer | M0163814-163815 |
| 305 | 12/14/2001 | Fax to Jack Lusty from Dave Yeager re Kimble Mixer | M0163816-163818 |
| 306 | 12/17/2001 | Email to Jack Lusty from John McCafferty | M0163800 |
| 307 | 12/18/2001 | Fax to Jack Lusty from Dave Yeager re "Equal Treatment" on the Kimble Mixer Quote | M0163808-163809 |
| 308 | 12/20/2001 | Fax to Jack Lusty from Dave Yeager re Kimble Mixer & McCafferty | TM0029910-29913 |
| 309 | 12/20/2001 | Fax from Yeager to Lusty | M0163804-M0163806 |
| 310 | 12/21/2001 | Fax from Yeager to Yelles | M0163801 |
| 311 | 12/21/2001 | Fax from Yeager to Lusty | M0134451-M0134452 |
| 312 | 1/1/2002 | Letter from B. Yuzuik to Mack Dealers and Subsidiaries welcoming users to the updated edition of the MACSPEC 2001 User's Guide | M07024-7026 |
| 313 | 1/1/2002 | Materials relating to Mack 2002 North American Field Meeting | M0134191-134229 |
| 314 | 1/1/2002 | Instructions for Installing MACSPEC 2001 | |
| 315 | 1/1/2002 | Top U.S. Mack Retail Sales (Ranked by 5 year Total) for years 1998-2002 | M0193171-193174 |
| 316 | 1/4/2002 | PAI Purchase Order to Toledo Mack | PAI005870 |
| 317 | 1/23/2002 | MACSPEC 2001 Dealer Address & Mack Label File | GGS00146 |
| 318 | 1/29/2002 | Letter to Parts Managers from Bob Yuzuik re Mack Ro-cards, Supersessions and VRI Microfiche | M07962-7965 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 319 | 1/29/2002 | Toledo Mack's internal MACSPEC Order Form | |
| 320 | 1/29/2002 | MACSPEC 2001 Order Form for Toledo Mack | M03331-3333 |
| 321 | 2/1/2002 | Letter giving quote for RDK from Peterbilt | M0134810 |
| 322 | 2/5/2002 | Email exchange between Nancy Bryant and Navid Yavari re MACSPEC 2001 system | PAI000272 |
| 323 | 2/7/2002 | Toledo Mack's MACSPEC Order Form sent to Mack Truck | GGS00053-54 |
| 324 | 2/11/2002 | Toledo Mack's MACSPEC 2001 Order Form | M03331 |
| 325 | 2/12/2002 | GGS Materials Receipt for Shipment of MACSPEC 2001 to Toledo Mack | GGS00049; M03333 |
| 326 | 2/14/2002 | Invoice from Toledo Mack to PAI | PAI007896 |
| 327 | 3/1/2002 | PAI Purchase Order | PAI000268 |
| 328 | 3/4/2002 | PAI Purchase Order for MACSPEC 2001 | TM0000002 |
| 329 | 3/15/2002 | Toledo Mack Order for MACSPEC 2001 | GGS 09369-9372 |
| 330 | 3/15/2002 | Memo to Ron Gerhard from Bob Makosky re: Toledo Mack | M0147620 |
| 331 | 3/15/2002 | Materials Receipt from GGS to Toledo Mack re MACSPEC 2001 | GGS00048 |
| 332 | 3/19/2002 | Toledo Mack Invoice to Northwest Truck Sales | TM0026870 |
| 333 | 3/21/2002 | Dave Covey email to Mike Brumley | M07992-7993 |
| 334 | 4/22/2002 | Email from J. Favia to S. Kress re McNeilus FYI | M0190651 |
| 335 | 4/25/2002 | Emails between Dave Covey, Ray Bartolucci, Michael Brumley and Bruce Smith re Ryder Parts | M011829-11836 |
| 336 | 4/26/2002 | Letter from Bob Yuzuik of Mack to Nick Wells of Ryder. Enclosing 8 MACSPEC 2001 CD's | M07966-7969 |
| 337 | 5/1/2002 | E-mail from Carlos Hernandez Dicillo, National Parts Manager for Mack de Venezuela to Bob Yuzuik | M12276 |
| 338 | 5/15/2002 | Email from J. Toth to PAI re Part prices | PAI006364 |
| 339 | 5/20/2002 | Packing slip for Nancy's Trucking | PAI005840 |
| 340 | 5/21/2002 | PAI Purchase Order | PAI006501 |
| 341 | 5/22/2002 | Fax from Yeager to Lusty | M0163798 |
| 342 | 6/24/2002 | Fax from Yeager to Lusty | M0163784 |
| 343 | 7/8/2002 | Contact report re Toledo Mack | M0147731 |
| 344 | 7/15/2002 | Fax from Yeager to Lusty | M0163776 |
| 345 | 7/22/2002 | Fax from Yeager to Lusty | M0163772 |
| 346 | 7/23/2002 | Fax from Yeager to Lusty re: U of Michigan. | M0163770-163771 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 347 | 7/24/2002 | Bill Black's Notes of MACSPEC 2001 Help Desk Call from Yolanda May | GGS11781 |
| 348 | 7/24/2002 | Materials Receipt from GGS to Nancy's Trucking | GGS00050 |
| 349 | 7/25/2002 | Email from B. Black re his interaction with Yolanda May | M03343-3344 |
| 350 | 7/26/2002 | Shipping Information from GGS to "Nancy's Trucking" | GGS00045-46 |
| 351 | 7/25/2002 | Fax from Yeager to Lusty re Capital Waste | M0163757 |
| 352 | 7/26/2002 | Unlock Code Distribution Report | GGS-00047 |
| 353 | 7/29/2002 | Mack Truck Contact Report for Toledo Mack | M0164519 |
| 354 | 7/29/2002 | Sales Contact Reports for Toledo Mack 1998 - 2004 | MTERM 00553-556; MTERM01468; MTERM00307-310; 312 |
| 355 | 7/30/2002 | Fax from Yeager to Lusty re Capital Waste | M0163751 M0163757-58 M0163760 |
| 356 | 7/31/2002 | GGS Information Services Daily Shipment Detail Report | GGS09363 |
| 357 | 7/31/2002 | Fax from Yeager to Lusty re McClain/E-Z Pack | M0163745-47, M0195158 |
| 358 | 8/8/2002 | Fax from Yeager to Lusty | M0163670 |
| 359 | 8/14/2002 | Fax from Yeager to Lusty | M0163666-67 |
| 360 | 8/15/2002 | Letter to Library of Congress Copyright Office from Cynthia Clarke Weber (Sughrue Mion, PLLC) re Request for Special Handling of Copyright Application for Mack Master Parts and Illustration Database | M019776-19777 |
| 361 | 8/15/2002 | Letter to Library of Congress Copyright Office from Cynthia Clarke Weber (Sughrue Mion, PLLC) re Request for Special Relief From Deposit Requirements for Mack Master Parts and Illustration Database | M019778-19785 |
| 362 | 8/15/2002 | Confirmatory Copyright Assignment | M19769-19770 |
| 363 | 8/15/2002 | Fax from Yeager to Lusty | M0163662 |
| 364 | 8/15/2002 | Fax from Yeager to Lusty | M0163664-65 |
| 365 | 8/16/2002 | Fax from Yeager to Lusty | M0163653-163657 |
| 366 | 8/16/2002 | Fax from Yeager to Lusty | M0163660 |
| 367 | 8/19/2002 | Fax from Yeager to Lusty | M0163649 |
| 368 | 8/21/2002 | Email from Steve Polzer | M0163648 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 369 | 8/27/2002 | MACSPEC 2001 copyrights registered as Copyright Reg. Nos. TXU 1-001-746 and TXU 1-001-747 | |
| 370 | 8/29/2002 | Fax from Yeager to Lusty | M0163633 |
| 371 | 8/30/2002 | Fax from Yeager to Chad Johnson (Ruan Transport) | M0163630 |
| 372 | 9/5/2002 | Letter re Trux "N" Parts from J. Favia to T. Trom | M0152785 |
| 373 | 9/6/2002 | Declaration of Navid Yavari | |
| 374 | 9/8/2002 | Declaration of Dave Yeager | Ex. 109 |
| 375 | 9/9/2002 | PAI Opposition to Motion for Preliminary Injunction | Ex. 41 |
| 376 | 9/9/2002 | Fax from Dave Yeager to Jeff Yelles re advertisements | Ex. P-67 |
| 377 | 9/9/2002 | Fax from Yeager to Yelles | M0163620 |
| 378 | 9/10/2002 | Fax from Yeager to Lusty re Bolus Trucking | M0163604 |
| 379 | 9/12/2002 | Fax from Yeager to Lusty re Trucks & Parts | M0163597 |
| 380 | 9/16/2002 | Fax from Dave Yeager to Jeff Yelles re advertisements | Ex. P-68 |
| 381 | 9/16/2002 | Email from J. Favia to C. Bond re Trux N Parts | M0192098 |
| 382 | 9/16/2002 | Fax from Yeager to Yelles re ad | M0163596 |
| 383 | 9/20/2002 | Letter from J. Yelles to D. Yeager re the submission of Yeager's draft advertisement | MTERM00106 |
| 384 | 9/20/2002 | Letter from Mack (Yelles) to Yeager re draft advertisements with typewritten note | |
| 385 | 9/23/2002 | Fax from Yeager to Lusty re Pitt-Ohio Express | M0163573 |
| 386 | 9/25/2002 | Fax from Yeager to Lusty | M0163563 |
| 387 | 9/25/2002 | Fax from Yeager to Lusty | M0163588 |
| 388 | 10/2/2002 | Letter from Yeager to Yelles re advertising | |
| 389 | 10/2/2002 | Fax from Yeager to Lusty | M0163555 |
| 390 | 10/4/2002 | Fax from Yeager to Lusty | M0163548 |
| 391 | | **INTENTIONALLY LEFT BLANK** | |
| 392 | 12/10/2002 | Index of Disks Northwest Truck returned to Toledo Mack | Exhibit 108 |
| 393 | 10/15/2002 | Counterclaim Defendant's Objections and Responses to Counterclaim Plaintiff's First Interrogatories | Ruble 9 |
| 394 | 10/21/2002 | Fax from Dave Yeager to Jeff Yelles re advertisements | Ex. P-71 |
| 395 | | **INTENTIONALLY LEFT BLANK** | |
| 396 | 10/23/2002 | Fax from Yeager to Lusty | M0163506 |
| 397 | 10/24/2002 | Fax from Yeager to Lusty | M0163480 |
| 398 | 10/24/2002 | Email from McCafferty to Lusty (two copies - one annotated) | M0188870 M0163500 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 399 | 10/25/2002 | Fax to Jack Lusty from Dave Yeager re Parrish Leasing | M0163492 |
| 400 | 10/25/2002 | Fax from Yeager to Lusty | M0163491 |
| 401 | 10/29/2002 | Fax from Yeager to Yelles | M0163489 |
| 402 | 10/30/2002 | Fax from Yeager to Lusty | M0163464 |
| 403 | 11/1/2002 | Fax from Yeager to Lusty | M0163467-68 |
| 404 | 11/1/2002 | Settlement Agreement and Mutual Release signed by PAI | Ex. P-33 |
| 405 | 11/4/2002 | Letter from Yelles to Yeager (two copies, one annotated) | |
| 406 | 11/8/2002 | Declaration of Navid Yavari | Exhibit 107, Yavari 3 |
| 407 | 11/8/2002 | Letter from S. Dorvee to J. Heep enclosing signed copies of Declaration of Navid Yavari and Settlement and Mutual Release | Yavari 16 |
| 408 | 11/8/2002 | Memo from J. Favia to P. Vikner, K. Flaherty and J. Williams re Recap Oshkosh/McNeilus Visit to Renault and Volvo | M0190948-190950 |
| 409 | 11/13/2002 | Fax to Jeff Yelles from Dave Yeager | M0197028 |
| 410 | 11/14/2002 | Settlement Agreement and Mutual Release between PAI and Mack Trucks, Inc. | |
| 411 | 11/20/2002 | Memo from K. Flaherty to U.S. Dealers re Free Floorplan Trucks | M0134157 |
| 412 | 11/21/2002 | Consent Order on Mack Truck, Inc.'s Motion for Preliminary Injunction | |
| 413 | 11/25/2002 | Declaration of Harold Schmidt | Exhibit 108 |
| 414 | 12/6/2002 | Toledo Mack's Distributorship Vehicle Annual Commercial Plan | M0163434 |
| 415 | 12/9/2002 | E-mail exchange among J. Lusty, M. Maddox and D. McDaniel re: Florida Rock | M0163435-436 |
| 416 | 12/12/2002 | Fax from Yeager to Lusty | M0163428 |
| 417 | 12/16/2002 | Fax from Yeager to Lusty | M0164421 |
| 418 | 12/19/2002 | Fax from Yeager to Lusty re Bolus | M0164482 |
| 419 | 12/22/2002 | Fax from Yeager to Lusty re Bolus | M0164465 |
| 420 | 12/23/2002 | Letter from T. Billings and R. Gerhard to D. Yeager re the Symbols of Excellence Program currently being launched to all Volvo and Mack dealers. | MTERM02197 |
| 421 | 12/23/2002 | Fax from Yeager to Lusty | M0164476-78 |
| 422 | 1/6/2003 | Email exchange between J. Lusty and B. Smith re PJAX S/A email of 12/23 | M0047007 |
| 423 | 1/6/2003 | Fax from Yeager to Lusty re PJAX | M0164444 |
| 424 | 1/6/2003 | Fax from Yeager to Lusty re Bolus | M0164443 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 425 | 1/6/2003 | Fax from Yeager to Lusty re Florida Rock | M0164436 |
| 426 | 1/9/2003 | Letter from Jeff Yelles to Dave Yeager re outstanding issues | Ex. 46 |
| 427 | 1/13/2003 | Fax from Yeager to Yelles | M0197030-197031 |
| 428 | 1/15/2003 | Fax from Yeager to Yelles re Florida Rock | M0197037 |
| 429 | 1/15/2003 | Letter from Yeager to Yelles | M0197032-36 |
| 430 | 1/15/2003 | Fax from Yeager to Lusty re PJAX | M0164389 |
| 431 | 1/16/2003 | Sales contact report | M0164380 |
| 432 | 1/17/2003 | Fax from Yeager to Lusty | M0164382 |
| 433 | 1/27/2003 | E-mail from James Hoover of Maritz Research to Ron Gerhard re Toledo Mack's refusal to participate in Symbols of Excellence program because of pending litigation against Mack | |
| 434 | 1/27/2003 | Fax from Yeager to Lusty | M0164378 |
| 435 | 2/1/2003 | District Manager Meeting - slides from Opening Remarks | M0134865-134874 |
| 436 | 2/1/2003 | District Manager Meeting - Business Plan 2003 | M0134875-134882 |
| 437 | 2/4/2003 | Letter to Yeager from Yelles | M0197040-197041 |
| 438 | 2/10/2003 | Fax from Yeager to Lusty re Strouse Roll-off | M0164362 |
| 439 | 2/11/2003 | Email from McCafferty to Yelles | M0192769 |
| 440 | 2/11/2003 | Email from J. Favis to J. Williams re Heil Dump Body Program | M0192201-192202 |
| 441 | 2/11/2003 | Fax from Yeager to Lusty re Strouse | M0164358 |
| 442 | 2/13/2003 | Email from J. Favis to J. Williams re Heil MR688S | M0193199 |
| 443 | 2/18/2003 | Fax from Yeager to Lusty | M0164337 |
| 444 | 2/20/2003 | Fax from Lusty to Yeager | M0164336 |
| 445 | 2/24/2003 | Fax from Yeager to Lusty | M0164296 |
| 446 | 2/24/2003 | Email exchange among B. Wennerstrom, B. Brimingham and J. Favia re Mack quotes | M0190555 |
| 447 | 2/26/2003 | Fax from Yeager to Lusty | M0164290 |
| 448 | 2/27/2003 | Fax from Yeager to Lusty | M0164282 |
| 449 | 2/27/2003 | Fax from Yeager to Lusty | M0164280 |
| 450 | 3/3/2003 | Fax from Yeager to Lusty | M0164275 |
| 451 | 3/4/2003 | Fax from Yeager to Lusty | M0164274 |
| 452 | 3/4/2003 | Fax from Yeager to Lusty | M0164260 |
| 453 | 3/5/2003 | Fax from Yeager to Lusty | M0164062 |
| 454 | 3/19/2003 | Email from J. Favia to J. Williams re MTM Pricing Thoughts (Final) | M0192205 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 455 | 3/27/2003 | Letter from S. Johnson informing Yeager that effective June 30, 2003 Toledo Mack is terminated as an authorized Mack distributor because of breaches of their Distributor Agreement dated June 24, 1986 | D. Yeager Ex. 33 |
| 456 | 3/28/2003 | Letter from G. Carrocce (American Bulk Commodities) to S. Freeman | MTERM00070 |
| 457 | 3/28/2003 | Email from J. Favia to M. Spedding/"John" re the possibility of reassigning the McNeilus account to another account executive | Favia Ex. 4 |
| 458 | 4/25/2003 | Email from J. Favia to S. DuPuis re Body Builders Policy | M0190566 |
| 459 | 5/1/2003 | Email to Jeff Yelles, M. McNally, J. Thomas from Stephen Polzer re MTM | M0190933-190935 |
| 460 | 6/1/2003 | Parrish Leasing - fax from Yeager to Yelles | |
| 461 | 6/12/2003 | Fax from Yeager to Kelly, cc Lusty | M0195604 |
| 462 | 6/16/2003 | Email exchange among J. Lusty, J. McCafferty and J. Yelles re DiPietro | M0197016 |
| 463 | 6/23/2003 | Fax from Yeager to Lusty | M0195510 |
| 464 | 6/24/2003 | Fax from Yeager to Yelles | M0195511 |
| 465 | 6/26/2003 | Fax to Jeff Yelles from Dave Yeager re Parrish Leasing | |
| 466 | 6/26/2003 | Fax from Yeager to Yelles, cc Lusty | M0195490 |
| 467 | 7/1/2003 | Fax from Yeager to Lusty, cc Yelles | M0195476 |
| 468 | 7/1/2003 | Fax from Yeager to Lusty | M0195477 |
| 469 | | **INTENTIONALLY LEFT BLANK** | |
| 470 | 7/1/2003 | Analysis of Toledo Mack Sales & Service from 1995 - 2003 | MTERM 01022-1037 |
| 471 | 7/3/2003 | Sales Assistance Factory Orders & Reassignments for Central Region | M0201531 |
| 472 | 7/15/2003 | Letter from Lusty to Yeager | M0195448 |
| 473 | 7/29/2003 | Letter from Yelles to Yeager | |
| 474 | 8/22/2003 | Letter from T. Billings and R. Gerhard to D. Yeager re the Symbols of Excellence Program currently being launched to all Volvo and Mack dealers | MTERM02196 |
| 475 | 9/4/2003 | Answer of Counterclaim Defendant Toledo Mack Sales & Service, Inc. to First Amended Counterclaims of Defendant Mack Trucks, Inc. | D. Yeager Ex. 32 |
| 476 | 9/12/2003 | Finished Inventory Projections - Domestic | MTERM00014-15 |