## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 477 | 9/16/2003 | Letter from Yeager to Hoover | MTERM00022, D. Yeager 58<br><br>MTERM00022 |
| 478 | 9/19/2003 | 1996 - Present Michigan Fleet Deliveries Summary by Year | M215607-215609 |
| 479 | 10/6/2003 | Fax from Yeager to Lusty | Ex. 32 |
| 480 | 10/6/2003 | Email from J. Favia to K. Flaherty and J. Williams re meeting with McNeilus/Oshkosh | Favia Ex. 50 |
| 481 | 10/21/2003 | Letter from Yelles to Yeager | Ex. 33 |
| 482 | 11/20/2003 | D567 Retailed 1996 - Present By Customer Name | M0201541-201547 |
| 483 | 11/20/2003 | D567 Retailed 1996 - Present by Year | M0201548-201551 |
| 484 | 12/16/2003 | 1996 - Present Ohio Fleet Deliveries Summary by Year | M215637-215640 |
| 485 | 12/17/2003 | Memorandum to Bob Yuzuik from Lloyd Kendall re Mack expenditures with GGS to create Mack Database from 1988 to 2003 and, MACSPEC II and MACSPEC 2001 | GGS 13180-13181 |
| 486 | 1/7/2004 | Fax to Steve Polzer from Dave Yeager re McNeilus Discount | |
| 487 | 1/9/2004 | Fax to Kevin Flaherty from Dave Yeager re MTI's Floorplan Policy | |
| 488 | 1/9/2004 | Toledo Mack's Sales in the State of Michigan (1996-2003) | |
| 489 | 1/14/2004 | Fax to Steve Polzer from Dave Yeager re Trucks & Parts | |
| 490 | | **INTENTIONALLY LEFT BLANK** | |
| 491 | 1/16/2004 | Email from J. Heep to J. Manly Parks re Responses to Sales Assistance Questions | Harris Ex. 4 |
| 492 | 2/18/2004 | Declaration of Stephen Polzer | Harris Ex. 5 |
| 493 | 5/7/2004 | Declaration of Dave Yeager | |
| 494 | 10/19/2005 | Affidavit of David M. Yeager | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 495 | 0/0/0000 | Sales Contact Reports for Toledo Mack 1998 - 2003 | Ex. P-34: M0165316-165317; MTERM 01277; M147632; MTERM01260; MTERM1254; MR200515; MTERM01464-65; MR201702; MTERM01464, MTERM02250 |
| 496 | 0/00/0000 | Newspaper article "Noted Toledo man's son found guilty" | M0024455 |
| 497 | 0/00/0000 | Consent Order and Permanent Injunction between Mack Trucks, Inc. and PAI | Ex. 105 |
| 498 | 0/00/0000 | Financial Analysis of PAI Industries, Inc. | M0194846-194861 |
| 499 | 0/00/0000 | Promotional pieces on J. Savage and M. Yeager; Toledo Mack advertisement reflecting "Lowest Price Guarantee" | TM0023320-22 |
| 500 | 0/00/0000 | Toledo Mack Dealer Annual Commercial Plan | M. Yeager Ex. 20 |
| 501 | 0/00/0000 | PAI Purchase Order | PAI008831 |
| 502 | 0/00/0000 | Memo re Favia's conversation with Koleski and Trom | Favia Ex. 33 |
| 503 | 0/00/0000 | Action items for Mack Truck visit - Sept. 24th | Favia Ex. 72 |
| 504 | 0/00/0000 | Presentation showing Mack's Market Share and Profitability in the construction segment | M0134970-134995 |
| 505 | 0/00/0000 | Market Shares Mack Truck and VTNA Overall Market all Liters | M0222302 |
| 506 | 0/00/0000 | Illustrations and specifications of Mack Truck parts. Dates: 10/79, 9/80, 12/80, 6/81, 9/81, 3/82, 12/83, 4/84, 12/84, 12/85, 4/87, 12/87, 8/89, 9/89, 12/89, 6/91, 10/91, 4/92, 9/92, 10/92, 3/93, 6/93, 8/93, 2/94, 6/94, 10/94, 8/95, 10/95, 2/96, 6/96, 8/96, 10/96, 2/97, 8/97, 4/98, 2/99, 4/00 | PAI1011140-11627 |
| 507 | 0/00/0000 | Mack Trucks, Inc. License Agreement and Limited Warranty for MACSPEC II | M19351-19354 |
| 508 | 0/00/0000 | Toledo Mack Advertisements from Michigan Truck Trader June 2001, Hauler Magazine July 2001 | TM TERM00177-182 |
| 509 | 0/00/0000 | Toledo Mack Advertisements (in color) | Ex. 80 |
| 510 | 0/00/0000 | MACSPEC 2001 System | |
| 511 | Various | PAI Parts Specifications | PAI 1  011140-11627 |
| 512 | 0/00/0000 | PAI Returned Materials | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 513 | 0/00/0000 | Toledo Mack Sales - Summary by Model Type - 1987-2003 | Nichols Ex. 9 |
| 514 | 1/16/2002 | Answer and Crossclaims of Counterclaim Defendant PAI Industries, Inc. | Ex. 15 |
| 515 | 3/14/2003 | Mack Trucks - Report for Week Ending 3/14/2003 | MW0025282-87 |
| 516 | 7/1/1999 | Assessment and Benchmark of Competitors' Dealer Management Strategies in the Heavy Truck Industry - Final Report - prepared for R. Gerhard by Markowitz & McNaughton, Inc. | MW0063071-63145 |
| 517 | 9/24/2002; 10/22/2002; 11/18/2002; 12/16/2002 | Pepper Hamilton, LLP invoices to Mack Trucks, Inc. relating to representation in connection with PAI Litigation | |
| 518 | 11/19/1991 | Shareholder's Derivative Suit: Browning-Ferris, Inc v. William D. Ruckelshaus et al. Verification by Sally M. Yeager | M0218638 |
| 519 | 11/15/1991 | Order granting Joint Motion to Transfer actions to USDC of Texas, Houston Division. Shareholder Derivative Suit: Browning-Ferris, Inc. v. William D. Ruckelshaus et al | M0218640 |
| 520 | 10/4/1991 | Complaint with Jury Demand- Shareholder Derivative Action: Browning-Ferris Industries, Inc. v. William D. Ruckelshaus et al. (with exhibits) | M0218720-0218810 |
| 521 | 2/25/1993 | Memorandum and Order dismissing Plaintiff's Amended Consolidated Complaint: In re: Browning-Ferris Industries, Inc. Shareholder Derivative Litigation | M0218831-0218854 |
| 522 | 1/16/1985 | Affidavit of David M. Yeager | M0220072-0220074 |
| 523 | 3/29/1985 | Agreement and Mutual Release: Dunrite Equipment, Ltd. v. Browning-Ferris Industries, Inc. | M0220399-0220418 |
| 524 | 1/18/1991 | Affidavit of David M. Yeager: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager, et al. | M0220686-0220693 |
| 525 | 1/18/1991 | Affidavit of Sally Yeager: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager, et al. | M0220694-0220698 |
| 526 | 9/6/1984 | Answer of Defendants, Dunrite Equipment, Ltd. and Dunrite Management Corp., to Plaintiff's First Amended Complaint; Counter-Claims; Demand for Trial by Jury: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager, et al. | M0220004-M0220006 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 527 | 6/26/1984 | Opinion and Judgment Entry: Browning-Ferris Industries of Ohio and Michigan, Inc. v. David M. Yeager, et al. | M0219992-0219998 |
| 528 | 2/17/1984 | Amended Answer and Counterclaims, Demand for Jury Trial: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager, et al. | M0219944-0219950 |
| 529 | 3/29/1985 | Affidavit of David M. Yeager - returned all documents, property, tape recordings and statements of BFI-OM officers and employees: Browning-Ferris Industries of Ohio & Michigan v. David M. Yeager, et al. | M0220173 |
| 530 | 4/5/1986 | Final Judgment Entry: Browning-Ferris Industries of Ohio & Michigan v. David Yeager, et al. | M0220138-0220142 |
| 531 | 6/25/1990 | Complaint with Order of Dismissal Without Prejudice with Right to Refile within One Year: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager | M0220266-M0220332 |
| 532 | 10/1/1990 | Counter Complaint: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager | M0220518-M0220529 |
| 533 | 10/29/1987 | Press Statement of Browning-Ferris Industries of Ohio & Michigan Inc. regarding plea agreement on price-fixing charges | M0221493-0221494 |
| 534 | 00/00/0000 | Third Party Complaint of Defendant Browning-Ferris Industries of Ohio & Michigan, Inc.: State of Ohio, Ex Rel., Celebreeze v. Browning-Ferris Industries, Inc., et al. | M0221472-0221476 |
| 535 | 12/20/1991 | Letter from Anthony Petrilli, M.D. to Joe McGill enclosing David Yeager's psychiatric and lab results. | M0221591-0221609 |
| 536 | 5/28/1991 | Amended Counter Complaint: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager | M0225000-0225010 |
| 537 | 2/27/1992 | Consent Judgment Order: Browning-Ferris Industries of Ohio & Michigan, Inc. v. David M. Yeager | M0226803-0226805 |
| 538 | 9/10/1993 | Outline of Plaintiff's Mediation Presentation: Yeager v. Waste Management. Hearing Date: September 7,8 1993 | M0226841-0226865 |
| 539 | 8/14/1992 | Motion to Bar Attendance of Plaintiff at Depositions: David M. Yeager v. Waste Management, Inc., et al. | M0226887-0226891 |
| 540 | 12/20/1994 | Stipulation: David M. Yeager v. Ohio Waste Systems, Inc. - Parties bound by agreement of settlement | M0226936-0226937 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 541 | 5/8/1989 | National Distributor Advisory Council Minutes- Allentown, PA | NUSS0061-0068 |
| 542 | 2/12/1990 | National Distributor Advisory Council Minutes | MW0020847-0020854 |
| 543 | 10/25/1990 | National Distributor Advisory Council Minutes | MW0020838-0020842 |
| 544 | 2/4/1991 | National Distributor Advisory Council Minutes | MW0020833-0020835 |
| 545 | 5/4/1992 | National Distributor Advisory Council Minutes | MW0020827-0020831 |
| 546 | 11/13/1992 | National Distributor Advisory Council Minutes | MW0020816-0020819 |
| 547 | 3/16/1993 | National Distributor Advisory Council Minutes- Special Session | MW0020807-0020814 |
| 548 | 5/28/1993 | National Distributor Advisory Council Minutes | MW0020777-0020794 |
| 549 | 11/18/1993 | National Distributor Advisory Council Minutes | MW0020760-0020776 |
| 550 | 2/8/1994 | National Distributor Advisory Council Minutes- Special Meeting | MW0020728-0020732 |
| 551 | 5/5/1994 | National Distributor Advisory Council Minutes | MW0020693-0020700 |
| 552 | 6/13/1994 | National Distributor Advisory Council Minutes- Impromptu Meeting | MW0020683-0020688 |
| 553 | 11/21/1994 | National Distributor Advisory Council Minutes | MW0020655-0020670 |
| 554 | 3/23/1995 | National Distributor Advisory Council Minutes | MW0020602-0020606 |
| 555 | 4/20/1996 | National Dealer Advisory Council Minutes | MW0020595-0020599 |
| 556 | 2/7/1997 | Mack Dealer Council Meeting Minutes | MW0020578-0020583 |
| 557 | 4/6/1997 | National Distributor Advisory Council Minutes | MW0020565-0020570 |
| 558 | 6/19/1997 | National Distributor Advisory Council Minutes | MW0020551-0020554 |
| 559 | 10/9/1997 | National Distributor Advisory Council Minutes | MW0020531-0020540 |
| 560 | 12/9/1997 | National Distributor Advisory Council Minutes | MW0020518-0020523 |
| 561 | 1/13/1998 | National Distributor Advisory Council Minutes | MW0020495-0020498 |
| 562 | 4/23/1998 | National Distributor Advisory Council Minutes | MW0020491-0020494 |
| 563 | 9/17/1998 | National Distributor Advisory Council Minutes | MW0020475-0020481 |
| 564 | 10/6/1998 | National Distributor Advisory Council Minutes- Special Meeting | MW0020473-0020474 |
| 565 | 12/3/1998 | National Distributor Advisory Council Minutes | MW0020468-0020472 |
| 566 | 4/14/1999 | National Distributor Advisory Council Minutes | MW0020461-0020462 |
| 567 | 6/30/1999 | National Distributor Advisory Council Minutes | MW0020459-0020460 |
| 568 | 9/22/1999 | National Distributor Advisory Council Minutes | MW0020457-0020458 |
| 569 | 10/28/1999 | National Distributor Advisory Council Minutes- Special Meeting | MW0020456 |
| 570 | 1/12/2000 | National Distributor Advisory Council Minutes | MW0020453-0020454 |
| 571 | 2/29/2000 | National Distributor Advisory Council Minutes | MW0020450-0020452 |
| 572 | 6/13/2000 | National Distributor Advisory Council Minutes | MW0020448-0020449 |
| 573 | 9/12/2000 | National Distributor Advisory Council Minutes | MW0020446-0020447 |
| 574 | 1/10/2001 | National Distributor Advisory Council Minutes | MW0020440-0020441 |
| 575 | 5/16/2001 | National Distributor Advisory Council Minutes | MW0020437-0020439 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|-------------------|
| 576 | 9/10/2001 | National Distributor Advisory Council Minutes | MW0020435-0020436 |
| 577 | 12/4/2001 | National Distributor Advisory Council Minutes | MW0020433-0020434 |
| 578 | 2/27/2002 | National Distributor Advisory Council Minutes | MW0020430-0020431 |
| 579 | 9/17/2002 | National Distributor Advisory Council Minutes | MW0020428-0020429 |
| 580 | 12/3/2002 | National Distributor Advisory Council Minutes | MW0020426-0020427 |
| 581 | 12/4/2002 | National Distributor Advisory Council Minutes | MW0020422-0020423 |
| 582 | 3/4/2003 | National Distributor Advisory Council Minutes | MW0020419-0020420 |
| 583 | 3/5/2003 | National Distributor Advisory Council Minutes | MW0020415-0020418 |
| 584 | 6/17/2003 | National Distributor Advisory Council Minutes | MW0020408-0020413 |
| 585 | 10/14/2003 | National Distributor Advisory Council Minutes | MW0020397-0020405 |
| 586 | 10/15/2003 | Mack/Volvo Joint Dealer Council Executive Committee Meeting Minutes | MW0020406 |
| 587 | 4/15/2004 | National Distributor Advisory Council Minutes | MW0020393-0020395 |
| 588 | 9/29/2004 | Mack Dealer Council Meeting Minutes | MW00000002-00000007 |
| 589 | 00/00/0000 | Cartoon re Mack distributorship. | M0024763 |
| 590 | 1/6/1987 | Letter from Dave Yeager to R.F. Tracht Re:  Mack Super Bowl Incentive Program.  Outlines eligibility for distributors. | M0024599-0024600 |
| 591 | 3/17/1987 | Letter from Dave Yeager to Roger Blanchard Re: Blanchard's 03/07/1987 accusation suggesting Toledo Mack has attempted to deceive Mack Financial. | M0021145-21146 |
| 592 | 3/25/1987 | Letter from C. Deforrest Trexler, Deputy General Counsel of Mack Trucks, Inc., addressing Yeager's 03/17/1987 letter to Roger Blanchard. | M0021163-21164 |
| 593 | 5/21/1987 | Letter from Dave Yeager to R.F. Tracht re: Cost Assistance | M0024199-24200 |
| 594 | 6/17/1987 | Letter from Dave Yeager to R.F. Tracht re: Cost Assistance | M0024172-24173 |
| 595 | 6/26/1987 | Letter from George Hairston (Baker & Hostetler) to Paul C. Ritter re:  Mack rescinding cost assistance allowance. | M0024208-24209 |
| 596 | 8/4/1987 | Letter from C. DeForrest Trexler (Mack) to George W. Hairston (Baker & Hostetler), responding to 07/27/1987 letter re:  failure to establish Toledo Mack customers located in Toledo and that the vehicles were delivered to the Toledo area. | M0024210 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 597 | 8/27/1987 | Letter from C. DeForrest Trexler (Mack) to George W. Hairston (Baker & Hostetler), further responding to 07/27/1987. Mack is not prohibited from debiting Toledo Mack's account in the amount of sales assistance | M0024211-24213 |
| 598 | 10/12/1987 | Letter from George Hairston (Baker & Hostetler) to C. DeForrest Trexler (Mack) re: Mack's letters of 08/04/1987 and 08/27/1987. | M0024807-24808 |
| 599 | 10/19/1987 | Letter from C. DeForrest Trexler (Mack) to George Hairston (Baker & Hostetler) in response to Hairston's 10/12/1987 letter. Advises that the issue is whether Toledo Mack fairly and accurately described to Mack the prospective purchasers and the interbran | M0024017 |
| 600 | 10/23/1987 | Letter from Dave Yeager to R.F. Tracht re: request for sales assistance | M0151333 |
| 601 | 1/26/1988 | Letter from Thomas Long (Baker & Hostetler) to C. DeForrest Trexler (Mack) re: past correspondence and debiting Toledo Mack's parts account for the cost assistance. | M0151289-151290 |
| 602 | 3/31/1988 | Letter from Thomas Long (Baker & Hostetler) to C. DeForrest Trexler (Mack) re: Sales assistance dispute | M0024805-24806 |
| 603 | 2/23/1990 | Letter from Patrick McMahon to Dave Yeager re: Misrepresentation of information used in the granting of sales assistance and account balance verification letter initiated on 11/17/1989. | M0149771-149772 |
| 604 | 3/6/1990 | Letter from George Hairston (Baker & Hostetler) to C. DeForrest Trexler re: Patrick McMahon's 02/23/1990 letter (disputed sales assistance allowance) | M0023768-23769 |
| 605 | 3/7/1990 | Letter from Dave Yeager to Ralph Reins (Mack) re: Wrongly with held Sales Assistance. | M0023770-23771 |
| 606 | 3/21/1990 | Letter from Patrick McMahon to Dave Yeager re: Responding to 3/7/1990 Yeager letter to Ralph Reins concerning rescission of Mack's special sales assistance discount on certain truck sales in 1987. | M0023764-23765 |
| 607 | 7/25/1990 | Letter from C. DeForrest Trexler (Mack) to George Hairston acknowledging letter of 7/20/1990. | M0024837 |
| 608 | 1/17/1991 | Letter from Dave Yeager to Patrick McMahon re: Settlement Negotiations. | |
| 609 | 10/29/1991 | Fax from Dave Yeager to Elios Pascual | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 610 | 5/13/1993 | Distributor Sales and Marketing Contact Report | M0024452-0024453 |
| 611 | 3/28/1995 | Distributor Sales and Marketing Contact Report | M0165313-0165314 |
| 612 | 3/15/2000 | Mack Truck Vehicle Sales Contact Report with Toledo Mack | M0147633 |
| 613 | 6/17/1987 | Distributor Contact Report with Toledo Mack.  Marked special visit- Toledo Mack to be debited sales assistance of $81,518 for fraudulent locations of companies. | M0024233-0024234 |
| 614 | 1/31/1990 | Distributor Contact Report with Toledo Mack marked special visit.  Discussed letter sent to Gary Johnson and Pat McMahon concerning Toledo Mack's disclaimer statement on sales assistance forms. | M0024423 |
| 615 | 04/181990 | Distributor Contact Report with Toledo Mack | M0024424-0024426 |
| 616 | 6/5/1990 | Distributor Contact Report with Toledo Mack marked special visit.  Introduced Dave Schwegman to distributor. | M0024427 |
| 617 | 1/21/1991 | Distributor Contact Report with Toledo Mack | M0024429-0024430 |
| 618 | 1/31/1991 | Distributor Contact Report with Toledo Mack | M0024440-0024441 |
| 619 | 4/30/1991 | Distributor Contact Report with Toledo Mack | M0024433 |
| 620 | 7/1/1991 | Distributor Contact Report with Toledo Mack | M0024434-0024435 |
| 621 | 8/27/1991 | Distributor Contact Report with Toledo Mack | M0024436-0024438 |
| 622 | 12/12/1991 | Distributor Contact Report with Toledo Mack | M0024428 |
| 623 | 6/8/1992 | Distributor Contact Report with Toledo Mack | M0024446-0024447 |
| 624 | 12/31/1996 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/1996 | TM0027179-0027208 |
| 625 | 12/31/1997 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/1997 | TM0027217-0027243 |
| 626 | 12/31/1988 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/1998 | TM0027254-0027268 |
| 627 | 12/31/1999 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/1999 | TM0027278-0027295 |
| 628 | 12/31/2000 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/2000 | TM0027305-0027325 |
| 629 | 12/31/2001 | Toledo Mack  U.S. Corporation Income Tax Return for the year ending 12/31/2001 | TM0027346-0027363 |
| 630 | 12/31/1996 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/1996 | TM0027209-0027216 |
| 631 | 12/31/1997 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/1997 | TM0027245-0027253 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 632 | 12/31/1998 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/1998 | TM0027269-0027244 |
| 633 | 12/31/1999 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/1999 | TM0027296-0027304 |
| 634 | 12/31/2000 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/2000 | TM0027327-0027334 |
| 635 | 12/31/2001 | Toledo Mack Ohio Income Tax Return for the year ending 12/31/2001 | TM0027336-0027344 |
| 636 | 3/31/1996 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/1996 | TM0027365-0027368 |
| 637 | 6/30/1996 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/1996 | TM0027369-0027373 |
| 638 | 9/30/1996 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/1996 | TM0027375-0027379 |
| 639 | 12/31/1996 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/1996 | TM0027380-0027384 |
| 640 | 3/31/1997 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/1997 | TM0027385-0027389 |
| 641 | 6/30/1997 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/1997 | TM0027391-0027395 |
| 642 | 9/30/1997 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/1997 | TM0027397-0027401 |
| 643 | 12/31/1997 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/1997 | TM0027403-0027407 |
| 644 | 3/31/1998 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/1998 | TM0027409-0027413 |
| 645 | 6/30/1998 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/1998 | TM0027415-0027420 |
| 646 | 9/30/1998 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/1998 | TM0027421-0027425 |
| 647 | 12/31/1998 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/1998 | TM0027426-0027430 |
| 648 | 3/31/1999 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/1999 | TM0027432-0027436 |
| 649 | 6/30/1999 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/1999 | TM0027438-0027442 |
| 650 | 9/30/1999 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/1999 | TM0027443-0027447 |
| 651 | 12/31/1999 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/1999 | TM0027449-0027453 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 652 | 3/31/2000 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/2000 | TM0027455-0027459 |
| 653 | 6/30/2000 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/2000 | TM0027460-0027464 |
| 654 | 9/30/2000 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/2000 | TM0027466-0027470 |
| 655 | 12/31/2000 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/2000 | TM0027472-0027476 |
| 656 | 3/31/2001 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/2001 | TM0027495-0027499 |
| 657 | 6/30/2001 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/2001 | TM0027500-0027504 |
| 658 | 9/30/2001 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/2001 | TM0027506-0027510 |
| 659 | 12/31/2001 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 12/31/2001 | TM0027512-0027516 |
| 660 | 3/31/2002 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 03/31/2002 | TM0027478-0027482 |
| 661 | 6/30/2002 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 06/30/2002 | TM0027484-0027488 |
| 662 | 9/30/2002 | Toledo Mack Quarterly Federal Excise Tax Return, Quarter ending 09/30/2002 | TM0027490-0027494 |
| 663 | 5/28/1993 | Memo from Robert Grussing to Distributor Principals and Subsidiary General Managers re: introduction of the new Retail Sales Allowance pricing program. | M0227885-0227887 |
| 664 | 6/7/1989 | E-mail from Barb Duklia to Paul Ritter re: New Pricing Policy. Attached is 8/30/1989 letter from Patrick Greber of R & E Mershon Concrete | M0226970-0226971 |
| 665 | 3/22/1988 | Letter from C. DeForrest Trexler to Thomas Long (Baker & Hostetler) | M0226985-0227000 |
| 666 | 02/00/1990 | Article from Heavy Duty Trucking about Ralph Reins - entitled The Bulldog Slims Down. | M0227005-M0227006 |
| 667 | 02/00/1990 | Article from Fleet Owner entitled Mack Trucks Charts a Comeback Course - new management team places emphasis on cost reduction quality control. | M0227007-0227013 |
| 668 | 3/7/1990 | Letter from Gary Johnson to Robert Nuss, with attachment of National Distributor Advisory Council minutes. | M0227065-0227075 |
| 669 | 4/11/1990 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Net Transfer Price Policy | M0227076-0227080 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 670 | 00/00/0000 | Printout of Net Transfer Price Policy- Net Transfer Discounts for 1990 and 1991 Model Prices | M0227081-0227084 |
| 671 | 4/30/1990 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Net Transfer Price Policy (Revised). Attached Net Transfer Discounts for 1990 and 1991 Model Prices. | M0227085-0227090 |
| 672 | 4/30/1990 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Net Transfer Price Program Revised Information. | M0227091 |
| 673 | 5/29/1990 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Net Transfer Price Policy Revision II. Attached printout of Net Transfer Discounts. | M0227092-0227094 |
| 674 | 8/1/1990 | Organizational Chart of Mack Truck Sales Group and International & Mid-Liner Sales | M0227096-0227097 |
| 675 | 9/27/1990 | Letter from Robert Nuss to Ralph Reins re: 9/27/1990 National Distributor Advisory Council | M0227098-0227102 |
| 676 | 11/16/1990 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Net Transfer Price Policy Interim Modification of Policy. | M0227120-0227125 |
| 677 | 5/4/1992 | Letter from Marc Gustafson to Mack Dealers, attaching letter from Elios Pascual re: Mack's positive market share and productivity improvements. | M0227139-0227142 |
| 678 | 6/4/1993 | Fax from Paul Ritter to Regional Vice Presidents and Gordon Hellowell, attaching 93c Pricebook and Retail Sales Allowance. | M0227170-0227175 |
| 679 | 3/16/1992 | Letter to March Gustafson re: National Distributors Advisory Council agenda meeting held 2/23/1992. | M0227176-0227180 |
| 680 | 11/10/1978 | Interoffice Correspondence from R.D. Kocher to T.J. Machala re: McNeilus Manufacturing. | M0227272-0227284 |
| 681 | 00/00/0000 | PAI Competitive Analysis- Mack Trucks, Inc. Part Operation by F.G. Bradford. | M0227287-0227300 |
| 682 | 10/8/1986 | Letter from R.F. Murphy to Distributor Principals re: New Truck Pricing Policy | M0227301-0227319 |
| 683 | 3/1/1988 | Marketing Distribution Bulletin No. 36-88 from R.F. Murphy to Distributor Principals re: Clarification of Sed and Sales Assistance Pricing Policies. | M0227336- 0227363 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 684 | 6/25/1989 | Letter from Bruce Brower (ABC Mack Sales) to Robert Bourbon (VP Atlantic Region) re: concern over the implementation of the New Retail Pricing Policy (class 8) and the adverse affects on his dealership. | M02277372-0227374 |
| 685 | 7/14/1989 | Letter from Milliron Industries to Joseph Rossetti re: Prohibiting their current Mack dealership from providing sales and services. | M0227375 |
| 686 | 07/00/1989 | Letters re: submissions to MTI Metropolitan District to be considered as an express exception to Pricing Policy #38-39 of 5/26/1989 | M0227377-0227393 |
| 687 | 07/00/1989 | Letters re: submissions to MTI Metropolitan District to be considered as an express exception to Pricing Policy #38-39 of 5/26/1989 | M0227394-0227413 |
| 688 | 6/20/1989 | Letter from Richard Murphy to Regional Vice Presidents re: Mack Trucks Retail Pricing Policy #38-89 | M02274714-0227419 |
| 689 | 10/20/1989 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Class 8 Vehicle Stocking Allowance Program. | M0227436 |
| 690 | 12/5/1989 | Letter from Terry Dotson (Worldwide Equipment) to Ralph Reins re: Suggestions to improve Mack Trucks. | M0227437-0227439 |
| 691 | 10/19/1984 | Letter from R.F. Murphy to All Distributors re: Sales Assistance Program (attached are instructions for preparation of Sales Assistance Program) | M0227400-0227448 |
| 692 | 2/26/1988 | Interoffice Correspondence from R.F. Murphy to W.E. Kakareka re: Report on Sales Assistance Program Policies and Procedures. | M0227485-0227497 |
| 693 | 11/22/1988 | Interoffice Correspondence from W.C. Meck to C.J. Browne re: New Vehicle Pricing Structure | M0227498-0227499 |
| 694 | 5/5/1989 | Memo from Dennis W. Sholl to W.C. Meck re: Sales Assistance Control Documentation | M0227500-0227505 |
| 695 | 6/14/1989 | Fax from Phyllis Lipien to Arline Henrich attaching Sales Assistance Request | M0227506-0227521 |
| 696 | 6/16/1989 | Fax from Patrick McMahon to R.F. Murphy re: New Pricing Policy | M0227534-0227536 |
| 697 | 7/11/1989 | Memo to file from Paul Ritter re: NADA / New Truck Sales Pricing Policy | M0227537-0227538 |
| 698 | 7/10/1989 | Letter from Patrick McMahon re: Distributors being considered for sales assistance. | M0227539-0227544 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 699 | 8/3/1989 | Letter from Dave Yeager to R.F. Murphy, enclosing customer letters | M0227547-0227564 |
| 700 | 8/7/1989 | Letter from N.B. Crawford (Cincinnati Mack) to Paul Ritter re: Sales Assistance Program. | M0227565-0227573 |
| 701 | 00/00/1989 | Mack Trucks General Correspondence folder | M0227591-0227628 |
| 702 | 11/8/1991 | Correspondence with Dave Yeager | M0227632-0227636 |
| 703 | 1/31/1992 | Letter from Paul Ritter to Distributor Principals and Branch Managers re: Single Volume Level Pricing Program. | M0227661-0227668 |
| 704 | 11/00/2000 | Strategic Marketing Plan for U.S. Class 8 Low Cab Over (LCOE) Straight Truck Analysis | M0227804-0227860 |
| 705 | 9/13/1994 | Corporate Management Committee Meeting Minutes | M025423 |
| 706 | 11/22/1994 | Corporate Management Committee Meeting Minutes | M025360 |
| 707 | 12/13/1994 | Corporate Management Committee Meeting Minutes | M025362 |
| 708 | 2/7/1995 | Corporate Management Committee Meeting Minutes | M025367 |
| 709 | 11/21/1995 | Corporate Management Committee Meeting Minutes | M025359 |
| 710 | 1/6/1997 | Corporate Management Committee Meeting Minutes | M025364 |
| 711 | 3/19/1997 | Mack Board of Directors Meeting Minutes | M0194565-0194574 |
| 712 | 9/00/1998 | U.S. Market Monitor | M0053968-53997 |
| 713 | 12/00/1998 | U.S. Market Monitor | M0053845-53877 |
| 714 | 3/00/1999 | U.S. Market Monitor | M0053767-53799 |
| 715 | 11/00/1999 | U.S. Market Monitor | M0054001-54032 |
| 716 | 3/00/2000 | U.S. Market Monitor | M0079888-79961 |
| 717 | 6/00/2000 | U.S. Market Monitor | M0048863-48897 |
| 718 | 2/00/2001 | U.S. Market Monitor | M0053523-53551 |
| 719 | 3/00/2001 | U.S. Market Monitor | M0054213-54247 |
| 720 | 5/00/2001 | U.S. Market Monitor | M0075826-75907 |
| 721 | 8/00/2001 | U.S. Market Monitor | M0078627-78667 |
| 722 | 11/00/2001 | U.S. Market Monitor | M0053482-53507 |
| 723 | 7/00/1999 | Assessment and Benchmark of Competitors' Dealer Management Strategies in the Heavy Truck Industry | MW0063071-0063145 |
| 724 | 8/30/1999 | Market Monitor Summary (1990-1999) prepared by L. Friederich | M0081421 |
| 725 | 9/00/1999 | US Market Monitor | M0053684-53715 |
| 726 | 9/29/1999 | Regional 2000 Goals and Objectives | M0138789-M0138795 |
| 727 | 11/00/1999 | U.S. Market Monitor | M0054001-54032 |
| 728 | 12/4/1999 | Copy of Market Monitor data | M0081389-0081415 |
| 729 | 7/29/2006 | Mack Distribution List | M024184 |
| 730 | 8/00/2000 | U.S. Market Monitor | M0182271-0182291 |
| 731 | 12/13/2000 | Memo from L. Friederich to Staff re Market Monitor - New Segmentation Repartition | M0078695-78701 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 732 | 7/29/2000 | Summary: Two Major Modifications - Major Facts for 9 months 2000 | M024234 |
| 733 | 02/00/2001 | U.S. Market Monitor | M0053523-0053551 |
| 734 | 02/00/2001 | U.S. Market Monitor | M0076103-0076135 |
| 735 | 3/2/2001 | Email from Tom Kelly to 13 Recipients | M0143064-0143065 |
| 736 | 0/00/0000 | State of the Region 2001 | M0148382-0148406 |
| 737 | 5/30/2001 | Mack Board of Directors Meeting Minutes | M0194575-0194586 |
| 738 | 8/28/2001 | Mack Board of Directors Meeting Minutes | M0194587-0194598 |
| 739 | 8/28/2001 | Mack Board of Directors Meeting Minutes - Preliminary Agenda | M0129126 |
| 740 | 8/28/2001 | GET Meeting Inventory Analysis | M019491 |
| 741 | 10/00/2001 | Monthly Operating Cash Flow-October Estimate | M020642 |
| 742 | 0/00/0000 | Issues and Concerns 2002 | M020591 |
| 743 | 10/25/2001 | Mack Board of Directors Meeting Minutes | M0194599-0194614 |
| 744 | 11/20/2001 | Volvo Global Trucks - 3P Product Planning | M0053477-0053481 |
| 745 | 3/00/2002 | US Market Monitor LCOE 1992-2001 (slides) | M0074872-0074883 |
| 746 | 0/00/0000 | TGM Strategy Meeting | MW0024387-0024424 |
| 747 | 5/29/2002 | Mack Board of Directors Meeting Minutes | M0194615-0194628 |
| 748 | 5/00/2002 | Board of Directors Meeting - US Market Overview | M0049058-0049073 |
| 749 | 9/10/2002 | Mack Board of Directors Meeting - Minutes | M0194629-0194639 |
| 750 | 10/00/2002 | Central Region-Market Segments | M0148791-0148810 |
| 751 | 2/18/2003 | Mack Board of Directors Meeting Minutes | MW0070764-0070777 |
| 752 | 0/00/0000 | Market Analysis - Central Region | MW0034322-0034344 |
| 753 | 5/13/2003 | Mack Board of Directors Meeting Minutes | MW0002128-0002132 |
| 754 | 5/13/2003 | Minutes of Previous Meeting | MW0070779-0070784 |
| 755 | 8/18/2003 | Minutes of Previous Meeting | MW0002398-0002403 |
| 756 | 8/18/2003 | Mack Board of Directors Meeting Minutes | MW0001928-0001935 |
| 757 | 8/18/2003 | Mack Trucks Financial Overview - July 2003 Results | MW002210-0002230 |
| 758 | 8/18/2003 | Mack Trucks Cash Flow Analysis | MW0002196-0002207 |
| 759 | 8/18/2003 | President's Report | MW0002156-0002167 |
| 760 | 0/00/2003 | 04 Strategies Power Point | MW0026501-0026503 |
| 761 | 9/17/2003 | Business Review Meeting Minutes | MW0001936-0001938 |
| 762 | 10/00/2003 | Regional Dealer Fly-In Central Region | MW0027215-0027237 |
| 763 | 11/17/2003 | Mack Board of Directors Meeting Minutes | MW0070749-0070756 |
| 764 | 11/17/2003 | Joint Board of Directors' Meeting - Industry Report | MW0002405-0002469 |
| 765 | 2/17/2004 | President's Report - Mack Trucks | MW0001801-0001805 |
| 766 | 5/52004 | President's Report Power Point | MW0026173-0026190 |
| 767 | 5/21/1986 | Mack Marketing Distribution Bulletin No. 19-85G | M0227337-0227353 |
| 768 | 6/9/1986 | Mack Marketing Distribution Bulletin No. 20-86B | M0227449-0227464 |
| 769 | 6/16/1986 | Memorandum on Class 8 Pricing Action | M0227475-M0227472 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 770 | 5/26/1989 | Memorandum on Mack Trucks Price Revision - Class 8 Only | NUSS 0087-0088 |
| 771 | 6/20/1989 | Memorandum on Mack Trucks Retail Pricing Policy | M0227414-M0217778 |
| 772 | 4/11/1990 | Memorandum on Net Transfer Price Policy | M0227076-0227084 |
| 773 | 11/16/1990 | Memorandum on Net Transfer Price Policy Interim Modification of Policy | M0227120-0227125 |
| 774 | 1/31/1992 | Memorandum on Single Volume Level Pricing Program | M0227661-0227668 |
| 775 | 5/27/1993 | Memorandum on Retail Sales Allowances | M0227885-0227887 |
| 776 | 6/4/1993 | Fax re: 93C Pricebook and Retail Sales Allowance | M0227170-0227175 |
| 777 | 0/00/1989 | National Distributor Advisory Council - 1989 | NUSS 0001-0002 |
| 778 | 0/00/1989 | List of 1989 Council Members | NUSS 0003 |
| 779 | 2/23/1989 | Notes labeled "Dick Murphy" re policies and programs | NUSS 0006-0011 |
| 780 | 2/27/1989 | Nuss's Notes on Council Agenda - Chicago | NUSS 0012-0021 |
| 781 | Spring 1989 | Information on Mack National Distributor Advisory Council - Spring 1989 | NUSS 0022-0027 |
| 782 | 4/27/1989 | Agenda for National Distributor Advisory Council Members Mack Attendees | NUSS 0036-0038 |
| 783 | 5/5/1989 | Draft of Marketing Distribution Bulletin Re: Mack Truck Retail Pricing Policy | NUSS 0039-0040 |
| 784 | 5/7/1989 | Nuss's Notes on Mack Programs | NUSS 0041-0060 |
| 785 | 5/8/1989 | National Distributor Council Meeting Minutes | NUSSS 0061-0068 |
| 786 | 5/23/1989 | Fax and Draft of Mack Trucks Retail Pricing Policy | NUSS 0069-0082 |
| 787 | 8/8/1989 | Letter about 1989 Fall Distributor Advisory Council Meeting | NUSS 0099 |
| 788 | 9/6/1989 | Letter from Henry B. Helton to Mack Distributors regarding the fall District meeting with the Distributor Council meeting | NUSS 0100 |
| 789 | 9/7/1989 | Letter from John B. Curcio and Ralph E. Reins to Mack Distributor Principals | NUSS 0101-0104 |
| 790 | 0/00/1989 | Mack News Release: Mack Elects New Chief Executive Officer; Expects Substantial Losses | NUSS 0109-0110 |
| 791 | 9/14/1989 | Letter from Robert F. Hess to Henry B. Helton regarding Distributor Council Meeting | NUSS 0111-0112 |
| 792 | 9/19/1989 | Letter from Virgil Gerdeman to Henry B. Helton regarding input for Regional Distributor Mack Meeting | NUSS 0113 |
| 793 | 9/21/1989 | Letter from Ralph W. Ruppel to Henry B. Helton regarding Dealer Advisory Council Meeting | NUSS 0114-0116 |
| 794 | 9/25/1989 | Nuss's Notes on Atlanta Meeting | NUSS 0117-0120 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 795 | 9/30/1989 | Fax from Bob Nuss to Mack Truck Distributor Principals North Central & Midway Districts regarding meeting with Ralph Reins | NUSS 0123 |
| 796 | 10/00/1989 | Nuss Notes and Summary of Re-direction of Mack | NUSS 0125-0126 |
| 797 | 10/1/1989 | Fax from Bob Nuss to Mack Truck National Distributor Advisory Council regarding dinner with Ralph Reins and Joe Rossetti | NUSS 0127 |
| 798 | 10/2/1989 | Letter from Larry Clement to Bob Nuss regarding sales assistance policy | NUSS 0132-0133 |
| 799 | 10/2/1989 | Letter from Bert S. wise to Bob Nuss regarding game plan | NUSS 0134-0135 |
| 800 | 10/2/1989 | Letter from Don Nelson to Bob Nuss regarding Nuss's 10/2/1989 Letter | NUSS 0136 |
| 801 | 10/2/1989 | Letter from M.T. Bailey, Jr. to Terry Dotson regarding Distributor Council meeting | NUSS 0137-0138 |
| 802 | 10/2/1989 | Letter from James D. Maddox to Terry Dotson regarding Marketing Policy | NUSS 0139 |
| 803 | 10/2/1989 | Letter from Alvin R. Loftin to Terry Dotson regarding Marketing, Parts, and Service | NUSS 0140-0141 |
| 804 | 10/2/1989 | Letter from James E. Bland to Terry Dotson regarding special council meeting | NUSS 0142 |
| 805 | 10/2/1989 | Fax from Neely Coble, Jr. to Terry Dotson re: Discussion Items with CEO Reins | NUSS 0143-0144 |
| 806 | 10/2/1989 | Letter from Ken E. Schomp to Terry Dotson regarding Mack issues | NUSS 0145-0146 |
| 807 | 10/2/1989 | Letter from Jerry S. Ikerd to Terry Dotson regarding Distributor Council Meeting | NUSS 0147 |
| 808 | 10/3/1989 | Interoffice Mail to Terry Dotson from Ronald P. Hooker regarding Mack issues | NUSS 0148-0150 |
| 809 | 10/3/1989 | Letter to Henry regarding meeting with Ralph Reins | NUSS 0151-0154 |
| 810 | 10/3/1989 | Letter from Carl Borri to John Ness re: New Mack Vehicles - Curtailment Request | NUSS 0155-0156 |
| 811 | 10/3/1989 | Letter to Bob Nuss from Jerry Bellman regarding current production problems | NUSS 0157-0158 |
| 812 | 10/3/1989 | Letter to Bob Nuss regarding Winsboro facility | NUSS 0159-0163 |
| 813 | 10/3/1989 | Letter to Bob Nuss from Robert T. Frise re Council Meeting with Ralph Reins | NUSS 0164 |
| 814 | 0/00/0000 | Letter to Bob Nuss regarding meeting with Ralph Reins | NUSS 0165 |
| 815 | 0/00/0000 | Letter from Carl Borri re: Recommendations to the Deal Council | NUSS 0166-0169 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 816 | 10/3/1989 | Letter to Terry Dotson from Dixon Baxter concerning Mack issues | NUSS 0170-0173 |
| 817 | 10/3/1989 | Letter from John T. Vaughey to Terry Dotson regarding Mack improvements | NUSS 0174-0175 |
| 818 | 10/3/1989 | Letter from Johnnie R. Herring to Terry Dotson regarding Mack issues | NUSS 0176 |
| 819 | 10/3/1989 | Inter-office Correspondence from Glenn Webb to Terry Dotson re: Mack problems | NUSS 0177 |
| 820 | 10/3/1989 | Inter-office Correspondence to Terry Dotson | NUSS 0178 |
| 821 | 10/3/1989 | Letter from Mike Null regarding Parts Suggestions and Concerns | NUSS 0179 |
| 822 | 10/3/1989 | Memo to Terry L. Dotson from Larry Howerton regarding Mack issues | NUSS 0180-0181 |
| 823 | 10/3/1989 | Inter-office Correspondence to Terry Dotson from Ralph Tucker | NUSS 0182 |
| 824 | 10/3/1989 | Inter-office Correspondence to Terry Dotson from Tom Sanders Re: Mack Problems Areas | NUSS 0183 |
| 825 | 10/3/1989 | Inter-office Correspondence to Terry Dotson from Randy Polk Re: Mack Trucks Problems | NUSS 0184 |
| 826 | 10/3/1989 | Letter from Jeffrey L. Yelles regarding Topics of Distributor Concern | NUSS 0185 |
| 827 | 10/3/1989 | Letter to Terry Dotson regarding Jeff Yelles's Topics of Distributor Concern | NUSS 0186-0188 |
| 828 | 10/4/1989 | Letter to Bob Nuss from Roger Watral regarding Mack concerns | NUSS 0189-0189.1 |
| 829 | 10/4/1989 | Letter to Henry Helton from Virgil Gerdeman regarding Mack issues | NUSS 0190 |
| 830 | 10/4/1989 | Letter to Henry B. Helton from James D. Fruits regarding Mack concerns | NUSS 0191 |
| 831 | 10/4/1989 | Letter to Bob Nuss from Kelly J. Housby regarding Mack concerns | NUSS 0192-0194 |
| 832 | 10/4/1989 | Letter to Bob Nuss from Duane R. Klatt regarding Mack issues | NUSS 0195 |
| 833 | 10/4/1989 | Letter to Henry Helton from Cecil C. Warren, Sr. regarding Mack concerns | NUSS 0196-0200 |
| 834 | 10/5/1989 | Letter to Bob Nuss from Jerry Richardson regarding Mack concerns | NUSS 0201 |
| 835 | 10/5/1989 | Letter to Bob Nuss from Roger Kriete regarding Mack issues | NUSS 0202-0203 |
| 836 | 10/5/1989 | Letter to Gerald F. Jones, Jr. from Elmer M. Conway regarding Mack concerns | NUSS 0204-205 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|-----|------|------------------------------|------------------|
| 837 | 10/5/1989 | Letter to Jerry Jones from Leon McBride regarding Mack concerns | NUSS 0206 |
| 838 | 10/5/1989 | Letter to Bob Nuss from Rodney V. Morris regarding Mack "Catastrophic" Pricing Policy | NUSS 0207 |
| 839 | 10/5/1989 | Letter to Henry B. Helton from Ronald H. Evans regarding Helton's Fax Letter of October 2nd | NUSS 0208--0210 |
| 840 | 0/00/0000 | Fax to Henry B. Helton from G. Benton Re: Input for council meeting | NUSS 0212 |
| 841 | 10/6/1989 | Letter to Jerry Jones from Joseph S. Cambria regarding Mack concerns | NUSS 0213 |
| 842 | 10/4/1989 | Letter to Bob Nuss from Skip Hall regarding Mack Dealers issues | NUSS 0214-0215 |
| 843 | 10/5/1989 | Letter to Bob Nuss from Randall L. Price re: Distributor Council Meeting | NUSS 0216-0218 |
| 844 | 10/5/1989 | Letter to Bob Nuss from E. Leon Price re: Distributor Council Meeting | NUSS 0219-0220 |
| 845 | 10/5/1989 | Letter to Bob Nuss from Phill Welling regarding Mack concerns | NUSS 0221-0222 |
| 846 | 10/5/1989 | Letter from Manan Butnaru re: Question to the Big Boss | NUSS 0223-0224 |
| 847 | 10/5/1989 | Letter to Bob Nuss from Ben Bruckner, Jr. relating to Mack concerns | NUSS 0225-0226 |
| 848 | 10/5/1989 | Letter from J.N. Marker to Bob Nuss regarding Idaho Truck Sales concerns | NUSS 0227-0228 |
| 849 | 10/5/1989 | Letter from Bill Bankston to Bob Nuss re: Distribution Concerns | NUSS 0229 |
| 850 | 10/5/1989 | Letter to Bob Nuss from Harris Allen regarding Mack concerns | NUSS 0230 |
| 851 | 10/6/1989 | Letter to Gerald F. Jones from Edward C. Heiland III regarding Utica Mack Inc.'s concerns | NUSS 0231-0232 |
| 852 | 10/6/1989 | Letter to Jerry Jones from Jack Cambra regarding Mack concerns | NUSS 0233 |
| 853 | 10/6/1989 | Letter to Jerry from Armando Gabrielli regarding meeting with Ralph Reins | NUSS 0234 |
| 854 | 10/6/1989 | Letter to Jerry Jones from Henry B. Cook, Jr. regarding Mack concerns | NUSS 0235 |
| 855 | 10/6/1989 | Letter to Jerry Jones from Peter Askey regarding Mack concerns | NUSS 0236 |
| 856 | 10/6/1989 | Letter to Bob Nuss from Watt's Mack Sales, Inc. regarding Mack concerns | NUSS 0237 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 857 | 10/6/1989 | Letter to Bob Nuss from LeRoy J. Hochstetler regarding Dealer Council Meeting | NUSS 0238 |
| 858 | 10/6/1989 | Fax from Wayne Hall to Bob Nuss regarding Mack concerns | NUSS 0239-0241 |
| 859 | 10/6/1989 | Letter to Bob Nuss from Dave Hutter regarding Tom Mendenhall's request | NUSS 0242 |
| 860 | 10/6/1989 | Letter to Bob Nuss from Ray Masch, III regarding Mack concerns | NUSS 0243-0244 |
| 861 | 10/6/1989 | Memorandum to Bob Nuss from Daryl Thompson regarding Mack concerns | NUSS 0246-0247 |
| 862 | 10/6/1989 | Letter to Ralph Reins from Winfred D. Weldon regarding Mack concerns | NUSS 0248-0254 |
| 863 | 10/6/1989 | Letter to Bob Nuss from Bob Prow regarding Mack concerns | NUSS 0255 |
| 864 | 10/6/1989 | Fax to Bob Nuss from Rose Studdard re: Sales Assistance Procedures | NUSS 0245-0256.1 |
| 865 | 10/6/1989 | Letter to Bob Nuss from David Waisanen regarding Mack issues | NUSS 0257 |
| 866 | 10/6/1989 | Letter to Bob Nuss from Emil Reiter regarding Mack concerns | NUSS 0258 |
| 867 | 10/6/1989 | Letter to Ralph Reins from Marc Gustafson regarding Mack concerns | NUSS 0259-0261 |
| 868 | 10/6/1989 | Letter to Bob Nuss from Rose Studdard regarding Mack issues | NUSS 0262 |
| 869 | 10/6/1989 | Letter to Ralph Reins from Daniel P. O'Heren regarding Mack issues | NUSS 0263-0264 |
| 870 | 10/6/1989 | Letter to Bob Nuss from Will C. Hendrix regarding meeting with Ralph Reins | NUSS 0265-0266 |
| 871 | 10/6/1989 | Letter to Mack Dealer Council from Martha F. Ellison regarding Mack issues | NUSS 0266-0267 |
| 872 | 10/6/1989 | Letter to Bob Nuss from R. Ray Leighton regarding Mack issues | NUSS 0268 |
| 873 | 10/6/1989 | Fax to Bob Nuss from Clark Spring regarding Mack issues | NUSS 0269 |
| 874 | 10/6/1989 | Letter to Bob Nuss from Marilyn P. Bristow regarding Mack issues | NUSS 027-0271 |
| 875 | 10/6/1989 | Letter to Ralph Reins from R.W. Kochman regarding Mack issues | NUSS 0272 |
| 876 | 10/6/1989 | Letter to Bob Nuss from Robert Parker regarding Mack concerns | NUSS 0273-0275 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 877 | 10/10/1989 | Letter to National Distributor Advisory Council Members from R.F. Murphy regarding cancellation of Fall Advisory Council Meeting | NUSS 0276 |
| 878 | 0/00/0000 | Agenda Items to open Special Meeting with Ralph Reins | NUSS 0277 |
| 879 | 10/9/1989 | Nuss's Notes on Ralph Reins Meeting - Outline to Council | NUSS 0278-0281 |
| 880 | 10/12/1989 | Letter to Mack Distributors from Henry B. Helton regarding Distributor Council meeting with Ralph Reins | NUSS 0282 |
| 881 | 0/00/0000 | Articles: "Mack goes outside for president" | NUSS 0283-0285 |
| 882 | 1/25/1990 | Letter to National Distributor Advisory Council from Robert W. Nuss re: Summary agenda for Mack management meeting | NUSS 0296-0302 |
| 883 | 2/12/1990 | Nuss's Council Meeting notes | NUSS 0303-0318 |
| 884 | 3/12/1990 | Letter to North Central & Midway District Mack Distributor Principals from Robert W. Nuss re: Minutes from February 12/13, National Advisory Council Meeting | NUSS 0319-0327 |
| 885 | 10/25/0000 | Nuss's Notes from NDAC Meeting | NUSS 0334-0344 |
| 886 | 11/2/1989 | Letter to Bob Nuss from Jan regarding Jack Curcio | NUSS 0345 |
| 887 | 11/21/1990 | Letter to Members of the National Distributor Advisory Council from H. Clayson re: Minutes of the October 25, 1990 Meeting | NUSS 0346-0355 |
| 888 | 4/13/2003 | Draft of Second Channel Distribution Body Builders | MRDK000008-000010 |
| 889 | 3/14/2002 | Letter from Michael D. McNally to Debbie Harvey regarding Galbreath deal | MRDK00001-000018 |
| 890 | 1/12/2005 | Letter from Richard Bull to Mike McNally regarding Heil Environmental | MRDK001504 |
| 891 | 1/31/2005 | Letter from Michael D. McNally to Richard Ball regarding new position as Ready Truck Manager | MRDK002270 |
| 892 | 8/27/2004 | Letter from Joe Favia to Dave Yeager regarding sales assistance | MRDK002349 |
| 893 | 8/23/2004 | Fax from Dave Yeager to Joe Favia regarding sales assistance to Trucks & Parts | MRDK002350 |
| 894 | 8/23/2004 | Fax from Dave Yeager to Joe Favia regarding sales assistance for Trucks & Parts | MRDK002351 |
| 895 | 8/23/2004 | Fax from Dave Yeager to Tom Coch/Bob Fournier re: Trucks & Parts | MRDK002352-002356 |
| 896 | 8/12/2004 | Letter from Joe Favia to Dave Yeager regarding Heil and McNeilus | MRDK002360 |