## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 897 | 8/12/2004 | Letter from Joe Favia to Dave Yeager regarding River City Hydraulics | MRDK002361 |
| 898 | 8/12/2004 | Letter from Joe Favia to Dave Yeager regarding extra sales assistance | MRDK002362 |
| 899 | 8/9/2004 | Fax from Dave Yeager to Joe Favia re: Trucks & Parts and sales assistance | MRDK002363 |
| 900 | 8/6/2004 | Additional Assistance Request Approved | MRDK002364 |
| 901 | 8/4/2004 | Fax from Dave Yeager to Joe Favia re: Trucks & Parts and quote for 10 Mack chassis | MRDK002365 |
| 902 | 8/12/2004 | Letter from Joe Favia to Dave Yeager re: Heil and McNeilus | MRDK002367 |
| 903 | 3/21/2005 | Email from Michael McNally to Edward Bolis re: Harvey Mack Sales & Service | MRDK003534-003535 |
| 904 | 3/3/2005 | Email from Chet Bond to Joe Favia re: Harvey Mack Sales & Service | MRDK004392-004393 |
| 905 | 3/2/2005 | Email from Chet Bond to Joe Favia re: Harvey Mack Sales & Service and McNeilus pricing | MRDK004394 |
| 906 | 00/00/0000 | Mack Retail Sales-Top Customers | MRDK006127 |
| 907 | 9/23/2004 | Email from Joe Favia to Stephen Polzer, Darren Jane, Barry Miller re: Body Builder 6 Unites still left in S100 Unsold/Advertised Inventory | MRDK007679-007680 |
| 908 | 2/3/2005 | Email from Michael McNally to Rick Pesto re: Sales assistance request/McNeilus | MRDK007692 |
| 909 | 8/3/2004 | Email from Robert Nuss to Joe Favia and Jeffrey Yelles re: Rochester Ready Mix - Brandon McNeilus bought 10 Sterlings | MRDK007923 |
| 910 | 8/2/2006 | Letter from Mark D. Haldeman to Brian Wennerstrom re: Heil Environmental | MRKEDOC000266 |
| 911 | 0/00/0000 | U.S. Market Share Increase 6 months 2003 vs. 6 months 2004 | MRKEDOC000831 |
| 912 | 11/8/2004 | Letter from Joseph Favia to Chet Bond re: McNeilus and Mack Trucks, Inc. business relationship | MRKEDOC001574 |
| 913 | 2/18/2005 | Letter from David A. Barletta to Dave Yeager re: sales assistance | MRKEDOC001576 |
| 914 | 10/14/2004 | National Distributor Council Monthly Conference Call | MRKEDOC001566 |
| 915 | 11/11/2004 | National Distributor Council Monthly Conference Call | MRKEDOC001567 |
| 916 | 2/3/2005 | National Distributor Council Monthly Conference Call | MRKEDOC001569 |
| 917 | 12/30/2004 | Letter from Joe Favia to Dave Yeager re: sales assistance to quote BFI | MRKEDOC001575 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 918 | 12/29/2004 | Email from Robert Nuss to Joe Favia, Jeff Yelles, and Kevin Flaherty re: Mack/MTM 2006 progress, follow up 12/29 | MRDK002271-002273 |
| 919 | 1/3/2005 | Email from Joe Favia to Kevin Flaherty, Jeffrey Yelles, and Ron Gerhard re: Meeting Today @ 3:00 Eastern | MRDK002274 |
| 920 | 10/19/2004 | Letter from Robert Nuss to Tom Trom re: Mack 2006 model year pricing | MRDK002275 |
| 921 | 10/19/2004 | Email from Robert Nuss to Amy Sander re: Trom, 10.18.04 | MRDK002276-002277 |
| 922 | 10/19/2004 | Email from Robert Nuss to Amy Sander re: MTM price history | MRDK002278-002279 |
| 923 | 10/7/2004 | Power Point: McNeilus: Market Update | MRDK002280-002293 |
| 924 | 10/4/2004 | Email from Joe Favia to Kevin Flaherty and Jeffrey Yelles re: MTM Allentown Visit 10/7/04 | MRDK002294-002295 |
| 925 | 9/30/2004 | Email from Robert Nuss to Kevin Flaherty and Paul Vikner re: MTM visit 10/7 | MRDK002296 |
| 926 | 0/00/0000 | 05 My Pricing if Invoiced Thru Dealer | MRDK002297 |
| 927 | 0/00/0000 | 05 Pricing if Invoiced Thru Dealer | MRDK002298 |
| 928 | | All QTS (Sales Assistance) and COE information which was produced by Mack Trucks, Inc. in electronic format | |
| 929 | | All Toledo Mack Invoices to PAI (1996-2006) | |
| 930 | | All Toledo Mack Invoices to Illinois Diesel (1996-2006) | |
| 931 | | All Toledo Mack Invoices to Northwest Truck Sales (1996-2006) | |
| 932 | 12/31/1990 | Toledo Mack Financial Statement | |
| 933 | 12/31/1991 | Toledo Mack Financial Statement | |
| 934 | 12/31/1992 | Toledo Mack Financial Statement | |
| 935 | 12/31/1993 | Toledo Mack Financial Statement | |
| 936 | 12/31/1994 | Toledo Mack Financial Statement | |
| 937 | 12/31/1995 | Toledo Mack Financial Statement | |
| 938 | 12/31/1997 | Toledo Mack Financial Statement | TM0027612-27615 |
| 939 | 12/31/1998 | Toledo Mack Financial Statement | TM0027661-27664 |
| 940 | 12/31/1999 | Toledo Mack Financial Statement | TM0027711-27714 |
| 941 | 12/31/2000 | Toledo Mack Financial Statement | TM0027760-27763 |
| 942 | 12/31/2001 | Toledo Mack Financial Statement | TM0027809-27812 |
| 943 | 12/31/2002 | Toledo Mack Financial Statement | TM0027850-27853 |
| 944 | 12/31/2004 | Toledo Mack Financial Statement | TM0039220-39223 |
| 945 | 12/31/2005 | Toledo Mack Financial Statement | TM0039268-39271 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 946 | Various | 1992 Toledo Mack Invoices Considered by Toledo Mack Expert Donald Nichols | Non-Bates Numbered Documents Considered by Nichols |
| 947 | Various | 1993 Toledo Mack Invoices Considered by Toledo Mack Expert Donald Nichols | Non-Bates Numbered Documents Considered by Nichols |
| 948 | Various | 1994 Toledo Mack Invoices Considered by Toledo Mack Expert Donald Nichols | Non-Bates Numbered Documents Considered by Nichols |
| 949 | Various | 1995 Toledo Mack Invoices Considered by Toledo Mack Expert Donald Nichols | Non-Bates Numbered Documents Considered by Nichols |
| 950 | Various | 2003 Toledo Mack Invoices thru October Considered by Toledo Mack Expert Donald Nichols | Non-Bates Numbered Documents Considered by Nichols |
| 951 | 3/7/2002 | Toledo Mack Invoice to B.F.I./Allied Waste | TM0022026 |
| 952 | 6/30/2003 | Toledo Mack Invoice to Landes Trucking | TM0038125 |
| 953 | 2/14/2001 | Toledo Mack Invoice to Metro Waste | TM0020503 |
| 954 | 6/16/1999 | Toledo Mack Vehicle Cost Analysis for Cross Concrete | TM0017742 |
| 955 | 6/25/1999 | Toledo Mack Invoice to Cross Concrete | TM0017737 |
| 956 | 7/27/2004 | Toledo Mack Invoice to Bedrock Stone | TM0039495 |
| 957 | 8/25/2004 | Toledo Mack Invoice to Peter Rubinetti Private Disp. | TM0040829 |
| 958 | 1/20/2006 | Toledo Mack Invoice to Bencin Trucking Inc. | TM0046295 |
| 959 | 3/13/2006 | Toledo Mack Invoice to Chaney Cement Inc. | TM0046447 |
| 960 | 5/24/2005 | Toledo Mack Invoice to Premier Truck Sales & Rental | TM0042493 |
| 961 | 7/18/1996 | Toledo Mack Invoice to Adam Wholesalers | TM0014225 |
| 962 | 5/31/2001 | Toledo Mack Invoice to Cavalier Industries | TM0020027 |
| 963 | 7/25/2001 | Toledo Mack Invoice to Tuxis-Ohris Fuels | TM0020968 |
| 964 | 7/16/2002 | Toledo Mack Invoice to G.W. Shaw | TM0022888 |
| 965 | 8/15/2000 | Toledo Mack Invoice to Bruce Warner | TM0019437 |
| 966 | 8/13/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041161 |
| 967 | 8/13/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041218 |
| 968 | 8/13/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041227 |
| 969 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041237 |
| 970 | 8/17/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041254 |
| 971 | 8/17/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041307 |
| 972 | 8/26/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041317 |
| 973 | 8/27/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041326 |
| 974 | 8/20/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041334 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 975 | 8/17/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041343 |
| 976 | 8/27/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041394 |
| 977 | 8/20/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041404 |
| 978 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041412 |
| 979 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041422 |
| 980 | 8/26/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041437 |
| 981 | 8/27/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041482 |
| 982 | 8/27/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041491 |
| 983 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041503 |
| 984 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041522 |
| 985 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041575 |
| 986 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041585 |
| 987 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041594 |
| 988 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041607 |
| 989 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041617 |
| 990 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041673 |
| 991 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041684 |
| 992 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041694 |
| 993 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0041704 |
| 994 | 8/26/2004 | Toledo Mack Invoice to Trucks & Parts | TM0043110 |
| 995 | 10/8/2004 | Toledo Mack Invoice to Trucks & Parts | TM0043120 |
| 996 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043131 |
| 997 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043215 |
| 998 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043268 |
| 999 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043281 |
| 1000 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043292 |
| 1001 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043307 |
| 1002 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043353 |
| 1003 | 3/3/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043386 |
| 1004 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043397 |
| 1005 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043446 |
| 1006 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043459 |
| 1007 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043470 |
| 1008 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043482 |
| 1009 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043501 |
| 1010 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043547 |
| 1011 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043559 |
| 1012 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043570 |
| 1013 | 6/10/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043582 |
| 1014 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043595 |
| 1015 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043613 |

MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1016 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043627 |
| 1017 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043641 |
| 1018 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043688 |
| 1019 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043702 |
| 1020 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043716 |
| 1021 | 7/5/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043730 |
| 1022 | 8/24/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043745 |
| 1023 | 8/24/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043791 |
| 1024 | 8/24/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043804 |
| 1025 | 8/24/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043819 |
| 1026 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043849 |
| 1027 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043861 |
| 1028 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043904 |
| 1029 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043917 |
| 1030 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043930 |
| 1031 | 9/30/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043943 |
| 1032 | 10/17/2005 | Toledo Mack Invoice to Trucks & Parts | TM0043956 |
| 1033 | 10/17/2005 | Toledo Mack Invoice to Trucks & Parts | TM0047333 |
| 1034 | 10/17/2005 | Toledo Mack Invoice to Trucks & Parts | TM0047344 |
| 1035 | 10/17/2005 | Toledo Mack Invoice to Trucks & Parts | TM0047353 |
| 1036 | 10/17/2005 | Toledo Mack Invoice to Trucks & Parts | TM0047356 |
| 1037 | 1/22/2005 | Toledo Mack Invoice to RDK | TM0040936 |
| 1038 | 3/25/2005 | Toledo Mack Invoice to RDK | TM0040964 |
| 1039 | 7/18/1996 | Toledo Mack Invoice to Adam Wholesalers | TM0014225 |
| 1040 | 12/14/2001 | Tape and transcript of David Yeager's conversation with Kevin Flaherty (Tape 5) | Tape: TM0028302<br>Tr: TM0037523-37536 |
| 1041 | 5/11/2001<br>5/15/2001<br>8/14/2001 | Tape and transcript (if available) of David Yeager's conversations with Rich Kemner and Carrie Keller (Tape 17) | Tape: TM0028314 |
| 1042 | 8/24/2002 | Tape and transcript (if available) of David Yeager's conversation with Dennis McKenny (Tape 24) | Tape: TM0028321 |
| 1043 | 12/21/2001 | Tape and transcript (if available) of David Yeager's conversation with Joe Herman (Tape 26) | Tape: TM0028323 |
| 1044 | 4/17/2001 | Tape and transcript (if available) of David Yeager's conversation with Rocky Lumus (Tape 28) | Tape: TM0028325 |
| 1045 | 10/22/2002<br>10/25/2002 | Tape and transcript (if available) of David Yeager's conversations with George (last name unknown) (Tape 31) | Tape: TM0028328 |
| 1046 | 9/28/2001 | Tape and transcript of David Yeager's conversation with Jeff Yelles (Tape 47) | Tape: TM0028344<br>Tr: TM0037517-37522 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1047 | 10/22/2001 | Tape and transcript (if available) of David Yeager's conversations with Judd Solomon, Virgil (last name unknown), Jim (last name unknown), and Jim Fuch (Tape 49) | Tape: TM0028346 |
| 1048 | 10/8/2001 | Tape and transcript (if available) of David Yeager's conversation with Roger (last name unknown) (Tape 50) | Tape: TM0028347 |
| 1049 | 10/8/2001 | Tape and transcript (if available) of David Yeager's conversations with Wynn Weldon, Chuck Walters, Tim Warson, Virgil Gerdiman, Jim (last name unknown), Bob Jackson, Ray Mullins, Lee (last name unknown), Robert Lesky, Steve (last name unknown), Rob (last name unknown), Don Mitrey, Phil (last name unknown), Mike (last name unknown) (Tape 51) | Tape: TM0028348 |
| 1050 | 12/18/2001 | Tape and transcript of David Yeager's conversations with John Lusty (Tape 52) | Tape: TM0028349<br>Tr: TM0037574-37590 |
| 1051 | 4/30/2001 | Tape and transcript (if available) of David Yeager's conversation with Steve Polzer (Tape 54) | Tape: TM0028351 |
| 1052 | 4/3/2002 | Tape and transcript (if available) of David Yeager's conversation with Jeff Yelles (Tape 57) | Tape: TM0028354 |
| 1053 | 9/19/2000 | Tape and transcript (if available) of David Yeager's conversation with Kevin Flaherty (Tape 58) | Tape: TM0028355 |
| 1054 | 2/11/2003 | Tape and transcript (if available) of David Yeager's conversation with Bill Cook (Tape 60) | Tape: TM0028357 |
| 1055 | 4/9/2003 | Tape and transcript (if available) of David Yeager's conversation with Jim Kennedy (Tape 63) | Tape: TM0028360 |
| 1056 | 1/15/2003 | Tape and transcript (if available) of David Yeager's conversation with Jamie McManus (Tape 65) | Tape: TM0028362 |
| 1057 | 2/13/2003<br>2/14/2003 | Tape and transcript (if available) of David Yeager's conversations with Dan Rosen (Tape 66) | Tape: TM0028363 |
| 1058 | 1/27/2003 | Tape and transcript (if available) of David Yeager's conversations with Terry Welsh (Tape 67) | Tape: TM0028364 |
| 1059 | 6/17/2003 | Tape and transcript (if available) of David Yeager's conversation with Jeff Yelles (Tape 68) | Tape: TM0028365 |
| 1060 | 6/25/2003<br>6/26/2003 | Tape and transcript (if available) of David Yeager's conversations with Jeff Yelles (Tape 69) | Tape: TM0028366 |
| 1061 | 8/8/2003<br>8/11/2003 | Tape and transcript (if available) of David Yeager's conversations with Jeff Yelles (Tape 70) | Tape: TM0028367 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1062 | 8/28/2003 | Tape and transcript (if available) of David Yeager's conversations with Jeff Yelles and Sandy (last name unknown) (Tape 71) | Tape: TM0028368 |
| 1063 | 8/21/2003 | Tape and transcript (if available) of David Yeager's conversation with Rich [Kemner] (Tape 72) | Tape: TM0028369 |
| 1064 | 3/24/2003 8/11/2003 | Tape and transcript (if available) of David Yeager's conversations with Rich [Kemner] (Tape 73) | Tape: TM0028370 |
| 1065 | 3/28/2003 3/31/2003 | Tape and transcript (if available) of David Yeager's conversations with Rich [Kemner] (Tape 74) | Tape: TM0028371 |
| 1066 | 3/19/2003 | Tape and transcript (if available) of David Yeager's conversation with Fred Redmond (Tape 75) | Tape: TM0028372 |
| 1067 | 1/21/2003 | Tape and transcript (if available) of David Yeager's conversation with Dennis Martin (Tape 76) | Tape: TM0028373 |
| 1068 | 7/11/2003 8/1/2003 8/5/2003 | Tape and transcript (if available) of David Yeager's conversations with Ben Deemer (Tape 77) | Tape: TM0028374 |
| 1069 | 6/10/2003 | Tape and transcript (if available) of David Yeager's conversation with John Tanzos (Tape 78) | Tape: TM0037686 |
| 1070 | 3/11/2003 | Tape and transcript (if available) of David Yeager's conversation with Scott Dols (Tape 82) | Tape: TM0037690 |
| 1071 | 12/20/2002 | Tape and transcript (if available) of David Yeager's conversation with Joe Bolus (Tape 84) | Tape: TM0037692 |
| 1072 | 3/5/2003 | Tape and transcript (if available) of David Yeager's conversation with Harold (last name unknown) (Tape 87) | Tape: TM0037695 |
| 1073 | 7/13/1988 | Tape and transcript (if available) of David Yeager's conversations with Dick Tracht, Jeff Savage, and Mark Yeager (Tape 88) | Tape: TM0037696 |
| 1074 | 10/11/1988 | Tape and transcript (if available) of David Yeager's conversations with Fay (last name unknown) and Ed Tibbs (Tape 89) | Tape: TM0037697 |
| 1075 | 5/15/1989 | Tape and transcript (if available) of David Yeager's conversation with Bob Nuss (Tape 95) | Tape: TM0037703 |
| 1076 | unknown date | Tape and transcript (if available) of David Yeager's conversation with Bob (last name unknown) and Mike (last name unknown) (Tape 96) | Tape: TM0037704 |
| 1077 | 7/6/1989 | Tape and transcript (if available) of David Yeager's conversation with Bob Nuss (Tape 100) | Tape: TM0037708 |
| 1078 | 7/20/1989 7/21/1989 7/24/1989 | Tape and transcript (if available) of David Yeager's conversations with Dick Tracht and Leroy Barnhardt (Tape 102) | Tape: TM0037710 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1079 | 8/17/1989 | Tape and transcript (if available) of David Yeager's conversations with Dan Lounsbery and Ray Page (Tape 104) | Tape: TM0037712 |
| 1080 | 8/28/1989 | Tape and transcript (if available) of David Yeager's conversation with Bob Nuss (Tape 106) | Tape: TM0037714 |
| 1081 | 12/5/1989 | Tape and transcript (if available) of David Yeager's conversation with Pat McMahon (Tape 108) | Tape: TM0037716 |
| 1082 | 2/12/1990 | Tape and transcript (if available) of David Yeager's conversation with Pat McMahon (Tape 109) | Tape: TM0037717 |
| 1083 | 6/6/1991 | Tape and transcript (if available) of David Yeager's conversation with Bruce Smith (Tape 113) | Tape: TM0037721 |
| 1084 | 12/20/1991 12/23/1991 | Tape and transcript (if available) of David Yeager's conversations with Dick Tracht and Kevin Flaherty (Tape 116) | Tape: TM0037724 |
| 1085 | 7/26/1989 | Tape and transcript (if available) of David Yeager's conversation with Gary Johnson (Tape 120) | Tape: TM0037728 |
| 1086 | 11/3/1989 | Tape and transcript (if available) of David Yeager's conversation with Gary Johnson (Tape 121) | Tape: TM0037729 |
| 1087 | 7/6/1989 | Tape and transcript (if available) of David Yeager's conversation with Dick Murphy (Tape 122) | Tape: TM0037730 |
| 1088 | 10/11/1989 10/12/1989 10/17/1989 | Tape and transcript (if available) of David Yeager's conversations with Ralph Reins, Nancy O'Keefe, Debbie (last name unknown), Paul Ritter, Pat McMahon, Dick Tracht, Jeff Savage, Mark Yeager, and Bruce Carpenter (Tape 123) | Tape: TM0037731 |
| 1089 | 8/15/1991 | Tape and transcript (if available) of David Yeager's conversation with Diane Dychowski (Tape 124) | Tape: TM0037732 |
| 1090 | 6/13/1991 6/19/1991 | Tape and transcript (if available) of David Yeager's conversations with Kevin Flaherty (Tape 126) | Tape: TM0037734 |
| 1091 | 1/8/2002 | Tape 1 and transcript | Tape: TM0028298 Tr: TM0037409-37417 |
| 1092 | 3/8/2001 3/29/2001 5/11/2001 | Tape 2 and transcript | Tape: TM0028299 Tr: TM0037456-37469 |
| 1093 | 3/8/2001 | Tape 3 and transcript | Tape: TM0028300 Tr: TM0037565-37573 |
| 1094 | 3/8/2001 | Tape 4 and transcript | Tape: TM0028301 Tr: TM0037565-37573 |
| 1095 | 12/14/2001 | Tape 6 and transcript | Tape: TM0028303 Tr: TM0037523-37536 |
| 1096 | Unknown | Tape 7 and transcript (if available) | Tape: TM0028304 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1097 | 4/28/1998 | Tape 8 and transcript | Tape: TM0028305<br>Tr: TM0037402-37408 |
| 1098 | 8/14/2001 | Tape 9 and transcript | Tape: TM0037374<br>Tr: TM0037374-037383 |
| 1099 | 10/31/2000 | Tape 10 and transcript (if available) | Tape: TM0028307 |
| 1100 | 8/23/1996 | Tape 11 and transcript (if available) | Tape: TM0028308 |
| 1101 | 8/23/1996 | Tape 12 and transcript (if available) | Tape: TM0028309 |
| 1102 | 8/23/1996 | Tape 13 and transcript (if available) | Tape: TM0028310 |
| 1103 | 8/23/1996 | Tape 14 and transcript (if available) | Tape: TM0028311 |
| 1104 | 8/7/1996 | Tape 15 and transcript (if available) | Tape: TM0028312 |
| 1105 | 7/18/2002 | Tape 16 and transcript (if available) | Tape: TM0028313 |
| 1106 | 5/11/2001<br>5/15/2001<br>7/6/2001<br>8/14/2001 | Tape 18 and transcript (if available) | Tape: TM0028315 |
| 1107 | 7/16/1996 | Tape 19 and transcript (if available) | Tape: TM0028316 |
| 1108 | 3/27/2001 | Tape 20 and transcript (if available) | Tape: TM0028317 |
| 1109 | 4/6/2001<br>4/17/2001 | Tape 21 and transcript (if available) | Tape: TM0028318 |
| 1110 | 5/15/2001<br>6/1/2001 | Tape 22 and transcript (if available) | Tape: TM0028319 |
| 1111 | 8/28/2001<br>10/4/2001<br>10/5/2001 | Tape 23 and transcript | Tape: TM0028320<br>Tr: TM0037434-37455 |
| 1112 | 8/28/2001<br>10/4/2001<br>10/5/2001 | Tape 25 and transcript | Tape: TM0028322<br>Tr: TM0037434-37455 |
| 1113 | 12/6/2001<br>12/6/2001<br>12/19/2001 | Tape 27 and transcript (if available) | Tape: TM0028324 |
| 1114 | 3/8/2001<br>3/29/2001<br>5/11/2001 | Tape 29 and transcript | Tape: TM0028326<br>Tr: TM0037418-37424 |
| 1115 | 5/3/2001 | Tape 30 and transcript (if available) | Tape: TM0028327 |
| 1116 | 6/5/2001<br>6/6/2001<br>6/18/2001 | Tape 32 and transcript (if available) | Tape: TM0028329 |
| 1117 | 6/5/2002 | Tape 33 and transcript (if available) | Tape: TM0028330 |
| 1118 | 5/24/2001 | Tape 34 and transcript (if available) | Tape: TM0028331 |
| 1119 | 1/7/2002<br>1/8/2002 | Tape 35 and transcript | Tape: TM0028332<br>Tr: TM0037384-37394 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1120 | 8/3/2001 | Tape 36 and transcript (if available) | Tape: TM0028333 |
| 1121 | 7/22/1996 | Tape 37 and transcript (if available) | Tape: TM0028334 |
| 1122 | 7/23/1996 | Tape 38 and transcript (if available) | Tape: TM0028335 |
| 1123 | 1/27/2003 | Tape 39 and transcript (if available) | Tape: TM0028336 |
| 1124 | 4/28/1998 | Tape 40 and transcript | Tape: TM0028337<br>Tr: TM0037402-37408 |
| 1125 | 12/18/2001 | Tape 41 and transcript | Tape: TM0028338<br>Tr: TM0037506-37511 |
| 1126 | 3/1/2001<br>9/17/2001 | Tape 42 and transcript | Tape: TM0028339<br>TM0037480-37505 |
| 1127 | 12/21/2001 | Tape 43 and transcript | Tape: TM0028340<br>Tr: TM0037512-37516 |
| 1128 | 4/25/2001<br>4/26/2001<br>4/30/2001<br>5/1/2001 | Tape 44 and transcript | Tape: TM0028341<br>Tr: TM0037538-37564 |
| 1129 | 3/1/2001<br>9/17/2001 | Tape 45 and transcript (if available) | Tape: TM0028342 |
| 1130 | 1/11/2002 | Tape 46 and transcript (if available) | Tape: TM0028343 |
| 1131 | 9/28/2001 | Tape 48 and transcript (if available) | Tape: TM0028345 |
| 1132 | 1/11/2002<br>1/14/2002 | Tape 53 and transcript | Tape: TM0028350<br>Tr: TM0037367-37373 |
| 1133 | 10/31/2002 | Tape 55 and transcript (if available) | Tape: TM0028352 |
| 1134 | 8/15/1996 | Tape 56 and transcript (if available) | Tape: TM0028353 |
| 1135 | 9/15/2003 | Tape 59 and transcript (if available) | Tape: TM0028356 |
| 1136 | 7/24/2003 | Tape 61 and transcript (if available) | Tape: TM0028358 |
| 1137 | 6/12/2003 | Tape 62 and transcript (if available) | Tape: TM0028359 |
| 1138 | 2/15/2001 | Tape 64 and transcript (if available) | Tape: TM0028361 |
| 1139 | 2/14/2003 | Tape 79 and transcript (if available) | Tape: TM0037687 |
| 1140 | 3/31/2003 | Tape 80 and transcript (if available) | Tape: TM0037688 |
| 1141 | 10/27/2003 | Tape 81 and transcript (if available) | Tape: TM0037689 |
| 1142 | 12/27/2002<br>12/30/2002<br>1/9/2003 | Tape 83 and transcript (if available) | Tape: TM0037691 |
| 1143 | 1/3/2003 | Tape 85 and transcript (if available) | Tape: TM0037693 |
| 1144 | 10/26/2003 | Tape 86 and transcript (if available) | Tape: TM0037694 |
| 1145 | 12/15/1988 | Tape 90 and transcript (if available) | Tape: TM0037698 |
| 1146 | 3/14/1988<br>3/30/1989 | Tape 91 and transcript (if available) | Tape: TM0037699 |

# MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1147 | 3/27/1989<br>4/5/1989<br>4/11/1989<br>4/13/1989<br>4/14/1989 | Tape 92 and transcript (if available) | Tape: TM0037700 |
| 1148 | 3/28/1989 | Tape 93 and transcript (if available) | Tape: TM0037701 |
| 1149 | 3/30/1989 | Tape 94 and transcript (if available) | Tape: TM0037702 |
| 1150 | unknown | Tape 97 and transcript (if available) | Tape: TM0037705 |
| 1151 | 6/20/1989 | Tape 98 and transcript (if available) | Tape: TM0037706 |
| 1152 | 6/26/1989 | Tape 99 and transcript (if available) | Tape: TM0037707 |
| 1153 | 7/17/1989<br>7/18/1989 | Tape 101 and transcript (if available) | Tape: TM0037709 |
| 1154 | 8/11/1989 | Tape 103 and transcript (if available) | Tape: TM0037711 |
| 1155 | 7/27/1989 | Tape 105 and transcript (if available) | Tape: TM0037713 |
| 1156 | Unknown | Tape 107 and transcript (if available) | Tape: TM0037715 |
| 1157 | 10/26/1990 | Tape 110 and transcript (if available) | Tape: TM0037718 |
| 1158 | 2/14/1991 | Tape 111 and transcript (if available) | Tape: TM0037719 |
| 1159 | 2/27/1991<br>3/7/1991<br>4/3/1991 | Tape 112 and transcript (if available) | Tape: TM0037720 |
| 1160 | 8/16/1991<br>8/19/1991 | Tape 114 and transcript (if available) | Tape: TM0037722 |
| 1161 | 12/2/1991 | Tape 115 and transcript (if available) | Tape: TM0037723 |
| 1162 | 9/12/1989 | Tape 117 and transcript (if available) | Tape: TM0037725 |
| 1163 | 9/14/1989 | Tape 118 and transcript (if available) | Tape: TM0037726 |
| 1164 | 9/15/1989 | Tape 119 and transcript (if available) | Tape: TM0037727 |
| 1165 | Unknown | Tape 125 and transcript (if available) | Tape: TM0037733 |
| 1166 | 2/25/2002 | Transcript of David Yeager's conversation with Scott Freeman | TM0037470-37479 |
| 1167 | 1/3/2002<br>1/17/2002<br>2/19/2002<br>2/20/2002 | Transcript of David Yeager's conversations with Joe Herman | TM0032236-32244 |
| 1168 | 3/12/2001<br>10/4/2001<br>12/13/2001 | Transcript of David Yeager's conversations with Jack McDivitt and Jim Kennedy | TM0032265-32286 |
| 1169 | 3/4/2002 | Transcript of David Yeager's conversation with Steve Sabol | TM0032295-32304 |
| 1170 | 5/2/2001 | Transcript of David Yeager's conversations with Arlyn Campbell and Scott Endlebach | TM0032213-32224 |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1171 | 8/3/2001<br>8/7/2001 | Transcript of David Yeager's conversations with Scott Endlebach and Tim Trom | TM0032225-32230 |
| 1172 | 2/27/2002 | Transcript of David Yeager's conversation with Terry Ethier | TM0032287-32294 |
| 1173 | 1/15/2002<br>1/16/2002<br>1/17/2002 | Transcript of David Yeager's conversations with Steve Sabol, Mark Green, and Ken Kubushefski | TM0032305-32317 |
| 1174 | 8/29/2001 | Transcript of David Yeager's conversation with Jack Lusty | TM0032245-32264 |
| 1175 | 8/30/2001 | Transcript of David Yeager's conversation with Brian Wennerstron | TM0032231-32235 |
| 1176 | 2/26/2002 | Transcript of David Yeager's conversations with Ken Kubushefski and Dennis Sholl | TM0037689-37770 |
| 1177 | Various | Mack Communications Program 1997 | M0029285-M0029443 |
| 1178 | Various | Mack Communications Program 1998 | M0029444-M0029596 |
| 1179 | Various | Mack Communications Program 1999 | M0029597-M0029828 |
| 1180 | Various | Mack Communications Program 2000 | M0029829-M0030029 |
| 1181 | Various | Mack Communications Program 2001 | M0030030-M0030238 |
| 1182 | | Mack Trucks, Inc. Answer & Counterclaims: Lusty v. Mack Trucks, Inc. | |
| 1183 | 8/20/2004 | Letter from Rex H. Elliott to James D. Kurek re: John W. Lusty v. Mack Trucks, Inc. | |
| 1184 | | Settlement Agreement and General Release: Lusty v. Mack Trucks, Inc. | |
| 1185 | 11/20/2002 | Consent Order on Mack Trucks, Inc.'s Motion for Preliminary Injunction | |
| 1186 | 3/30/2003 | Expert Report of Roy J. Epstein | |
| 1187 | 5/28/2004 | Supplemental Expert Report of Roy J. Epstein | |
| 1188 | 1/15/2004 | Expert Report of Frank M. Gollop | |
| 1189 | | Expert Report of Frank M. Gollop in Wiegand v. Mack Trucks Inc. | |
| 1190 | 1/19/2004 | Expert Report of William E. Harris | |
| 1191 | 3/9/2004 | Supplemental Expert Report of William E. Harris | |
| 1192 | 5/7/2004 | Second Supplemental Expert Report of William E. Harris | |
| 1193 | 7/13/2006 | Third Supplemental Expert Report of William E. Harris | |
| 1194 | 5/10/2004 | Comparison of Toledo Mack vs. Other Dealers' Discounts by William E. Harris | |
| 1195 | 3/29/2004 | Expert Report of Kent W. Mikkelsen | |
| 1196 | 1/19/2004 | Expert Report of Donald A. Nichols | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1197 | 7/23/2004 | Supplemental Expert Report of Donald A. Nichols | |
| 1198 | 7/13/2006 | Second Supplemental Expert Report of Donald A. Nichols | |
| 1199 | 9/14/1989 | Wall Street Journal article: "Mack Trucks Faces Renault Revolution After Major Losses" | |
| 1200 | 2/17/1990 | Wall Street Journal article: "Mack Trucks Has a Record Loss" | |
| 1201 | 11/12/1999 | Toledo Mack Parts, Vehicle and Service Annual Commercial Plans for 2000 | M0076752; M0137206; M0137199 |
| 1202 | 10/11/2000 | Toledo Mack Parts and Vehicle Annual Commercial Plans for 2001 | TM0023893; M0145438 |
| 1203 | 2/25/2002 | Toledo Mack Parts Annual Commercial Plans for 2002 (Revised) | TM0023885 |
| 1204 | 6/18/2001 | E-mail from J. Favia to S. Kress re: McNeilus Meeting 6/19/01 | M0190637-190638 |
| 1205 | 2/8/2002 | E-mail from J. Favia to T. Trom | M0156136 |
| 1206 | 11/21/2002 | Weekly Vikner Report: Sales Department | M0148410 |
| 1207 | 11/5/2001 | Letter from J. Favia to P. Vikner and S. Kress re: McNeilus up date | M0030823-30824 |
| 1208 | 2/11/2002 | E-mail from J. Favia to S. Kress and S. Polzer cc: B. Miller re: McNeilus 2003 Pricing | M0052237 |
| 1209 | 0/0/1998 | 1998 Midliner P&L By Region: Total CS & MS Model | M0139534 |
| 1210 | 3/11/2002 | E-mail from J. Favia to S. Polzer cc: S. Kress re: McNeilus Sales Asst for 2003 Pricing | M0153054 |
| 1211 | 11/00/1996 | Regional/Department Report: Central Region | M0156925-156926 |
| 1212 | 2/6/2002 | E-mail from J. Favia to S. Kress cc: M. E. Spedding re: Weekly Comments (McNeilus) | M0190649-190650 |
| 1213 | Undated | Memo to P. Vikner, K. Flaherty, F. Meehan, and J. Williams re: Oshkosh/MTM Overview | MEDOC000117 |
| 1214 | 4/18/2002 | Contact Report for visit to Wiegard Mack | WIEG001888 |
| 1215 | 11/1/2002 | PAI Industries, Inc.'s Answer to the Crossclaims of Toledo Mack Sales & Service, Inc. | |
| 1216 | 10/15/2002 | Counterclaim Defendant PAI Industries, Inc.'s Objections and Responses to Counterclaim Plaintiff Mack Trucks, Inc.'s First Request for Production of Documents | |
| 1217 | 10/15/2002 | Counterclaim Defendant PAI Industries, Inc.'s Objections and Responses to Counterclaim Plaintiff Mack Trucks, Inc.'s First Interrogatories | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1218 | 9/16/2002 | Counterclaim Defendant PAI Industries, Inc.'s Motion to Dismiss Count V of Counterclaim Plaintiff Mack Trucks, Inc.'s Counterclaim | |
| 1219 | 9/6/2002 | Counterclaim Defendant PAI Industries, Inc.'s Response in Opposition to Counterclaim Plaintiff Mack Trucks, Inc.'s Motion for Preliminary Injunction and Impounding of Infringing Goods | |
| 1220 | 7/1/2002 | Complaint of Plaintiff Toledo Mack Sales & Service, Inc. against Defendant Mack Trucks, Inc. | |
| 1221 | 9/4/2003 | Answer of Counterclaim Defendant Toledo Mack Sales & Service, Inc. to First Amended Counterclaims of Defendant Mack Trucks, Inc. | |
| 1222 | 1/13/2004 | Amended Answer of Counterclaim Defendant Toledo Mack Sales & Service, Inc. to First Amended Counterclaims of Defendant Mack Trucks, Inc. | |
| 1223 | 10/9/2002 | Answer to the Crossclaims of PAI Industries, Inc. and Crossclaims of Toledo Mack Sales & Service, Inc. | |
| 1224 | 10/15/2002 | Responses and Objections of Toledo Mack Sales & Service, Inc. to Mack Trucks, Inc.'s First Set of Interrogatories and Requests for Production of Documents | |
| 1225 | 10/17/2002 | Revised Responses and Objections of Toledo Mack Sales & Service, Inc. to Mack Trucks, Inc.'s First Set of Interrogatories and Requests for Production of Documents | |
| 1226 | 1/2/2003 | Plaintiff Toledo Mack Sales & Service, Inc.'s Response to Defendant/Counterclaim Plaintiff's Second Set of Interrogatories | |
| 1227 | 11/21/2003 | Plaintiff Toledo Mack Sales & Service, Inc.'s Supplemental Response to Defendant/Counterclaim Plaintiff's Second Set of Interrogatories | |
| 1228 | 1/23/2004 | Letter from Manly Parks to Jeremy Heep supplementing Toledo Mack Sales & Service, Inc.'s response to Interrogatories 3 and 5 of Defendant Counterclaim Plaintiff Mack Trucks, Inc.'s Second Set of Interrogatories | |
| 1229 | 1/13/2004 | Amended Answer of Counterclaim Defendant Toledo Mack Sales & Service, Inc. to First Amended Counterclaims of Defendant Mack Trucks, Inc. | |

## MACK TRUCKS, INC.'S TRIAL EXHIBIT LIST

| No. | Date | Subject/Document Description | Bates Range / ID |
|---|---|---|---|
| 1230 | 10/17/2002 | Revised Responses and Objections of Toledo Mack Sales & Service, Inc. to Mack Trucks, Inc.'s First Set of Interrogatories and Requests for Production of Documents | |
| 1231 | 1/2/2003 | Plaintiff Toledo Mack Sales & Service, Inc.'s Response to Defendant/Counterclaim Plaintiff's Second Set of Interrogatories | |
| 1232 | 11/21/2003 | Plaintiff Toledo Mack Sales & Service, Inc.'s Supplemental Response to Defendant/Counterclaim Plaintiff's Second Set of Interrogatories | |
| 1233 | 10/9/2002 | Answer to the Crossclaims of PAI Industries, Inc. and Crossclaims of Toledo Mack Sales & Service, Inc. | |
| 1234 | 4/2003 - 8/2004 | Attorney Fee Records of Duane Morris LLP | |
| 1235 | 9/2004 - 5/2005 | Attorney Fee Records of Cooper & Elliott, LLC and Duane Morris LLP | |
| 1236 | Various | Invoices from GGS to Mack Trucks, Inc. | GGS12159-12187 |
| 1237 | #VALUE! | Addendum I to Contract between GGS Information Services, Inc. and Mack Trucks Inc. dated 1/2/01 | GGS12188-12193 |
| 1238 | 1/3/2001 | GGS Proposal for Mack Trucks, Inc. | GGS12194-12296 |
| 1239 | 7/1/1997 | GGS Proposal for Mack Trucks, Inc. | GGS12297-12394 |
| 1240 | 12/1/1993 | GGS Proposal for Mack Trucks, Inc. | GGS12395-12488 |
| 1241 | 10/1990 | Agreement Between General Graphic Services, Inc. and Mack Trucks, Inc. | GGS12489-12570 |
| 1242 | 11/7/1988 | Contract Between General Graphic Services, Inc. and Mack Trucks, Inc. | GGS12571-12658 |
| 1243 | 1/1/2001 | Binder: GGS / Mack CD-Rom and Internet Services | GGS12659-13179 |
| 1244 | 12/17/2003 | Memo from L. Kendall to B. Yuzuik re: Mack Expenditures with GGS | GGS13180-13181 |

Respectfully submitted,

_____
Barbara Mather
Jeremy Heep
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Attorneys for Defendant/Counterclaim Plaintiff
Mack Trucks, Inc.

Dated:  August 4, 2006

## CERTIFICATE OF SERVICE

I, Jeremy Heep, hereby certify that on this 4th day of August, 2006, a true and correct copy of the foregoing Defendant Mack Trucks, Inc.'s Exhibit List was served via hand delivery upon the following counsel:

J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103

_____
Jeremy Heep