**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : | |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : | |
| TOLEDO MACK SALES & SERVICE, INC. and | : : : | |
| Counterclaim Defendant. | : : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

     Kindly enter my appearance on behalf of Plaintiff and Counterclaim Defendant, Toledo Mack Sales & Service, Inc., in the above-captioned action.

                                                Respectfully submitted,

                              By:    /s/ James H. Steigerwald
                                      James H. Steigerwald (PA #82469)
                                      Duane Morris LLP
                                      30 S. 17th Street
                                      Philadelphia, PA  19103
                                      215-979-1145 (telephone)
                                      215-979-1020 (facsimile)

DM1\678233.1

**CERTIFICATE OF SERVICE**

    I, James H. Steigerwald, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served this 17th day of August, 2006, by hand delivery upon counsel of record as follows:

> Jeremy Heep, Esquire
> Pepper Hamilton LLP
> Two Logan Square, Suite 3000
> Eighteenth and Arch Streets
> Philadelphia, PA  19103

> /s/ James H. Steigerwald_____
> James H. Steigerwald

DM1\678233.1