IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. | : : : | |
| Defendant. | : | |
| MACK TRUCKS, INC., | : : : | |
| Counterclaim Plaintiff, | : : : : | |
| v. | : : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Counterclaim Defendant. | : : : | |

**PRAECIPE TO SUPPLEMENT DEFENDANT/COUNTERCLAIM PLAINTIFF
MACK TRUCKS, INC.'S PROPOSED JURY INSTRUCTION**

TO THE CLERK:

  Kindly attach the Proposed Supplemental Jury Instruction to Mack Trucks, Inc's

Proposed Jury Instructions, Exhibit A of Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s

Pretrial Memorandum, which was filed with this Court on August 18, 2006.

                                                Respectfully submitted,

                                                _____
                                                Barbara W. Mather
                                                Jeremy Heep
                                                Barak A. Bassman
                                                PEPPER HAMILTON LLP
                                                3000 Two Logan Square
                                                Eighteenth & Arch Streets
                                                Philadelphia, PA  19103-2799
                                                (215) 981-4000

Dated: August 30, 2006                      Attorneys for Defendant/Counterclaim Plaintiff
                                                Mack Trucks, Inc.

## MACK TRUCKS, INC.'S PROPOSED
## SUPPLEMENTAL JURY INSTRUCTION

**Termination of Toledo Mack Sales & Service, Inc.**

It has been established as a matter of law that Mack had good cause to terminate the dealership of Toledo Mack because Toledo Mack provided a database called MACSPEC 2001 to PAI Industries, Inc. Therefore, you are instructed that Mack's termination of Toledo Mack is not evidence to support any of Toledo Mack's claims.

## CERTIFICATE OF SERVICE

I, Jeremy D. Heep, hereby certify that on this 30th day of August, 2006, a true and correct copy of the foregoing Praecipe to Supplement Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Proposed Jury Instructions was served via hand delivery upon the following counsel:

J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103

_____
Jeremy D. Heep