**Parks, J. Manly**

| | |
|---|---|
| **From:** | Parks, J. Manly |
| **Sent:** | Tuesday, August 29, 2006 12:16 PM |
| **To:** | 'Heep, Jeremy'; Bassman, Barak A. |
| **Cc:** | Mack, Wayne A. |
| **Subject:** | Toledo Mack |

Gentlemen,

We have reviewed your response to our Motion in Limine to Preclude reference to the Court of Appeals ruling in the Termination Case and we would like to make certain that we understand Mack's position on this issue. Would Mack agree to make no reference to the Court of Appeals ruling in the Termination Case (i.e., not mention it, make efforts to elicit testimony about it, offer it into evidence in whole or part, etc.) if we were to agree to make no reference to the fact of termination, the rulings by the Hearing Examiner, Board or Franklin County Court of Common Pleas, or the appeal of the Court of Appeals ruling (in short, there would simply be nothing about termination presented to the jury by either side)?

J. Manly Parks
DUANE MORRIS LLP
United Plaza
30 South 17th Street
Philadelphia, PA 19103
Tel. 215.979.1342
Fax 215.979.1020
jmparks@duanemorris.com



EXHIBIT A