

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| Plaintiff, | : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. | : | **ORAL ARGUMENT REQUESTED** |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| Counterclaim Defendant. | : | |

## ORDER

And now, on this 12th day of SEPT, 2006, upon consideration of Mack Trucks, Inc.'s Opposition to Toledo Mack Sales & Service, Inc.'s Motion *In Limine* to Exclude Rulings by the Court of Appeals of Ohio from Trial, it is hereby **ORDERED** that the Motion is **DENIED**.

By: /s/ Buckwalter
Buckwalter, R., U.S.D.J.