IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-4373 |
| v. | : | |
| | : | |
| MACK TRUCKS, INC., | : | |
| | : | |
| Defendant. | : | |

_____

| | |
|---|---|
| MACK TRUCKS, INC., | : |
| | : |
| Counterclaim Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLEDO MACK SALES & SERVICE, INC., | : |
| | : |
| Counterclaim Defendant. | : |

**ORDER**

**AND NOW**, this 12th day of September, 2006, upon consideration of Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Motion *in Limine* to exclude evidence of the sales of truck parts (Docket No. 91), and all responses filed thereto, and after oral argument having been held, it is hereby **ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:


*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.