# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-4373 |
| v. | : | |
| | : | |
| MACK TRUCKS, INC., | : | |
| | : | |
| Defendant. | : | |

_____

| | |
|---|---|
| MACK TRUCKS, INC., | : |
| | : |
| Counterclaim Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TOLEDO MACK SALES & SERVICE, INC., | : |
| | : |
| Counterclaim Defendant. | : |

## ORDER

**AND NOW**, this 12th day of September, 2006, upon consideration of Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Motion *in Limine* to strike the expert report and to exclude the trial testimony of Frank M. Gollop (Docket No. 93), and all responses filed thereto, and after oral argument having been held, it is hereby **ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.