## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:02-CV-04373-RLB |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | |
| Counterclaim Defendant. | : | |
| | : | |

## DEFENDANT/COUNTERCLAIM PLAINTIFF MACK TRUCKS, INC.'S PROPOSED SPECIAL JURY INTERROGATORIES

Pursuant to Local Rule 16.1(d)(4)(b), Defendant/Counterclaim Plaintiff Mack

Trucks, Inc. respectfully submits the following proposed special interrogatories.

## MACK'S COUNTERCLAIMS

**Misappropriation of Trade Secrets – MACSPEC 2001**

1. The Court has already determined that Toledo Mack misappropriated Mack's trade secrets when Toledo Mack provided MACSPEC 2001 to PAI.

   Amount of damages $ _____.

   Please proceed to Question 2.

**Misappropriation of Trade Secrets and Confidential Business Information – Price Lists and Microfiche**

2. Did Toledo Mack misappropriate Mack's trade secrets and/or confidential business information when it provided Mack's parts price lists and microfiche to PAI?

   YES _____

   NO _____

   If your answer is "yes," please proceed to Question 3.  If your answer is "no," please proceed to Question 4.

3. Amount of damages: $ _____.

   Please proceed to Question 4.

**Civil Conspiracy**

4. Did Toledo Mack and PAI engage in a conspiracy to misappropriate Mack's trade secrets and/or confidential business information?

   YES _____

   NO _____

Please inform the bailiff that your deliberations are complete.

Respectfully submitted,

Barbara W. Mather
Jeremy Heep
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Defendant/Counterclaim Plaintiff
Mack Trucks, Inc.

Dated: October 5, 2006

## CERTIFICATE OF SERVICE

I, Jeremy Heep, hereby certify that on October 5, 2006 a true and correct copy of

the foregoing Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Proposed Jury

Interrogatories, was served via hand delivery upon the following:

Wayne Mack
J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Jeremy Heep