IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEDO MACK SALES & SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACK TRUCKS, INC. <br><br> Defendant. | Civil Action No. 2:02-CV-04373-RLB <br><br> JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> TOLEDO MACK SALES & SERVICE, INC., <br><br> Counterclaim Defendant. | JURY TRIAL DEMANDED |

### DEFENDANT/COUNTERCLAIM PLAINTIFF MACK TRUCKS, INC.'S SECOND PROPOSED SPECIAL JURY INTERROGATORIES

In the Charging Conference on October 4, 2006, Toledo Mack handed to the Court its proposed Jury Verdict Form. Pursuant to Local Rule 16.1(d)(4)(b), Defendant/Counterclaim Plaintiff Mack Trucks, Inc. proposes the following addition to Toledo Mack's Proposed Jury Verdict Form to account for the potential doubling of damages under the Ohio Motor Vehicle Dealer Law.

<u>Toledo Mack's Proposed Questions with Mack's proposed addition and deletion in bold:</u>

1.   Do you find that Toledo Mack has proven by a preponderance of the evidence that Mack Trucks has violated the Ohio Motor Vehicle Dealer law?

   YES _____

   NO _____

2.   Do you find that Toledo Mack has proven by a preponderance of the evidence that Mack Trucks engaged in tortious interference with Toledo Mack's prospective business relations?

   YES _____

   NO _____

 If you answered "YES" to either of the above questions, please proceed to Question 3 below. If you answered "NO" to each of the above questions, please skip Question 3 and proceed to Question 4 **[which will now pertain to counterclaims]**.

3.   What is the amount of damages that Toledo Mack has proven by a preponderance of the evidence were caused by Mack Trucks' conduct?

   $_____

 **If you answered "no" to Question 1, proceed to Question 4. If you answered "yes" to Question 1, what amount of this total was caused by Mack's conduct under the Ohio Motor Vehicle Dealer Law?  $_____**

4.   **DELETE**

-3-

                                                Respectfully submitted,

                                                _____

                                                Barbara W. Mather
                                                Jeremy Heep
                                                Barak A. Bassman
                                                PEPPER HAMILTON LLP
                                                3000 Two Logan Square
                                                Eighteenth & Arch Streets
                                                Philadelphia, PA 19103-2799
                                                (215) 981-4000

                                                Attorneys for Defendant/Counterclaim Plaintiff
                                                Mack Trucks, Inc.

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I, Jeremy Heep, hereby certify that on October 6, 2006 a true and correct copy of the foregoing Defendant/Counterclaim Plaintiff Mack Trucks, Inc.'s Second Proposed Jury Interrogatories, was served via hand delivery upon the following:

Wayne Mack
J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

_____
Jeremy Heep