IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC. | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : | JURY TRIAL DEMANDED |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Counterclaim Defendant. | : : : | |

# REVISED LIST OF EXHIBITS MOVED INTO EVIDENCE
# BY DEFENDANT/COUNTERCLAIM PLAINTIFF
# <u>MACK TRUCKS, INC.</u>

Below is a revised list of the trial exhibits that Defendant/Counterclaim Plaintiff Mack Trucks, Inc. has moved into evidence. In addition, attached as Exhibits A, B and C, are the transcripts of the portions of the videotaped depositions of Yolanda May, Navid Yavari and David Yeager played to the jury on October 3-4, 2006 (May), September 28-29 and October 3, 2006 (Yavari), and September 15, 2006 (Yeager).

| Exhibit "A" (Demonstrative – TM's Average Growth Rate '85 – '88) | Exhibit "B" (Demonstrative – TM's Average Growth Rate '86 – '88) | Exhibit "C" (Demonstrative – Mack's Average Growth Rate '85 – '88) |
|---|---|---|
| Exhibit "E" (Demonstrative – TM and Mack Growth Rate) | DX 2 | DX 3 |
| DX 19 | DX 35 | DX 37 |
| DX 42 | DX 43 | DX 57 |
| DX 58 | DX 60 | DX 91 |
| DX 94 | DX 106 (Yavari Dep. Ex. 4) | DX 122 (Yavari Dep. Ex. 22) |
| DX 127 (Yavari Dep. Ex. 5) | DX 138 (Yavari Dep. Ex. 6) | DX 151 (Yavari Dep. Ex. 7) |
| DX 154 (Yavari Dep. Ex. 24) | DX 155 | DX 156 (Yavari Dep. Ex. 8) |
| DX 158 | DX 164 | DX 168 |
| DX 169 | DX 171 | DX 174 (Yavari Dep. Ex. 9) |
| DX 188 | DX 196 | DX 199 (May Dep. Ex. 2) |
| DX 206 (Yavari Dep. Ex. 10) | DX 216 (Yavari Dep. Ex. 17) | DX 224 |
| DX 226 (Yavari Dep. Ex. 25) | DX 230 | DX 235 |
| DX 245 | DX 260 (Yavari Dep. Ex. 42) | DX 272 (Yavari Dep. Ex. 26) |
| DX 296 | DX 303 (Yavari Dep. Ex. 27) | DX 316 (Yavari Dep. Ex. 28) |
| DX 322 (Yavari Dep. Ex. 11) | DX 323 | DX 326 (Yavari Dep. Ex. 12) |
| DX 327 (Yavari Dep. Ex. 13) | DX 339 (Yavari Dep. Ex. 45) | DX 340 (Yavari Dep. Ex. 29) |
| DX 347 | DX 348 (May Dep. Ex. 4) | DX 349 |
| DX 354 | DX 356 (May Dep. Ex. 3) | DX 375 (Yavari Dep. Ex. 41) |
| DX 393 (Yavari Dep. Ex. 14) | DX 405 | DX 406 (Yavari Dep. Ex. 3) |
| DX 415 (Dealer Term. Ex. 112) | DX 423 | DX 426 |
| DX 429 | DX 430 | DX 437 |
| DX 456 (Dealer Term Ex. 79) | DX 476 (Dealer Term Ex. R-64) | DX 483 |
| DX 496 | DX 498 (Yavari Dep. Ex. 2) | DX 499 |
| DX 506 (May Dep. Ex. 1) | DX 509 | |
| DX 523 | DX 524 | DX 525 |
| DX 534 | DX 605 | DX 607 |
| DX 707 | DX 725 | DX 778 |
| DX 780 | DX 781 | DX 784 |
| DX 785 | DX 786 | DX 787 |
| DX 795 | DX 796 | DX 797 |
| DX 802 | DX 803 | DX 804 |
| DX 805 | DX 810 | DX 831 |
| DX 844 | DX 850 | DX 868 |
| DX 879 | DX 880 | DX 905 |
| DX 907 | DX 925 | DX 933 |
| DX 934 | DX 935 | DX 936 |

| | | |
|---|---|---|
| DX 937 | DX 938 | DX 939 |
| DX 940 | DX 941 | DX 942 |
| DX 943 | DX 944 | DX 945 |
| DX 946 | DX 947 | DX 948 |
| DX 949 | DX 971 | DX 972 |
| DX 973 | DX 974 | DX 975 |
| DX 976 | DX 977 | DX 978 |
| DX 979 | DX 980 | DX 981 |
| DX 982 | DX 983 | DX 984 |
| DX 985 | DX 986 | DX 987 |
| DX 988 | DX 989 | DX 990 |
| DX 991 | DX 992 | DX 993 |
| DX 994 | DX 995 | DX 996 |
| DX 997 | DX 998 | DX 999 |
| DX 1000 | DX 1001 | DX 1002 |
| DX 1003 | DX 1004 | DX 1005 |
| DX 1006 | DX 1007 | DX 1008 |
| DX 1009 | DX 1010 | DX 1011 |
| DX 1012 | DX 1013 | DX 1014 |
| DX 1015 | DX 1016 | DX 1017 |
| DX 1018 | DX 1019 | DX 1020 |
| DX 1021 | DX 1022 | DX 1023 |
| DX 1024 | DX 1025 | DX 1026 |
| DX 1027 | DX 1028 | DX 1029 |
| DX 1030 | DX 1031 | DX 1032 |
| DX 1033 | DX 1034 | DX 1035 |
| DX 1036 | DX 1037 | DX 1038 |
| DX 1039 | DX 1040 | DX 1041 |
| DX 1051 (Pages 8:5-9:12 and 17:21-18:02 only) | DX 1053 (Pages 37:12-39:13 only) | |
| DX 1056 (Pages 4:24-5:04, 35:8-35:18 only) | DX 1067 (Page 38:1-38:16 only) | DX 1070 (Pages 9:11–10:12 and 12:18–13:24 only) |
| DX 1075 (Pages 1:1-2:12 and 7:3-7:11 only) | DX 1083 (Pages 17:18-18:09, 22:4-22:14 and 24:20-24:24 only) | DX 1088 (cover and last pages only) |
| DX 1090 (cover and last pages only) | DX 1131 (Pages 10:8-10:17, 10:24-12:9, 44:14-45:10 and 61:24-62:5 only) | DX 1171 / TM32265-86 (transcript only; no tape) |
| DX 1203 | DX 1210 | DX 1213 |
| DX 1215 | DX 1225 | |
| DX 1232 (Yavari Dep. Ex. 15) | DX 1243 | |

-3-

| | | |
|---|---|---|
| DX 1254 | DX 1255 | DX 1257 |
| DX 1258 | DX 1260 | DX 1265 |
| DX 1292 | DX 1313 (Yavari Dep. Ex. 36) | DX 1314 (Yavari Dep. Ex. 37) |
| DX 1315 (Yavari Dep. Ex. 38) | DX 1316 (Yavari Dep. Ex. 39) | DX 1317 (Yavari Dep. Ex. 40) |
| DX 1322 | DX 1323 | DX 1353 |
| DX 1371 | DX 1402 | DX 1403 |
| DX 1404 | DX 1408 | DX 1409 |
| DX 1413 | DX 1414 | DX 1415 |
| DX 1416 | DX 1417 | DX 1418 |
| DX 1419 | DX 1420 | DX 1421 |
| DX 1423 | DX 1424 | |
| DX 1425 | DX 1426 | DX 1427 |
| DX 1428 | DX 1429 | DX 1430 |
| DX 1431 | DX 1433 | DX 1434 |
| DX 1435 | DX 1436 | DX 1437 |
| DX 1438 | DX 1439 | DX 1440 |
| DX 1441 | DX 1442 | DX 1443 |
| DX 1444 | DX 1445 | DX 1449 |
| DX 1450 | DX 1451 | DX 1452 |
| DX 1453 | DX 1454 | DX 1456 |
| DX 1457 | DX 1458 | DX 1459 |
| DX 1460 | DX 1461 | DX 1462 |
| DX 1463 | DX 1464 | DX 1465 |
| DX 1466 | DX 1468 | DX 1469 |
| DX 1470 | DX 1471 | DX 1472 |
| DX 1473 | DX 1475 | DX 1476 |
| DX 1477 | DX 1483 | DX 1484 |
| DX 1485 | DX 1486 | DX 1487 |
| DX 1488 | DX 1489 | DX 1490 |
| DX 1494 | DX 1495 | DX 1496 |
| DX 1497 | DX 1498 | DX 1498A |
| DX 1499 | DX 1500 | DX 1501 |
| DX 1502 | DX 1503 | DX 1504 |
| DX 1505 | DX 1506 | DX 1507 |
| DX 1508 | DX 1509 | DX 1510 |
| DX 1512 | DX 1513 | DX 1514 |
| DX 1515 | DX 1516 | DX 1517 |
| DX 1518 | DX 1519 | PX 23 |
| PX 52 (Dealer Term Ex. P-92) | PX 86 | PX 117 |
| PX 127 (Dealer Term Ex. P-111) | PX 128 | PX 141 |
| PX 142 | PX 143 | PX 204 |
| PX 245 | PX 247 (Dealer Term Ex. P-113) | PX 250 |

-4-

| PX 263 | PX 363 (Yavari Dep. Ex. 23) | PX 409 |
| --- | --- | --- |
| PX 426 | PX 437 | PX 438 |
| PX 439 | PX 440 | PX 441 |
| PX 442 | PX 443 | PX 444 |
| PX 445 | PX 446 | PX 481 |
| PX 493 | PX 494 | PX 601 |
| PX 608 (Dealer Term. Ex. P-90) | PX 617 | PX 618 (Dealer Term Ex. 109) |
| PX 665 | PX 669 | PX 674 |
| PX 715 (cover page only) | PX 736 (Dealer Term Ex. 94) (Pages 9:1-9:9, 10:10-10:19, 25:9-25:14, 29:17-29:19, 38:5-38:18, 49:6-49:15 and 61:3-61:9 only) | PX 740 (Dealer Term Ex. 95) (Pages 27:4-28:2 only) |
| PX 747 (Dealer Term Ex. 96) (Pages 32:16-33:1 only) | PX 1103 | PX 1105 |

-6-

| PX 1106 | PX 1277 | PX 1293 |
|---------|---------|---------|
| PX 1294 |         |         |

                      Respectfully submitted,

                      _____
                      Barbara Mather
                      Jeremy Heep
                      Barak A. Bassman
                      PEPPER HAMILTON LLP
                      3000 Two Logan Square
                      Eighteenth & Arch Streets
                      Philadelphia, PA  19103-2799
                      (215) 981-4000

                      Attorneys for Defendant/Counterclaim Plaintiff
Dated: October 6, 2006      Mack Trucks, Inc.

## CERTIFICATE OF SERVICE

I, Barak A. Bassman, hereby certify that on October 6, 2006 a true and correct copy of the foregoing Revised List of Exhibits Moved Into Evidence by Defendant/Counterclaim Plaintiff Mack Trucks, Inc. was served via hand delivery upon the following:

Wayne Mack
J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

_____
Barak A. Bassman