**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : : | |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | JURY TRIAL DEMANDED |
| Counterclaim Defendant. | : | |

**EXHIBITS MOVED INTO EVIDENCE BY PLAINTIFF
<u>TOLEDO MACK SALES & SERVICE, INC.</u>**

| | | | |
|---|---|---|---|
| P-2   | P-43  | P-81  | P-117 |
| P-16  | P-51  | P-85  | P-118 |
| P-17  | P-52  | P-86  | P-119 |
| P-18  | P-57  | P-95  | P-120 |
| P-21  | P-58  | P-97  | P-122 |
| P-23  | P-68  | P-98  | P-124 |
| P-35  | P-76  | P-112 | P-125 |
| P-36  | P-77  | P-115 | P-126 |
| P-41  | P-79  | P-116 | P-127 |

| | | | |
|---|---|---|---|
| P-128 | P-207 | P-409 | P-469 |
| P-129 | P-208 | P-415 | P-470 |
| P-130 | P-209 | P-416 | P-471 |
| P-136 | P-213 | P-426 | P-473 |
| P-137 | P-224 | P-428 | P-475 (Tab 1) |
| P-138 | P-225 | P-446 | P-476 (TabS1) |
| P-140 | P-235 | P-448 | P-477 (Exh A) |
| P-141 | P-238 | P-449 | P-478 (Exh 1) |
| P-142 | P-242 | P-450 | P-479 |
| P-143 | P-245 | P-451 | P-480 |
| P-144 | P-250 | P-452 | P-481 |
| P-150 | P-252 | P-453 | P-482 |
| P-152 | P-253 | P-454 | P-483 |
| P-157 | P-258 | P-455 | P-491 |
| P-160 | P-263 | P-456 | P-493 |
| P-165 | P-265 | P-457 | P-498 |
| P-185 | P-267 | P-458 | P-600 |
| P-187 | P-268 | P-459 | P-601 |
| P-190 | P-277 | P-461 | P-607 |
| P-195 | P-281 | P-463 | P-608 |
| P-198 | P-282 | P-463A | P-609 |
| P-201 | P-384 | P-463B | P-614 |
| P-204 | P-403 | P-464 | P-616 |
| P-205 | P-404 | P-467 | P-617 |
| P-206 | P-405 | P-468 | P-618 |

| | | | |
|---|---|---|---|
| P-620 | P-751 | P-1101 | P-1250 |
| P-621 | P-752 | P-1102 | P-1273 |
| P-637 | P-825 | P-1103 | P-1274 |
| P-662 | P-853 | P-1123 | P-1275 |
| P-665 | P-869 | P-1125 | P-1276 |
| P-668 | P-871 | P-1130 | P-1277 |
| P-669 | P-887 | P-1131 | P-1278 |
| P-672 | P-904 | P-1152 | P-1279 |
| P-674 | P-907 | P-1153 | P-1280 |
| P-675 | P-908 | P-1154 | P-1281 |
| P-682 | P-911 | P-1156 | P-1282 |
| P-686 | P-912 | P-1185 | P-1283 |
| P-687 | P-922 | P-1191 | P-1284 |
| P-700 | P-925 | P-1193 | P-1286 |
| P-705 | P-929 | P-1194 | P-1287 |
| P-707 | P-940 | P-1203 | P-1288 |
| P-708 | P-953 | P-1207 | P-1289 |
| P-710 | P-960 | P-1214 | P-1290 |
| P-715 | P-966 | P-1216 | P-1292 |
| P-717 | P-967 | P-1217 | P-1293 |
| P-718 | P-969 | P-1234 | P-1294 |
| P-719 | P-971 | P-1235 | P-1296 |
| P-728 | P-1096 | P-1237 | P-1297 |
| P-729 | P-1083 | P-1238 | P-1299 |
| P-731 | P-1100 | P-1249 | P-1306 |

| | | | |
|---|---|---|---|
| P-1308 | P-1333 | D-476 | D-945 |
| P-1309 | P-1334 | D-499 | D-1043 |
| P-1310 | D-60 | D-552 | D-1070 |
| P-1311 | D-94 | D-556 | D-1075 |
| P-1312 | D-221 | D-574 | D-1078 |
| P-1313 | D-222 | D-605 | D-1079 |
| P-1314 | D-223 | D-786 | D-1080 |
| P-1316 | D-224 | D-794 | D-1131 |
| P-1320 | D-273 | D-797 | D-1235 |
| P-1327 | D-275 | D-826 | D-1254 |
| P-1328 | D-277 | D-840 | D-1255 |
| P-1329 | D-278 | D-860 | D-1292 |
| P-1330 | D-279 | D-934 | D-1298 |
| P-1331 | D-426 | D-935 | D-1461 |
| P-1332 | D-471 | D-943 | |

Respectfully Submitted,

DUANE MORRIS LLP

Date: October 10, 2006

By: Wayne A. Mack
Wayne A. Mack
J. Manly Parks
James H. Steigerwald
David A. Degnan
30 South 17th Street
Philadelphia, PA  19103-4196
215.979.1000

Attorneys for Plaintiff/Counterclaim Defendant Toledo Mack Sales & Service, Inc.

4

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Exhibits Moved Into Evidence By Toledo Mack Sales & Service, Inc. was served on this 10th day of October, 2006 via hand delivery on the following counsel:

> Jeremy Heep, Esquire
> Pepper Hamilton LLP
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103-2799

                                            /s/ Wayne A. Mack