IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TOLEDO MACK SALES & SERVICE, INC:         CIVIL ACTION
                                    :
               v.                   :
                                    :
MACK TRUCKS, INC.                   :     NO. 02-4373
```

<u>CIVIL JUDGMENT</u>

Before the Honorable Ronald L. Buckwalter

    AND NOW, this 12th day of October 2005, in accordance with the VERDICT of the Jury,

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendant Mack Trucks and against Plaintiff Toledo Mack Sales & Service on the Complaint.

    IT IS FURTHER ORDERED that Judgment be and the same is hereby entered in favor of Counterclaim Plaintiff Mack Trucks Inc. and against Counterclaim Defendant Toledo Mack Sales and Service, Inc. in the amount of $11,356,500.00.

                                          BY THE COURT

                                ATTEST: <u>*S/ MATTHEW J. HIGGINS*</u>
                                                  Matthew J. Higgins
                                                  Deputy Clerk