IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 2:02-CV-04373-RLB |
| v. | : : : | JURY TRIAL DEMANDED |
| MACK TRUCKS, INC., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MACK TRUCKS, INC., | : : | |
| Counterclaim Plaintiff, | : : : | |
| v. | : : : | |
| TOLEDO MACK SALES & SERVICE, INC., | : : : | JURY TRIAL DEMANDED |
| Counterclaim Defendant. | : | |

## VIDEOTAPED DEPOSITIONS PLAYED INTO EVIDENCE AT TRIAL

Attached as exhibits A-I are transcripts of portions of the videotaped depositions played to the jury at trial. Below is a chart cross referencing the portions played to the trial transcript in this matter.

| Exhibit Tab | Day & Date of Trial | Cross-Reference to Record | Description of Video Played |
|---|---|---|---|
| Exh. "A" | Day 4 – 9/18/2006 | 134:5-134:6 | Jeffrey Yelles Deposition dated 12/4/2004 (18:3-18:6) |
| Exh. "A" | Day 4 – 9/18/2006 | 135:12-135:13 | Kevin Flaherty Deposition dated 11/8/2003 (119:15-124:18) |

| Exhibit Tab | Day & Date of Trial | Cross-Reference to Record | Description of Video Played |
|---|---|---|---|
| Exh. "A" | Day 4 – 9/18/2006 | 146:20-146:21 | Jeffrey Yelles Deposition dated 11/13/2003 (92:12-92:15) |
| Exh. "A" | Day 4 – 9/18/2006 | 164:13-164:14 | Jeffrey Yelles Deposition dated 11/13/2003 (370:1-370:23) |
| Exh. "A" | Day 4 – 9/18/2006 | 165:22-165:23 | Jeffrey Yelles Deposition dated 11/13/2003 (148:7-148:13) |
| Exh. "A" | Day 4 – 9/18/2006 | 178:10-178:11 | Jeffrey Yelles Deposition dated 11/13/2003 (270:14-270:19) |
| Exh. "A" | Day 4 – 9/18/2006 | 182:16-182:17 | Jeffrey Yelles Deposition dated 11/13/2003 (288:17-288:24) |
| Exh. "A" | Day 4 – 9/18/2006 | 190:25-191:1 | Jeffrey Yelles Deposition dated 11/13/2003 (309:13-309:21) |
| Exh. "A" | Day 4 – 9/18/2006 | 195:1-195:2 | Jeffrey Yelles Deposition dated 11/13/2003 (88:22-89:02) |
| Exh. "A" | Day 4 – 9/18/2006 | 202:17-202:18 | Jeffrey Yelles Deposition dated 11/13/2003 (83:12-84:13) |
| Exh. "A" | Day 5 – 9/19/2006 | 30:01-30:03 | Ronald Gerhard Deposition dated 1/5/2005 (103:16-105:23) |
| Exh. "B" | Day 5 – 9/19/2006 | 34:25-35:20 | Jack Lusty Deposition dated 11/14/2003 |
| Exh. "C" | Day 5 – 9/19/2006<br><br>Day 6 – 9/20/2006 | 114:18-115:09<br><br>2:12-2:15 | Jack Lusty Deposition dated 1/14/2005<br><br>Continuation of Jack Lusty Deposition dated 1/14/2005 |
| Exh. "D" | Day 6 – 9/20/2006 | 7:16-7:17 | Deposition of Kevin Flaherty dated 11/8/2003 (109:21-109:24) |
| Exh. "D" | Day 6 – 9/20/2006 | 8:01-8:02 | Deposition of Kevin Flaherty dated 11/8/2003 (119:23-120:06) |
| Exh. "D" | Day 6 – 9/20/2006 | 9:08-9:09 | Deposition of Kevin Flaherty dated 11/8/2003 (120:15-120:20) |

DM1\700933.1

| Exhibit Tab | Day & Date of Trial | Cross-Reference to Record | Description of Video Played |
|---|---|---|---|
| Exh. "D" | Day 6 – 9/20/2006 | 10:03-10:04 | Deposition of Kevin Flaherty dated 11/8/2003 (124:04-124:07) |
| Exh. "D" | Day 6 – 9/20/2006 | 12:10-12:11 | Deposition of Kevin Flaherty dated 11/8/2003 (110:06-110:10) |
| Exh. "D" | Day 6 – 9/20/2006 | 61:12-61:13 | Deposition of Kevin Flaherty dated 11/8/2003 (99:17-99:21) |
| Exh. "D" | Day 6 – 9/20/2006 | 73:09-73:10 | Deposition of Kevin Flaherty dated 11/8/2003 (204:11-204:20) |
| Exh. "D" | Day 6 – 9/20/2006 | 82:22-82:23 | Deposition of Kevin Flaherty dated 11/8/2003 (165:19-165:24) |
| Exh. "D" | Day 6 – 9/20/2006 | 97:03-97:04 | Deposition of Kevin Flaherty dated 11/8/2003 (183:23-184:08) |
| Exh. "E" | Day 7 – 9/21/2006 | 90:06-90:07 | Deposition of Joseph Favia dated 12/15/2004 (294:10-294:16) |
| Exh. "E" | Day 7 – 9/21/2006 | 90:15-90:16 | Deposition of Joseph Favia dated 12/15/2004 (283:13-283:19) |
| Exh. "E" | Day 7 – 9/21/2006 | 107:06-107:07 | Deposition of Joseph Favia dated 12/15/2004 (174:17-174:21) |
| Exh. "E" | Day 7 – 9/21/2006 | 108:17-108:18 | Deposition of Joseph Favia dated 12/15/2004 (106:06-106:13) |
| Exh. "E" | Day 7 – 9/21/2006 | 112:02-112:03 | Deposition of Joseph Favia dated 11/12/2003 (32:19-38:08) |
| Exh. "F" | Day 7 – 9/21/2006 | 142:23-142:24 | Deposition of John McCafferty dated 11/11/2003 (56:07-56:20) |
| Exh. "F" | Day 7 – 9/21/2006 | 143:13-143:14 | Deposition of John McCafferty dated 11/11/2003 (56:21-57:10) |
| Exh. "F" | Day 7 – 9/21/2006 | 146:16:-146:17 | Deposition of John McCafferty dated 11/11/2003 (43:04-45:09) |
| Exh. "F" | Day 7 – 9/21/2006 | 148:09-148:10 | Deposition of John McCafferty dated 11/11/2003 (45:08-45:09) |

| Exhibit Tab | Day & Date of Trial | Cross-Reference to Record | Description of Video Played |
|---|---|---|---|
| Exh. "F" | Day 7 – 9/21/2006 | 153:11-153:12 | Deposition of John McCafferty dated 11/11/2003 (68:02-68:07) |
| Exh. "F" | Day 7 – 9/21/2006 | 160:03-160:04 | Deposition of Jeffrey Yelles dated 11/13/2003 (118:15:118:20) |
| Exh. "F" | Day 7 – 9/21/2006 | 161:25-162:01 | Deposition of John McCafferty dated 11/11/2003 (100:15-100:18) |
| Exh. "F" | Day 7 – 9/21/2006 | 167:25:168:01 | Deposition of John McCafferty dated 11/11/2003 (133:04-133:14) |
| Exh. "F" | Day 7 – 9/21/2006 | 168:17-168:18 | Deposition of John McCafferty dated 11/11/2003 (132:09-132:11) |
| Exh. "F" | Day 7 – 9/21/2006 | 169:06-169:07 | Deposition of John McCafferty dated 11/11/2003 (132:13-132:18) |
| Exh. "F" | Day 7 – 9/21/2006 | 174:14-174:15 | Deposition of John McCafferty dated 11/11/2003 (163:13:163:17) |
| Exh. "F" | Day 7 – 9/21/2006 | 176:11-176:12 | Deposition of John McCafferty dated 11/11/2003 (164:03-164:04) |
| Exh. "F" | Day 7 – 9/21/2006 | 177:12-177:13 | Deposition of John McCafferty dated 11/11/2003 (188:18-189:15) |
| Exh. "F" | Day 7 – 9/21/2006 | 182:22-182:23 | Deposition of John McCafferty dated 11/11/2003 (112:08-112:10) |
| Exh. "F" | Day 7 – 9/21/2006 | 183:13-183:14 | Deposition of John McCafferty dated 11/11/2003 (112:11-112:17) |
| Exh. "F" | Day 7 – 9/21/2006 | 184:25-185:01 | Deposition of John McCafferty dated 11/11/2003 (122:07-122:20) |
| Exh. "G" | Day 7 – 9/21/2006<br><br>Day 8 – 9/22/2006 | 217:14-217:15<br><br>2:09-2:10 | Deposition of Stephen Polzer dated 11/19/2003<br><br>Continuation of Deposition of Stephen Polzer dated 11/19/2003 |
| Exh. "H" | Day 9 – 9/25/2006 | 35:17-35:18 | Deposition of Stephen Polzer dated 1/18/2005 |

4

| Exhibit Tab | Day & Date of Trial | Cross-Reference to Record | Description of Video Played |
|---|---|---|---|
| Exh. "I" | Day 9 – 9/25/2006 | 36:16-36:17 | Deposition of Hallie Giuliano dated 3/18/2005 |

Respectfully Submitted,

DUANE MORRIS LLP


By:   s/ J. Manly Parks
    Wayne A. Mack
    J. Manly Parks
    James H. Steigerwald
    David A. Degnan
    30 South 17th Street
    Philadelphia, PA  19103-4196
    215.979.1000

Attorneys for Plaintiff/Counterclaim Defendant Toledo Mack Sales & Service, Inc.

Dated:  October 25, 2006

**CERTIFICATE OF SERVICE**

      I, J. Manly Parks, hereby certify that a true and correct copy of the foregoing document was served this 25th day of October, 2006, by hand delivery upon counsel of record as follows:

> Jeremy Heep, Esquire
> Pepper Hamilton LLP
> Two Logan Square, Suite 3000
> Eighteenth and Arch Streets
> Philadelphia, PA 19103

                                    ___s/J. Manly Parks_____
                                         J. Manly Parks