**Lusty, John (Vol. 01) - 11/14/2003**                                   1 CLIP (RUNNING 01:41:02.500)

## JURY TRIAL - DAY 5    SEPTEMBER 19, 2006

LUSTY1                            97 SEGMENTS (RUNNING 01:41:02.500)
___

**1. PAGE 5:24 TO 6:11 (RUNNING 00:00:16.100)**

```
         24          THE VIDEOGRAPHER:  Will the Officer please
                                   6
00006:01  identify yourself and swear in the witness?
         02          THE REPORTER:  My name is Patricia
         03  Armstrong from Espiritu & Associates, Chicago,
         04  Illinois.
         05                    (The witness was thereupon
         06                     duly sworn.)
         07                     JOHN W. LUSTY
         08  called as a witness herein, having been first
         09  duly sworn, was examined and testified as
         10  follows:
         11                  DIRECT EXAMINATION
```

**2. PAGE 7:22 TO 9:12 (RUNNING 00:01:26.800)**

```
         22                    Would you state your full name
         23  and your address for the record, please?
         24          A.    Yes.  John W. Lusty, 1336 Macks Fly
00008:01  Drive, Akron, Ohio, 44312.
         02          Q.    You are also known as Jack Lusty; is
         03  that right?
         04          A.    That's correct.
         05          Q.    I will try to call you Mr. Lusty, so
         06  we avoid John versus Jack.  But don't you usually
         07  go by Jack?
         08  A.    Yes.
         09          Q.    Mr. Lusty, you are Mr. Yeager's
         10  district manager; is that right?
         11          A.    That's correct.
         12          Q.    You are employed by Mack Trucks?
         13          A.    Yes.
         14          Q.    How long have you been employed by
         15  Mack Trucks?
         16          A.    Approximately 26 years.
         17          Q.    How long have you been Mr. Yeager
         18  and Toledo Mack's district manager?
         19          A.    About seven years.
         20          Q.    What did you do for Mack before you
         21  were Mr. Yeager's district manager?  Just very
         22  general; we don't need to go on through the
         23  years?
         24          A.    I just had about every job within
00009:01  the company from service department, used truck
         02  sales, new truck sales, fire apparatus, leasing
         03  specialist, front discharge mixer rep, medium
         04  duty manager, district manager, medium duty fleet
         05  sales and national account sales and also back to
         06  district manager.
         07          Q.    You are currently a district manager
         08  for the Lakes District; is that right?
         09  A.    That's correct.
```

```
        10       Q.    And the Lakes District is in the
        11  central region?
        12       A.    Yes, sir.
```

### 3. PAGE 9:21 TO 9:23  (RUNNING 00:00:06.500)

```
        21       Q.    How many dealers are currently in
        22  the Lakes District?
        23       A.    14 dealers and 16 locations.
```

### 4. PAGE 9:24 TO 10:22  (RUNNING 00:00:44.400)

```
        24       Q.    Have you been a district manager for
   00010:01  any districts other than the Lakes District?
        02       A.    Yes.
        03       Q.    Could you tell me about that?
        04       A.    That was in the old eastern region
        05  and it's now the Allegheny District.  That was
        06  out of Pittsburgh and Western Pennsylvania area.
        07       Q.    What time frame are we generally
        08  talking about there?  Give me the decade.
        09       A.    Probably 10 or 12 years ago.
        10       Q.    Early '90s?
        11       A.    Yes.
        12       Q.    You said you also had some
        13  involvement with national account sales; is that
        14  right?
        15       A.    Yes.
        16       Q.    What is national account sales?
        17       A.    National accounts sales is a
        18  position where you sell to national account
        19  companies established by Mack Trucks.
        20       Q.    Mack Truck sells to the national
        21  account?
        22       A.    That's correct.
```

### 5. PAGE 17:24 TO 19:24  (RUNNING 00:01:50.900)

```
        24       Q.    Now as district manager, are you the
   00018:01  person at Mack that has most of the interaction
        02  with dealers within your region?
        03       A.    Yes.
        04       Q.    Do you visit dealers within your
        05  region?
        06       A.    Yes.
        07       Q.    How frequently do you do that?
        08       A.    Some every month, some every other
        09  month; six day week cycle I would think.
        10       Q.    Are you in pretty constant contact
        11  with dealers over the phone and through e-mail
        12  and things like that?
        13       A.    Almost daily.
        14       Q.    And just generally, how would you
        15  describe your responsibilities as a district
        16  manager?
        17       A.    To promote the sales and marketing
        18  efforts of Mack Trucks, to help the dealers with
        19  inventory control and investments, customer
        20  contacts, specifications, reviewing
        21  specifications or questions about componentry;
        22  anything that would entail from the time the
        23  truck leaves the manufacturing plant to its
        24  retail to the end users.
   00019:01       Q.    You don't have anything to do with
```

```
02  direct sales by Mack to national accounts, do
03  you?
04       A.    I do not as a district manager.
05       Q.    All your responsibilities have to do
06  with selling trucks through your dealers, right?
07       A.    That's correct.
08       Q.    Who do you report to?
09       A.    To Jeff Yelles.
10       Q.    Mr. Yelles then reports to
11  Mr. Flaherty; is that right?
12       A.    That's correct.
13       Q.    Do you report at all to
14  Mr. Flaherty?
15       A.    I ultimately look at him as
16  executive vice president of sales, and I have an
17  obligation to Mr. Flaherty probably.
18       Q.    But your direct report and the
19  person you have the most dealing with is
20  Mr. Yelles?
21       A.    That's correct.
22       Q.    How long have you worked for
23  Mr. Yelles?
24       A.    Five years and a month or so.
```

6. PAGE 21:20 TO 25:02  (RUNNING 00:03:20.000)

```
20        Q.    Now, various pages in here appear to
21  me, Mr. Lusty to be from a calendar or a
22  Daytimer.  I don't know which it is?
23  A.     A Daytimer.
24        Q.    Is that something that you have
00022:01  maintained throughout the years?
02        A.    Yes.
03        Q.    Is that a Daytimer that you have
04  maintained in connection with the performance of
05  your duties as a district manager?
06        A.    Yes.
07        Q.    What do you use that Daytimer for?
08        A.    Appointments, note taking, a number
09  of things, but it's in the daily conduct of
10  business.
11        Q.    I see on a number of pages, dates.
12  A.     What do you mean?
13        Q.    Take, for example, the second page.
14  I see a date there; 3-13-01 at the top.
15        A.    Yes.
16        Q.    If we go through the document -- and
17  we will go through it in a little more detail, I
18  see throughout different dates written down, four
19  different paragraphs.
20              What does the date indicate?
21        A.    It's the dates that the note was
22  taken; the time and date.
23        Q.    Why did you make these notes, sir?
24        A.    I have taken notes all my life about
00023:01  a lot of things.  I take a lot of business notes
02  and some of these notes were personal.
03              I thought the decisions or
04  statements or responses were noteworthy at that
05  time.
06        Q.    These notes all -- strike that.
07              Was that also something that
```

```
           08  you did in connection with your performance of
           09  your duties as a district manager?
           10       A.   Yes.
           11       Q.   Now, did you write anything down,
           12  sir, or would you right anything down if it
           13  wasn't something that had actually happened?
           14       A.   No.
           15       Q.   So if something is written down
           16  here, Mr. Lusty, is that a accurate report from
           17  you as to exactly what happened?
           18  MR. HEEP:  I am just going to object to
           19  the vagueness of the question and foundation.
           20            Are you asking him to testify
           21  as to the accurateness of an awful lot of pages
           22  here?
           23  BY THE WITNESS:
           24       A.   It was as accurate as I could be at
00024:01  the time of the note taking.
      02  BY MR. MACK:
      03       Q.   You were taking these notes right at
      04  or about the time the event happened; right?
      05       A.   Yes.
      06       MR. HEEP:  Same objection.
      07  BY MR. MACK:
      08       Q.   You wanted to memorialize what had
      09  happened; right?
      10       MR. HEEP:  Same objection.
      11  BY THE WITNESS:
      12       A.   I wanted to make a note of what
      13  taken place.
      14  BY MR. MACK:
      15       Q.   Now, you have been through these
      16  notes at your prior deposition; a number of these
      17  notes; right?
      18       A.   Some of them.  I don't have all of
      19  them, but yes.
      20       Q.   As we sit here today, Mr. Lusty, are
      21  you aware of anything that you wrote down in your
      22  Daytimer or on a note that was produced in this
      23  litigation that you believe is untrue?
      24  MR. HEEP:  Same objection.
00025:01  BY THE WITNESS:
      02       A.   No.
```

**7. PAGE 25:13 TO 27:05 (RUNNING 00:01:41.200)**

```
           13       Q.   Have you ever heard or received any
           14  complaints about Mr. Yeager selling outside his
           15  area of responsibility?
           16       A.   Yes.
           17       Q.   Have you ever heard or received any
           18  complaints about Mr. Yeager selling at a low cost
           19  price?
           20  A.    Yes.
           21       Q.   Have those complaints come from
           22  people at -- strike that.
           23            Have those complaints about
           24  Mr. Yeager selling outside his AOR come from
00026:01  people at Mack?
      02       A.   Yes.
      03       Q.   Have they come from Mr. Yelles?
      04       A.   Yes.
```

```
        05         Q.   Have they come from other district
        06   managers?
        07         A.   Yes.
        08         Q.   Can you tell me, sir, what other
        09   district managers you recall having complained
        10   about Mr. Yeager selling outside his AOR?
        11         A.   John McCafferty, Dave Barletta, Jim
        12   Lockery, a little bit.
        13         Q.   And where is Mr. Lockery?
        14         A.   He is a district manager in the
        15   central region.
        16         Q.   Have you received any complaints
        17   from anyone else at Mack about Mr. Yeager selling
        18   outside his AOR?
        19         A.   Jeff Yelles.
        20         Q.   Go ahead?
        21         A.   A comment or two from Steve Polzer;
        22   a couple of phone conversations I had.
        23         Q.   Have you received any complaints
        24   about Mr. Yeager selling outside his AOR from
00027:01   other dealers?
        02         A.   Yes.
        03         Q.   Would those be other dealers in the
        04   Central Region?
        05         A.   Yes.
```

**8. PAGE 27:06 TO 27:14 (RUNNING 00:00:37.500)**

```
        06         Q.   Can you just tell me, sir, what
        07   dealers have complained about Mr. Yeager selling
        08   outside his AOR?
        09         A.   Flag City, R & R in Akron, R & R in
        10   Youngstown.  That's the Youngstown-Cleveland
        11   group.  Diesel Truck sales in Saginaw, Michigan.
        12   There must have been some chatter along the way.
        13   A number of dealers, I mean, yeah.  That's as
        14   good as it get.
```

**9. PAGE 27:17 TO 27:23 (RUNNING 00:00:12.600)**

```
        17                   Mr. Yeager attempts to sell,
        18   promote the sale of trucks at a low price,
        19   doesn't he?
        20   A.    Yes, he does.
        21         Q.   He advertises low prices; is that
        22   right?
        23         A.   That's correct.
```

**10. PAGE 28:19 TO 29:22 (RUNNING 00:00:49.500)**

```
        19         Q.   Now, have people at Mack Trucks,
        20   Inc. complained about Mr. Yeager's low cost
        21   pricing?
        22         A.   Yes.
        23         Q.   Has Mr. Yelles done that?
        24         A.   Yes.
00029:01         Q.   Have other district managers done
        02   that?
        03         A.   Yes.
        04         Q.   Mr. McCafferty?
        05         A.   Yes.
        06         Q.   Mr. Barletta?
        07         A.   Yes.
        08         Q.   Am I missing anyone?
```

```
 09        A.    There were some from out of the
 10   region that had made some comment.
 11   Q.    Who from out of the region?
 12        A.    Mike Maddox from the southern,
 13   southeast region.
 14        Q.    He is a district manager?
 15        A.    He is a district manager.  Just some
 16   chatter from some other ones.  I can't remember
 17   the specifics but --
 18        Q.    Chatter, but it wasn't "Mr. Yeager's
 19   doing a great job selling at a low price?"
 20        A.    Correct.
 21        Q.    It was derogatory or negative?
 22        A.    Yes.
```

**11. PAGE 30:02 TO 30:19 (RUNNING 00:00:40.100)**

```
 02        Q.    Now, have you also heard, sir, from
 03   Mack dealers about Mr. Yeager's low cost pricing?
 04        A.    From other Mack dealers?
 05        Q.    Yes.
 06        A.    Yes.
 07        Q.    Would those be dealers within the
 08   Central Region?
 09        A.    Yes.
 10        Q.    Have you heard from any dealers
 11   outside the central region about that?
 12        A.    No.
 13        Q.    What dealers in the central region
 14   have complained to you about Mr. Yeager's low
 15   cost pricing?
 16        A.    The dealers that I mentioned in my
 17   previous statement.  I didn't hear it from the
 18   actual -- some of the actual other dealers but
 19   through their district managers.
```

**12. PAGE 30:20 TO 30:22 (RUNNING 00:00:05.100)**

```
 20   Q.    And that would be Mr. McCafferty or
 21   Mr. Barletta reporting back to you?
 22        A.    Yes.
```

**13. PAGE 31:09 TO 33:03 (RUNNING 00:02:08.900)**

```
 09        Q.    And this is April 2001 diary
 10   records.  These are your notes; right?
 11        A.    Yes.
 12        Q.    I want you to go down to the middle
 13   of the page where it says April 19th, 4-19.
 14              Can you read into the record,
 15   sir, what you wrote there on April 19th?
 16   A.    Yes on 4-19, I had a cell call from
 17   Jeff Yelles to me at just about 4:00 o'clock p.m.
 18   and I was at the Brecksville Holiday Inn parking
 19   lot.  I had a sore back from driving.  Jeff
 20   Yelles to JL, which is me.  D567, which is Toledo
 21   Mack, called Bulkmatic and promoted parts and
 22   truck pricing.  Jeff Yelles, this has to stop.
 23   Jeff Yelles will not release the discount.  This
 24   is an established dealer account.  There is more
00032:01   to this deal than truck pricing.  This dealer
 02   does not sell in his own AOR.  I am not going to
 03   let him queer this account.  Jeff Yelles to JL,
 04   which is me, JL has to let Dave Yeager know this,
```

```
         05  but not this weekend.  And I -- parentheses -- I
         06  guess after the ATDA in Baltimore.
         07  Q.    The statements that you read from
         08  Mr. Yelles, and I see you begin it with a
         09  quotation mark.  Is that the actual words that he
         10  used?
         11       A.    Yes.
         12       Q.    "This has to stop."  That's what he
         13  said?
         14       A.    Yes.
         15       Q.    He was referring to the attempt by
         16  Mr. Yeager to sell a truck to a company known as
         17  Bulkmatic?
         18       A.    Yes.
         19       Q.    Was that an established dealer
         20  account?
         21       A.    This dealer had been selling them,
         22  yes.
         23       Q.    What dealer had been selling to
         24  Bulkmatic?
00033:01       A.    Chicago Mack Sales and Service.
     02       Q.    Mr. Yacobozzi's company?
     03       A.    That's correct.
```

**14. PAGE 33:13 TO 34:19 (RUNNING 00:01:22.500)**

```
         13                  Is this a fax that you sent to
         14  Mr. Yelles on May 7, 2001?
         15       A.    Yes.
         16       Q.    And the -- was this following up on
         17  an instruction of you received from Mr. Yelles?
         18       A.    Yes.
         19       Q.    What instruction had you received?
         20       A.    That this has to stop.  He is not
         21  going to release the Bulkmatic pricing discount
         22  to Toledo Mack.
         23       Q.    That telephone conversation you just
         24  told us about?
00034:01  A.    Yes.
     02       Q.    You say in this fax, "Per our
     03  discussion, I have expressed to Dave his
     04  predatory approach to customer prospecting has to
     05  cease and he should focus on marketing his
     06  assigned area of responsibility."
     07                  Was that something Mr. Yelles
     08  had told you to tell Mr. Yeager?
     09       A.    That's why I wrote the fax, yes.
     10  That was an instruction from Jeff Yelles.
     11       Q.    So you were doing what your boss
     12  told you to do?
     13       A.    That's correct.
     14       Q.    Had you said that to Mr. Yeager?
     15       A.    Yes.  I am sure I did.
     16       Q.    Was that something that you
     17  personally agreed with?
     18       A.    That's something that I was
     19  instructed to do by my boss.
```

**15. PAGE 34:20 TO 35:04 (RUNNING 00:00:15.900)**

```
         20       Q.    I understand that.
         21                  What I am asking you is
         22  whether -- I understand you did what your boss
```

```
         23   told you to do.
         24              But I am not asking about you
00035:01   personally, Jack Lusty.  And let me ask it to you
     02   this way.  If you had not been told by Mr. Yelles
     03   to do that, would you have done it?
     04   A.   No, I wouldn't.
```

**16. PAGE 35:09 TO 35:09 (RUNNING 00:00:00.800)**

```
         09        A.   No.
```

**17. PAGE 35:10 TO 35:15 (RUNNING 00:00:08.300)**

```
         10        Q.   So I take it this wasn't your idea,
         11   this was his idea?
         12        A.   Yes.
         13        Q.   This was something you personally
         14   did not agree with; is that right?
         15        A.   Correct.
```

**18. PAGE 37:03 TO 37:08 (RUNNING 00:00:24.000)**

```
         03        Q.   Where did you come up with the word,
         04   sir, the reference to a predatory approach to
         05   customer prospecting; second paragraph?
         06        A.   That was a term what Jeff Yelles had
         07   used to me in expressing his concern about the
         08   advertising.
```

**19. PAGE 37:09 TO 37:19 (RUNNING 00:00:17.800)**

```
         09   Q.   Had Mr. Yelles explained to you what
         10   is predatory about it?
         11        A.   No, not in detail.
         12        Q.   Was it predatory because he was
         13   selling outside his territory?
         14        A.   Yes.
         15        Q.   Or that's what Mr. Yelles believes
         16   as you understood it?
         17        A.   Yes.
         18        Q.   You didn't feel Mr. Yeager was being
         19   predatory, did you?
```

**20. PAGE 37:22 TO 38:01 (RUNNING 00:00:02.100)**

```
         22        A.   No.
         23   BY MR. MACK:
         24        Q.   He was just trying to get business;
00038:01   right?
```

**21. PAGE 38:04 TO 38:04 (RUNNING 00:00:00.900)**

```
         04        A.   Yes.
```

**22. PAGE 38:09 TO 38:12 (RUNNING 00:00:14.700)**

```
         09                   Is sales assistance available
         10   to a dealer generally when he -- regardless of
         11   where he sells a truck?
         12        A.   Yes.
```

**23. PAGE 39:16 TO 40:17 (RUNNING 00:01:08.200)**

```
         16        Q.   Did he get any sales assistance to
         17   sell trucks to Bulkmatic at that time?
         18   A.   I can't remember.  I don't think so.
         19        Q.   Mr. Yelles told you he was not going
         20   to release sales assistance to Bulkmatic, right,
```

```
         21   in your notes?
         22       A.   Yes.
         23       Q.   You don't recall him changing his
         24   mind on that, do you?
00040:01       A.   There was no sales assistance.
      02       MR. HEEP:  Objection.  The question is
      03   misleading inasmuch as it assumes that sales
      04   assistance was requested.
      05   BY MR. MACK:
      06       Q.   What did you mean when you said, "JY
      07   will not release discount?"
      08            What discount were you
      09   referring to?
      10       A.   Sales assistance and/or the
      11   established discount for Bulkmatic.
      12       Q.   Did Mr. Yeager receive either sales
      13   assistance or the established discount for
      14   Bulkmatic?
      15       MR. HEEP:  Same objection.
      16   BY THE WITNESS:
      17       A.   I don't believe he did.
```

**24. PAGE 40:19 TO 41:07 (RUNNING 00:00:39.000)**

```
         19       Q.   How did you know this was a Chicago
         20   Mack account?
         21       A.   Because I had Polzer Mack as one of
         22   my dealers and they are in Gary, Indiana and
         23   actually Bulkmatic is in Gary, Indiana or the
         24   outskirts.  It's in Polzer's AOR but Chicago,
00041:01   from the time it was a factory branch, had sold
      02   Bulkmatic.  I aware of the account.
      03   Q.   We are here today two years later or
      04   two-and-a-half years later.
      05            Has Mr. Yeager ever sold any
      06   trucks to Bulkmatic?
      07       A.   No.
```

**25. PAGE 41:15 TO 43:11 (RUNNING 00:02:23.700)**

```
         15       Q.   Is this another phone conversation,
         16   sir, or notes of another phone conversation that
         17   you had with Mr. Yelles?
         18       A.   Yes.
         19       Q.   Would you read into the record, sir,
         20   the last paragraph?
         21       A.   I was told to phone Dave/write him a
         22   market-share letter and provide year to date
         23   results.  Dave should sell in his own AOR,
         24   Toledo.
00042:01   Q.   Is that -- did Mr. Yelles say to you
      02   on December 19 of 2001, Dave should sell in his
      03   own AOR, Toledo?
      04       A.   That's correct.
      05       Q.   Do you recall what incident, if any,
      06   was behind this phone conversation?
      07       A.   Well, Jeff Yelles to me a phone
      08   conversation 12/19.  Where is Yeager getting all
      09   this information about John McCafferty and Jeff
      10   Yelles to make the statements in his faxes.
      11            I have to think that there was
      12   a fax sent that had mentioned John McCafferty as
      13   a district manager and Jeff Yelles as the RVP, I
```

```
           14   would think.
           15              I wanted to know where they
           16   got all that information about John McCafferty
           17   being a district manager or something.  I told
           18   Jeff that I answered Dave's questions Dave asked
           19   me.  I am assuming at this point.
           20   Q.   Well, let's deal with what you
           21   remember.
           22              Was Mr. Yeager attempting, in
           23   December of 2001, to sell trucks outside his AOR?
           24        A.   Yes.
00043:01        Q.   Is it fair to say that during the
     02   years that you have been Mr. Yeager's district
     03   manager, he has attempted to sell trucks outside
     04   his AOR?
     05        A.   Yes.
     06        Q.   He hasn't limited his sales efforts
     07   to his own AOR?
     08        A.   That's correct.
     09        Q.   He has gone and tried to sell trucks
     10   hundreds and thousands of miles away, hasn't he?
     11        A.   Yes.
```

26. PAGE 44:05 TO 49:02  (RUNNING 00:04:49.500)

```
           05        Q.   Do you recognize this, sir?
           06        A.   Yes.
           07        Q.   Is this a sales assistance request
           08   you made for Toledo Mack in connection with a
           09   company known as R & J Trucking?
           10   A.   This is an e-mail, not a sales
           11   assistance request.
           12        Q.   Who did you send the e-mail to?
           13        A.   To Jeff Yelles.
           14        Q.   Why did you send the e-mail?
           15        A.   Because I had -- can I read this
           16   here for a minute?
           17        Q.   Sure.
           18        A.   Evidently, I had a sales assistance
           19   request from Toledo Mack for CH613 a factory
           20   order unit for R & J Trucking out of Youngstown,
           21   Ohio which is considered a national account.
           22              I sent Scott Freeman, who is
           23   the national account representative of the sales
           24   assistance a cross checked e-mail.  And he
00045:01   advised me.  He thinks Mack Trucks, Inc. does not
     02   have to issue sales assistance to a dealer on a
     03   national account but is not sure and has advised
     04   me to discuss this with you and/or legal
     05   department for clarification.
     06              I phoned Scott to discuss and
     07   he informed me MTI is working on a three-year
     08   deal at this time and wants to be cautious, not
     09   to muddy the water and compromise the deal.  I
     10   need some direction to handling this sensitive
     11   situation.  Please advise me.
     12   Q.   And then did you have a phone
     13   conversation with Mr. Yelles about that?
     14        A.   Yes.
     15        Q.   On February the 19th?
     16        A.   Yes.
     17        Q.   What did Mr. Yelles tell you?
```

```
18        A.    Jeff Yelles to JWL, which is me,
19   advised Dave Yeager -- I was to advise Dave
20   Yeager that National account is National
21   accounts.  They have been National accounts for
22   years in reference to the R & J deal here.  We
23   can always use -- okay.
24        Q.    Let's stop there and then there is
00046:01 a -- he told you to tell Mr. Yeager that National
02   accounts is National accounts.
03              Did you deliver that message
04   to Mr. Yeager at the instruction of your boss?
05        A.    Yes, I did.
06        Q.    Was that something that you were
07   personally in agreement with?
08        A.    No.
09        Q.    You were doing this, again, because
10   you were told to do it?
11        A.    Yes.
12        Q.    What did you tell Mr. Yeager?
13        A.    I told him that National accounts
14   were National accounts.
15        Q.    By that did you mean that dealers
16   weren't supposed to sell to National accounts?
17        A.    Yes.
18        Q.    That's what Mr. Yelles had told you?
19        A.    That's correct.
20        Q.    Now, Mr. Yelles -- you have some
21   more there and you have that in quotes.
22              Would you tell us what
23   quotations you wrote down there?
24        A.    Yes.  In response to -- in the
00047:01 conversation with Jeff Yelles and myself there,
02   he advised me to tell Toledo Mack that National
03   accounts is National accounts and we can always
04   use that the customer does not want the discounts
05   released as an excuse or we can use -- and we
06   have used this on refuse deals for years and it
07   seems to work.
08   Q.   Now what excuse are you -- was he
09   talking about there?
10        A.    About the -- that we can say that
11   the customer didn't want the discount released to
12   another dealer to quote him trucks.
13        Q.    How would that -- what did that have
14   to do with any of this?
15        A.    That would be the reason that we
16   weren't going to release the discount; that the
17   customer didn't want the discount released.
18        Q.    I got you.  So you tell the dealer
19   that the customer didn't want the discount
20   released.  So as an excuse so you wouldn't have
21   to a give a discount on a sale to a National
22   account?
23        MR. HEEP:  Objection to the form of the
24   question.  Go ahead.
00048:01 BY MR. MACK:
02        Q.    By you, I mean Mack.  I don't mean
03   you personally, Mr. Lusty.
04        A.    Yes.
05        Q.    Mr. Yelles told you in that
06   conversation "We have used this on refuse deals
07   for years and it seems to work"; am I right?
```

```
         08         A.    That's correct.
         09         Q.    Were you familiar with what he was
         10   suggesting there?  And by familiar, had you seen
         11   that before.
         12         MR. HEEP:  Objection vague.
         13   BY MR. MACK:
         14         Q.    Using that excuse?
         15         A.    Probably by '02, yes.
         16         Q.    Have you seen it since?
         17         MR. HEEP:  Same objection.
         18   BY THE WITNESS:
         19         A.    I have seen it within the last year.
         20   BY MR. MACK:
         21         Q.    With respect to Mr. Yeager?
         22         A.    Yes.
         23         Q.    By "it," we are referring to telling
         24   Mr. Yeager that the customer didn't want the
00049:01   discount released as a excuse?
         02         A.    Yes.
```

**27.  PAGE 49:10 TO 50:23  (RUNNING 00:01:39.500)**

```
         10         Q.    Is this an exchange of e-mails
         11   between you and Mr. Freeman in February of 2002?
         12         A.    Yes.
         13         Q.    Who was Mr. Freeman?
         14         A.    Scott Freeman is a National accounts
         15   sales representative and formally the vice
         16   president of National accounts.
         17         Q.    For Mack Trucks?
         18         A.    Yes.
         19         Q.    In February of 2002, was -- do you
         20   know what position he had?
         21         A.    There was a change and I am really
         22   not sure when the change was, but I believe, at
         23   that point, he was just a National account sales
         24   representative.
00050:01         Q.    But at some time he became vice
         02   president of national accounts?
         03         A.    That was prior to that.
         04         Q.    Some time he was vice president of
         05   national?
         06         A.    He was, at one time, vice president
         07   of National accounts.
         08         Q.    And you had put in -- why had you
         09   contacted him about R & J Trucking or
         10   Mr. Yeager's attempts to sell to R & J?
         11         A.    Because I had a sales assistance
         12   request from Toledo Mack for R & J Trucking out
         13   of Youngstown.
         14         Q.    Was that one of his accounts,
         15   Mr. Freeman's accounts?
         16         A.    Yes.
         17         Q.    Did Mr. Freeman tell you when it is
         18   a National account, we do not have to provide a
         19   sales allowance?
         20         A.    Yes.
         21         Q.    Did he also ask you to back them
         22   away from muddying the waters?
         23         A.    Yes.
```

**28. PAGE 50:24 TO 51:04  (RUNNING 00:00:19.700)**

```
         24        Q.    What did you understand him to mean
00051:01 by the use of the phrase "muddying the waters?"
         02        A.    That we didn't need another dealer
         03 quoting this account that could possibly queer
         04 the deal, for lack of a better word.
```

**29. PAGE 51:08 TO 51:12  (RUNNING 00:00:15.500)**

```
         08        Q.    This was an account that Mack Trucks
         09 was selling to -- directly; right?
         10        A.    Yes.
         11        Q.    Mr. Freeman didn't want Mr. Yeager
         12 soliciting that account, did he?
```

**30. PAGE 51:21 TO 51:21  (RUNNING 00:00:00.700)**

```
         21        A.    He did not.
```

**31. PAGE 55:21 TO 58:13  (RUNNING 00:02:37.900)**

```
         21        Q.    Are these notes of a conversation
         22 that you had with Mr. Yelles on October 9, 2002?
         23        A.    Yes.
         24        Q.    Did this relate to a particular
00056:01 customer?
         02        A.    Yes.
         03        Q.    Was that a customer Mr. Yeager was
         04 trying to sell?
         05        A.    Yes.
         06        Q.    Is that customer Beelman?
         07        A.    Beelman, yes.
         08        Q.    What business is Beelman in?
         09        A.    Bulk haul operation.
         10        Q.    What type of product would they be
         11 looking for?
         12        A.    Probably dry bulk concrete, I
         13 believe.
         14        Q.    But what type of Mack products --
         15        A.    Oh, I am sorry.
         16        Q.    (Continuing.) -- would Mr. Yeager be
         17 selling to them?
         18        A.     It could have been a C8, CX.  I
         19 can't remember exactly which one it was.
         20        Q.    Were they by a vocational truck?
         21        A.    Yes.
         22        Q.    What did Mr. Yelles say to you
         23 during this conversation?
         24 A.    He told me to cross check with Jim
00057:01 Ebling who is the National accounts rep that was
         02 calling on Beelman at the time.  And he told me
         03 that Toledo Mack is just soliciting customers on
         04 price; that we have to beat the living shit out
         05 of him and that he is a son of a bitch.
         06        Q.    Are those exact quotes, sir?
         07        A.    Yes.
         08        Q.    Now, Beelman was a National account
         09 of Mack Trucks; is that right?
         10        A.    That's correct.
         11        Q.    Mr. Yelles was objecting to the fact
         12 that Mr. Yeager was soliciting him; is that
         13 right?
         14        A.    Yes.
         15        Q.    He also was objecting to the fact
```

```
16  that Mr. Yeager was soliciting them on price.
17  A.    Yes.
18        Q.    Now, when he said we have to beat
19  the living shit out of him, did you take him
20  seriously?
21        MR. HEEP:  Objection to foundation, but go
22  ahead.
23  BY THE WITNESS:
24        A.    Yes, he said it.
00058:01  BY MR. MACK:
02        Q.    Did you view that as a threat
03  against Mr. Yeager?
04        A.    That was somewhat a threat, I would
05  think.
06        Q.    What type of tone did he use in his
07  voice?
08        A.    It was a serious tone.
09        Q.    He then said, "he is
10  son-of-a-bitch."
11              Now, have you heard Mr. Yelles
12  use other profanity to refer to Mr. Yeager?
13        A.    Yes.
```

32. PAGE 58:14 TO 62:15  (RUNNING 00:04:53.200)

```
14        Q.    If you take a look, sir, at the next
15  page.
16  October 28, 2002, this is two
17  or three weeks later than the previous
18  conversation with Mr. Yelles; is that right?
19        A.    Yes.
20        Q.    Are these notes of another
21  conversation you had with Mr. Yelles?
22        A.    Yes.
23        Q.    This related to a deal involving Vo
24  Mack; is that right?
00059:01      A.    Yes.
02        Q.    Mr. Yeager was trying to get some
03  trucks from Vo Mack?
04        A.    That's correct.
05        Q.    To sell to another customer; is that
06  right?
07        A.    Yes.
08        Q.    Those trucks, were they listed on
09  dog catcher?
10  A.    I am not sure if these particular
11  trucks ended up being on dog catcher or not, but
12  that was the original question.
13        Q.    Why are you asking Mr. Yelles, are
14  these units on free floor planning?
15        A.    Because Dave Yeager -- and I can't
16  remember if he had sent me a fax addressed to me
17  questioning these trucks if they were on free
18  floor plan.
19              I believe his salesman there
20  saw these trucks sitting on the lot if I am not
21  mistaken had some interest in those and wanted me
22  to verify whether these trucks were on dog
23  catcher or not.
24        Q.    What did Mr. Yelles say to you?
00060:01      A.    Who cares if they are on the dog
02  catcher.  The dealer advertised that the truck's
```

```
03  on dog catcher, if they want to sell.  I am not
04  saying some don't fall through the cracks; but if
05  they are on dog catcher, he can buy them.
06       Q.   Did he ever answer your question of
07  whether or not the trucks were on free floor
08  plan?
09  A.   Not at that time, maybe at a later
10  date.  I can't really remember that.
11       Q.   In that call did he do that?
12       A.   No.
13       Q.   Then would you read -- strike that.
14            Would you tell us what
15  happened in the rest of that conversation with
16  Mr. Yelles?
17       A.   I stated to Jeff that I had to get
18  answers for Dave; that I am on the firing line.
19  And that statement was made because of the faxes
20  that were coming addressed to me and he was
21  requesting information and demanding answers.
22  And Jeff's answer to when I stated that I was on
23  the firing line, he said, "We all are.  I hope we
24  whip the son of a bitch.  When he is down, I will
00061:01  keep kicking," excuse me, ma'am, for some of
02  these words but "keep kicking the prick."
03       Q.   Mr. Lusty, you are under oath and
04  you are just responding to questions in quoting
05  someone else.  And no one in this room is --
06       A.   Oh, okay.
07       Q.   They understand that, as part of
08  their job so don't --
09  A.   Well, for the record, I want to
10  apologize for whatever I say if it's offensive.
11       Q.   I appreciate that.
12       A.   And I am just telling you that and I
13  stand corrected.  No, I am not correcting but I
14  would like to be a gentleman.
15       Q.   Just back to these comments about
16  whipping the SOB and kicking the prick, was
17  Mr. Yelles referring to Mr. Yeager?
18       A.   Yes.
19       Q.   This was a conversation with you and
20  Mr. Yelles about Mr. Yeager; right?
21       A.   That's correct.
22       Q.   Did you take that as a threat
23  against Mr. Yeager?
24       A.   That was getting to the point where
00062:01  it was starting to look like, yeah, it's not
02  good.
03       Q.   You didn't interpret this as -- you
04  interpreted this as a serious matter; right?
05       A.   Serious statement, yes.
06       Q.   Did he also say or at the end of the
07  conversation, "I don't know how you feel, but he
08  is a prick?"
09  A.   Yes, he did.
10       Q.   You responded to Mr. Yelles, didn't
11  you?
12       A.   Yes, I he.
13       Q.   What did you say?
14       A.   I said, "I don't either way.  That's
15  not my place."
```

33. PAGE 62:16 TO 66:07  (RUNNING 00:04:09.000)

```
       16        Q.    If we move ahead to January 21st,
       17   2003, M0164381 almost -- 1/21/03.
       18        A.    1/21/03?
       19        Q.    Yes, sir.
       20        A.    11:42 a.m.?
       21        Q.    Yes.  Is this another conversation
       22   you had with Mr. Yelles?
       23              Do you want to read it
       24   yourself first?  Go ahead.
00063:01        A.    Yes.
       02        Q.    This conversation related to an
       03   attempt by Mr. Yeager to sell to Florida Rock; is
       04   that correct?
       05        A.    That's correct.
       06        Q.    What business was Florida Rock in?
       07        A.    The vocational business.
       08        Q.    Is Mr. Yeager trying to sell
       09   vocational trucks to Florida Rock?
       10        A.    That's correct.
       11        MR. HEEP:  I want to clarify, was your
       12   question, is everything on this page about
       13   Florida Rock or is some part of this conversation
       14   about Florida Rock.
       15        MR. MACK:  I was sloppier than that.  I
       16   said, "Was this a conversation about Florida
       17   Rock?"
       18   BY MR. MACK:
       19        Q.    There is also a note at the bottom
       20   about customer PJAX; right?
       21        A.    That's correct.
       22        Q.    Let's put the PJAX part to the side
       23   for a second and just talk about Florida Rock.
       24   Did Mr. Yelles say to you,
00064:01   "You steer clear of this?"
       02        A.    Yes.
       03        Q.    You put in your notes, Florida Rock
       04   deal?
       05              That's what you understood him
       06   to be referring to?
       07        A.    Yes.  That's correct.
       08        Q.    What is this first part of the
       09   conversation was about; right?
       10        A.    That's correct.
       11        Q.    Did Mr. Yelles say to you in this
       12   conversation, "no good cocksucker?"
       13        A.    Yes.
       14        Q.    Was he referring to Mr. Yeager?
       15        A.    Yes.
       16        Q.    And did Mr. Yelles say to you, "I
       17   hate to feel that way about anyone, but that's
       18   what he is"?
       19        A.    That's correct.
       20        Q.    Then did he say to you, "Too bad we
       21   can't work out our deal like Weldon's deal"?
       22        A.    Yes.
       23        Q.    That's a reference to Wyn Weldon who
       24   owned another dealership in your region; is that
00065:01   right?
       02        A.    Yes, sir.
       03        Q.    Had Mack terminated or attempted to
```

```
         04  terminate Mr. Weldon?
         05  A.    Yes.
         06        Q.    They ended up working out a deal
         07  with him; is that right?
         08        A.    I wasn't privy to that deal.  But I
         09  would assume so because he is not there.
         10        Q.    He is out of the system; right?
         11        A.    Yes, that's correct.
         12        Q.    And Mr. Yelles, in this
         13  conversation, with you referenced Mr. Weldon's
         14  deal?
         15        A.    Yes.
         16        Q.    And he said, "Too bad we can't work
         17  out our deal like Mr. Weldon's deal?"
         18        MR. HEEP:  Asked and answered.  Go ahead.
         19  BY MR. MACK:
         20        Q.    He said, "Do you think he would go
         21  for that?"  Is that right?
         22        A.    Yes.
         23        Q.    What did you understand him to mean
         24  when he said, "Do you think he would go for
00066:01  that?"
         02        A.    I knew a little bit about that deal,
         03  but I didn't know the whole thing.  Whatever the
         04  terms were, he thought maybe that Toledo Mack
         05  would go for a deal like that.  And he asked me,
         06  "Do you think they would go for that and my
         07  answer to that statement is, "I don't know."
```

**34. PAGE 66:08 TO 66:10 (RUNNING 00:00:10.300)**

```
         08  Q.    Was it pretty clear to you,
         09  Mr. Lusty, in January of 2003 that Mr. Yelles
         10  wanted to get Mr. Yeager out of the Mack system?
```

**35. PAGE 66:13 TO 66:17 (RUNNING 00:00:10.800)**

```
         13        A.    Yes.
         14  BY MR. MACK:
         15        Q.    What did you base that belief on?
         16        A.    Some of the statements that were
         17  made and some of the instructions I had.
```

**36. PAGE 66:18 TO 68:01 (RUNNING 00:01:14.000)**

```
         18        Q.    Now at the bottom of this page, you
         19  refer to a deal, PJAX.
         20                  Is that the name of the
         21  company?  Strike that.
         22                  Is there a company known as
         23  PJAX?
         24        A.    PJAX, yes, out of Pittsburgh,
00067:01  Pennsylvania.
         02        Q.    What type of business are they in?
         03  Vocational?
         04        A.    No.  That's a trucking company,
         05  regional carrier.
         06        Q.    Had Mr. Yeager been attempting to
         07  sell trucks to PJAX?
         08  A.    Yes.
         09        Q.    Was this part of this conversation
         10  with Mr. Yelles on January the 21st of 2003?  Did
         11  that company come up?
         12        A.    Yes.
```

```
           13        Q.   What did Mr. Yelles say to you?
           14        A.   That I needed to stay out of that
           15   one, too.
           16        Q.   What did you understand that to
           17   mean?
           18        A.   My job as a district manager is to
           19   get the dealers the discount they requested or an
           20   established discount.
           21                  I was in the process of that
           22   and doing cross checks and e-mails and became a
           23   little bit heated and he sort of told me I just
           24   needed to stay out of that one, too, as I stayed
00068:01   out of Florida Rock.
```

### 37. PAGE 71:11 TO 76:08 (RUNNING 00:05:39.900)

```
           11        Q.   Do you recognize this, sir, Exhibit
           12   7?
           13        A.   Yes.
           14        Q.   Is that your handwriting on it?
           15        A.   Yes.
           16        Q.   Does this relate to an attempt by
           17   Mr. Yeager to buy 50 trucks from Mack?
           18        A.   Yes.
           19        Q.   Did Mr. Yeager explain to you what
           20   he wanted to do with those trucks?
           21        A.   Yes.
           22        Q.   What did Mr. Yeager want to do?
           23        A.   He wanted to buy a quantity of
           24   trucks at a discount and I think the strategy
00072:01   there was to -- let me just read here for one
      02   second here.
      03   This was an attempt by
      04   Mr. Yeager to purchase a quantity of trucks from
      05   Mack Trucks to compete with some of the Body
      06   Builders and/or body distributors.
      07                  An example, RDK and some of
      08   those other people who buy quantities of trucks
      09   to purchase these trucks at a discount and market
      10   these trucks.
      11        Q.   He wanted to purchase the trucks at
      12   a discount from Mack and then he wanted to put
      13   bodies on them and then compete and try to sell
      14   those trucks to end users; is that right?
      15        MR. HEEP:   Objection to form.
      16        MR. PARKS:  You can answer.
      17   BY THE WITNESS:
      18        A.   Yes.
      19   BY MR. MACK:
      20        Q.   He told you he wanted to be like
      21   RDK; is that right?
      22        A.   He wanted to compete and be that
      23   type of a business, yes.
      24        Q.   We know that Mack sells to McNeilus,
00073:01   McClain and Hiel; right?
      02        A.   Yes.
      03        Q.   McClain, McNeilus and Hiel then
      04   sells to end users; right?
      05        A.   Yes.
      06        Q.   RDK, do they sell vocational
      07   products, too?
      08        A.   Yes.
```

```
        09          Q.    Do they compete then against
        10  McClain, McNeilus and Hiel?
        11          MR. HEEP:  Objection to form.
        12  BY THE WITNESS:
        13          A.    Yes.
        14  BY MR. MACK:
        15          Q.    Was this then, sir, in your view an
        16  attempt by Mr. Yeager to compete against McClain,
        17  McNeilus and Hiel?
        18          MR. HEEP:  Objection to form.
        19  BY THE WITNESS:
        20          A.    Yes.
        21  BY MR. MACK:
        22          Q.    You had a conversation with
        23  Mr. Yeager about this where he explained to you
        24  what his plan was?
00074:01          A.    Yes.
        02          Q.    Did you think he was serious about
        03  doing it?
        04          A.    Yes.
        05          Q.    Now, you talked to Mr. Yelles about
        06  that on July the 31st of 2001, didn't you?
        07  A.    Yes.
        08          Q.    You wrote down some notes about what
        09  Mr. Yelles told you during that conversation;
        10  right?
        11          A.    Yes.
        12          Q.    Those notes are on Exhibit 7?
        13          A.    Yes.
        14          Q.    Would you tell us what Mr. Yelles
        15  said to you there on July the 31st?  Is this on
        16  the phone call?
        17          A.    It's on a cell phone call, yes.
        18  Jeff asked me, "What's with this Yeager company?
        19  This goddamn Yeager.  How many trucks is this?
        20  This bullshit has to stop.  Didn't know why you,
        21  meaning me, would pass it along."
        22          Q.    How did you react to that?
        23          A.    Well, my response to Jeff at that
        24  time was I passed it along because it was an
00075:01  official sales assistance request from a dealer
        02  who was interested in purchasing 50 trucks from
        03  Mack Trucks.  And I do work for Mack Trucks and
        04  my job is to sell trucks through the dealer
        05  network.  I don't think it's up to me to deny a
        06  request like that.
        07  Q.    Now then at the bottom of the page,
        08  you have some more notes and you have -- the last
        09  two lines are underlined at least in part.
        10                Is that something else that
        11  Mr. Yelles said to you?
        12          A.    Yes.  I wanted to know how many
        13  trucks.  Is this a start up company?  What's with
        14  this company?  Jeff told me he knows what he is
        15  trying to do.  He wants to establish discounts
        16  and sell trucks all over the place.  We are not
        17  going to let this happen.
        18          Q.    Mr. Lusty, is that exactly what
        19  Mr. Yelles said to you, "We are not going to let
        20  this happen?"
        21          A.    That's what the phone conversation,
        22  that's how it took place.  That's what he said.
```

```
          23        Q.    Mr. Yelles, at the time was your
          24   boss and the regional vice president of Mack;
00076:01   right?
          02        A.    Yes, sir.
          03        Q.    When he said, "We are not going to
          04   let this happen, he said that right after he
          05   said, "Mr. Yeager was trying to establish
          06   discounts and sell trucks all over the place";
          07   right?
          08   A.    That's correct.
```

### 38. PAGE 87:20 TO 89:20  (RUNNING 00:01:49.300)

```
          20                       Is this a conversation that
          21   you had with Mr. Yelles?
          22        A.    Yes.
          23        Q.    You put down -- is it -- well,
          24   12/11/03 isn't here yet.
00088:01   A.    I am sorry.  That was '02.
          02        Q.    Is it '02?  Is that what it was?
          03        A.    Yes.
          04        Q.    That happens to the best of us.
          05   Mr. Yelles was at a district manager meeting in
          06   Dallas when he called you; is that right?
          07        A.    It was a -- it wasn't a district
          08   manager meeting.  I could be confused, but it
          09   was -- I thought it was an ATD meeting.  I don't
          10   know why I wrote district manager meeting, but it
          11   was a meeting in Dallas.  It was a meeting in
          12   Dallas.
          13        Q.    He had some not so nice things to
          14   say about Mr. Yeager during this call; right?
          15        A.    That's correct.
          16        Q.    Would you, sir, read into the record
          17   what Mr. Yelles said about Mr. Yeager during this
          18   call?
          19        A.    You just want me to read straight
          20   down or --
          21        Q.    Well, why don't you tell us what he
          22   said?
          23   A.    All right. He said that no good
          24   cocksucker, he'd fuck up an apple cart.  Don't
00089:01   play by the rules.  Some motherfucker should take
          02   this guy out.  We are not here to fucking jump up
          03   and down when he gets on a deal.  Where was he
          04   the last five or 10 years?  He can go fuck
          05   himself.
          06                       Do you know how much in legal
          07   fees this is going to cost the company?  Who
          08   knows what's going to happen down the road?  It's
          09   going to get a hell of a lot worse.
          10                       Do you know what this is going
          11   to do to our dealers and our customers?
          12        Q.    Now, you wrote over in the right
          13   hand margin, "Jeff very upset?"
          14        A.    Yes.
          15        Q.    Why did you write that?
          16        A.    Because that was the tone of the
          17   conversation.  He was very upset.
          18        Q.    Did you take these remarks from
          19   Mr. Yelles very seriously?
          20        A.    Yes, I did.
```