```
17    assistance process at Mack was manipulated by
18    Mack employees through delays in responses on
19    cross-checks?
20          A.   Yes.
```

**49. PAGE 384:03 TO 384:09 (RUNNING 00:00:23.000)**

```
03          Q.   (By Mr. Parks)  Sir, we were talking
04    about the manipulation of the sales assistance
05    process at Mack through delaying responses to
06    cross-checks and requests for sales assistance.
07    And my question to you, sir, is, was this a
08    common practice within Mack during the period
09    1999 through 2003?
```

**50. PAGE 384:11 TO 385:14 (RUNNING 00:01:10.100)**

```
11          A.   Yes, I believe it was.
12          Q.   Would you say that it happened
13    hundreds of times over that period?
14          A.   It happened a lot in my district,
15    and if you multiply that by four districts, it
16    could have happened hundreds of times.
17          Q.   Sir, what is a verbal in the context
18    of the Mack sales assistance process?
19          A.   That is if a dealer calls and says
20    they're on a deal, and they say, "What do you
21    think I can use?"  And you say, "Use" -- forget
22    about the model.  Whatever the factory discount
23    is over and above that would be sales
24    assistance.
00385:01          You might say, "Use two percent.
02    I'll give you a verbal on two percent," or
03    someone would give you a verbal on two percent
04    or five percent or whatever.
05          And then you're supposed to come in
06    for sales assistance, but if a customer is
07    sitting in the office, sometimes you could do
08    that.
09          Q.   Did people at Mack, that's Mack
10    district managers and regional vice presidents,
11    use verbals, as you've defined them, to
12    manipulate the sales assistance process at Mack
13    to steer deals away from certain Mack dealers
14    and to other Mack dealers?
```

**51. PAGE 385:17 TO 388:05 (RUNNING 00:02:28.600)**

```
17          A.   I know they did.
18          Q.   How did that process work?  How were
19    verbals used to manipulate the sales assistance
20    process at Mack and steer deals away from
21    certain dealers and to others?
22          A.   If a dealer come in for sales
23    assistance and talked to his district manager,
24    and the district manager -- or maybe even called
00386:01    -- some dealers had access to the regional vice
02    president.  They could talk to him direct, and
03    the regional vice president might give them a
04    number and not extend that number to somebody
05    else.
06          Or when you'd come in for sales
07    assistance, you were told:  There's nothing
08    established.  Because that was a verbal, there's
```

```
09   nothing in writing that you could actually check
10   on or have a document to prove that there was
11   something that was already given.
12        So by not having it there, even if
13   you told a dealer there was nothing established,
14   the dealer at that point -- whether you told a
15   dealer there was something established or not,
16   it always could affect the way they priced the
17   vehicle.
18        Because you told them there's
19   nothing established, they're thinking, "There's
20   nobody on the deal.  I'm going to try to make a
21   little more money."  Somebody over here actually
22   had a verbal on it, and they just knocked their
23   legs off on the deal.  And it could work just
24   the opposite way, too.
00387:01        Q.  Sir, did that happen in your
02   experience?
03        A.  Oh, that's happened on several
04   occasions.
05        Q.  Would you say it was a common
06   practice in Mack during the period 1999 to 2003
07   in the central region?
08        A.  I would say it happened a lot.
09        Q.  Have you ever heard the manipulation
10   of sales assistance at Mack referred to by
11   anyone at Mack as "the game"?
12        A.  Yes, sales assistance.  And district
13   managers, some of the district managers even
14   said, "It's just a game.  It's a game."  And the
15   dealers said, "It's a game."
16        Q.  Which district managers called the
17   manipulation of sales assistance a game or the
18   game?
19        A.  There were various at different
20   times at different meetings, you know, topics
21   come up.  I expressed it was a game to Jeff
22   Yelles on occasion, that we're managing a lie.
23   The facts and figures aren't correct.
24        And his response was:  "Do the best
00388:01   you can."
02        Q.  Sir, was another way the sales
03   assistance process at Mack was manipulated by
04   Mack employees by using a certain customer name
05   on units that were actually ordered for stock?
```

**52. PAGE 388:07 TO 388:21  (RUNNING 00:00:42.400)**

```
07        A.  They -- that's a I guess a different
08   area, but that could be done.  A dealer could
09   order trucks that aren't really stock but apply
10   for sales assistance for ABC Trucking, get that
11   sales assistance, and then the trucks would be
12   net billed to that dealer less the sales
13   assistance, and then that dealer could sell that
14   truck to somebody else.
15        And/or if he didn't sell all of
16   those trucks, he was floor-planning a reduced
17   amount of money, which, in turn, there's cost to
18   money.  That comes into saving somewhere along
19   the line, and those discounts, those savings
20   could be used to fund another deal.  There's
```

CONFIDENTIAL

21    just a lot of things that you could do.

**53. PAGE 389:24 TO 390:04  (RUNNING 00:00:21.900)**

24          Q.   Sir, the situation you've just
00390:01  talked about where a truck would be ordered in a
02    particular customer's name that was actually a
03    stock truck, was that done with the knowledge of
04    and support of employees at Mack Trucks?

**54. PAGE 390:06 TO 390:20  (RUNNING 00:00:35.500)**

06          A.   That was done company-wide.  The VPs
07    knew about it.  It also in some cases affected
08    the production of that truck.  They would rather
09    build a sold unit that had a customer's name on
10    it than a unit for stock.
11             And some of the dealers did that all
12    the time.  Some of them did it some of the
13    time.  But Mack Trucks knew they were doing
14    that, and it used to drive, I know, John Tanzos
15    crazy when we went into a rate meeting.  We
16    talked about that earlier.
17          Q.   Sir, was the sales assistance
18    process at Mack also manipulated by adjustment
19    of the number of trucks on a deal as the deal
20    progressed?

**55. PAGE 390:22 TO 391:14  (RUNNING 00:00:41.200)**

22          A.   The sales assistance could have
23    changed on the number of trucks.  It started off
24    to be a 10-truck deal, and it grows to be a 15-
00391:01  to 20-truck deal, the level of sales assistance,
02    there could have been breaks in there, you know,
03    10 to 14, 15 to 20, and that could have affected
04    the sales assistance.
05          Q.   Were there ever situations when a
06    certain number of trucks would be identified on
07    the initial sales assistance truck but at the
08    last moment, another sales assistance request
09    would be put in with a different number of
10    trucks, a greater discount would be awarded for
11    that larger number of trucks, and the deal would
12    then close without other dealers who had been on
13    the deal be given the benefit of the additional
14    sales assistance?

**56. PAGE 391:16 TO 394:02  (RUNNING 00:02:38.000)**

16          A.   That has happened.
17          Q.   So let me just ask you, under the
18    Mack system for sales assistance, if there were
19    two dealers on a deal, and Mack determines to
20    increase sales assistance for one of the
21    dealers, is the other dealer or the other
22    dealer's district manager automatically notified
23    of the increase, or does that dealer or district
24    manager have to just repeatedly check up to see
00392:01  if there had been an increase?
02          A.   There was no way of checking, unless
03    the other, the second district manager, would
04    advise the first district manager.  So you had
05    to call.  You would call five times a day, ten
06    times a day.

CONFIDENTIAL

07        Q.    Was there anything in the second
08    district manager's personal financial interest
09    to notify the other district manager under those
10    circumstances?
11        A.    Oh, yes.  The truck sales went
12    towards his objective and year-end bonuses
13    absolutely.
14        Q.    I want to make sure I understand.
15    So if one district manager was told:  We're
16    going to increase sales assistance on this deal
17    for your dealer, it would or would not be in
18    that district manager's personal financial
19    interest to call the other district manager, and
20    tell them:  Oh, by the way, the deal's been
21    changed.  You now have more sales assistance.
22    You should tell your dealer.
23        A.    It would not be in the benefit of
24    the other district manager.  It would benefit
00393:01    the district manager that was sort of
02    controlling the deal and sales assistance if he
03    didn't advise the other district manager or the
04    other dealer.
05        Q.    Is that because district managers
06    are compensated based on the sales made by the
07    dealers in their district as opposed to the
08    trucks actually sold in their territories?
09        A.    That is correct.
10        Q.    Are you aware of situations where
11    district managers refused or delayed in telling
12    other district managers that sales assistance on
13    a particular deal had been increased?
14        A.    That has happened, yes.
15        Q.    And in those circumstances was the
16    delay designed to give the dealer whose sales
17    assistance had been increased an advantage in
18    getting the deal over the other dealer who
19    wasn't notified?
20        A.    That is part of the game.
21        Q.    Sir, was the sales assistance
22    process at Mack also manipulated by the
23    submission of applications for sales assistance
24    under different corporation names within a
00394:01    corporate family involving the same
02    transaction --

**57.  PAGE 394:04 TO 394:13  (RUNNING 00:00:29.200)**

04        Q.    -- or deal?
05        A.    That could happen.  It has happened.
06        Q.    Sir, was the sales assistance
07    process at Mack also manipulated by the granting
08    of more sales assistance on one deal, and then
09    an instruction by a Mack employee to a dealer to
10    borrow some of the sales assistance granted on
11    the deal and use on a different deal so that a
12    sales assistance request didn't have to be
13    submitted on the second deal?

**58.  PAGE 394:15 TO 394:21  (RUNNING 00:00:21.000)**

15        A.    John McCafferty told me had done
16    that.  That's one of the things he does, has
17    done.  I don't know if he does it today, but he

```
18    has done that.
19         Q.    And was the purpose of that tactic
20    to avoid having to equalize other dealers who
21    might be on that second deal?
```

**59. PAGE 394:23 TO 395:08  (RUNNING 00:00:38.400)**

```
23         A.    That way there's no record of sales
24    assistance -- of a sales assistance increase or
00395:01    the real amount that that dealer would be
02    using.  It becomes a dealer accounting issue at
03    that point.
04         Q.    Were all of these manipulations of
05    the sales assistance process at Mack used by
06    Mack district managers and regional vice
07    presidents to steer deals away from certain Mack
08    dealers and towards other Mack dealers?
```

**60. PAGE 395:10 TO 395:14  (RUNNING 00:00:18.600)**

```
10         A.    I believe that in many cases it was.
11         Q.    Sir, do you recall attending any
12    meeting where the subject of using sales
13    assistance to control dealers was discussed by
14    Jeff Yelles and John McCafferty?
```

**61. PAGE 395:16 TO 396:23  (RUNNING 00:01:16.900)**

```
16         A.    Yes, I do.  I was --
17         Q.    Tell me about that meeting.
18         A.    It was a meeting in Roanoke,
19    Virginia called a round table meeting, and it
20    really was supposed to be a brainstorming
21    meeting.  And we were discussing programs that
22    we should come up with to increase truck sales.
23              And I remember Jeff Yelles was
24    sitting there, and he -- and he was laughing,
00396:01    and he said:  "Hey, John, tell everybody how you
02    control your dealers."
03              And John got a big grin on his face
04    and laughed, and he was chuckling, and he says,
05    "I control them with sales assistance."
06              And Jeff laughed, and I had Frank
07    Schriffert sitting to my left and Jim Waterbury
08    a seat away, and they were appalled that he was
09    allowed to make that statement.  They -- they
10    just thought who is -- Frank's remark was, "Who
11    does he have pictures of?"
12         Q.    Who was Frank talking about, who
13    does "he" have pictures of?
14         A.    John McCafferty.
15         Q.    What did you understand --
16         A.    Kevin Flaherty was sitting next to
17    Jeff Yelles when that was said.
18         Q.    Kevin Flaherty was at this meeting?
19         A.    Kevin Flaherty was sitting to the
20    left of Jeff Yelles.
21         Q.    Did Kevin Flaherty have any reaction
22    when John McCafferty told the group that he used
23    sales assistance to control his dealers?
```

**62. PAGE 397:01 TO 397:07  (RUNNING 00:00:22.700)**

```
00397:01    A.    Didn't say a word.
02         Q.    Was Mr. Yelles offering this bit of
```

```
03    information through Mr. McCafferty to the group,
04    in your impression, just for entertainment's
05    sake, or was there some purpose, as you
06    understood it, to having Mr. McCafferty offer
07    this information.
```

**63. PAGE 397:09 TO 398:03  (RUNNING 00:00:55.100)**

```
09         A.    My thought on that was, I mean, it
10    was a message:  We need to start controlling our
11    dealers with sales assistance, but...
12         Q.    Sir, did Jeff Yelles ever tell you
13    to withhold sales assistance in order to exert
14    control over a dealer?
15         A.    Yes, actually he did.
16         Q.    Tell me about that.
17         A.    I can't remember the specific deal,
18    but it was with regard to Danny Ralich from
19    R & R, and he also said it with Dan Ralich from
20    Youngstown; and in that conversation:  You need
21    to threaten them with sales assistance.  That's
22    the only thing they understand, is what he said.
23         Q.    Mr. Yelles said that to you?
24         A.    Yes, he did.
00398:01      Q.    Was he telling you, as you
02    understood it, to use sales assistance as a tool
03    to control the dealer by withholding it?
```

**64. PAGE 398:05 TO 400:13  (RUNNING 00:02:20.600)**

```
05         A.    That's what he meant by that
06    statement.
07         Q.    Sir, in your experience, was the
08    amount of sales assistance awarded on a deal
09    typically based on the competitors on the deal
10    or the prices they were offering?
11         A.    In some cases, it was; in many cases
12    it was not.
13         Q.    Is it fair to say that that was
14    uncommon, that it would be based on the
15    competitors or the prices the competitors were
16    offering?
17         A.    I wouldn't say it was uncommon, but
18    Jeff Yelles, one of his comments all the time
19    was:  Well, let's -- if I wanted three or four
20    percent, whatever the number was, and he says:
21    Well, they're good guys.  They work with us.  Go
22    ahead and give it to them.
23            That's so no -- it wasn't a matter
24    of being on a competitive deal.  "They're good
00399:01    guys."
02         Q.    Did Jeff Yelles ever tell you he
03    awarded sales assistance based on a list of
04    dealers that would, quote, work with us, meaning
05    work with Mack, unquote?
06         A.    He didn't tell me a list of dealers,
07    but he made that remark when we'd come in for
08    sales assistance.
09         Q.    Did Jeff Yelles tell you to cross --
10    to cross -- to perform cross-checks, even when
11    there was a discount established by a Mack
12    program, as a courtesy?
13         A.    Yes, he did.  That question come up
```

14  -- we came out with some programs, and John
15  McCafferty still wanted cross-checks.  And there
16  was some conversation on that.
17       And I said, "Jeff, bottom line,
18  should we be cross-checking program discounts
19  with other district managers in other areas?"
20       "Well, as a courtesy," he said we
21  should.
22       Q.   Did -- did you develop any
23  understanding as to how that would be a courtesy
24  to do that or why that would be a courtesy to do
00400:01  that?
02       A.   It was only a courtesy, and there's
03  no mistake in my mind about that.  It happened
04  on numerous occasions, that you called a
05  district manager, and if his dealer wasn't on
06  the deal, he'd put him on the deal.
07       Q.   Sir, was the cross-check -- did the
08  cross-check process at Mack operate as an early
09  warning system to dealers -- to district
10  managers and dealers when other dealers were
11  trying to sell trucks into their AOR?
12       A.   That would be a fair description of
13  it, yes.

**65. PAGE 400:23 TO 401:18 (RUNNING 00:01:00.100)**

23       Q.   Sure.  Was the sales assistance
24  process prior to 1998, let's just say, used by
00401:01  Mack to protect Mack dealers from facing
02  competition from other Mack dealers in their own
03  AORs?
04       MR. HEEP:  Objection.
05       A.   I don't know that it was as bad.  It
06  was probably done, but it seemed to have got
07  worse after that point.  I mean, I wasn't in
08  that district until, what, '97 or so, and it
09  really heated up.
10       I was a district manager earlier in
11  my career with Mack in western Pennsylvania, and
12  it didn't seem to be as bad.  There were some
13  changes there with a "snooze you lose," with a
14  couple different unwritten understandings with
15  sales assistance, and...
16       Q.   Sir, did some Mack dealers have
17  unwritten understandings with other Mack dealers
18  that they wouldn't compete in each other's AORs?

**66. PAGE 401:20 TO 402:12 (RUNNING 00:00:49.200)**

20       A.   There were -- there were some Mack
21  dealers that -- and I've heard them called
22  gentlemen's agreements, where they wouldn't
23  compete in other dealers' areas, and if a dealer
24  came there, they'd price the truck X number of
00402:01  dollars higher and sent that out.
02       And I can't -- that was -- those
03  were topics you might have heard at a meeting
04  cocktail party and things like that, so to give
05  you a specific deal today, I couldn't do that.
06       Q.   These were conversations you
07  overheard among dealers at cocktail parties?
08       A.   Like side-bar conversations and that

```
09    kind of stuff.
10         Q.   Sir, did Mack use sales assistance
11    to protect certain Mack dealers from competition
12    from other Mack dealers in their AORs?
```

**67. PAGE 402:14 TO 402:17  (RUNNING 00:00:08.000)**

```
14         A.   Yes.
15         Q.   Was Chicago Mack one of the dealers
16    Mack protected in this fashion?
17         A.   I had some deals --
```

**68. PAGE 402:19 TO 403:07  (RUNNING 00:00:28.000)**

```
19         A.   I had some deals through the old
20    Fort Wayne Mack through -- I can't give you the
21    names right now because I don't have the files.
22    If I had all the files laid out here, I could
23    spend three days going through them.  Flag
24    City.  There were a number of dealers that sold
00403:01    in that Chicago area and they weren't equalized
02    with sales assistance, including Pozzo Mack at
03    one point.
04         Q.   So is the answer to my question yes,
05    Chicago Mack was one of the dealers that Mack
06    protected by using the sales assistance
07    process --
```

**69. PAGE 403:09 TO 403:15  (RUNNING 00:00:15.500)**

```
09         Q.   -- in its own AOR?
10         A.   Sales assistance, yes.
11         Q.   Okay.  Sir, was Nextran one of the
12    dealers that Mack protected in this fashion;
13    that is, using sales assistance to protect a
14    dealer from competition from other Mack dealers
15    in that Mack dealer's own AOR?
```

**70. PAGE 403:17 TO 404:07  (RUNNING 00:00:37.500)**

```
17         A.   My experience with Nextran, there
18    was -- there were a couple deals I cross-checked
19    with Mike Maddox, and there was a delay.  There
20    was one in there, and it's in those records
21    somewhere, where he sent back and he said like
22    -- I'm not quoting this -- it's like:  Payback's
23    a bitch.  Dumped one in my back yard, you know,
24    and that kind of stuff, those kind of things.
00404:01         But just delays in sales assistance
02    or ring-around-the-rosy type thing, that
03    happened.
04         Q.   Okay.  Is the answer to my question
05    yes, Nextran was a dealer that Mack protected in
06    its own -- protected Nextran's AOR by using the
07    sales assistance process?
```

**71. PAGE 404:09 TO 404:14  (RUNNING 00:00:15.700)**

```
09         A.   Yes.
10         Q.   So was Gabrielli Mack one of the
11    dealers that Mack protected by using sales
12    assistance to eliminate or reduce the
13    competition Gabrielli faced in it own AOR from
14    other Mack dealers?
```

**72. PAGE 404:16 TO 405:02 (RUNNING 00:00:20.400)**

```
    16          A.   And you're talking sales assistance
    17   in terms of terms, conditions, delays --
    18          Q.   Terms, conditions --
    19          A.   Yes.
    20          Q.   -- the whole sales assistance
    21   process, that's what I'm talking about, and the
    22   manipulations we've discussed about it.
    23          A.   Yes.
    24          Q.   Sir, was Central Indiana Mack one of
00405:01   the dealers that Mack protected using the sales
    02   assistance manipulations we've described?
```

**73. PAGE 405:04 TO 405:04 (RUNNING 00:00:00.667)**

```
    04          A.   Yes.
```

**74. PAGE 407:10 TO 407:22 (RUNNING 00:00:38.000)**

```
    10          Q.   Now, sir, have heard Jeff Yelles
    11   tell you that net-net billing; that is, billing
    12   that included the volume bonus netted out, as
    13   we've used that term earlier today in the
    14   deposition, that net-net billing was only
    15   available to a Mack dealer selling to a customer
    16   located in his own AOR?
    17          A.   Yes, he did say that.
    18          Q.   Okay.  Now, did a dealer who
    19   receives net-net billing -- or does a dealer who
    20   receives net-net billing have a competitive
    21   advantage over another dealer on the deal who
    22   does not?
```

**75. PAGE 407:24 TO 408:05 (RUNNING 00:00:17.600)**

```
    24          A.   Yes, it could be.
00408:01          Q.   Was this, in other words, the
    02   in-AOR-only for net-net billing policy, was that
    03   policy another way that Mack protected Mack
    04   dealers from competition from other Mack dealers
    05   in their own AOR?
```

**76. PAGE 408:07 TO 408:07 (RUNNING 00:00:06.800)**

```
    07          A.   Yes.
```

**77. PAGE 408:11 TO 408:16 (RUNNING 00:00:16.000)**

```
    11          Q.   Sir, did Mack from time to time make
    12   highly discounted trucks available to dealers,
    13   but with the restriction that those trucks could
    14   only be sold to customers in the dealer's own
    15   AOR?
    16          A.   That has happened.
```

**78. PAGE 408:19 TO 409:05 (RUNNING 00:00:30.700)**

```
    19          Q.   Did the dealers who received those
    20   highly discounted trucks have a competitive
    21   advantage over dealers who did not?
    22          MR. HEEP:  Same Objection.
    23          A.   Oh, yeah, if they wouldn't equalize
    24   the discount, they would have, yes.
00409:01          Q.   Were these in-AOR-only programs,
    02   like the ones you just described existed,
    03   another way that Mack protected dealers from
```

04    competition from other Mack dealers in their own
05    AORs?

**79. PAGE 409:07 TO 409:08 (RUNNING 00:00:02.800)**

07        A.    It may very well have been if they
08    had a price advantage.

**80. PAGE 409:10 TO 410:04 (RUNNING 00:00:44.700)**

10            Who's Tom Kelly?
11        A.    Tom Kelly was -- I don't know if
12    he's executive, executive vice president.  He's
13    vice president of marketing.
14        Q.    And did you ever hear Tom Kelly make
15    any statement about protecting dealers from
16    competition by other Mack dealers in their own
17    AORs?
18        A.    Tom Kelly made a statement at the
19    last fly-in meeting I attended in Chicago that
20    he knows we might be breaking some law, but we
21    need to start respecting AORs.
22        Q.    What did you understand it to mean
23    by "respecting AORs"?
24            MR. HEEP:  Objection, no foundation.
00410:01        A.    Respecting, in other words, not
02    selling trucks in other dealers' AORs.
03        Q.    Dealers staying in their own AORs.
04        A.    Yes.

**81. PAGE 412:05 TO 412:22 (RUNNING 00:00:50.600)**

05        Q.    Did Jeff Yelles target specific
06    dealerships for consolidation in your district
07    as part of Network 2000?
08        A.    Well, he -- he told me I had to get
09    it moving.  I had to plant some seeds to see the
10    if some dealers would sell, and I needed to get
11    that moving.
12            He said that Toledo had to go.  He
13    said, "When we get rid of him, we're going to
14    hang a target on the back of Cecil Warren, on
15    Cecil Warren's back, and --
16        Q.    Cecil Warren Diesel Truck Sales?
17        A.    Diesel Truck Sales, Saginaw,
18    Michigan.  And then at dinner one night we had a
19    conversation, and Mike Bollens was a dealer
20    development guy, and Mike Bollens said that we
21    had to get rid of four dealers in Ohio at
22    dinner.

**82. PAGE 416:08 TO 416:20 (RUNNING 00:00:42.600)**

08        Q.    Sir, did Mack use the manipulations
09    of the sales assistance process at Mack that
10    we've -- that you've testified to to the
11    disadvantage of the dealers identified for
12    consolidation under Network 2000?
13            MR. HEEP:  Objection, no foundation.
14        A.    Could you -- could you repeat that?
15        Q.    Sure.  Did Mack use the
16    manipulations of the sales assistance process
17    that we've discussed here this evening to the
18    disadvantage of the dealers targeted for
19    consolidation under Network 2000 by Jeff

```
        20    Yelles?
```

**83. PAGE 416:23 TO 416:23  (RUNNING 00:00:02.000)**

```
        23          A.   I think they did.
```

**84. PAGE 421:20 TO 421:24  (RUNNING 00:00:14.100)**

```
        20          Q.   Did Jeff Yelles ever tell you that
        21    you needed to create a paper trail through
        22    contact reports and written communications to
        23    build a case for dealers targeted for
        24    elimination under Network 2000?
```

**85. PAGE 422:02 TO 422:12  (RUNNING 00:00:20.700)**

```
        02          A.   Jeff Yelles told me with my contact
        03    reports, "We need those.  I want you to write
        04    those.  And we need to start building cases. "
        05    That's what he told me.  Those were his words."
        06          Q.   What did you understand to mean
        07    "building cases"?
        08          A.   Against the dealers that he felt
        09    were nonperformers and the dealers that had to
        10    go away.
        11          Q.   Okay.  And what was Mack going to do
        12    with those documents, if you understand or not?
```

**86. PAGE 422:14 TO 422:23  (RUNNING 00:00:40.500)**

```
        14          A.   Well, someone, I think they did
        15    something with them, but, I mean, I think they
        16    were going to use them against that dealer -- I
        17    don't know whether you would call it a
        18    termination proceeding or whatever, to get the
        19    dealers to give their franchises back or go out
        20    of business.
        21          Q.   Did Mack extend any special, unique
        22    deals or terms on the sale of new trucks to
        23    Dallas Mack?
```

**87. PAGE 423:01 TO 424:19  (RUNNING 00:01:47.200)**

```
00423:01          Q.   Have you ever heard that?
        02          A.   I heard that.  That was suspected,
        03    and I'll finish.  That was suspected by a lot of
        04    dealers that Dallas Mack was on at different
        05    times, even body program trucks that the
        06    different dealers were on.
        07               However, John Tanzos called me.  He
        08    initiated the call, and told me that he had a
        09    call from Toledo Mack, and Toledo was asking a
        10    question about Dallas Mack.
        11               And he went on to say, "You know, we
        12    give their banks deals on trucks and terms, and
        13    then after six months, if he doesn't sell them,
        14    he has to put them on the Dog Catcher, but he
        15    says Toledo is probably just fishing for
        16    information.
        17               That -- that was sort of what he
        18    said about fishing for information.  It was in
        19    that vein, is what he said.
        20          Q.   Did he say anything about --
        21          A.   I have a note to that effect in one
        22    of my documents, by the way, so the exact
        23    wording is there.
```

CONFIDENTIAL                                                                            page 34

```
      24           Q.   Do you remember him saying anything
00424:01    in that conversation about delaying the billing
      02    on trucks to Dallas Mack?
      03           A.   Yeah.  He said they do delayed
      04    billing and extended floor plan, and then after
      05    six months, they have to put them on Dog
      06    Catcher, and then they invoice them for the
      07    trucks.  That was John Tanzos.  And John Tanzos
      08    called me.  I had nothing to do with that call.
      09           Q.   Who, at the time was, John Tanzos
      10    with Mack Trucks?
      11           A.   John Tanzos was in the COF group,
      12    customer order fulfillment, and I don't know if
      13    he was a manager or a director, but he was
      14    probably one of those titles.
      15           Q.   And that's the customer order
      16    fulfillment within Mack Trucks?
      17           A.   Yes.
      18           Q.   Did Mack allocate certain customers
      19    to certain Mack dealers?
```

**88. PAGE 424:21 TO 424:23  (RUNNING 00:00:06.100)**

```
      21           A.   In the grand scheme of things, I
      22    think they did, I mean via discounts and
      23    whatnot.
```

**89. PAGE 430:10 TO 431:12  (RUNNING 00:00:52.500)**

```
      10           Q.   Let me ask you about another
      11    statement you just made.  You mentioned another
      12    situation where somebody said something about
      13    not allowing Chicago Mack to fail.
      14           A.   Yes.
      15           Q.   Can you tell me about that?
      16           A.   That was George Paven, and I was in
      17    his office when he made that statement, that he
      18    was told by -- and I believe it was Paul Vikner
      19    -- that he was not allowed to let Chicago -- he
      20    had to do whatever it took.  He could not let
      21    Chicago Mack fail.
      22           Q.   Who is Paul Vikner at the time?
      23    What was his position?
      24           A.   He -- I don't know that he was
00431:01    president.  He may have been executive vice
      02    president of sales.  I forget.  I forget that
      03    time line there.
      04           Q.   And that was --
      05           A.   And George Paven -- Paul Vikner
      06    hired George Paven into that regional VP
      07    position.
      08           Q.   Paul Vikner was George Paven's boss
      09    at the time?
      10           A.   Yes.  So he probably would have been
      11    executive vice president of sales, yeah, like,
      12    Kevin Flaherty is.
```

**90. PAGE 432:22 TO 432:23  (RUNNING 00:00:05.100)**

```
      22           Q.   Was Bulkmatic a customer that Mack
      23    allocated to a certain Mack dealer?
```

**91. PAGE 433:04 TO 433:11  (RUNNING 00:00:22.700)**

```
      04           A.   Bulkmatic was a customer that was
```

**CONFIDENTIAL**

```
05    in, I believe, Mack, Pozzo Mack's AOR, and was
06    purchasing from Chicago.  I had a dealer who
07    contacted them, and I -- I was told they
08    shouldn't be doing that, I guess.  That's in
09    some transcript somewhere.
10         Q.   Well, do you believe that Bulkmatic
11    was allocated to Chicago Mack?
```

**92. PAGE 433:14 TO 433:14 (RUNNING 00:00:01.100)**

```
14         A.   Yeah, I do.
```

**93. PAGE 456:23 TO 457:13 (RUNNING 00:00:45.100)**

```
23         Q.   Now, turning back to the types of
24    abuses and types of sales assistance that we
00457:01  testified and the discrimination against dealers
02    that arose out of it, did you ever tell anyone
03    at Mack that you thought that the types of
04    discrimination that Toledo Mack and Wiegand Mack
05    are suing Mack over, were, in fact, happening?
06              MR. HEEP:  Objection.
07         A.   I complained to Jeff Yelles about
08    sales assistance all the time.  The dealers felt
09    they weren't being treated fairly, they weren't
10    getting the discount they deserved.
11              And I also told Mack's counsel that
12    on the very, very first -- one of the very first
13    phone calls I ever talked to him.
```

**94. PAGE 464:18 TO 465:17 (RUNNING 00:01:02.500)**

```
18         Q.   (By Mr. Parks)  Sir, can you turn to
19    the second page of the exhibit under Mr. Jeff
20    Yelles.  Do you see that there?
21         A.   Yes.
22         Q.   And I'm going to start at the
23    beginning of that paragraph and skip down.  It
24    says:  Mr. Yelles will testify about his
00465:01  substantial efforts to persuade Mr. Lusty to
02    provide false testimony and to "get his story
03    straight" with the testimony of other Mack
04    employees.
05              Do you see that?
06         A.   Yes.
07         Q.   Did Mr. Yelles engage in substantial
08    efforts to persuade you to provide false
09    testimony under oath in the Toledo Mack
10    litigation?
11         A.   I believe he did.
12         Q.   Did Mr. Yelles engage in substantial
13    efforts to instruct you to "get your story
14    straight" with the testimony of other Mack
15    employees with respect to the Toledo Mack --
16    your testimony in the Toledo Mack litigation?
17         A.   Yes.
```

**95. PAGE 468:04 TO 468:13 (RUNNING 00:00:17.600)**

```
04         Q.   Sir, did you testify truthfully in
05    the Toledo Mack litigation?
06         A.   Yes.
07         Q.   On every instance when you testified
08    in that litigation?
09         A.   Yes.
```

```
       10          Q.    Do you believe you were fired by
       11    Mack for testifying truthfully in the Toledo
       12    Mack litigation?
       13          A.    Yes.
```

**96.  PAGE 468:19 TO 469:04  (RUNNING 00:00:16.200)**

```
       19    you another one.  At the beginning of the
       20    deposition or earlier in the deposition Mr. Heep
       21    referenced a settlement.  Has your case been
       22    settled with Mack?
       23          A.    Can I talk to my attorney?
       24          Q.    Sure.
 00469:01          MR. EPSTEIN:  You can answer that.
       02    That yes or no question, you can answer.
       03          THE WITNESS:  Oh.
       04          A.    Yes.
```

**97.  PAGE 482:24 TO 488:19  (RUNNING 00:06:17.200)**

```
       24          Q.    Mr. Lusty, you testified earlier
 00483:01    about what your understanding was of verbals.
       02          A.    Uh-huh.
       03          Q.    You have to say yes or no.
       04          A.    Yes.
       05          Q.    Do you know of any case or specific
       06    instance where Wiegand Mack has lost a sale
       07    because of the verbal that was given to some
       08    other dealer?
       09          A.    I wouldn't know if they did because
       10    I wouldn't know who gave the verbal at that
       11    point.  If I had the documents to review, we
       12    could cross-check that sales assistance what was
       13    actually issued.  Without the documents, I can't
       14    answer that.
       15          Q.    And what -- what documents would you
       16    use?
       17          A.    All of the -- all of the sales
       18    assistance for that particular customer, whether
       19    it was in Wiegand's AOR, or another dealer's
       20    AOR, wherever that was, wherever sales
       21    assistance was issued throughout the country by
       22    that district manager and/or through Steve
       23    Polzer's office.
       24          Q.    Uh-huh.
 00484:01          A.    And you'd see whether there was
       02    something established.  And sometimes people
       03    will write in there there was a verbal given,
       04    and by questioning the original vice presidents
       05    under oath.
       06          Q.    Okay.
       07          A.    Or district managers.  I'm sorry.
       08          Q.    Same question for Toledo Mack:  Do
       09    you know of any situation where Toledo Mack lost
       10    sales to another Mack dealer because of a verbal
       11    that was given?
       12          A.    There's -- there's some questionable
       13    deals there.  Specifically I have not seen all
       14    the documents, so I can't say yes or no.
       15          Q.    And you talked, you gave some
       16    testimony about the use of false names by
       17    certain dealers in order to get sales
       18    assistance.  Do you remember that testimony?
```

19          A.    Not -- not about false names.  The
20    names are probably real.  They may be a
21    customer's name.
22          Q.    I see.
23          A.    But they're not false names.
24    There's not fictitious names they just picked
00485:01    out of the phone book.  They would order -- if
02    there was an ABC Trucking n your area, they may
03    order trucks under ABC Trucking and get sales
04    assistance and have those net bills, and that
05    will affect the amount of floor plan on -- on
06    each of those units.
07          Q.    I see.  Do you know of any situation
08    in which Wiegand Mack has been disadvantaged by
09    some dealer using that technique?
10          A.    If there was a technique used, if
11    that technique was used by any dealer, they may
12    have lost a deal I'm not aware of, but that
13    dealer would certainly have an advantage to
14    advertise those trucks at a lower price or do
15    some of the things we want.
16                So specific deal, I can't come up
17    with until I see all the paperwork or documents,
18    but, in theory, that could happen.
19          Q.    And what are -- what are the
20    documents you'd look at there?  Again, sales
21    assistance, customer -- the dealer TII report
22    when it goes down and whether the truck shows
23    sold or unsold, and we would have to verify if
24    that was, in fact -- I mean somebody at Mack
00486:01    Trucks, Steve Polzer or somebody would have that
02    information.
03          Q.    Then you gave some testimony about
04    -- oh, I'm sorry.  Let me ask the same.
05                Do you know of any situation in
06    which Toledo Mack -- specific situation in which
07    Toledo Mack was specifically disadvantaged by
08    the practice that you just described?
09          A.    By a verbal?
10          Q.    No; the use of a name of a customer
11    before a deal is actually in process.
12          A.    I would have to look at the
13    documents of every deal that he was on, compare
14    to the documents of the dealer he was up
15    against, and I think -- and I think that can be
16    tracked.  I think that that can.
17          Q.    Okay.  But sitting here today, you
18    don't know of any.
19          A.    Right.
20          Q.    Now, you also testified about a
21    practice where sales assistance -- the sales
22    assistance level might change sometimes,
23    depending on the quantity of trucks ordered.
24          A.    That's a possibility.
00487:01          Q.    Do you know of any situation either
02    Toledo Mack or Wiegand Mack was disadvantaged by
03    that practice?
04          A.    I didn't get to see the internal
05    paperwork on Gold Kist where those numbers
06    originally started.  There was -- are you
07    thinking Wiegand or today?
08          Q.    Either one.

CONFIDENTIAL

```
09        A.    Either one.   If we were to review
10  the P-Jax sales assistance request, possibly the
11  Bolus, I would have to look at those.   It's been
12  such a long time since I've seen them.   Some of
13  those quantities, I believe, changed along the
14  way, and that -- and those are deals that
15  happens on, anything can happen.
16        Q.    The P-Jax deal ultimately went to
17  Sterling; right?
18        A.    Some of it went to Sterling.   I
19  don't know if they bought the exact number.   I
20  would have to see.   I haven't looked at those
21  documents, Jeremy, in a long time.
22        Q.    Okay.   And did anyone at P-Jax or
23  Bolus ever tell you that they would have bought
24  from or Wiegand Mack -- I guess just Toledo Mack
00488:01  because Wiegand Mack wasn't involved -- would
02  have bought from Toledo Mack if they had gotten
03  a better price or more timely answers?
04        A.    If I'm not mistaken, I believe it
05  was P-Jax sent a memo to Dave Yeager stating
06  that if he could do this on this, X on X
07  quantity, he would buy Macks and cancel -- it
08  was either Sterling or International.
09              I can't remember.   I don't want to
10  say the wrong.   But there is something to that
11  effect in one of those documents.   I don't have
12  that in front of me, so.
13        Q.    And other than that particular
14  communication, did anyone at P-Jax or Bolus ever
15  told you that they would have bought from
16  Wiegand Mack or Toledo Mack if they had better
17  prices?
18        A.    Not told me; I didn't talk to those
19  people.
```

**98.  PAGE 489:15 TO 495:20  (RUNNING 00:07:45.200)**

```
15        Q.    You talked about you agreed with
16  what Manly called an early warning system when a
17  DM sometimes notifies a dealer when there's a
18  deal going on in that particular AOR and an
19  out-of-AOR dealer is quoting that deal.
20        A.    Yes.
21        Q.    Okay.   Would you agree with me as a
22  general matter that competition increases when
23  more than one dealer is on a particular deal?
24              MR. PARKS:   Objection.
00490:01        A.    I never -- I never bought into
02  that.   I -- I mean, it could if two people are
03  driving it, but I never bought into that
04  scenario.   I don't believe that's the way it
05  ought to work, but that's my own opinion on
06  that.
07        Q.    You think -- you don't think that
08  having multiple dealers on one deal is more
09  competition than having only one dealer on a
10  deal?
11        A.    Jeremy, you could be right.   If they
12  did that, why don't they net price all the
13  trucks out and let all the dealers sell the
14  trucks.   I agree with you on that.   I think that
```

15   would be the way to do it, net the trucks out.
16   My -- the more dealers on that deal that had net
17   pricing, I think the customer would be better
18   served with it.
19          Q.   Wouldn't you agree that the effect
20   of having more than one dealer on the deal would
21   be -- or could, at least could be, to drive the
22   price down as they try to beat each out of the
23   deal?
24          A.   If they both started with the same
00491:01   price up front.
02          Q.   Okay.  You talked about some
03   general agreements that you heard -- I'm sorry,
04   you heard conversations somewhere where
05   gentlemen, someone mentioned gentlemen
06   agreements between dealers to stay in their own
07   AORs.
08          A.   Yes; including Mack district
09   managers that said that about some dealers, "Oh,
10   they have a gentlemen's agreement."
11          Q.   Okay.  Where were you when you heard
12   those conversations?
13          A.   Various locations:  Sometimes at the
14   dealer, sometimes at a Mack meeting, sometimes
15   at a dealer function, either a Mack dinner --
16          Q.   Tell me, well, what -- actually,
17   before we do that, what dealers have you heard
18   at those occasions have gentlemen's agreements?
19          A.   I can't give you specific names, but
20   that was conversations that were overheard.
21          Q.   You can't because you don't
22   remember?
23          A.   Yeah, I don't remember.
24          Q.   You said that you believed that
00492:01   Chicago's AOR was protected by Mack through the
02   manipulation of the sales assistance system; is
03   that right?
04          A.   Yeah.
05          Q.   Can you give me any examples of when
06   that's happened?
07          A.   I -- well, it happened with Fort
08   Wayne Mack when they were in business.  I can't
09   give you the specific deal, but, again, if I saw
10   -- if I could have access to all the documents,
11   I could follow the trail.  I know I could.
12          Q.   Fort Wayne Mack, was that one -- was
13   that part of Chicago Mack at one point?
14          A.   No.  It is now.
15          Q.   Oh, it is now.
16          A.   VoMack, it might not still be
17   VoMack, but it was VoMack.
18          Q.   Sitting here today without the
19   benefit of all those documents, can you give me
20   any example of when Fort Wayne Mack, Chicago,
21   Flag City, Nextran, Gabrielli, or Central
22   Indiana Mack had its AOR protected through the
23   manipulation of the sales assistance system?
24          A.   Every one of those sales assistance
00493:01   -- I shouldn't say every one, but a number of
02   those businesses from Toledo Mack that went over
03   to Ed Bolus and in the eastern region, there was
04   either a delay or it was manipulation of the

05   sales assistance program.
06          And if I saw the documents, if you
07   laid them out here, and I'm positive there were
08   some equipment companies over there.  There were
09   a number of deals, and I can't remember.  It was
10   just -- it just seemed like it was constant.
11          Q.   Okay.  But it's fair to say, at
12   least sitting here today without the benefit of
13   all of those documents in front of you, that you
14   can't think of a single instance where the sales
15   assistance system was manipulated specifically
16   to protect the AOR of Fort Wayne, Chicago Mack,
17   Flag City, Nextran, Gabrielli or Central
18   Indiana.
19          A.   I have been out of this for well
20   over a year now, and I don't have a real
21   recollection of each deal.
22          Q.   Okay.  Now, you testified earlier
23   when I was asking questions that dealers
24   regularly sell outside their AORs and other
00494:01   dealers -- and some dealers sell inside other
02   dealers' AORs on a fairly regular basis.
03          And then when Manly was asking you
04   questions, I think that you said that you
05   thought that dealers were generally granted more
06   sales assistance when they were asking for sales
07   assistance for a customer in their AOR, more
08   than when they were asking for sales assistance
09   for a customer outside of their AOR.  Was that
10   right?
11          A.   That has happened, yes.
12          Q.   And I can't -- I can't remember --
13   Manly was asking whether that had happened
14   systematically or not.  I can't remember what
15   answer you gave.
16          Regardless of that, can you tell me
17   of any instance where that's happened?
18          A.   Without reviewing the deals, again,
19   I'd have a hard time recalling that.  It's
20   happened, and it's -- it's not on every deal.
21   Sometimes it's selective deals, but it has
22   happened.
23          Q.   Okay.
24          A.   And -- that's it.
00495:01          Q.   Okay.  I might have asked you this
02   earlier, but in light of the examination by
03   Manly, has -- net-net billing, using it the same
04   way that we've described the term here, can you
05   tell me of any dealer anywhere at any time that
06   has ever lost a deal because of net-net
07   billing?
08          A.   I can't remember all the deals.  I
09   mean, not all the deals that happened to, but
10   there were some.  I -- I can't recall those
11   names right now.
12          Q.   Okay.
13          A.   It would be an easier question to
14   ask if I knew what deal he got the net-net
15   billing, and then I could compare them to the
16   deals he lost.  I could probably tell you if
17   they have an advantage.
18          Q.   Okay.  But without that information

```
      19    here, you can't think of any.
      20         A.    Not any specific deals.
```

**99. PAGE 498:13 TO 500:13 (RUNNING 00:01:58.000)**

```
      13         Q.    Did -- you made mention of a
      14    statement, I guess, again by Jeff Yelles that:
      15    We would have to get rid -- or that Mack would
      16    have to get rid of four dealers in Ohio.
      17         A.    No.   That was statement was made by
      18    Mike Bollens in dealer development in a dinner
      19    with Jeff Yelles and I.   We met with Northern
      20    Ohio Truck Center, and we were at Johnny's
      21    Restaurant on Fulton Avenue in Cleveland when
      22    Mike said that.
      23         Q.    Okay.   And those dealers were
      24    Northern Ohio, Youngstown and who else?
00499:01         A.    No, I didn't say that.   I think
      02    Manly asked me a question.
      03         Q.    Okay.   Who were those four dealers?
      04         A.    He didn't say.   He said we had to
      05    get rid of four dealers in Ohio.
      06         Q.    Okay.   Did he -- did he explain what
      07    he meant when he said get rid of four dealers in
      08    Ohio?
      09         A.    We needed to get rid of four
      10    dealers, that's what he said.
      11         Q.    Right.   But did he explain what he
      12    meant, in other words, whether he meant that
      13    four dealers in Ohio would have to be
      14    involuntarily terminated, or four dealers in
      15    Ohio would have to be bought out by some other
      16    dealers?
      17         A.    We were in Northern Ohio, and Tim
      18    Watson had requested a visit from them for him
      19    to tell them his plan and what he wanted to do.
      20    And they were talking about -- Jeff and him were
      21    talking about Tim Watson's deal, and that's when
      22    Bollens said that we have to get rid of four
      23    dealers in Ohio.
      24         And I didn't butt in because he was
00500:01    talking to Jeff Yelles.
      02         Q.    Uh-huh.
      03         A.    I mean, I wasn't engaged in that
      04    conversation at that point.
      05         Q.    Right.   And you didn't -- and you
      06    didn't hear him explain what he meant by that,
      07    did you?
      08         A.    No, not beyond that.
      09         Q.    Okay.   And other than Toledo Mack,
      10    do you know of any involuntary terminations of
      11    any dealers in Ohio, any steps to involuntarily
      12    terminate?
      13         A.    Oh, no.
```

**100. PAGE 501:23 TO 503:12 (RUNNING 00:01:38.600)**

```
      23         Q.    Sorry.   There's a note I'm having
      24    trouble reading my handwriting on where we
00502:01    talked about a dealer that was fishing for
      02    information.   Duane Building -- maybe it was
      03    Dallas.   It was Dallas Mack.   You talked about
      04    you thought there were some special unique deals
```

05    made to Dallas Mack.
06         A.    No, I didn't think.  John Tanzos
07    told me there was.
08         Q.    Did you -- did -- have you ever
09    talked to -- well, do you know of any lost sales
10    to either Wiegand Mack or Toledo Mack as a
11    result of any special unique deals to Dallas
12    Mack?
13         A.    Well, Dallas Mack sold through B & C
14    Body Company, so I'd have to see if they lost
15    any deals for B & C Body Company or Dallas
16    Mack.  So without looking at the records, I
17    can't recall that.
18         Q.    Do you know whether Wiegand Mack
19    ever tried to sell to B & C Body Company?
20         A.    B & C was owned by Aaron -- Arlen
21    Campbell and Bill Bankman.
22         Q.    Right.  I'm sorry.  I thought you
23    were saying you'd have to look and see if they
24    lost sales to B & C Body Company.
00503:01        A.    I would have to see who B & C sold
02    to --
03         Q.    I see.
04         A.    -- and compare the notes, and I
05    don't have that information.
06         Q.    Okay.  So sitting here today you
07    don't know of any.
08         A.    Can't answer that.
09         Q.    By "any" I mean any lost sales to
10    either Toledo Mack or Wiegand Mack by these
11    special unique deals to Dallas Mack.
12         A.    Correct.

**101.  PAGE 505:24 TO 506:15  (RUNNING 00:00:48.100)**

24         Q.    We talked about a conversation with
00506:01    George Paven where he told you that he was told
02    by Paul Vikner to do what it takes to make -- to
03    not let Chicago Mack fail.
04         A.    Yes.
05         Q.    Okay.  Do you know of any specific
06    actions taken by Mack Trucks not to let Chicago
07    Mack fail?
08         A.    I have not been privy to that, so I
09    can't tell you.
10         Q.    Okay.  You talked about Bulkmatic,
11    and you thought Bulkmatic was allocated to Pozzo
12    Mack.
13         A.    No.  Pozzo Mack -- Bulkmatic is in
14    Pozzo Mack's territory, their AOR, and it's sold
15    by Chicago Mack.

**102.  PAGE 510:17 TO 513:19  (RUNNING 00:03:06.100)**

17         Q.    Have you -- have you ever talked to
18    anyone at Bulkmatic?
19         A.    I don't know anybody at Bulkmatic.
20         Q.    Okay.  So I take it, do you have any
21    information -- you don't have any information,
22    directly or indirectly, from Bulkmatic that
23    suggests they wanted to buy from Toledo Mack, do
24    you?
00511:01        A.    No.

CONFIDENTIAL

```
    02          Q.    Okay.  Now, you also talked about
    03    Superior Services.
    04          A.    Yes.
    05          Q.    And I think -- I think you said you
    06    thought that Superior Services is allocated to
    07    Madison.
    08          A.    Yes.
    09          Q.    That's Madison Mack.
    10          A.    I guess that's what they go by.
    11    It's part of the Milwaukee group.
    12          Q.    Part of the Milwaukee group.  Is
    13    Superior Services located in Madison Mack's AOR?
    14          A.    They're north of there.  I -- I
    15    assume they are.  I mean, they're not right in
    16    Madison but they're north of there.
    17          Q.    So you don't -- do you know one way
    18    or the other sitting here today?
    19          A.    I'd have to look at the map and see
    20    where they are in the city, and I don't have the
    21    -- I don't recall that.
    22          Q.    Okay.
    23          A.    I mean, I went there.  I called on
    24    them myself a long time ago and I went there
00512:01    with Madison Mack, so I assume that was Madison
    02    Mack's territory.
    03          Q.    Now, have you ever talked to anyone
    04    at Superior Services?
    05          A.    Yeah, I talked to Jim Kennedy.
    06          Q.    Did Jim Kennedy ever tell you that
    07    he wanted to buy trucks from either Toledo Mack
    08    or Wiegand Mack?
    09          A.    No.
    10          Q.    Okay.  Now, you talked about Florida
    11    Rock, and you said you thought Florida Rock was
    12    allocated to Nextran.
    13          A.    Yes.
    14          Q.    All right.  You don't know anything
    15    about the -- or do you?  Do you know anything
    16    about the arrangement between Nextran and
    17    Florida Rock?
    18          A.    I do not.
    19          Q.    Okay.
    20          A.    Mack doesn't publish a list of that
    21    or I would have.
    22          Q.    And have you ever -- have you ever
    23    talked to anyone at Florida Rock?
    24          A.    I don't know anybody there.
00513:01          Q.    Okay.  Anyone, either directly or
    02    indirectly, tell you from Florida Rock, directly
    03    or indirectly tell you that they would have
    04    bought from Toledo Mack if Toledo Mack had
    05    better pricing?
    06          A.    I never spoke to anyone there.
    07          Q.    Okay.  Then you said you think
    08    Kimble Mixer was allocated to Allied Truck
    09    Sales.
    10          A.    Yes.
    11          Q.    Is Kimble in Allied Truck Sales'
    12    AOR?
    13          A.    I believe they are.  I think that's
    14    the Dover area.
    15          Q.    Okay.  Did anyone from Kimble ever
```

```
16    tell you that they wanted to buy from Toledo
17    Mack or Wiegand Mack?
18         A.   No.   Toledo Mack got a letter to
19    that effect.
```

**103. PAGE 517:12 TO 517:17  (RUNNING 00:00:12.600)**

```
12         Q.   Okay.  My only point is you don't
13    have any information sitting here today to know
14    whether that's true or false, that Mr. Kimble
15    himself had requested a letter from himself
16    before releasing any discounts?
17         A.   That's true.
```

**104. PAGE 519:14 TO 523:20  (RUNNING 00:04:15.100)**

```
14         Q.   Now, I thought earlier today when I
15    was asking you questions, you said you didn't
16    know what prices national accounts -- except
17    when you were a national accounts manager
18    sometime in the 1980s, you didn't know what
19    prices national accounts bought from Mack
20    Trucks; is that right?
21         A.   I don't understand the question, I
22    think.
23         Q.   I thought I heard -- I thought when
24    I was asking you questions earlier today --
00520:01       A.   Uh-huh.
02         Q.   -- you said that except when you
03    were a national accounts -- in national accounts
04    in the 1980s, that you didn't have any idea of
05    national account pricing.
06         A.   I'm not privy to national account
07    pricing.
08         Q.   And that includes McClain, Ryder,
09    Penske, Waste Management, McNeilus, Heil.  You
10    don't know -- while you were the district
11    manager, you didn't know what their pricing was;
12    right?
13         A.   Some of the dealers were on deals,
14    lost to them or were competing with them and
15    said they were thousands of dollars less.  I did
16    not see an invoice.
17         Q.   Well, but they sell, at least
18    McNeilus, Heil and McClain, sold completed
19    units, right, with the bodies on them?
20         A.   Yeah, they did sell completed units.
21         Q.   So if they were -- I mean, they
22    built the body themselves.  That's why they're
23    called body builders.
24         A.   Yes.
00521:01       Q.   So if they're selling a completed
02    unit with the chassis and body together, you
03    don't know one way or another how they're
04    arriving at their prices thousands of dollars
05    less if you're not privy to Mack's pricing;
06    right?
07         A.   Correct.
08         Q.   And so without having that
09    information, you could not accurately say that
10    the price that's -- that a price differential to
11    those national accounts placed Wiegand at a
12    disadvantage.
```

```
13        A.   Not necessarily, because I sent the
14   e-mails to Joe Favia on some of those accounts,
15   and he responded that this is their discount,
16   and that will get you close.  Or this is it;
17   it's confidential, and I never told anybody
18   that.  And the discounts were greater than what
19   the dealers were getting.
20        So there was some -- did I see the
21   actual dollar, net dollar figure of the truck?
22   No.  But the discounts, you could calculate the
23   discounts.
24        Q.   So there were some, we'll call them,
00522:01   isolated instances where you did have some
02   knowledge of some pricing sometimes.
03        MR. EPSTEIN:  Object to the
04   characterization.
05        Q.   Just answer the question.  I'm
06   trying to get there.
07        A.   And NationaLease pricing, when it
08   came into the Parrish leasing deal, I ultimately
09   got that.  I saw that, and it was a lot more
10   than what the Mack dealer was getting.
11        Q.   Okay.
12        A.   So there was -- there was several
13   instances that I saw, and with the pricing of
14   the total package, you could assume that they
15   were -- there was a better discount they were
16   getting.  But I did specifically see several of
17   those truck prices.
18 -      Q.   And -- and sometimes Mack offers --
19   from time to, time, while you were district
20   manager, sometimes Mack offered special programs
21   for vocational trucks at special discounts to
22   dealers; is that right.
23        A.   A special program discount, yes.
24        Q.   And you wouldn't know one way or
00523:01   another, since you don't know what the pricing
02   was to the body builders, you wouldn't know one
03   way or another whether those -- that special
04   program pricing in any particular program was
05   better or worse.
06        A.   Yes.  If I compared it to some of
07   Joe Favia's e-mails, and those prices, yes, or
08   the NationaLease program, I could pretty much
09   tell you they were better.
10        Q.   If you sat down at a particular time
11   and you knew exactly what the program was at
12   that particular time, you could do that
13   analysis; right?
14        A.   If I knew what the program and/or
15   the regular price and discount or average sales
16   sales assistance was, yes.
17        Q.   And without that information, you
18   really can't just do that; correct?
19        A.   I don't think I ever did that.
20   Yeah, I think you're right.
```

**105. PAGE 531:04 TO 533:09  (RUNNING 00:02:28.900)**

```
04        Q.   Okay.  Did -- how did you -- did you
05   meet with Manly Parks in preparation for today's
06   deposition?
```

```
07        A.   I met with Manly yesterday.
08        Q.   For how long?
09        A.   I don't know how many hours, but
10   more than a couple of hours.  We had lunch.
11        Q.   You began your meeting before lunch
12   and you met through lunch?
13        A.   Yeah.
14        Q.   Do you remember when you ended your
15   meeting?
16        A.   No.  Because I left here, and I had
17   some car repairs done.
18        Q.   Okay.  What did you discuss with
19   Manly?
20        A.   Some of the documents that we looked
21   at today.
22        Q.   And what else?
23        A.   Documents and the questions he would
24   ask me.
```

00532:01        Q.   Did you look at documents together

```
02   and explain to him what you thought the
03   documents meant?
04        A.   I looked at some documents, but I
05   don't think I explained what I thought they
06   meant.  I mean, I was sitting there, and he was
07   asking me some questions, but I didn't examine
08   documents and go line for line and say:  That's,
09   you know, what I think.
10        Q.   Did you talk about how you would
11   answer questions?
12        A.   Not how I would answer questions.
13   He asked me some questions, and I answered them.
14        Q.   Did -- did you help him come up with
15   some questions?
16        A.   He may have made notes.  I didn't
17   give him any questions to ask.
18        Q.   He seems to have learned an awful
19   lot of information.  I take it that this is
20   information that you provided him?
21        A.   We talked about a lot of things, and
22   if he took notes, he took notes, I mean.
23        Q.   And who's paying your expenses for
24   being here today?
```

00533:01        A.   Me.

```
02        Q.   Including all travel?
03        A.   Yes.
04        Q.   And hopefully not lodging.
05        A.   Pardon me?
06        Q.   I said all travel and hopefully not
07   lodging.
08        A.   I'm paying for my own lodging, as I
09   did for the Ohio termination thing.
```

> TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:58:34.734)