```
Clips used with Kevin Flaherty

September 20, 2006
JURY TRIAL - DAY SIX

PG. 7   (Flaherty 11/03 @ PG. 109)

        21      Q.   Does Mack attempt to discourage its dealer
        22  from selling to customers located outside their area
        23  of responsibility?
        24      A.   Yes.

PG. 8   (Flaherty 11/03 @ PG. 119)

        23      Q.   And you gave me some reasons why you did
        24  not encourage that.  Have you ever attempted to
00120:01    suggest, sir, to a Mack dealer that he should not
    02  sell outside his area of responsibility?
    03      A.   Well, I am sure over the last few years
    04  that I have discouraged a number of dealers from
    05  selling outside of their territory and taking care
    06  of their own.

PG. 9   (Flaherty 11/03 @ PG. 120)

        15      Q.   And do you, sir, instruct your regional
        16  vice presidents that they should discourage their
        17  dealers from selling outside their territories?
        18      A.   I would say our regional vice presidents
        19  have been instructed to or guided that we should not
        20  encourage outside the AOR.

PG. 10  (Flaherty 11/03 @ PG. 124)

        04      Q.   And if each dealer stayed within his area
        05  of responsibility we wouldn't have that competition
        06  on price, would we?
        07      A.   Hypothetically, yes.

PG. 12  (Flaherty 11/03 @ PG. 110)

        06      Q.   But you as the senior vice president of
        07  sales are not in favor of it?  Is that what you are
        08  saying?
        09      A.   I would prefer -- I see little value for
        10  the network.

PG. 61  (Flaherty 11/03 @ PG. 99)

        17      Q.   And can you think of any year, sir, where
        18  the volume discounts offered to -- by Mack to its
        19  fleet customers and national accounts have been
        20  offered to the dealers on a chain-wide basis?
        21      A.   Chain-wide basis, no.

PG. 73  (Flaherty 11/03 @ PG. 204)

        11      Q.   You didn't think it all, sir, about what
        12  the effect of giving this level of discounts to Mr.
        13  Yacobozzi and Mr. Howard would have on other Mack
        14  dealers?
        15      A.   I felt that it would be the driving force
        16  to get us the -- to get some share in a competitive
```

```
     17  market was the driving issue here.
     18       Q.   So you didn't think about what effect if
     19  any it would have on other Mack dealers?
     20       A.   No, I did not.

PG. 82 (Flaherty 11/03 @ PG. 165)

     19                       That meeting -- I will rephrase
     20  your question to save the objection -- where you
     21  said to the dealers look around the room.  Some of
     22  you won't be here in a couple years?  Words to that
     23  effect?
     24       A.   Words to that effect.

PG. 97 (Flaherty 11/03 @ PG. 183)

     23       Q.   Now, as part of the -- I asked you about
     24  Network 2000.  Let me ask you about the after the
00184:01  Volvo acquisition whether the discussions that
     02  related to the integrated network has Toledo Mack
     03  ever been mentioned or discussed as a potential
     04  candidate for the integration as part of the
     05  Volvo/Mack integration?
     06       A.   Not by itself, no.
     07       Q.   As part of a number?
     08       A.   As part of a number of Ohio dealers, yes.
```