Clips used with Joseph Favia

September 20, 2006
JURY TRIAL - DAY SEVEN

PG. 90 (Favia 12/04 @ PG. 294)

    10    Q    Sure.  You mentioned, a few minutes ago I
    11  think, that, in certain circumstances, some Mack
    12  dealers compete against McNeilus for the sale of
    13  trucks to end users, right?
    15              THE WITNESS:  Well, all -- all
    16         Mack dealers compete against them.

PG. 90 (Favia 12/04 @ PG. 283)

    13    Q    And -- and the whole premise of this
    14  statement is because you know that Mack dealers
    15  compete with McNeilus to sell to those customers,
    16  right?
    17    A    They're working on the same customers.
    18    Q    And that's a yes?
    19    A    Yes.

PG. 107 (Favia 12/04 @ PG. 174)

    17    Q    And what he says is, Bob as per phone
    18  conversation yesterday, attached file indicates
    19  the pricing we are prepared to present to McNeilus
    20  for 2000 model -- 2005 model year units, right?
    21    A    Yes.

PG. 108 (Favia 12/04 @ PG. 106)

    06    Q    Sir, you didn't negotiate the 2004
    07  pricing with McNeilus?
    08    A    I was there.  I was involved in it.
    09    Q    And you remember, don't you, that one of
    10  -- developing that price, Mack built in a profit
    11  for the dealer component, right?
    13              THE WITNESS:  Yes.

PG. 112 (Favia 11/03 @ PG. 32)

    19                   Putting to the side these
    20  letters, have there been any agreements, to your
    21  knowledge, that Mack has entered into with any of
    22  the body builders regarding who they can sell to?
    23    A.    Repeat that again, I'm sorry.
    24       MR. MACK:  Sure.
00033:01                   Could you please read that
    02  back?
    03                   (WHEREUPON, the record was
    04                   read by the reporter.)
    05       MR. ROSSMAN:  Is it a broader question
    06  than, Wayne, where you are asking if he is aware
    07  of any restrictions that Mack has put on the body
    08  builders, as to who they can sell to?
    09  MR. MACK:  Yes.
    10       MR. ROSSMAN:  Over and above letters that
    11  he wrote?
    12       MR. MACK:  Yes.
    13       MR. ROSSMAN:  Do you understand that?
                        Page 1

.

```
14          THE WITNESS:  I am trying to define the
15  question in my head.  I don't know of any letters
16  Mack is putting restrictions on.
17               Can I back up?
18          MR. MACK:  Yes.
19  BY THE WITNESS:
20          A.    I did write a letter about
21  third-party distribution of trucks.
22  BY MR. MACK:
23          Q.    Was that -- we will get to that
24  letter later, but is that the only letter that
00034:01  you recall on this subject?
02          A.    Yes.
03          Q.    And who did you send that to?
04          A.    I believe I sent it to Tim Trom.
05          Q.    At McNeilus?
06          A.    At McNeilus.
07          Q.    And you have answered my question
08  with reference to letters.
09               Other than letters, are there
10  any verbal agreements, to your knowledge, between
11  Mack, relating to who the body builders can sell
12  to -- restriction of who the body builders can
13  sell to?
14          A.    Not that I know of.
15          Q.    Is there an agreement between
16  Mack -- that letter that you sent out to
17  Mr. Trom, was that confirming an agreement
18  between Mack and McNeilus on this third-party
19  distribution?
20          A.    I don't know.
21          Q.    Well, did you talk to Mr. Trom about
22  it before you sent him the letter?
23          A.    I believe I did.
24          Q.    And what did you tell Mr. Trom?
00035:01          A.    That we will not sell trucks for
02  third-party distribution.
03  Q.    And did that -- what did you mean by
04  third-party distribution?
05          A.    Independent truck dealers.
06          Q.    Was that the first conversation that
07  you had with Mr. Trom about that subject?
08          A.    I believe so.
09          Q.    And did Mr. Trom agree with you in
10  that conversation, to that restriction?
11          A.    Yes.
12          Q.     And then you sent the letter to him
13  after that?
14          A.    I am trying to recall if I sent the
15  letter first.  I might have done that.
16          Q.    Regardless of whether the letter was
17  first or after, you did have a discussion with
18  Mr. Trom, where they agreed to that restriction;
19  correct?
20          A.    Correct.
21          Q.     And was that -- do you recall what
22  year that was in?
23          A.    2002.
24  Q.    Is that agreement still in place
00036:01  today?
02          A.    Yes.
03          Q.    Do you have a similar agreement with
04  Heil or McClain?
```

```
05        A.    Yes.
06        Q.    Who did you speak with at Heil about
07   this issue?
08        A.    I don't recall.
09        Q.    Did you send Heil a letter?
10        A.    I don't believe so.
11        Q.    Was it also in 2002?
12        A.    No.
13        Q.    When did that happen?
14        A.    It has been in place since I have
15   taken over, and I refreshed their memories.
16        Q.    So the agreement with Heil goes back
17   to before September of 1998?
18        A.    I believe so.
19        Q.    And when did you refresh their
20   memories about this?
21        A.    I don't recall.
22        Q.    Does the agreement with McNeilus go
23   back to before September of 1998, too?
24        A.    I believe so.
00037:01        Q.    So you were just refreshing
02   Mr. Trom's memory about this in 2002?
03        A.    I think there was an incident where
04   there was an ad.
05        Q.    And how did you learn -- well, let
06   me finish the Trinity here.
07              McClain, is there a similar
08   agreement with McClain?
09        A.    Yes.
10        Q.    And does that go back to before
11   September of 1998, as well?
12        A.    Yes.
13        Q.    Have you had to refresh their memory
14   about it?
15        A.    Not that I recall.
16        Q.    Have you had any conversations with
17   McClain about that at any time?
18        A.    No.
19        Q.    Who at Mack told you there was such
20   an agreement with Heil, McClain or McNeilus?
21        A.    I am not really sure.
22        Q.    Well, when the issue came up with
23   Mr. Trom, did you speak to anybody about it?
24        A.    From Mack?
00038:01        Q.    Yes.
02        A.    Kevin Flaherty.
03        Q.    Did Mr. Flaherty say to you that
04   there had been a prior agreement with McNeilus
05   not to sell to third-party distributors?
06        A.    I think he told me that we don't --
07   they know they don't sell to third-party
08   distributors -- no third-party distributorships.    =
```