```
Clips used with John McCafferty

September 20, 2006
JURY TRIAL - DAY SEVEN

PG. 142 (McCafferty 11/03 @ PG. 56)

        07         Q.    Have you ever experienced a situation
        08   where you felt that another district manager was
        09   delaying getting back to you regarding the sales
        10   assistance that was being offered on a deal?
        11         A.    If I felt that, I would have called
        12   them.
        13         Q.    Well, I'm asking you whether you felt
        14   it?
        15         A.    Sure.
        16         Q.    And that is not unusual, is it?
        17         A.    I don't -- no, I don't think it's a
        18   working thing, no.
        19         Q.    But it does happen from time to time?
        20         A.    Yes, sir.

PG. 143 (McCafferty 11/03 @ PG. 56)

        21         Q.    Have you ever experienced a situation
        22   where a district manager set up, ran the request
        23   for sales assistance, ran another request for
        24   sales assistance through under a different name
   00057:01   for the company in order to get around the system?
        02         A.    Have I ever found out -- a district
        03   manager?
        04         Q.    Well, anyone?
        05         A.    District managers can't run sales
        06   assistance.  The dealer can only file for sales
        07   assistance.
        08         Q.    Well, have you ever found that
        09   dealers do that?
        10         A.    Yes.

PG. 146 (McCafferty 11/03 @ PG. 43)

        04         Q.    If you receive a call from another
        05   district manager, and he says I have a dealer
        06   that's interested in selling to a company in your
        07   territory, and he tells you the name of that
        08   customer, potential customer, do you then notify
        09   the dealer in your territory of that contact?
        10         A.    On occasion.
        11         Q.    Well, do you have a standard
        12   procedure that you follow on that?
        13   A.    If it's a known account by that
        14   dealer, yes.
        15         Q.    What if it's -- and what do you mean
        16   by a known account?
        17         A.    If the AOR dealer deals with that
        18   account.
        19         Q.    Well, how would you know that, sir?
        20      A.    Through sales assistance, meeting the
        21   customer, past history.
        22         Q.    What if it is a customer you believe
        23   to be a totally new customer?
        24         A.    Then most of the times, I wouldn't.
   00044:01         Q.    Why not?
                                          Page 1
```

```
           02         A.    Because the other dealers worked to
           03   go after that customer.
           04         Q.    Do you think it's fair that you call
           05   him up in that situation?  Do you think it would
           06   be fair for you to call him up in that situation?
           07         A.    It all depends on the customer, I
           08   guess.
           09     MR. ROSSMAN:  This is if it's a totally new
           10   customer in his district, in AOR?
           11         MR. MACK:  Yes, sir.
           12         MR. ROSSMAN:  And the question is does he
           13   think -- do you think it's fair to tell your
           14   dealer that this other dealer is interested in
           15   that customer?
           16   BY THE WITNESS:
           17         A.    The only question I would have on
           18   that is I made contact with the dealers and do you
           19   have anything working, because I don't know all
           20   the deals all dealers are working, do you have any
           21   working knowledge of a deal or a customer, nothing
           22   specific.
           23   BY MR. MACK:
           24         Q.    It's fair to say, Mr. McCafferty,
  00045:01   that's pretty standard operating procedure, isn't
           02   it?
           03         A.    I think so.
           04         Q.    So, one way or the other, the dealer
           05   would find out about it?
           06         A.    No, I wouldn't say that, not always,
           07   because we don't always call.
           08         Q.    But generally, you do?
           09         A.    Most times.
```

PG. 148 (McCafferty 11/03 @ PG. 45)

```
           08         Q.    But generally, you do?
           09         A.    Most times.
```

PG. 153 (McCafferty 11/03 @ PG. 68)

```
           02         Q.    Is this reference to dealers as
           03   sleezing around consistent, as you understand it,
           04   with Mack's policies and procedures?
           05         A.    No, sir.
           06         Q.    It's not?
           07         A.    No, sir.
```

PG. 160 (Yelles 11/03 @ PG. 118)

```
           15         Q.    What about Prairie Materials, are
           16   you familiar with whether they have requested
           17   that their discount be released only with prior
           18   written approval?
           19         A.    I am not sure on Prairie.  I am not
           20   sure.
```

PG. 161 (McCafferty 11/03 @ PG. 100)

```
           15         Q.    What is the advantage to a dealer of
           16   having net net billing?
           17         A.    If a dealer knows how to handle his
           18   money and work his money, he can make use of that.
```

```
PG. 167 (McCafferty 11/03 @ PG. 133)

    04        Q.    That Macungie program you told us
    05   that was something that was special for these
    06   guys; right?
    07        A.    The Macungie program, it was
    08   excessive inventory they had.  I don't recall the
    09   details to it, but we ended up coming out with a
    10   program.  That was the preprogram, but the program
    11   came out soon after.
    12        Q.    This is the preprogram for these
    13   dealers, not other dealers; right?
    14        A.    That is correct.

PG. 168 (McCafferty 11/03 @ PG. 132)

    09        Q.    The net billing was not something
    10   that was available to all the dealers; right?
    11        A.    No.

PG. 169 (McCafferty 11/03 @ PG. 132)

    13        Q.    Well, how about percentages that they
    14   were requesting on the CX13s?
    15        A.    That was Vision Express.
    16        Q.    24 percent was available to all the
    17   dealers?
    18        A.    No.  On those two, no.

PG. 174 (McCafferty 11/03 @ PG. 163)

    13        Q.    And this was outside the -- the
    14   pricing matrix on Model CS's, CL's, RB's, RD's and
    15   DM's were different from the standard pricing
    16   matrix; right?
    17   A.   That's correct.

PG. 176 (McCafferty 11/03 @ PG. 164)

    03        Q.    And this is pretty unusual; right?
    04        A.    Yeah.  I wouldn't write the letter.

PG. 177 (McCafferty 11/03 @ PG. 188)

    18        Q.    Isn't it true, sir, that Mack Trucks
    19   didn't want other dealers knowing that it was
    20   paying the floor plan on all these trucks for
    21   Chicago Mack and Shelby Howard?
    22        MR. ROSSMAN:  Object to the form of the
    23   question.
    24        MR. MACK:  You can answer.
00189:01  BY THE WITNESS:
    02        A.    Yes, I believe so.
    03   BY MR. MACK:
    04        Q.    They didn't want -- this was a bit of
    05   a secret; right?
    06        A.    I don't know how big of a secret it
    07   was or wasn't.
    08        Q.    Well, did you ever tell anyone about
    09   it?
    10        A.    No, I don't think I did.
    11   Free floor plan trucks in group
    12   and buying of all those trucks, they are out of
```

```
       13   stock, a lot of people knew that everyone was
       14   taking stock trucks, if that's your question.  As
       15   far the discount and matrix, no.
```

PG. 182 (McCafferty 11/03 @ PG. 112)

```
       08                     Generally if a customer wants a
       09   BPP, the customer has to pay for that; right?
       10       A.    Yes.
```

PG. 183 (McCafferty 11/03 @ PG. 112)

```
       11       Q.    Are you aware, sir, of any instances
       12   in which Mack Trucks has paid the BPP for a dealer
       13   making a sale to a customer?
       14       A.    Yes.
       15       Q.    Has that happened, sir, for Chicago
       16   Mack?
       17       A.    Yes.
```

PG. 184 (McCafferty 11/03 @ PG. 122)

```
       07       Q.    Have you ever heard that Mack
       08   subsidized wages for Chicago Mack employees?
       09       A.    Yes.
       10       Q.    Tell me about that?
       11       A.    Mark Lucas I believe was handling
       12   Waste Management and worked for Ken, and then he
       13   had been the Mack employee and then he went back
       14   to Mack to work in national accounts, but for a
       15   short stint he was a Chicago Mack employee when
       16   Ken purchased the store.
       17             The other one would be they had
       18   a midliner rep that Mack paid a portion of his
       19   salary for a six month period -- I don't know the
       20   exact period of time.
```