**Giuliano, Hallie (Vol. 01) - 03/18/2005**　　　　　　　　　　　　　　1 CLIP  (RUNNING 00:36:36.929)

JURY TRIAL - DAY 9    SEPTEMBER 25, 2006

| Giuliano | 18 SEGMENTS  (RUNNING 00:36:36.929) |
|---|---|

**1. PAGE 7:06 TO 7:15  (RUNNING 00:00:26.000)**

```
06                      HALLIE GIULIANO,
07         was sworn and testified as follows:
08         EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
09   BY MR. PARKS:
10        Q     Good afternoon, Mrs. Giuliano.
11        A     Hello.
12        Q     Can you state your full name and address,
13   home address, for the record?
14        A     Uh-huh.  Hallie Elizabeth Giuliano, 657 Old
15   Hunt Way, Herndon, Virginia, 20170.
```

**2. PAGE 8:19 TO 9:07  (RUNNING 00:00:28.000)**

```
         19        Q     Great.  I am handing you a document which
         20   has been marked Exhibit 1, or Giuliano 1.  Do you
         21   recognize this as a subpoena you received calling you
         22   here for this deposition today?
00009:01        A     Yes, I do.
         02        Q     So you're not here of your own volition.
         03   You're here pursuant to this subpoena, correct?
         04        A     Correct.
         05        Q     Okay.  Ms. Giuliano, where are you
         06   currently employed?
         07        A     ComScore Networks.
```

**3. PAGE 9:22 TO 11:11  (RUNNING 00:01:27.200)**

```
         22        Q     Okay.  By whom were you employed in the
00010:01   first half of 1999?
         02        A     Markowitz & McNaughton.
         03        Q     And what was your position at Markowitz &
         04   McNaughton during that period of time?
         05        A     I was a managing analyst, and then promoted
         06   to project manager at some point in '99.  I don't
         07   recall when.
         08        Q     Okay.  What is -- what sort of business is
         09   Markowitz & McNaughton in?
         10        A     Oh, we were a strategic consulting and
         11   competitive intelligence company, so firms would
         12   commission studies from us to either look at their
         13   customer satisfaction, talking to some of their
         14   customers, or talking to competitive entities, or
         15   doing an entire market analysis, like market share,
         16   revenues, and things like that.
         17        Q     Okay.  During your time at Markowitz &
         18   McNaughton, did you have occasion to work on a project
         19   on behalf of a Markowitz & McNaughton client, Mack
         20   Trucks, Inc. in --
         21        A     Yes.
         22        Q     Okay.
00011:01        A     Oops.
         02        Q     That's okay.  And was that project, did
         03   that involve an Assessment and Benchmark of
```

```
           04   Competitors' Dealer Management Strategies in the Heavy
           05   Truck Industry?
           06        A    Yes.
           07        Q    I'm handing you a document that we've had
           08   marked for identification as Giuliano Exhibit 2.  Do
           09   you recognize that to be a final report from Markowitz
           10   McNaughton prepared for Ron Gerhard of Mack Trucks,
           11   Inc.?
```

4. PAGE 11:16 TO 13:05  (RUNNING 00:01:25.100)

```
           16             THE WITNESS:  Yes, I do recognize that as
           17   the final conclusions report.
           18   BY MR. PARKS:
           19        Q    And that document's dated July 6, 1999?
           20   The top right-hand corner?
           21        A    Yes.  Uh-huh.
           22        Q    Okay.  If you'd turn to the third page of
00012:01   the document, at the bottom of that page, there is a,
      02   in the left-hand column in bold text, it says
      03   "Assignment Team," and there are a series of names
      04   next to that.  Do you see that?
      05        A    Yes.
      06        Q    What does that -- what is reflected in that
      07   section of this document?
      08        A    Oh.  For each project that we work on,
      09   there is a team that usually consists of the vice-
      10   president or the person who worked with the client to
      11   structure the proposal and the scope, the particular
      12   type of work that we're doing for them, and then a
      13   project manager, and all of the managing analysts and
      14   analysts that -- managing analyst and analyst is just
      15   a difference of experience and tenure in the
      16   company -- that was the team that actually did the
      17   primary source research.  Phone calls was the way we
      18   conducted the majority of our research.
      19        Q    And that team worked on the -- this
      20   project --
      21        A    Yes.
      22        Q    -- reflected in this final report?
00013:01        A    Correct.
      02        Q    Okay.  Which, by the way, I might just call
      03   the Mack project for short, because the title's pretty
      04   long.
      05        A    Okay.
```

5. PAGE 13:08 TO 13:18  (RUNNING 00:00:23.100)

```
           08        Q    At the top of that page, there in that same
           09   left-hand column, where the bold print is, it says,
           10   "Business decision driving this assignment."  Do you
           11   see that?
           12        A    Yes.
           13        Q    And next to that it says, "Mack Trucks will
           14   use the results of this engagement to make decisions
           15   regarding its dealer organization."  Do you see that?
           16        A    Yes.
           17        Q    What is -- where did that information come
           18   from?
```

6. PAGE 14:07 TO 18:09  (RUNNING 00:04:12.800)

```
           07             THE WITNESS:  Okay.  The salesperson works
           08   with the client to understand what's the nature of the
```

```
        09  problem or the issue, whatever it is that they want to
        10  address in the study, and they scope out the -- the
        11  sort of the industry background and what the challenge
        12  that the client is facing, and what they want to
        13  accomplish from the, from the actual conclusion, from
        14  the study.
        15  BY MR. PARKS:
        16      Q    Okay.  Would Markowitz & McNaughton --
        17  well, strike that.
        18           Are you generally familiar with final
        19  reports based on the time you were at Markowitz &
        20  McNaughton, of the nature of Exhibit 2?
        21      A    Yes.  I frequently wrote them.
        22      Q    Okay.  And when you were writing the final
00015:01  reports, was there typically a section in the
     02  introduction on the subject of what business decision
     03  would be driving the assignment for the client in
     04  question?
     05      A    If I understand your question correctly,
     06  usually this first page is taken kind of directly from
     07  the proposal documents that the, the salesperson --
     08  when we have a -- when we begin a project, the
     09  assignment team is given a proposal document that goes
     10  through the types of issues and the types of questions
     11  we want -- that the client wants us to address.  This
     12  section here, the business decision driving this
     13  assignment, is usually taken, if not verbatim, it's
     14  usually pretty close to something directly out of that
     15  proposal document.  So, you know, it's something that
     16  the client and our salesperson generates together
     17  based on what the client is trying to achieve from the
     18  report.
     19      Q    Okay.  Can you turn to the ninth page?  It
     20  says page 9 of 58 at the top right-hand corner of the
     21  document.  It has, "Key issues for Mack Trucks to
     22  consider in the short-term."
00016:01      A    Uh-huh.
     02      Q    Do you see that?
     03      A    Yes.
     04      Q    And then there's a heading, "Fewer
     05  franchises, more dealerships."  Do you see that?
     06      A    Yes.
     07      Q    What is that -- what is reflected on this
     08  page?
     09      A    This would be in a -- we termed this
     10  document the conclusions document, because after we've
     11  done all of our research, the beginning of the
     12  document we usually try to hit the highlights of --
     13  these are Markowitz & McNaughton's recommendations for
     14  what their client should do to address their issue.
     15  So it's sort of a synopsis of what we determined, and
     16  then later on in the report gives more details.
     17      Q    Okay.
     18      A    So I don't recall -- I mean, I'd have to
     19  read through this to know what is meant by the actual
     20  text there, but that's generally what these points
     21  are, sort of a synopsis.
     22      Q    Okay.  Let's take a look, then, a little
00017:01  bit further down, you see some italicized text,
     02  "Action Steps for Mack Trucks"?
     03      A    Uh-huh.  Yes.
     04      Q    And there are three bullet points below
```

```
          05  that.  Do you see that?
          06       A    Yes.
          07       Q    Are those bullet points the steps that
          08  Markowitz & McNaughton was recommending Mack Trucks
          09  take based on the findings in the report?
          10       A    Yes.
          11       Q    Let's look at the first bullet point.  It
          12  speaks of Peterbilt and Volvo pursuing a, quote,
          13  "single owner," unquote, approach?
          14       A    Yes.
          15       Q    And it goes on to say that, "Peterbilt
          16  believes fewer franchises result in increased control
          17  over the network.  Furthermore, implementation of
          18  policy changes and communication of new programs is
          19  relayed more quickly because there are fewer points of
          20  contact.  If Mack chooses to pursue this strategy, it
          21  should seek out larger dealers with greater financial
          22  resources.  Moreover, larger dealers are typically
00018:01  more technologically sophisticated.  However, Mack
     02   should be careful not to relinquish too much control
     03   into the hands of too few dealers."
     04            My question is, was your recommend -- was
     05   your recommendation, or was the recommendation of
     06   Markowitz & McNaughton, that Mack should pursue a
     07   single owner approach, which would include seeking out
     08   larger dealers with greater financial resources to
     09   populate the -- its distribution network?
```

7. PAGE 18:15 TO 20:01  (RUNNING 00:01:27.000)

```
          15            THE WITNESS:  Uh-huh.  What I construe from
          16  reading this -- and this was six years ago, so the
          17  actual results of the research are not that fresh in
          18  my mind.  What I construe from this is Peterbilt and
          19  Volvo are either perceived as or actually are the
          20  strongest dealers in the industry, and this is the
          21  strategy that has been effective for them.  And one of
          22  the -- the focus of this report was, was addressing
00019:01  some of Mack's concerns with its dealer network.  This
     02   was our recommendation of how they could possibly
     03   strengthen their dealer network by using almost the
     04   best practice from two companies who have proven
     05   strong dealer networks in the industry.
     06   BY MR. PARKS:
     07        Q    Okay.  Skipping down to the third bullet
     08   point, that bullet point reads as follows:  "In an
     09   effort to rid its network of non-performing dealers,
     10   Mack should encourage larger franchises to buy out
     11   non-performing dealerships.  In this strategy,
     12   successful franchise owners manage more dealerships.
     13   Furthermore, large owners are more committed and
     14   sophisticated than smaller owners.  Therefore, as a
     15   business decision, large single owners -- larger
     16   single owners are more likely to improve the
     17   performance of the substandard dealership or close
     18   it."
     19            My question is, is that one of the
     20   recommendations that Markowitz & McNaughton was making
     21   to Mack as an action step based on its findings --
     22   based on Markowitz & McNaughton's findings in this
00020:01  study?
```

**8. PAGE 20:06 TO 21:19  (RUNNING 00:02:17.900)**

```
          06      A     Okay.  Since it's listed under "Action
          07   Steps for Mack Trucks," this is a recommendation that
          08   we were making to Mack Trucks.
          09      Q     Thank you.  You can put that document
          10   aside.
          11            I am now handing you a document we've
          12   marked Giuliano Exhibit 3.  And my question for you is
          13   whether you recognize this to be a letter from Michael
          14   Moeser of MMI, to Ron Gerhard of Mack Trucks, Inc.,
          15   dated January 14th, 1999, which was a proposal for the
          16   project, the result of which was reflected in Giuliano
          17   Exhibit 2, the final report?
          18      A     Yes.
          19      Q     Okay.  I see some handwriting on the first
          20   page of Giuliano Exhibit 3.  Do you know whose
          21   handwriting that is?
          22      A     That's my handwriting.
00021:01      Q     Okay.  Was Giuliano Exhibit 3 a document
          02   that you had access to during the period of time you
          03   were with Markowitz & McNaughton and working on the
          04   Mack project in 1999?
          05      A     Yes.  This is the -- as I mentioned, when
          06   we're kicking off a new project, the assignment team
          07   meets before we have an initial meeting with the
          08   client.  And this is the proposal document that we go
          09   through, so this was my copy that I took notes on.
          10      Q     Okay.  If you could turn to the second page
          11   of Giuliano Exhibit 3.  Under the heading, "The
          12   Business Decision Driving This Engagement," it says,
          13   "Mack will use the results of this engagement
          14   (proposed in three distinct phases) to make decisions
          15   regarding its dealer organization."  Do you see that?
          16      A     Yes.
          17      Q     And again, is that information that was
          18   developed by Markowitz & McNaughton, or is that
          19   information that comes ultimately from the client?
```

**9. PAGE 22:04 TO 23:14  (RUNNING 00:01:15.300)**

```
          04      A     Okay.  The -- this is a document generated
          05   by Markowitz & McNaughton, but with information from
          06   Mack.  So this is what the salesperson and the
          07   representative from Mack would create together, and
          08   Mack has to approve this document before they sign the
          09   contract.
          10      Q     Okay.  Under the next heading there,
          11   "Requirements and Constraints," there's a reference
          12   there to three phases of activity.  Do you see that?
          13      A     Yes.
          14      Q     Okay.  And then the document describes the
          15   different phases.  It says, "Phase I will provide Mack
          16   a better understanding of how competitors manage their
          17   dealer organizations, and will benchmark both Mack and
          18   competitor dealers."
          19            Is it fair to say that the report reflected
          20   in Giuliano Exhibit 2 was the result of Phase I of
          21   this study?
          22      A     That's correct.
00023:01      Q     The document then goes on to describe Phase
          02   II.  It says, "Phase II will identify potential
          03   candidates for new Mack franchises," correct?
```

```
           04       A     Yes.
           05       Q     And was that your understanding of Phase II
           06  of the project?
           07       A     Yes.
           08       Q     Okay.  And then it goes on to speak of
           09  Phase III.  And it says, "Phase III will help guide
           10  the direction and funding of programs to strengthen
           11  the dealer network."  And my question is, was that
           12  your understanding of what Phase III was for this
           13  project as proposed?
           14       A     Yes.
```

**10. PAGE 28:22 TO 34:18 (RUNNING 00:05:40.200)**

```
           22       Q     If you could skip forward to page 11 of 32
    00029:01  on the top right-hand corner.  And that has the
           02  heading, "Our approach to Phase I," correct?
           03       A     Yes.
           04       Q     Okay.  The third bold heading down that
           05  page, it says "Kickoff Meeting."  Do you see that?
           06       A     Yes.
           07       Q     What -- did -- did the projects you worked
           08  on at Markowitz & McNaughton typically include a phase
           09  which would be described as the kickoff meeting?
           10       A     Yes.  There was always a kickoff meeting
           11  between the client and the assignment team to begin
           12  the project.
           13       Q     Okay.  And below this heading Kickoff
           14  Meeting, It says, "During the kickoff meeting (by
           15  telephone conference call) to start this assignment,
           16  we will," and then there's a series of bullet points,
           17  correct?
           18       A     Yes.
           19       Q     And one of those bullet points is, it's the
           20  fourth one down, "Listen carefully as you describe
           21  your industry and market, particularly those issues,
           22  problems and uncertainties that led you to commission
    00030:01  this assignment; what business decision, choices or
           02  actions you will base on the results; and when you
           03  will need the results."
           04             Now, first, the "you" in that -- after that
           05  bullet point in the text I just read, that's Mack,
           06  correct?
           07       A     Yes, it is.
           08       Q     And generally speaking, was that one of the
           09  purposes of the kickoff meeting, to listen as the
           10  client described the industry and the problems and the
           11  timing and so forth?
           12       A     That's the primary purpose of the kickoff
           13  meeting, because Markowitz & McNaughton does not
           14  special -- did not specialize in any particular
           15  industry.  So frequently, the work we were doing was
           16  our first -- it was our introduction to that industry.
           17  So it was critical for the client to give as much
           18  background as possible to facilitate our research.
           19       Q     Now, if you could turn back to the first
           20  page of the document.  I had asked you about some of
           21  the handwritten text on the first page, and you had
           22  told me that it was yours.  One of the handwritten
    00031:01  notations says, "Thursday, 3 p.m., K/O."  Is that a
           02  reference to the timing of the kickoff meeting for
           03  this project?
```

```
     04      A    Yes, it is.
     05      Q    And next to it it says, "Meet 2:30"?  Is
     06 that a reference to the fact you were going to meet
     07 for a half an hour before the kickoff meeting with
     08 Mr. Gerhard?
     09      A    Right.  The assignment team would meet at
     10 2:30 prior to our conference call at 3 p.m. for the
     11 kickoff.
     12      Q    Okay.
     13           MR. HEEP:  I don't mean to -- can you
     14 just -- can you just clear up the answer to that
     15 question?  Did -- was the 2:30 meeting with
     16 Mr. Gerhard, or was it just between you, and then the
     17 3 o'clock meeting was with Mr. Gerhard?  I assume you
     18 want me to ask that.
     19           MR. PARKS:  Sure.  I will adopt Mr. Heep's
     20 question.
     21           THE WITNESS:  Okay.  Two-thirty is the
     22 meeting just amongst the Markowitz & McNaughton
00032:01 assignment team, for us to make sure we review the
     02 proposal document here with the salesperson.  And then
     03 at 3 p.m., we would have the kickoff meeting with the
     04 Mack Trucks representative.
     05           MR. PARKS:   Thanks.  You can set that
     06 document aside.
     07           THE WITNESS:  Okay.
     08 BY MR. PARKS:
     09      Q    Ms. Giuliano, was it typically your
     10 practice during your time you were at Markowitz &
     11 McNaughton, and participating in these kickoff
     12 meetings, to make notes during the kickoff meeting?
     13      A    Yes.
     14      Q    And generally speaking, what did you try --
     15 what information did you try to capture in those notes
     16 you made of those kickoff meetings?
     17      A    As much background about the industry that
     18 was relevant to the project at hand, you know, any
     19 specific things that we would need to address.  Also,
     20 scope of the project to make sure I clearly understood
     21 that.
     22      Q    Okay.  I'm going to hand you a document
00033:01 we've marked for identification as Exhibit Giuliano 4.
     02 Do you recognize these to be notes that you took at
     03 the kickoff meeting for the Mack project on March 11th
     04 of 1999?
     05      A    Yes, I do.
     06      Q    Okay.  And your name appears at the top
     07 right-hand corner of the first page, correct?
     08      A    Yes.
     09      Q    And this is your handwriting?
     10      A    Yes, it is.  I don't know if the
     11 underscored Giuliano is my handwriting.  Actually,
     12 it -- yeah.  I don't know if that's my handwriting,
     13 but everything else on the page is mine.
     14      Q    Okay.  And if you could look through the
     15 entire document, if you could let me know whether
     16 everything else in the balance of the document is your
     17 handwriting as well.
     18      A    Yes, everything else is my handwriting.
     19      Q    Okay.  Now, can you please turn to the last
     20 page of the document?  I'd like to ask you about an
     21 entry that appears -- it's -- looks like the second
```

```
           22    entry down on that page.  Begins Competitive
00034:01         environment.  Do you see that?
           02         A    Yes.
           03         Q    Can you read that entry for me, through the
           04    word "territory"?
           05         A    Sure.  It says, "Competitive environment
           06    for dealers, quotes, 'Gentleman's agreement,'
           07    unquotes, that you sell in your area only, but some go
           08    into others' territory."
           09         Q    Okay.  What was the source of that note?
           10    Was that a statement made by somebody, or a thought
           11    you had in your head as you were sitting in this
           12    kickoff meeting?
           13         A    A statement made by Ron Gerhard, who was
           14    the representative from Mack.
           15         Q    Okay.  And did Mr. Gerhard state at that
           16    meeting that there was a gentleman's agreement among
           17    Mack dealers to sell only in their own area of
           18    responsibility?
```

**11. PAGE 34:20 TO 35:10 (RUNNING 00:00:31.000)**

```
           20              THE WITNESS:  There was a gentleman's
           21    agreement.  I'm not sure if it was in the industry or
           22    just amongst Mack dealers.  But that is his, his
00035:01    statement.  I was not familiar with gentleman's
           02    agreements before, so that would have to be something
           03    he said in the kickoff meeting.
           04    BY MR. PARKS:
           05         Q    Okay.  And did -- did he also say at that
           06    kickoff meeting that some dealers did not honor the
           07    gentleman's agreement and went into other dealers'
           08    territories?
           09         A    Yes, as evidenced by what I wrote, "Some go
           10    into others' territory."
```

**12. PAGE 37:06 TO 37:16 (RUNNING 00:00:35.600)**

```
           06         Q    Independent of the notes, and before you
           07    saw them, did you have a specific recollection of the
           08    statements made by anybody at the kickoff meeting in
           09    1999, here in 2005?
           10         A    Independent of the notes, I didn't recall
           11    much of the project, because it was six years ago.
           12    When I saw the notes, it refreshed my memory about the
           13    project and the fact that I wrote in there, as did
           14    Mr. Segura, about the gentleman's agreement would have
           15    to -- would have to mean that he -- that Mr. Gerhard
           16    specifically said that in the meeting.
```

**13. PAGE 38:05 TO 38:18 (RUNNING 00:00:35.000)**

```
           05         Q    Ms. Giuliano, I'm handing you a document
           06    we've marked for identification as Giuliano Exhibit 6.
           07    Do you recognize this document to be a Declaration and
           08    Certification that you signed on or about February
           09    17th, 2005?
           10         A    Yes.
           11         Q    Did you have an opportunity to review this
           12    Declaration and Certification for accuracy before
           13    signing it?
           14         A    Yes.
           15         Q    And did you conclude that the statements in
           16    the cert -- Declaration and Certification were
```

```
          17   accurate before you signed it?
          18        A    Yes.
```

**14. PAGE 39:11 TO 43:03 (RUNNING 00:04:03.429)**

```
          11        Q    Okay.  I'd like -- good afternoon.
          12        A    Hello.
          13        Q    I'm Jeremy Heep, and I'll be asking you a
          14   couple questions.  I'll try to be as brief or briefer
          15   than Mr. Parks, and we appreciate his having gone
          16   through this so quickly.
          17             I want to ask you some questions about the
          18   exhibit that's been marked Giuliano 4, which you
          19   testified were your notes from the kickoff meeting.
          20        A    That's correct.
          21        Q    I'd like you to turn to the second page of
          22   the notes.  Let me ask you a general question first.
00040:01   Did I understand right that independent of these
     02   notes, you had no recollection, or you have no
     03   recollection of this meeting whatsoever?
     04        A    Oh.  Prior to seeing the notes?  I
     05   definitely have recollection of the meeting and the
     06   project that I worked on.  I didn't have specific
     07   recollection of exactly what the scope of the project
     08   was and what our conclusions were.  After seeing the
     09   notes, it all came back to me.
     10        Q    Okay.  Other than what you've written down
     11   here, do you have a recollection of specific things
     12   that were said in the meeting?
     13        A    I -- I do recall a specific focus of the,
     14   of the project was Mack was having particularly
     15   difficult -- a difficult time in selling its
     16   non-construction trucks, so I guess the highway trucks
     17   and day trucks.  Had good success with the
     18   construction trucks, but very low market penetration
     19   on the other two types of trucks, and that was one of
     20   the major areas.  They wanted to better understand how
     21   Freightliner, in particular, was very successful with
     22   highway trucks.  And they wanted to understand how
00041:01   they were able to accomplish that.  Did they have
     02   certain dealer strategies that would -- that have
     03   helped them be more successful than Mack?  So the real
     04   focus of the study was, What can we do with our dealer
     05   organization to improve our position in the
     06   marketplace and gain a best practice knowledge from
     07   the competitors?
     08        Q    And in -- now, turning your attention to
     09   the second page, which the bottom is marked CMM 01006.
     10   Do you see where I am?
     11        A    Yes.
     12        Q    You see in the middle of the page where it
     13   says, "Mack has limited knowledge of what's going
     14   on -- dealers won't tell them"?
     15        A    Yes.
     16        Q    Is that reflective of something Mr. Gerhard
     17   said during the meeting?
     18        A    Yes, it is.
     19        Q    Okay.  Do you know whether he was referring
     20   there to Mack dealers or to other dealers?
     21        A    I would assume his own dealers, the Mack
     22   dealers.
00042:01        Q    Okay.  So you're assuming that, that by --
```

```
            02  through reading your notes, that he was telling you
            03  that Mack has limited knowledge of what's going on in
            04  its own dealer network, because those dealers won't
            05  tell them?
            06       A    Correct.
            07       Q    And then the next line, it says, "How are
            08  competitors managing their networks?"  Is that a
            09  question that he asked?
            10       A    Yes.  He was trying to define scope of the
            11  project.  That's one thing they wanted to understand
            12  from the project, from the research we did.
            13       Q    And then the next question, "How is
            14  internal dealer development groups organized,
            15  staffed?"  Did you also understand that to be a
            16  reference to competitors?
            17       A    Correct.  They wanted to understand how
            18  competitors structured their dealer management
            19  organizations to determine if Mack needed to
            20  restructure its own dealer management group.
            21       Q    So the focus of the project, as I
            22  understand it, was to understand and learn from how
    00043:01  Mack's competitors were managing their dealer
            02  networks?
            03       A    That's correct.
```

**15. PAGE 44:22 TO 48:11  (RUNNING 00:05:02.400)**

```
            22       Q    And then we see the competitive environment
    00045:01  for dealers, "gentleman's agreement" that you sell in
            02  your area only, but some go into others', others'
            03  territory.  And then when Mr. Parks was asking you
            04  questions, he asked if you knew what that meant.  And
            05  you said, well, you weren't sure if it was a reference
            06  to the industry, or just to Mack dealers, right?
            07       A    Correct.
            08       Q    Okay.  And so look -- looking here at the
            09  notes, you don't -- do you know one way or the other
            10  whether Mr. Gerhard was referring to Mack dealers at
            11  all, or was he perhaps referring to Freightliner
            12  dealers or dealers of other competitors?
            13       A    I can't tell if -- I don't know -- I don't
            14  know if he was specifically talking about Mack dealers
            15  or dealers in the industry, or relative to a
            16  particular competitor.
            17       Q    Okay.  So you don't know one way or another
            18  whether this reference could have been to competitors'
            19  dealers?
            20       A    It -- I don't know if it was specifically
            21  Mack dealers or competitor dealers or industry wide,
            22  there was a gentleman's agreement industry wide.
    00046:01       Q    So, if -- if you turn to your affidavit,
            02  which was Exhibit 6, and you have paragraph 11 there?
            03       A    Uh-huh.
            04       Q    Where it says, "During the kickoff meeting,
            05  Mr. Gerhard said there was a 'gentleman's agreement'
            06  among Mack dealers that they would sell only in their
            07  own area of responsibility," would it be more accurate
            08  to say during the kickoff meeting, Mr. Gerhard stated
            09  that there was a gentleman's agreement, either amongst
            10  Mack dealers or amongst competitors of Mack dealers,
            11  that they would only sell in their area of
            12  responsibility?
```

```
         13      A    Um, I think the -- I think it would be
         14 false to exclude Mack dealers from that, because if
         15 you look at -- if I look back at the context of the
         16 notes as a whole and what he was trying to convey to
         17 us, and what some of their issues in particular were
         18 with the dealers, there were issues with -- he
         19 wouldn't have brought that up if it wasn't relevant to
         20 Mack dealers.  So I would say, you know, perhaps --
         21 like I said, perhaps it goes industry wide, but I
         22 would include Mack dealers -- Mack truck dealers in
00047:01 that statement about gentleman's agreement.
      02      Q    Okay.  But he was -- just to be clear.  I
      03 just want to make sure that we understand.  Above, he
      04 is telling you about Freightliner dealers -- this is
      05 in your notes -- and giving you information about what
      06 other dealers did and how their networks were managed.
      07 Are you sure, sitting here today, that the next
      08 comment, when he's just talking about competitive
      09 environment generally and not even mentioning Mack,
      10 that that reference does include Mack dealers, or is
      11 it possible that he could be telling you about, as he
      12 had in the previous pages and just above, about how
      13 other dealer networks are conducting themselves?
      14      A    When I look at the structure of the notes,
      15 the fact that this is the last page and things were
      16 wrapping up, I recall it more of sort of, this is a
      17 wrap-up.  This is the dealer environment as a whole.
      18 And it -- he would have said that comment relevant to
      19 what they're experiencing as well.  Because if only
      20 Freightliner or Paccar or the other dealers
      21 experienced that but Mack didn't, it wouldn't be
      22 relevant to our project in the scope of what we were
00048:01 trying to do.  He's trying to give us background into
      02 the industry.  And that's -- that's when -- into the
      03 industry, as well as what he's trying to -- as well as
      04 what Mack is trying to address.
      05      Q    Okay.  So you're --
      06      A    If that helps clear it up a little.
      07      Q    Sitting here today, you don't -- you don't
      08 remember that specifically.  You're just sort of
      09 reconstructing it, and would it be accurate to say
      10 you're guessing that's what -- that that particular
      11 comment included Mack dealers?
```

**16. PAGE 48:16 TO 48:22  (RUNNING 00:01:17.300)**

```
         16           THE WITNESS:  I wouldn't call it guessing,
         17 because I feel -- I'm confident in remembering what I
         18 do remember of that meeting, and how I take notes and
         19 the thought process, that if it wasn't -- it had to be
         20 a relevant statement to Mack and its dealers, so --
         21           MR. HEEP:  Okay.  I don't have anything
         22 else.  Thank you.
```

**17. PAGE 51:18 TO 55:12  (RUNNING 00:04:19.600)**

```
         18      Q    Who -- who drafted this affidavit that's
         19 Exhibit 6?
         20      A    Mr. Parks did.
         21      Q    How many times have you spoken with
         22 Mr. Parks before today?
00052:01      A    Let me think.  Probably three.  I first
      02 called to understand the nature of the, like why I was
```

```
          03   being -- why I was being contacted.  When I -- my
          04   first concern was when I worked at Markowitz &
          05   McNaughton, I had to sign a confidentiality statement
          06   that we wouldn't release the identification of any
          07   clients that we worked with, so I wanted to understand
          08   how they got my name and that sort of thing, and I
          09   actually contacted Pepper Hamilton as well and spoke
          10   with Barak Bassman asking him the same question, to
          11   make sure that since he represented Mack that I was
          12   covered in that aspect.  And, you know, he explained
          13   to me what -- what he was asking me to do, to verify
          14   that certain notes that were provided by Markowitz &
          15   McNaughton from a project were, in fact, mine.  So I
          16   agreed to do that.
          17            And then I signed the Declaration of
          18   Certification, so that I guess would have been the
          19   second contact.  And then he contacted me a third time
          20   when the, I guess the request to submit my Declaration
          21   in writing wasn't accepted for whatever reason, and
          22   that I would have to do a live deposition.  And I, I
00053:01   guess, spoke with him a fourth time to confirm I would
      02   do that, and set up the logistics of where to do that.
      03   And I also spoke with Barak Bassman a second time
      04   after finding out that I needed to do the live
      05   deposition to ask him why.
      06       Q    Did -- did you meet with Mr. Parks today
      07   before the deposition?
      08       A    Yes.
      09       Q    For how long?
      10       A    Fifteen minutes.
      11       Q    Where was that meeting?
      12       A    In an office -- one of the offices here at
      13   Mintz Levin.
      14       Q    And what did you -- what did you do during
      15   that meeting?
      16       A    He showed me the documents that he was
      17   going to present, and kind of explained, since I've
      18   never been deposed before, what we were going to go
      19   over, because I had asked him in a previous
      20   conversation how this works.  You know, what sort
      21   of -- am I going to be privy to things before or kind
      22   of surprised by them or what?  Like how much time I
00054:01   would -- how much time would be required and that sort
      02   of thing.  So we -- he just showed me I think all of
      03   the documents that we're looking at here today saying
      04   these are the things that he would present.  We didn't
      05   go through them.  He showed me -- actually, yes.  We
      06   did actually go through them.  Just the portions that
      07   he -- that he had highlighted.
      08       Q    Did he tell you what questions he was going
      09   to ask about them?
      10       A    Not all of the questions that he did end up
      11   asking, but in general what we -- what we were going
      12   to talk about.
      13       Q    Okay.  And then you -- you told -- did you
      14   tell him what answers you were going to be providing?
      15       A    Not -- certainly not in depth of what we
      16   did today, but I had mentioned before that, you know,
      17   the focus of -- what the focus of the project was
      18   and -- yeah, that was -- we definitely didn't do a
      19   back and forth.
      20       Q    Was that the only time that you had a
```

```
            21   substantive discussion with Mr. Parks about the
            22   documents and the things that he was interested in
   00055:01      asking about?
            02        A    No.  When I first called to find out why,
            03   what the nature of this was, what it was about, and he
            04   provided me the notes, gave me a little bit of
            05   background that, that Markowitz & McNaughton had
            06   commissioned a study that was of interest, was part of
            07   a, part of a lawsuit, and that's what I would be
            08   subpoenaed for.  And, you know, if I could look
            09   through my notes and, you know, verify that they were
            10   mine.  And he did specifically ask me about the
            11   gentleman's agreement, if this is what I wrote, and if
            12   this is what Ron Gerhard said.
```

**18. PAGE 55:21 TO 56:22 (RUNNING 00:01:10.000)**

```
            21        Q    Did you -- in -- were you then involved in
            22   Phase I of this project?
   00056:01       A    Just Phase I.  Correct.
            02        Q    Okay.
            03        A    Of the Markowitz & McNaughton project you
            04   mean?
            05        Q    Yeah.
            06        A    Right.
            07        Q    Did you then investigate -- well, what --
            08   let me ask it more broadly.  What was your role in
            09   the, in Phase I of the project after this kickoff
            10   meeting?
            11        A    I was the managing analyst, which means I
            12   was the senior research gatherer on the team.  So I
            13   would manage the other analysts on the project.  In
            14   this case, Jodi Campbell and Bernie Segura.  And I
            15   would also take a large role in writing this actual
            16   conclusions document, Exhibit 2.  And also made a
            17   presentation at Mack to present these findings to
            18   Mr. Gerhard with Mike Moeser.
            19             MR. HEEP:  Okay.  I have nothing else.
            20             MR. PARKS:  I think we're done.  Thanks
            21   very much.
            22             THE WITNESS:  Okay.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:36:36.929)**