# MACK / VOLVO TRUCKS
## DISTRIBUTOR FINANCIAL STATEMENT

| | |
|---|---|
| C.A.B.S. # | D567 |
| CURRENT MONTH | SEP 2006 |
| YEAR ENDING | 31 DEC 2006 |
| FOR THE PERIOD FROM: | 01/01/06 THRU: 09/30/06 |
| MULTI-LOCATION CONSOLIDATION STATEMENT | YES ☐ NO ☐ |

DEALERSHIP NAME: TOLEDO MACK   CITY: TOLEDO   STATE: OH

| ASSETS | AMOUNT (OMIT CENTS) | UNITS | LINE NO. | LIABILITIES | AMOUNT (OMIT CENTS) |
|---|---|---|---|---|---|
| CURRENT ASSETS | | | | CURRENT LIABILITIES | |
| CASH | 512 | | 1 | ACCOUNTS PAYABLE - MACK / VOLVO | 162253 |
| CONTRACTS IN TRANSIT | | | 2 | ACCOUNTS PAYABLE - OTHER | 147474 |
| MARKETABLE SECURITIES | | | 3 | CUSTOMER DEPOSITS | 76000 |
| TOTAL CASH AND EQUIVALENT | 512 | | 4 | TOTAL ACCOUNTS PAYABLE | 385727 |
| NET ACCOUNTS RECEIVABLES | 581716 | | 5 | NOTES PAYABLE | |
| TOTAL CASH AND ACCOUNTS RECEIVABLES | 582228 | | 6 | NEW VEHICLES - FLOORPLAN | 4624797 |
| INVENTORIES - NEW | | UNITS | 7 | USED VEHICLES - FLOORPLAN | 16767 |
| MACK - CLASS 8 | 4656659 | 55 | 8 | SHORT TERM NOTES PAYABLE | 7437 |
| VOLVO - CLASS 8 | | | 9 | LONG TERM DUE WITHIN ONE YEAR | |
| OTHER - CLASS 8 | | | 10 | TOTAL NOTES PAYABLE | 4649001 |
| GMC MEDIUM DUTY | | | 11 | ACCRUED LIABILITIES | |
| GMC LIGHT DUTY | | | 12 | ACCRUED WAGES, SALARIES, COMM, BONUSES | 166432 |
| OTHER - NON CLASS 8 | 3517 | 1 | 13 | ACCRUED PAYROLL TAXES & DEDUCTIONS | 7331 |
| DEMONSTRATORS | | | 14 | ACCRUED SALES TAX | 5982 |
| TRAILERS / OTHER EQUIPMENT | | | 15 | ACCRUED FRET | 28493 |
| TOTAL NEW TRUCK INVENTORY | 4660176 | | 16 | INTEREST PAYABLE | |
| INVENTORIES - USED | | UNITS | 17 | ACCRUED PENSION PAYABLE / 401K | |
| USED TRUCK INVENTORY | 72685 | 6 | 18 | ACCRUED - OTHER (INCLUDES CORES) | 298656 |
| OTHER USED EQUIPMENT | | | 19 | INCOME TAXES | |
| ALLOWANCE FOR WRITE-DOWN | ( ) | | 20 | TOTAL ACCRUED LIABILITIES | 506894 |
| TOTAL USED TRUCK INVENTORY | 72685 | | 21 | TOTAL CURRENT LIABILITIES | 5541622 |
| PARTS INVENTORY | | | 22 | LONG TERM LIABILITIES | |
| PARTS & ACCESSORIES - MACK & VOLVO | 1046286 | | 23 | MORTGAGES PAYABLE | |
| PARTS & ACCESSORIES - OTHER | 49840 | | 24 | NOTES PAYABLE - EQUIPMENT LOANS | |
| EXCHANGE INVENTORY (Cores) | | | 25 | NOTES PAYABLE - OWNERS & OFFICERS | 1041000 |
| WORK-IN-PROCESS SERVICE - LABOR | 11065 | | 26 | NOTES PAYABLE - OTHER LONG TERM (NET) | 1265890 |
| WORK-IN-PROCESS BODY - LABOR | | | 27 | NOTES PAYABLE - LEASED VEHICLES | |
| WORK-IN-PROCESS SERVICE/BODY - PARTS | | | 28 | TOTAL LONG TERM LIABILITIES | 2306890 |
| PAINT & BODY SHOP MATERIAL | | | 29 | TOTAL LIABILITIES | 7848512 |
| GAS, OIL AND GREASE | | | 30 | NET WORTH | |
| SUBLET REPAIRS INVENTORY | 1104 | | 31 | CORPORATION ONLY | |
| OTHER INVENTORIES | | | 32 | CAPITAL STOCK | 19900 |
| RESERVE FOR OBSOLESCENCE | ( ) | | 33 | TREASURY STOCK | -231020 |
| TOTAL PARTS & ACCESSORIES - NET | 1108295 | | 34 | ADDITIONAL PAID IN CAPITAL | 158442 |
| LIFO RESERVE - INVENTORIES | ( ) | | 35 | RETAINED EARNINGS | -786575 |
| TOTAL INVENTORIES | 5841156 | | 36 | DIVIDENDS | ( ) |
| PREPAID EXPENSES | 269898 | | 37 | PARTNERSHIPS/PROPRIETORS | |
| TOTAL CURRENT ASSETS | 6693282 | | 38 | INVESTMENTS | |
| | | | 39 | WITHDRAWALS | ( ) |

### FIXED ASSETS

| ITEM | COST | ACCUMULATED DEPRECIATION | AMOUNT | LINE |
|---|---|---|---|---|
| LAND @ COST | 13246 | | 13246 | 41 |
| BUILDINGS | 195262 | 191261 | 4001 | 42 |
| MACHINERY & EQUIPMENT | 207571 | 199003 | 8568 | 43 |
| COMPUTER SOFT/HARDWARE | | | | 44 |
| FURNITURE & FIXTURES | 99572 | 97388 | 2184 | 45 |
| CARS & TRUCKS | 68771 | 60946 | 7825 | 46 |
| LEASEHOLD IMPROVEMENTS | 26915 | 10813 | 16103 | 47 |
| OTHER | 83948 | 55040 | 28908 | 48 |
| TOTAL NET FIXED ASSETS | | | 80835 | 49 |
| TOTAL LEASE & RENTAL VEHICLES (NET) | | | | 50 |
| OTHER ASSETS | | | | 51 |
| FINANCE RESERVE | | | 3820 | 52 |
| DUE FROM OFFICERS & EMPLOYEES | | | | 53 |
| LIFE INSURANCE - CASH VALUE | | | | 54 |
| DEPOSITS ON CONTRACTS | | | 25083 | 55 |
| OTHER | | | -1 | 56 |
| TOTAL OTHER ASSETS | | | 28902 | 57 |
| TOTAL ASSETS | | | 6803019 | 58 |

| LINE | | NEW TRUCKS | | | USED UNITS | TOTAL PROFIT /(LOSS) |
|---|---|---|---|---|---|---|
| | | MACK/VOLVO | GMC | OTHER | | |
| 44 | JAN | 15 | | | | -1136 |
| 45 | FEB | 22 | | 1 | | -31105 |
| 46 | MAR | 7 | | | | 5914 |
| 47 | APR | 2 | | | | -35781 |
| 48 | MAY | 10 | | | | -19012 |
| 49 | JUN | 25 | | 2 | | -6370 |
| 50 | JUL | 15 | | | | -66859 |
| 51 | AUG | 10 | | | | -43319 |
| 52 | SEP | 8 | | 1 | | -8573 |
| 53 | OCT | | | | | |
| 54 | NOV | | | | | |
| 55 | DEC | | | | | |
| 56 | TOTAL | 114 | | 4 | TOTAL ▶ | -206240 |
| 57 | TOTAL NET WORTH | | | | | -1045493 |
| 58 | TOTAL LIABILITIES & NET WORTH | | | | | 6803019 |

RECEIVABLE AGING ANALYSIS

MACK VOLVO 2030 PAGE 1

# MACK / VOLVO TRUCKS — DISTRIBUTOR FINANCIAL STATEMENT

C.A.D.S #: D567  
CURRENT MONTH: SEP 2006  
PAGE 2

| LINE NO. | SALES AND GROSS PROFIT ANALYSIS | MONTH UNITS | MONTH SALES | MONTH GROSS PROFIT | GP % SLS | YTD UNITS | YTD SALES | YTD GROSS PROFIT | GP % SLS |
|---|---|---|---|---|---|---|---|---|---|
|   | **NEW TRUCK DEPARTMENT** |   |   |   |   |   |   |   |   |
| 1 | MACK - CLASS 8 | 8 | 673038 | 26439 | 3.9 | 114 | 9382806 | 510989 | 5.4 |
| 2 | VOLVO - CLASS 8 |   |   |   |   |   |   |   |   |
| 3 | OTHER - CLASS 8 |   |   |   |   |   |   |   |   |
| 4 | GMC MEDIUM DUTY |   |   |   |   |   |   |   |   |
| 5 | GMC LIGHT DUTY | 1 | 4025 | 506 | 12.6 | 4 | 15885 | 1888 | 11.9 |
| 6 | OTHER - NON CLASS 8 |   |   |   |   |   |   |   |   |
| 7 | TRAILERS / OTHER EQUIPMENT |   |   |   |   |   | 10322 | 10322 | 100.0 |
| 8 | FINANCE AND INSURANCE - NEW - NET (FROM LINE 78) |   |   |   |   |   |   |   |   |
| 9 | COST OF SALES ADJUSTMENT - LIFO |   |   |   |   |   |   |   |   |
| 10 | TOTAL NEW TRUCK DEPARTMENT | 9 | 677063 | 26945 | 4.0 | 118 | 9409013 | 523199 | 5.6 |
| 11 | **USED TRUCK DEPARTMENT** |   |   |   |   |   |   |   |   |
| 12 | USED TRUCK RETAIL - CLASS 8 |   |   |   |   |   |   |   |   |
| 13 | USED RETAIL OTHER - NON CLASS 8 |   |   |   |   |   |   |   |   |
| 14 |   |   |   |   |   |   |   |   |   |
| 15 | USED WHOLESALE TRUCK - CLASS 8 |   |   |   |   |   |   |   |   |
| 16 | USED WHOLESALE OTHER - NON CLASS 8 |   |   |   |   |   |   |   |   |
| 17 |   |   |   |   |   |   |   |   |   |
| 18 | RECONDITIONING (MEMO) |   |   | MEMO |   |   |   | MEMO |   |
| 19 | INVENTORY ADJUSTMENT / LIFO ADJUSTMENT |   |   |   |   |   |   |   |   |
| 20 | FINANCE & INSURANCE - USED - NET (FROM LINE 78) |   |   |   |   |   |   |   |   |
| 21 | TOTAL USED TRUCK DEPARTMENT |   |   |   |   |   |   |   |   |
| 22 | **SERVICE DEPARTMENT** | R.O.'S |   |   |   | R.O.'S |   |   |   |
| 23 | CUSTOMER LABOR | 38 | 51956 | 40730 | 78.4 | 434 | 229905 | 176373 | 76.7 |
| 24 |   |   |   |   |   |   |   |   |   |
| 25 | WARRANTY LABOR |   |   | -8 |   | 86 | 25445 | 18807 | 73.9 |
| 26 |   |   |   |   |   |   |   |   |   |
| 27 | INTERNAL - ALL DEPARTMENTS | 4 | 1300 | 1046 | 80.5 | 41 | 14256 | 11420 | 80.1 |
| 28 |   |   |   |   |   |   |   |   |   |
| 29 | INTERNAL - LEASE DEPARTMENT |   |   |   |   |   |   |   |   |
| 30 | PRE-DELIVERY INSPECTION |   |   |   |   |   |   |   |   |
| 31 | MACHINE & PUMP ROOM |   |   |   |   | 1 | 42 | 28 | 66.7 |
| 32 |   |   |   |   |   |   |   |   |   |
| 33 | SUBLET REPAIRS |   | 1677 | 166 | 9.9 |   | 13217 | 1177 | 8.9 |
| 34 | UNAPPLIED TIME |   |   |   |   |   |   |   |   |
| 35 | TOTAL SERVICE DEPARTMENT | 42 | 54933 | 41934 | 76.3 | 562 | 282865 | 207805 | 73.5 |
| 36 | **BODY SHOP DEPARTMENT** | R.O.'S |   |   |   | R.O.'S |   |   |   |
| 37 | CUSTOMER LABOR |   |   |   |   |   |   |   |   |
| 38 |   |   |   |   |   |   |   |   |   |
| 39 | WARRANTY LABOR |   |   |   |   |   |   |   |   |
| 40 |   |   |   |   |   |   |   |   |   |
| 41 | INTERNAL |   |   |   |   |   |   |   |   |
| 42 |   |   |   |   |   |   |   |   |   |
| 43 | SUBLET REPAIRS |   |   |   |   |   |   |   |   |
| 44 | UNAPPLIED TIME |   |   |   |   |   |   |   |   |
| 45 | TOTAL BODY SHOP DEPARTMENT |   |   |   |   |   |   |   |   |
| 46 | **PARTS DEPARTMENT** | # TICKETS WRITTEN |   |   |   | # TICKETS WRITTEN |   |   |   |
| 47 | RETAIL COUNTER - MACK & VOLVO | 372 | 68779 | 14605 | 21.2 | 3721 | 755170 | 161330 | 21.4 |
| 48 | RETAIL COUNTER - OTHER |   |   |   |   |   |   |   |   |
| 49 | SERVICE DEALER / WHOLESALE | 40 | 25434 | 4357 | 17.1 | 469 | 316808 | 43779 | 13.8 |
| 50 | SERVICE DEALER - OVERRIDE |   |   |   |   |   |   |   |   |
| 51 | SERVICE DEPT - CUSTOMER | 30 | 71405 | 8136 | 11.4 | 363 | 197943 | 38154 | 19.3 |
| 52 |   |   |   |   |   |   |   |   |   |
| 53 | WARRANTY |   |   |   |   | 66 | 38015 | 7942 | 20.9 |
| 54 |   |   |   |   |   |   |   |   |   |
| 55 | INTERNAL | 4 | 2905 | 222 | 7.6 | 46 | 23757 | 1833 | 7.7 |
| 56 | BODY SHOP DEPARTMENT |   |   |   |   |   |   |   |   |
| 57 | LEASE DEPARTMENT |   |   |   |   |   |   |   |   |
| 58 | GAS, OIL AND GREASE |   |   |   |   |   |   |   |   |
| 59 | REBUILT EXCHANGE/CHANGEOVER/GLIDER KITS | 2 | 76000 | 4249 | 5.6 | 2 | 76000 | 4249 | 5.6 |
| 60 | VOLUME BONUS - PARTS |   |   |   |   |   |   |   |   |
| 61 | PURCHASE ADJUSTMENT |   |   |   |   |   |   | 2447 |   |
| 62 | INVENTORY ADJUSTMENT/LIFO ADJUSTMENT |   |   | 202 |   |   |   | -541 |   |

## MACK / VOLVO TRUCKS
### DISTRIBUTOR FINANCIAL STATEMENT

C.A.B.S. # -
D567
CURRENT MONTH: SEP 2006
PAGE 3

| LINE NO. | ACCOUNT NAME | TOTAL OPERATION MONTH | % OF SALES | YEAR TO DATE | % OF SALES | DEPT. 1 NEW TRUCKS MONTH | YEAR TO DATE | DEPT. 2 USED TRUCKS MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INCOME | | | | | | | | |
| 2 | SALES | 976519 | 100.0 | 11099571 | 100.0 | 677063 | 9409013 | | |
| 3 | GROSS PROFIT | 100650 | 10.3 | 990197 | 8.9 | 26945 | 523199 | | |
| 4 | EXPENSES | | % of GP | | % of GP | | | | |
| 5 | COMMISSIONS & INCENTIVES | 14055 | 14.0 | 322492 | 32.6 | 14055 | 322492 | | |
| 6 | DELIVERY EXPENSE | | | | | | | | |
| 7 | POLICY | | | | | | | | |
| 8 | OTHER | -234 | -0.2 | -3919 | -0.4 | -234 | -3919 | | |
| 9 | TOTAL VAR. SELLING EXPENSES (LINES 5 THRU 8) | 13821 | 13.7 | 318573 | 32.2 | 13821 | 318573 | | |
| 10 | SALARIES - OWNERS | 307 | 0.3 | 1118 | 0.1 | | | | |
| 11 | SUPERVISION | 2730 | 2.7 | 25350 | 2.6 | | | | |
| 12 | SALESPEOPLE/COUNTERPEOPLE | 7595 | 7.5 | 65780 | 7.0 | | | | |
| 13 | OFFICE & CLERICAL | 8400 | 8.3 | 81242 | 8.2 | | | | |
| 14 | BONUSES/COMMISSIONS/INCENTIVES | | | | | | | | |
| 15 | ABSENTEE COMPENSATION/VACATION | 633 | 0.6 | 5697 | 0.6 | | | | |
| 16 | EMPLOYEE BENEFITS | 8519 | 8.5 | 63976 | 6.5 | 1162 | 8131 | | |
| 17 | TAXES PAYROLL | 2941 | 2.9 | 34176 | 3.5 | 379 | 4183 | | |
| 18 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 19 | TOTAL PERSONNEL EXPENSES (LINES 10 THRU 18) | 31125 | 30.9 | 281339 | 28.4 | 1541 | 12314 | | |
| 20 | ADVERTISING & PROMOTION | 256 | 0.3 | 3966 | 0.4 | | | | |
| 21 | BAD DEBTS | 500 | 0.5 | 4500 | 0.5 | | | | |
| 22 | COMPANY VEHICLE EXPENSE | 1494 | 1.5 | 24486 | 2.5 | 589 | 6588 | | |
| 23 | DATA PROCESSING | 4352 | 4.3 | 37503 | 3.8 | 1145 | 10274 | | |
| 24 | DUES + SUBSCRIPTIONS | | | 960 | 0.1 | | | | |
| 25 | FREIGHT | 334 | 0.3 | -661 | -0.1 | | | | |
| 26 | INTEREST FLOORPLAN | 43332 | 43.1 | 172387 | 17.4 | 43174 | 170614 | 158 | 1773 |
| 27 | OFFICE SUPPLIES | 86 | 0.1 | 2345 | 0.2 | | | | |
| 28 | PERMITS, FEES, LICENSES & TAXES | -4399 | -4.4 | 25047 | 2.5 | | 20 | | |
| 29 | POLICY ADJUSTMENT COMEBACKS | 275 | 0.3 | 2175 | 0.2 | | | | |
| 30 | POLICY ADJUSTMENT - WARRANTY W/O | | | 423 | | | | | |
| 31 | POSTAGE/COURIER | 200 | 0.2 | 1931 | 0.2 | | 54 | | |
| 32 | PROFESSIONAL/LEGAL FEES | 5220 | 5.2 | 8868 | 0.9 | | | | |
| 33 | REPAIR & MAINTENANCE - EQUIPMENT | | | | | | | | |
| 34 | SHOP SUPPLIES AND TOOLS (NET) | 556 | 0.6 | 4093 | 0.4 | | | | |
| 35 | TELEPHONE | 1104 | 1.1 | 13352 | 1.3 | 157 | 2290 | | |
| 36 | TRAINING | -293 | -0.3 | 1512 | 0.2 | | 225 | | |
| 37 | TRAVEL & ENTERTAINMENT | 100 | 0.1 | 1529 | 0.2 | | 291 | | |
| 38 | UNIFORMS & LAUNDRY | 241 | 0.2 | 2630 | 0.3 | | | | |
| 39 | PARTS HANDLING | 1391 | 1.4 | 12505 | 1.3 | | | | |
| 40 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 41 | TOTAL SEMI-FIXED EXPENSES (LINES 20 THRU 40) | 54749 | 54.4 | 319531 | 32.3 | 45065 | 190356 | 158 | 1773 |
| 42 | RENT OR LEASE - FACILITIES | 200 | 0.2 | 1800 | 0.2 | | | | |
| 43 | AMORTIZATION - LEASEHOLDS | | | | | | | | |
| 44 | REPAIR & MAINTENANCE - BUILDINGS | 1651 | 1.6 | 16361 | 1.7 | | | | |
| 45 | DEPRECIATION BUILDINGS & IMPROVEMENTS | | | | | | | | |
| 46 | TAXES-REAL ESTATE | | | | | | | | |
| 47 | INSURANCE - BUILDINGS | 1458 | 1.4 | 13996 | 1.4 | | | | |
| 48 | SPECIAL PROJECTS | -15548 | -15.4 | 82648 | 8.3 | 20 | 86 | | |
| 49 | UTILITIES | 3316 | 3.3 | 28586 | 2.9 | | | | |
| 50 | EQUIPMENT RENTAL & LEASE | 766 | 0.8 | 7877 | 0.8 | | | | |
| 51 | DEPRECIATION - OTHER | 452 | 0.4 | 4068 | 0.4 | 74 | 506 | | |
| 52 | INSURANCE - OTHER | 221 | 0.2 | 1989 | 0.2 | | | | |
| 53 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 54 | TOTAL OCCUPANCY (LINES 42 THRU 53) | -7484 | -7.4 | 157325 | 15.9 | 94 | 592 | | |
| 55 | TOTAL FIXED OVERHEAD (LINES 19, 41 & 54) | 78390 | 77.9 | 758195 | 76.6 | 46700 | 203262 | 158 | 1773 |
| 56 | TOTAL EXPENSES (LINES 9 & 55) | 92211 | 91.6 | 1076768 | 108.7 | 60521 | 521835 | 158 | 1773 |
| 57 | OPERATING PROFIT (LOSS) (LINES 3 MINUS 56) | 8439 | 8.4 | -86571 | -8.7 | -33576 | 1364 | -158 | -1773 |
| 58 | NET ADDITIONS (DEDUCTIONS) (PAGE 3 LINE 70) | -11830 | -11.8 | -113591 | -11.5 | | | | |
| 59 | BONUSES - OWNERS & OFFICERS | | | | | | | | |
| 60 | YEAR-END ADJUSTMENTS | -5 | | -1 | | | | | |
| 61 | NET PROFIT (LOSS) BEFORE TAX (LINES 57 + 58 + 59 + 60) | -3396 | -3.4 | -200163 | -20.2 | | | | |

**MACK / VOLVO TRUCKS**
**DISTRIBUTOR FINANCIAL STATEMENT**

C.A.B.S. # - D567    CURRENT MONTH: SEP 2006    PAGE 4

| LINE NO. | ACCOUNT NAME | DEPT. 3 SERVICE MONTH | DEPT. 3 SERVICE YEAR TO DATE | DEPT. 4 BODY SHOP MONTH | DEPT. 4 BODY SHOP YEAR TO DATE | DEPT. 5 PARTS MONTH | DEPT. 5 PARTS YEAR TO DATE | UNALLOCATED EXPENSES MONTH | UNALLOCATED EXPENSES YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INCOME | | | | | | | | |
| 2 | SALES | 54933 | 282865 | | | 244523 | 1407693 | | |
| 3 | GROSS PROFIT | 41934 | 207805 | | | 31771 | 259193 | | |
| 4 | EXPENSES | SERVICE | | BODY | SERVICE | BODY | | | |
| 5 | HOURLY LABOR RATES — Retail | | | | | TECHNICIAN WAGE RATE | | | |
| 6 | HOURLY LABOR RATES — Warranty | | | | | | | | |
| 7 | HOURLY LABOR RATES — Internal | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | SALARIES - OWNERS | 307 | 1118 | | | 2730 | 25350 | | |
| 11 | SUPERVISION | | | | | 7595 | 69780 | | |
| 12 | SALESPEOPLE/COUNTERPEOPLE | | | | | | | 8400 | 81242 |
| 13 | OFFICE & CLERICAL | | | | | | | | |
| 14 | BONUSES/COMMISSIONS/INCENTIVES | | | | | | | | |
| 15 | ABSENTEE COMPENSATION/VACATION | 543 | 4887 | | | 90 | 810 | | |
| 16 | EMPLOYEE BENEFITS | 2552 | 19221 | | | 2739 | 19544 | 2066 | 17080 |
| 17 | TAXES - PAYROLL | 1005 | 11790 | | | 1143 | 13661 | 414 | 4542 |
| 18 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | 10880 | 102864 |
| 19 | TOTAL PERSONNEL | 4407 | 37016 | | | 14297 | 129145 | | |
| 20 | ADVERTISING & PROMOTION | | 1117 | | | | 384 | 256 | 2465 |
| 21 | BAD DEBTS | | | | | | | 500 | 4500 |
| 22 | COMPANY VEHICLE EXPENSE | 807 | 8281 | | | -152 | 4270 | 250 | 5347 |
| 23 | DATA PROCESSING | 215 | 1710 | | | 1659 | 14597 | 1333 | 10922 |
| 24 | DUES AND SUBSCRIPTIONS | | | | | | | | 960 |
| 25 | FREIGHT | 155 | 739 | | | 179 | 1420 | | |
| 26 | INTEREST FLOORPLAN | | | | | | | | |
| 27 | OFFICE SUPPLIES | 75 | 258 | | | | 212 | 11 | 1875 |
| 28 | PERMITS, FEES, LICENSES & TAXES | | | | | | | -4399 | 25027 |
| 29 | POLICY ADJUSTMENT - CO/PRACKS | 275 | 1944 | | | | 231 | | |
| 30 | POLICY ADJUSTMENT - WARRANTY W/O | | 423 | | | | | | |
| 31 | POSTAGE/COURIER | | | | | | | 200 | 1977 |
| 32 | PROFESSIONAL/LEGAL FEES | | | | | | | 5220 | 8868 |
| 33 | REPAIR & MAINTENANCE - EQUIPMENT | | | | | | | | |
| 34 | SHOP SUPPLIES AND TOOLS (NET) | 371 | 3372 | | | 185 | 721 | | |
| 35 | TELEPHONE | 162 | 2927 | | | 710 | 5224 | 75 | 2911 |
| 36 | TRAINING | | 1568 | | | | | -293 | -281 |
| 37 | TRAVEL & ENTERTAINMENT | | 269 | | | | | 100 | 969 |
| 38 | UNIFORMS & LAUNDRY | 142 | 1415 | | | 99 | 1215 | | |
| 39 | PARTS HANDLING | | | | | 1391 | 12505 | | |
| 40 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | 3253 | 65440 |
| 41 | TOTAL SEMI-FIXED | 2202 | 24023 | | | 4071 | 37939 | | |
| 42 | RENT OR LEASE - FACILITIES | | | | | 200 | 1800 | | |
| 43 | AMORTIZATION - LEASEHOLDS | | | | | | | | |
| 44 | REPAIR & MAINTENANCE - BUILDINGS | 305 | 7024 | | | | | 1346 | 9337 |
| 45 | DEPRECIATION - BLDGS & IMPRVMNTS | | | | | | | | |
| 46 | TAXES - REAL ESTATE | | | | | | | | |
| 47 | INSURANCE - BUILDINGS | | | | | | | 1458 | 13996 |
| 48 | SPECIAL PROJECTS | | 500 | | | | | -15568 | 82062 |
| 49 | UTILITIES | | | | | | | 3316 | 28586 |
| 50 | EQUIPMENT RENTAL AND LEASE | | | | | | | 766 | 7877 |
| 51 | DEPRECIATION - OTHER | 139 | 1251 | | | 46 | 574 | 193 | 1737 |
| 52 | INSURANCE - OTHER | | | | | | | 221 | 1989 |
| 53 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | -8268 | 145584 |
| 54 | TOTAL OCCUPANCY | 444 | 8775 | | | 246 | 2374 | | |
| 55 | TOTAL FIXED OVERHEAD | 7053 | 69814 | | | 18614 | 169458 | | |
| 56 | TOTAL EXPENSES | 7053 | 69814 | | | 18614 | 169458 | | |
| 57 | OPER PROFIT (LOSS) | 34881 | 137991 | | | 13157 | 89735 | | |
| 58 | PERSONNEL COUNT | | | | | | | | |
| 59 | POSITION / DEPARTMENT | NEW | USED | SERVICE | BODY | PARTS | LEASING | UNALLOCATED | TOTAL |
| 60 | OWNERS / OFFICERS | | | | | | | 2 | 2 |
| 61 | MANAGERS / SUPERVISION | | | 1 | | 1 | | 1 | 3 |