# MACK / VOLVO TRUCKS
## DISTRIBUTOR FINANCIAL STATEMENT

| | |
|---|---|
| C.A.B.S. # : D567 | FINAL |
| CURRENT MONTH: DEC 2005 | YEAR ENDING: 31 DEC 2005 |
| FOR THE PERIOD FROM: 01/01/05 THRU: 12/31/05 | |
| MULTI-LOCATION CONSOLIDATION STATEMENT | YES [ ]  NO [ ] |

DEALERSHIP NAME: TOLEDO MACK    CITY: TOLEDO    STATE: OH

| ASSETS | AMOUNT (OMIT CENTS) | UNITS | LINE NO. | LIABILITIES | AMOUNT (OMIT CENTS) |
|---|---|---|---|---|---|
| CURRENT ASSETS | | | | CURRENT LIABILITIES | |
| CASH | 550 | | 1 | ACCOUNTS PAYABLE - MACK / VOLVO | 141501 |
| CONTRACTS IN TRANSIT | | | 2 | ACCOUNTS PAYABLE - OTHER | 89662 |
| MARKETABLE SECURITIES | | | 3 | CUSTOMER DEPOSITS | 5500 |
| TOTAL CASH AND EQUIVALENT | 550 | | 4 | TOTAL ACCOUNTS PAYABLE | 236663 |
| NET ACCOUNTS RECEIVABLES | 348809 | | 5 | NOTES PAYABLE | |
| TOTAL CASH AND ACCOUNTS RECEIVABLES | 349359 | | 6 | NEW VEHICLES - FLOORPLAN | 877503 |
| INVENTORIES - NEW | | UNITS | 7 | USED VEHICLES - FLOORPLAN | 25318 |
| MACK - CLASS 8 | 881878 | 11 | 8 | SHORT TERM NOTES PAYABLE | |
| VOLVO - CLASS 8 | | | 9 | LONG TERM DUE WITHIN ONE YEAR | |
| OTHER - CLASS 8 | | | 10 | TOTAL NOTES PAYABLE | 902821 |
| GMC MEDIUM DUTY | | | 11 | ACCRUED LIABILITIES | |
| GMC LIGHT DUTY | | | 12 | ACCRUED WAGES, SALARIES, COMM, BONUSES | 68238 |
| OTHER - NON CLASS 8 | | | 13 | ACCRUED PAYROLL TAXES & DEDUCTIONS | 10952 |
| DEMONSTRATORS | | | 14 | ACCRUED SALES TAX | 3520 |
| TRAILERS / OTHER EQUIPMENT | | | 15 | ACCRUED FRET | 74134 |
| TOTAL NEW TRUCK INVENTORY | 881878 | | 16 | INTEREST PAYABLE | |
| INVENTORIES - USED | | UNITS | 17 | ACCRUED PENSION PAYABLE / 401K | |
| USED TRUCK INVENTORY | 71975 | 6 | 18 | ACCRUED - OTHER (INCLUDES CORES) | 23664 |
| OTHER USED EQUIPMENT | | | 19 | INCOME TAXES | 1922 |
| ALLOWANCE FOR WRITE-DOWN | | | 20 | TOTAL ACCRUED LIABILITIES | 182430 |
| TOTAL USED TRUCK INVENTORY | 71975 | | 21 | TOTAL CURRENT LIABILITIES | 1321914 |
| PARTS INVENTORY | | | 22 | LONG TERM LIABILITIES | |
| PARTS & ACCESSORIES - MACK & VOLVO | 979603 | | 23 | MORTGAGES PAYABLE | |
| PARTS & ACCESSORIES - OTHER | 49840 | | 24 | NOTES PAYABLE - EQUIPMENT LOANS | |
| EXCHANGE INVENTORY (Cores) | | | 25 | NOTES PAYABLE - OWNERS & OFFICERS | 886000 |
| WORK-IN-PROCESS SERVICE - LABOR | 4498 | | 26 | NOTES PAYABLE - OTHER LONG TERM (NET) | 1347838 |
| WORK-IN-PROCESS BODY - LABOR | | | 27 | NOTES PAYABLE - LEASED VEHICLES | |
| WORK-IN-PROCESS SERVICE/BODY - PARTS | | | 28 | TOTAL LONG TERM LIABILITIES | 2233838 |
| PAINT & BODY SHOP MATERIAL | | | 29 | TOTAL LIABILITIES | 3555752 |
| GAS, OIL AND GREASE | | | 30 | NET WORTH | |
| SUBLET REPAIRS INVENTORY | 1090 | | 31 | CORPORATION ONLY | |
| OTHER INVENTORIES | | | 32 | CAPITAL STOCK | 19900 |
| RESERVE FOR OBSOLESCENCE | | | 33 | TREASURY STOCK | -231020 |
| TOTAL PARTS & ACCESSORIES - NET | 1035031 | | 34 | ADDITIONAL PAID IN CAPITAL | 158442 |
| LIFO RESERVE - INVENTORIES | | | 35 | RETAINED EARNINGS | -751041 |
| TOTAL INVENTORIES | 1988884 | | 36 | DIVIDENDS | |
| PREPAID EXPENSES | 268000 | | 37 | PARTNERSHIPS/PROPRIETORS | |
| TOTAL CURRENT ASSETS | 2606243 | | 38 | INVESTMENTS | |
| FIXED ASSETS | | | 39 | WITHDRAWALS | |

| ITEM | COST | ACCUMULATED DEPRECIATION | AMOUNT | LINE | | NEW TRUCKS | | | USED UNITS | TOTAL PROFIT /(LOSS) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 40 | | MACK/VOLVO | GMC | OTHER | | | |
| LAND @ COST | 13246 | | 13246 | 41 | | | | | | | |
| BUILDINGS | 195262 | 191261 | 4001 | 42 | | | | | | | |
| MACHINERY & EQUIPMENT | 207571 | 198130 | 9441 | 43 | | | | | | | |
| COMPUTER SOFT/HARDWARE | | | | 44 | JAN | 7 | | | | -2474 | |
| FURNITURE & FIXTURES | 99572 | 96164 | 3408 | 45 | FEB | 1 | | | | -17846 | |
| CARS & TRUCKS | 68771 | 60226 | 8545 | 46 | MAR | 2 | | | | 13656 | |
| LEASEHOLD IMPROVEMENTS | 26916 | 9562 | 17354 | 47 | APR | 1 | | | | -8623 | |
| OTHER | 80398 | 55040 | 25358 | 48 | MAY | 9 | | 1 | | 8394 | |
| TOTAL NET FIXED ASSETS | | | 81353 | 49 | JUN | 2 | | 2 | | -15747 | |
| TOTAL LEASE & RENTAL VEHICLES (NET) | | | | 50 | JUL | 7 | | | | 2341 | |
| OTHER ASSETS | | | | 51 | AUG | 11 | | | | 77829 | |
| FINANCE RESERVE | | | 3820 | 52 | SEP | 6 | | | | 17410 | |
| DUE FROM OFFICERS & EMPLOYEES | | | | 53 | OCT | 8 | | 1 | | -3453 | |
| LIFE INSURANCE - CASH VALUE | | | | 54 | NOV | 17 | | 2 | | 27818 | |
| DEPOSITS ON CONTRACTS | | | 25083 | 55 | DEC | 16 | | | | -134838 | |
| OTHER | | | | 56 | TOTAL | 87 | | 6 | | TOTAL ▶ | -35534 |
| TOTAL OTHER ASSETS | | | 28903 | 57 | TOTAL NET WORTH | | | | | | -839253 |
| TOTAL ASSETS | | | 2716499 | 58 | TOTAL LIABILITIES & NET WORTH | | | | | | 2716499 |

RECEIVABLE AGING ANALYSIS

# MACK / VOLVO TRUCKS — DISTRIBUTOR FINANCIAL STATEMENT

AFTER   C.A.B.S #- D567 AJE   CURRENT MONTH DEC 2005   PAGE 2

| LINE NO. | SALES AND GROSS PROFIT ANALYSIS | MONTH UNITS | SALES | GROSS PROFIT | GP % SLS | YEAR TO DATE UNITS | SALES | GROSS PROFIT | GP % SLS |
|---|---|---|---|---|---|---|---|---|---|
|  | NEW TRUCK DEPARTMENT |  |  |  |  |  |  |  |  |
| 1 | MACK - CLASS 8 | 16 | 1358589 | 63035 | 4.6 | 87 | 7125276 | 247867 | 3.5 |
| 2 | VOLVO - CLASS 8 |  |  |  |  |  |  |  |  |
| 3 | OTHER - CLASS 8 |  |  |  |  |  |  |  |  |
| 4 | GMC MEDIUM DUTY |  |  |  |  |  |  |  |  |
| 5 | GMC LIGHT DUTY |  |  |  |  |  |  |  |  |
| 6 | OTHER - NON CLASS 8 |  |  | -157 |  | 6 | 25044 | 2926 | 11.7 |
| 7 | TRAILERS / OTHER EQUIPMENT |  |  |  |  |  | 5462 | 1382 | 25.3 |
| 8 | FINANCE AND INSURANCE - NEW - NET (FROM LINE 76) |  |  |  |  |  |  |  |  |
| 9 | COST OF SALES ADJUSTMENT - LIFO |  |  |  |  |  |  | 2377 | 0.0 |
| 10 | TOTAL NEW TRUCK DEPARTMENT | 16 | 1358589 | 62878 | 4.6 | 93 | 7155782 | 254552 | 3.6 |
| 11 | USED TRUCK DEPARTMENT |  |  |  |  |  |  |  |  |
| 12 | USED TRUCK RETAIL - CLASS 8 |  |  | -12525 |  |  |  | -12646 |  |
| 13 | USED RETAIL OTHER - NON CLASS 8 |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |
| 15 | USED WHOLESALE TRUCK - CLASS 8 |  |  |  |  |  |  |  |  |
| 16 | USED WHOLESALE OTHER - NON CLASS 8 |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |
| 18 | RECONDITIONING (MEMO) |  |  | MEMO |  |  |  | MEMO |  |
| 19 | INVENTORY ADJUSTMENT / LIFO ADJUSTMENT |  |  |  |  |  |  |  |  |
| 20 | FINANCE & INSURANCE - USED - NET (FROM LINE 76) |  |  |  |  |  |  |  |  |
| 21 | TOTAL USED TRUCK DEPARTMENT |  |  | -12525 |  |  |  | -12646 |  |
| 22 | SERVICE DEPARTMENT | R.O.'S |  |  |  | R.O.'S |  |  |  |
| 23 | CUSTOMER LABOR | 50 | 18954 | 11317 | 59.7 | 840 | 356121 | 281234 | 79.0 |
| 24 |  |  |  |  |  |  |  |  |  |
| 25 | WARRANTY LABOR | 6 | 1093 | -19 | -1.7 | 186 | 74324 | 54768 | 73.7 |
| 26 |  |  |  |  |  |  |  |  |  |
| 27 | INTERNAL - ALL DEPARTMENTS | 4 | 946 | 586 | 61.9 | 55 | 13649 | 9820 | 71.9 |
| 28 |  |  |  |  |  |  |  |  |  |
| 29 | INTERNAL - LEASE DEPARTMENT |  |  |  |  | 1 | 13 | 13 | A |
| 30 | PRE-DELIVERY INSPECTION |  |  |  |  |  |  |  |  |
| 31 | MACHINE & PUMP ROOM |  |  |  |  |  |  |  |  |
| 32 |  |  |  |  |  |  |  |  |  |
| 33 | SUBLET REPAIRS |  | 1961 | 192 | 9.8 |  | 30642 | 1959 | 6.4 |
| 34 | UNAPPLIED TIME |  |  |  |  |  |  |  |  |
| 35 | TOTAL SERVICE DEPARTMENT | 60 | 22954 | 12076 | 52.6 | 1082 | 474749 | 347794 | 73.3 |
| 36 | BODY SHOP DEPARTMENT | R.O.'S |  |  |  | R.O.'S |  |  |  |
| 37 | CUSTOMER LABOR |  |  |  |  |  |  |  |  |
| 38 |  |  |  |  |  |  |  |  |  |
| 39 | WARRANTY LABOR |  |  |  |  |  |  |  |  |
| 40 |  |  |  |  |  |  |  |  |  |
| 41 | INTERNAL |  |  |  |  |  |  |  |  |
| 42 |  |  |  |  |  |  |  |  |  |
| 43 | SUBLET REPAIRS |  |  |  |  |  |  |  |  |
| 44 | UNAPPLIED TIME |  |  |  |  |  |  |  |  |
| 45 | TOTAL BODY SHOP DEPARTMENT |  |  |  |  |  |  |  |  |
| 46 | PARTS DEPARTMENT | # TICKETS WRITTEN |  |  |  | # TICKETS WRITTEN |  |  |  |
| 47 | RETAIL COUNTER - MACK & VOLVO | 399 | 67633 | -11441 | B | 6477 | 1344256 | 231804 | 17.2 |
| 48 | RETAIL COUNTER - OTHER |  |  |  |  |  |  |  |  |
| 49 | SERVICE DEALER / WHOLESALE | 37 | 13959 | -5692 | C | 1049 | 816455 | 96851 | 11.9 |
| 50 | SERVICE DEALER - OVERRIDE |  |  |  |  |  |  |  |  |
| 51 | SERVICE DEPT - CUSTOMER | 40 | 13119 | 718 | 5.5 | 712 | 264134 | 54935 | 20.8 |
| 52 |  |  |  |  |  |  |  |  |  |
| 53 | WARRANTY | 6 | 1366 | -817 | D | 156 | 114983 | 25015 | 21.8 |
| 54 |  |  |  |  |  |  |  |  |  |
| 55 | INTERNAL | 6 | 4712 | -79 | -1.7 | 73 | 17155 | 342 | 2.0 |
| 56 |  |  |  |  |  |  |  |  |  |
| 57 | LEASE DEPARTMENT |  |  |  |  |  |  |  |  |
| 58 | GAS, OIL AND GREASE |  |  |  |  |  |  |  |  |
| 59 | REBUILT EXCHANGE/CHANGEOVER/GLIDER KITS |  |  |  |  |  |  |  |  |
| 60 | VOLUME BONUS - PARTS |  |  |  |  |  |  |  |  |
| 61 | PURCHASE ADJUSTMENT |  |  | 193 |  |  |  | 10839 |  |
| 62 | INVENTORY ADJUSTMENT/LIFO ADJUSTMENT |  |  | -3211 |  |  |  | -4025 |  |

MACK VOLVO 2005 PAGE 2

# MACK / VOLVO TRUCKS
## DISTRIBUTOR FINANCIAL STATEMENT

AFTER AJE  C.A.B.S. #- D567  CURRENT MONTH DEC 2005  PAGE 3

| Line | Account Name | Total Operation Month | % of Sales | Year to Date | % of Sales | Dept. 1 New Trucks Month | Year to Date | Dept. 2 Used Trucks Month | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INCOME | | | | | | | | |
| 2 | SALES | 1482332 | 100.0 | 10187514 | 100.0 | 1358589 | 7155782 | | |
| 3 | GROSS PROFIT | 42100 | 2.8 | 1005461 | 9.9 | 62878 | 254552 | -12525 | -12646 |
| 4 | EXPENSES | | % of GP | | % of GP | | | | |
| 5 | COMMISSIONS & INCENTIVES | 50241 | 119.3 | 108982 | 10.8 | 50241 | 108982 | | |
| 6 | DELIVERY EXPENSE | | | | | | | | |
| 7 | POLICY | | | | | | | | |
| 8 | OTHER | | | -325 | | | -325 | | |
| 9 | TOTAL VAR. SELLING EXPENSES | 50241 | 119.3 | 108657 | 10.8 | 50241 | 108657 | | |
| 10 | SALARIES- OWNERS | | | | | | | | |
| 11 | SUPERVISION | 2860 | 6.8 | 33800 | 3.4 | | | | |
| 12 | SALESPEOPLE/COUNTERPEOPLE | 7583 | 18.0 | 86895 | 8.6 | | | | |
| 13 | OFFICE & CLERICAL | 9780 | 23.2 | 117288 | 11.7 | | | | |
| 14 | BONUSES/COMMISSIONS/INCENTIVES | | | | | | | | |
| 15 | ABSENTEE COMPENSATION/VACATION | 595 | 1.4 | 7290 | 0.7 | | | | |
| 16 | EMPLOYEE BENEFITS | 6927 | 16.5 | 85151 | 8.5 | 836 | 9461 | | |
| 17 | TAXES - PAYROLL | 4576 | 10.9 | 53554 | 5.3 | 594 | 6920 | | |
| 18 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 19 | TOTAL PERSONNEL EXPENSES | 32321 | 76.8 | 383978 | 38.2 | 1430 | 16381 | | |
| 20 | ADVERTISING & PROMOTION | 515 | 1.2 | 7541 | 0.8 | 11 | 2796 | | |
| 21 | BAD DEBTS | -4112 | -9.8 | 1388 | 0.1 | | | | |
| 22 | COMPANY VEHICLE EXPENSE | 1736 | 4.1 | 27577 | 2.7 | 821 | 8394 | | |
| 23 | DATA PROCESSING | 4151 | 9.9 | 47911 | 4.8 | 1141 | 14065 | | |
| 24 | DUES + SUBSCRIPTIONS | 33 | 0.1 | 1470 | 0.1 | | | | |
| 25 | FREIGHT | 179 | 0.4 | -4822 | -0.5 | | | | |
| 26 | INTEREST FLOORPLAN | -4182 | -9.9 | -18549 | -1.8 | -4406 | -21106 | 224 | 2557 |
| 27 | OFFICE SUPPLIES | 770 | 1.8 | 4809 | 0.5 | | 228 | | |
| 28 | PERMITS, FEES, LICENSES & TAXES | 3445 | 8.2 | 39166 | 3.9 | | 20 | | |
| 29 | POLICY ADJUSTMENT - COMEBACKS | 717 | 1.7 | 11228 | 1.1 | | | | |
| 30 | POLICY ADJUSTMENT - WARRANTY W/O | -37 | -0.1 | 2430 | 0.2 | | | | |
| 31 | POSTAGE/COURIER | 205 | 0.5 | 3560 | 0.4 | | 194 | | |
| 32 | PROFESSIONAL/LEGAL FEES | 90 | 0.2 | 11890 | 1.2 | | | | |
| 33 | REPAIR & MAINTENANCE - EQUIPMENT | | | | | | | | |
| 34 | SHOP SUPPLIES AND TOOLS (NET) | -46 | -0.1 | -224 | | | | | |
| 35 | TELEPHONE | 1501 | 3.6 | 15304 | 1.5 | 222 | 2193 | | |
| 36 | TRAINING | | | 1729 | 0.2 | | 320 | | |
| 37 | TRAVEL & ENTERTAINMENT | 77 | 0.2 | 2605 | 0.3 | | 144 | | |
| 38 | UNIFORMS & LAUNDRY | 306 | 0.7 | 4240 | 0.4 | | | | |
| 39 | PARTS HANDLING FEES | 4378 | 10.4 | 19196 | 1.9 | | | | |
| 40 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 41 | TOTAL SEMI-FIXED EXPENSES | 9726 | 23.1 | 178449 | 17.7 | -2211 | 8248 | 224 | 2557 |
| 42 | RENT OR LEASE - FACILITIES | 1000 | 2.4 | 3200 | 0.3 | | | | |
| 43 | AMORTIZATION - LEASEHOLDS | | | | | | | | |
| 44 | REPAIR & MAINTENANCE - BUILDINGS | 2280 | 5.4 | 23943 | 2.4 | | | | |
| 45 | DEPRECIATION - BUILDINGS & IMPROVEMENTS | | | | | | | | |
| 46 | TAXES - REAL ESTATE | | | | | | | | |
| 47 | INSURANCE - BUILDINGS | 2016 | 4.8 | 23608 | 2.3 | | | | |
| 48 | SPECIAL PROJECTS | 72220 | 171.5 | 141467 | 14.1 | 20 | 145 | | |
| 49 | UTILITIES | 3165 | 7.5 | 40185 | 4.0 | | | | |
| 50 | EQUIPMENT RENTAL & LEASE | 766 | 1.8 | 9595 | 1.0 | | | | |
| 51 | DEPRECIATION - OTHER | 2101 | 5.0 | 12738 | 1.3 | 54 | 1108 | | |
| 52 | INSURANCE - OTHER | 221 | 0.5 | 2652 | 0.3 | | | | |
| 53 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | | |
| 54 | TOTAL OCCUPANCY | 83769 | 199.0 | 257388 | 25.6 | 74 | 1253 | | |
| 55 | TOTAL FIXED OVERHEAD | 125816 | 298.9 | 819815 | 81.5 | -707 | 25882 | 224 | 2557 |
| 56 | TOTAL EXPENSES | 176057 | 418.2 | 928472 | 92.3 | 49534 | 134539 | 224 | 2557 |
| 57 | OPERATING PROFIT (LOSS) | -133957 | F | 76989 | 7.7 | 13344 | 120013 | -12749 | -15203 |
| 58 | NET ADDITIONS (DEDUCTIONS) | -9983 | -23.7 | -120520 | -12.0 | | | | |
| 59 | BONUSES - OWNERS & OFFICERS | | | | | | | | |
| 60 | YEAR-END ADJUSTMENTS | 4 | | -1 | | | | | |
| 61 | NET PROFIT (LOSS) BEFORE TAX | -143936 | G | -43532 | -4.3 | | | | |

# MACK / VOLVO TRUCKS
## DISTRIBUTOR FINANCIAL STATEMENT

AFTER AJE | C.A.B.S. # D567 | CURRENT MONTH DEC 2005 | PAGE 4

| LINE NO. | ACCOUNT NAME | DEPT. 3 SERVICE MONTH | DEPT. 3 SERVICE YEAR TO DATE | DEPT. 4 BODY SHOP MONTH | DEPT. 4 BODY SHOP YEAR TO DATE | DEPT. 5 PARTS MONTH | DEPT. 5 PARTS YEAR TO DATE | UNALLOCATED EXPENSES MONTH | UNALLOCATED EXPENSES YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INCOME | | | | | | | | |
| 2 | SALES | 22954 | 474749 | | | 100789 | 2556983 | | |
| 3 | GROSS PROFIT | 12076 | 347794 | | | -20329 | 415761 | | |
| 4 | EXPENSES | | SERVICE | BODY | SERVICE | BODY | | | |
| 5 | HOURLY LABOR RATES | Retail | | | | | TECHNICIAN WAGE RATE | | |
| 6 | | Warranty | | | | | | | |
| 7 | | Internal | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | SALARIES - OWNERS | | | | | | | | |
| 11 | SUPERVISION | | | | | 2860 | 33800 | | |
| 12 | SALESPEOPLE/COUNTERPEOPLE | | | | | 7583 | 86895 | | |
| 13 | OFFICE & CLERICAL | | | | | | | 9780 | 117288 |
| 14 | BONUSES/COMMISSIONS/INCENTIVES | | | | | | | | |
| 15 | ABSENTEE COMPENSATION/VACATION | 302 | 5963 | | | 293 | 1327 | | |
| 16 | EMPLOYEE BENEFITS | 2084 | 23646 | | | 2089 | 23888 | 1918 | 28156 |
| 17 | TAXES - PAYROLL | 1534 | 19396 | | | 1744 | 20138 | 604 | 7100 |
| 18 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | (12302 | 152544) |
| 19 | TOTAL PERSONNEL | 4020 | 49005 | | | 14569 | 166048 | | |
| 20 | ADVERTISING & PROMOTION | 65 | 1134 | | | | 398 | 439 | 3213 |
| 21 | BAD DEBTS | | | | | | | -4112 | 1388 |
| 22 | COMPANY VEHICLE EXPENSE | 476 | 10847 | | | -6 | 1360 | 445 | 5976 |
| 23 | DATA PROCESSING | 172 | 2048 | | | 1640 | 18551 | 1198 | 13247 |
| 24 | DUES + SUBSCRIPTIONS | | | | | | | 33 | 1470 |
| 25 | FREIGHT | 73 | 490 | | | 106 | -5312 | | |
| 26 | INTEREST FLOORPLAN | | | | | | | | |
| 27 | OFFICE SUPPLIES | | 438 | | | 371 | 922 | 399 | 3221 |
| 28 | PERMITS, FEES, LICENSES & TAXES | | | | | | 17 | 3445 | 39129 |
| 29 | POLICY ADJUSTMENT - COMEBACKS | 717 | 11178 | | | | 50 | | |
| 30 | POLICY ADJUSTMENT - WARRANTY W/O | -37 | 2430 | | | | | | |
| 31 | POSTAGE/COURIER | | | | | | 16 | 205 | 3350 |
| 32 | PROFESSIONAL/LEGAL FEES | | | | | | | 90 | 11890 |
| 33 | REPAIR & MAINTENANCE - EQUIPMENT | | | | | | | | |
| 34 | SHOP SUPPLIES AND TOOLS (NET) | -66 | -1049 | | | 20 | 825 | | |
| 35 | TELEPHONE | 365 | 3938 | | | 658 | 6120 | 256 | 3053 |
| 36 | TRAINING | | 1334 | | | | | | 75 |
| 37 | TRAVEL & ENTERTAINMENT | | | | | | 3 | 77 | 2458 |
| 38 | UNIFORMS & LAUNDRY | 153 | 2043 | | | 153 | 2197 | | |
| 39 | PARTS HANDLING FEE | | | | | 4378 | 19196 | | |
| 40 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | (24750 | 88470) |
| 41 | TOTAL SEMI-FIXED | 1918 | 34831 | | | 7320 | 44343 | | |
| 42 | RENT OR LEASE - FACILITIES | 500 | 500 | | | 500 | 2700 | | |
| 43 | AMORTIZATION - LEASEHOLDS | | | | | | | | |
| 44 | REPAIR & MAINTENANCE - BUILDINGS | 868 | 8626 | | | 20 | 260 | 1392 | 15055 |
| 45 | DEPRECIATION - BLDGS & IMPRVMTS | | | | | | | | |
| 46 | TAXES - REAL ESTATE | | | | | | | | |
| 47 | INSURANCE - BUILDINGS | | | | | | | 2016 | 23608 |
| 48 | SPECIAL PROJECTS | | | | | | 23 | 72200 | 141299 |
| 49 | UTILITIES | | | | | | | 3165 | 40185 |
| 50 | EQUIPMENT RENTAL AND LEASE | | | | | | | 766 | 9595 |
| 51 | DEPRECIATION - OTHER | 892 | 4689 | | | 176 | 1278 | 979 | 5663 |
| 52 | INSURANCE - OTHER | | | | | | | 221 | 2652 |
| 53 | ALLOCATION OF UNALLOCATED EXPENSES | | | | | | | (80739 | 238057) |
| 54 | TOTAL OCCUPANCY | 2260 | 13817 | | | 696 | 4261 | | |
| 55 | TOTAL FIXED OVERHEAD | 8198 | 97653 | | | 22585 | 214652 | | |
| 56 | TOTAL EXPENSES | 8198 | 97653 | | | 22585 | 214652 | | |
| 57 | OPER PROFIT (LOSS) | 3878 | 250141 | | | -42914 | 201109 | | |
| 58 | | | | PERSONNEL COUNT | | | | | |
| 59 | POSITION / DEPARTMENT | NEW | USED | SERVICE | BODY | PARTS | LEASING | UNALLOCATED | TOTAL |
| 60 | OWNERS / OFFICERS | | | | | | | 2 | 2 |
| 61 | MANAGERS / SUPERVISION | | | 1 | | 1 | | 1 | 3 |