

**Fifth Third Bank**
(NORTHWESTERN OHIO)
P.O. BOX 1868  TOLEDO, OH 43603

001034

TOLEDO MACK SALES
& SERVICE INC
2124 FRONT STREET
PO BOX 8278
TOLEDO, OH  43605-0278

Please return this top portion
with your check payable to:
THE FIFTH THIRD BANK
P.O. BOX 630337
CINCINNATI, OH  45263-0337

⑆512260341⑆:090417494300026⑈

| COMMERCIAL LOAN STATEMENT | |
|---|---|
| PAGE NUMBER | 1 |
| STATEMENT DATE | September 25, 2006 |
| CUSTOMER NUMBER | 0904174943-00026 |
| INVOICE NUMBER | 0610783429 |
| OFFICER | 04837 - Brent Lochbihler |
| ASSIGNMENT UNIT | 04837 |
| PAYMENT DUE DATE | September 30, 2006 |
| PRINCIPAL DUE | 1,490,000.00 |
| INTEREST DUE | (8,880.64) |
| ESCROW DUE  *Deducted* | 0.00 |
| FEES DUE | 0.00 |
| TOTAL PAYMENT DUE  10.2.06 | 1,498,880.64 |
| AMOUNT ENCLOSED | $ |

*[stamped: OCT 02 2006]*

## Fifth Third Bank

| COMMERCIAL LOAN ACCOUNT NUMBER | INVOICE NUMBER | STATEMENT DATE | CURRENT PRINCIPAL BALANCE | CURRENT ESCROW BALANCE | CURRENT RATE | MATURITY DATE |
|---|---|---|---|---|---|---|
| 0904174943-00026 | 0610783429 | 09/25/06 | 1,490,000.00 | 0.00 | 7.75000 | 09/30/06 |

### TRANSACTION SUMMARY

| DATE PROCESSED | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/28/06 | 06/28/06 | CURTAILMENT PMT | 72,000.00- | 0.00 | 0.00 | 0.00 | 72,000.0 |
| 06/29/06 | 06/29/06 | ADVANCE PRINC | 35,000.00 | 0.00 | 0.00 | 0.00 | 35,000.0 |
| 06/30/06 | 06/30/06 | ADVANCE PRINC | 100,000.00 | 0.00 | 0.00 | 0.00 | 100,000.0 |
| 07/03/06 | 07/03/06 | CURTAILMENT PMT | 620,800.00- | 0.00 | 0.00 | 0.00 | 620,800.0 |
| 07/05/06 | 07/05/06 | ADVANCE PRINC | 25,000.00 | 0.00 | 0.00 | 0.00 | 25,000.0 |
| 07/11/06 | 07/11/06 | ADVANCE PRINC | 601,000.00 | 0.00 | 0.00 | 0.00 | 601,000.0 |
| 07/12/06 | 07/12/06 | ADVANCE PRINC | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.0 |
| 07/17/06 | 07/17/06 | ADVANCE PRINC | 20,000.00 | 0.00 | 0.00 | 0.00 | 20,000.0 |
| 07/19/06 | 07/19/06 | ADVANCE PRINC | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.0 |
| 07/21/06 | 07/21/06 | CURTAILMENT PMT | 140,000.00- | 0.00 | 0.00 | 0.00 | 140,000.0 |
| 07/25/06 | 07/25/06 | ADVANCE PRINC | 75,000.00 | 0.00 | 0.00 | 0.00 | 75,000.0 |
| 07/26/06 | 07/26/06 | ADVANCE PRINC | 42,000.00 | 0.00 | 0.00 | 0.00 | 42,000.0 |
| 07/27/06 | 07/27/06 | CURTAILMENT PMT | 37,000.00- | 0.00 | 0.00 | 0.00 | 37,000.0 |
| 07/28/06 | 07/28/06 | CURTAILMENT PMT | 40,000.00- | 0.00 | 0.00 | 0.00 | 40,000.0 |
| 08/02/06 | 08/02/06 | ADVANCE PRINC | 43,000.00 | 0.00 | 0.00 | 0.00 | 43,000.0 |
| 08/03/06 | 08/03/06 | ADVANCE PRINC | 12,000.00 | 0.00 | 0.00 | 0.00 | 12,000.0 |
| 08/04/06 | 08/04/06 | ADVANCE PRINC | 28,000.00 | 0.00 | 0.00 | 0.00 | 28,000.0 |
| 08/07/06 | 08/07/06 | ADVANCE PRINC | 83,000.00 | 0.00 | 0.00 | 0.00 | 83,000.0 |
| 08/08/06 | 08/08/06 | ADVANCE PRINC | 74,000.00 | 0.00 | 0.00 | 0.00 | 74,000.0 |
| 08/10/06 | 08/10/06 | CURTAILMENT PMT | 90,000.00- | 0.00 | 0.00 | 0.00 | 90,000.0 |
| 08/14/06 | 08/14/06 | ADVANCE PRINC | 35,000.00 | 0.00 | 0.00 | 0.00 | 35,000.0 |
| 08/15/06 | 08/15/06 | CURTAILMENT PMT | 358,000.00- | 0.00 | 0.00 | 0.00 | 358,000.0 |
| 08/16/06 | 08/16/06 | ADVANCE PRINC | 101,000.00 | 0.00 | 0.00 | 0.00 | 101,000.0 |
| 08/17/06 | 08/17/06 | CURTAILMENT PMT | 108,000.00- | 0.00 | 0.00 | 0.00 | 108,000.0 |
| 08/22/06 | 08/22/06 | ADVANCE PRINC | 357,000.00 | 0.00 | 0.00 | 0.00 | 357,000.0 |
| 08/23/06 | 08/23/06 | CURTAILMENT PMT | 75,000.00- | 0.00 | 0.00 | 0.00 | 75,000.0 |
| 08/24/06 | 08/24/06 | ADVANCE PRINC | 5,000.00 | 0.00 | 0.00 | 0.00 | 5,000.0 |
| 08/25/06 | 08/25/06 | ADVANCE PRINC | 90,000.00 | 0.00 | 0.00 | 0.00 | 90,000.0 |
| 08/28/06 | 08/28/06 | ADVANCE PRINC | 29,000.00 | 0.00 | 0.00 | 0.00 | 29,000.0 |
| 08/31/06 | 08/31/06 | BillPayer 2000 PYMNT | 0.00 | 8,824.88 | 0.00 | 0.00 | 8,824.8 |
| 08/31/06 | 08/31/06 | CURTAILMENT PMT | 216,000.00- | 0.00 | 0.00 | 0.00 | 216,000.0 |
| 09/08/06 | 09/08/06 | ADVANCE PRINC | 50,000.00 | 0.00 | 0.00 | 0.00 | 50,000.0 |
| 09/15/06 | 09/15/06 | ADVANCE PRINC | 35,000.00 | 0.00 | 0.00 | 0.00 | 35,000.0 |
| 09/18/06 | 09/18/06 | ADVANCE PRINC | 90,000.00 | 0.00 | 0.00 | 0.00 | 90,000.0 |
| 09/21/06 | 09/21/06 | ADVANCE PRINC | 7,338.39 | 0.00 | 0.00 | 0.00 | 7,338.3 |

| PREVIOUS PAYMENT DUE | PAYMENTS | CURRENT PRINCIPAL DUE | CURRENT INTEREST DUE | CURRENT ESCROW DUE | CURRENT FEES DUE | TOTAL PAYMENT DUE |
|---|---|---|---|---|---|---|
| 1,255,624.88 | 1,772,963.27 | 1,490,000.00 | 8,880.64 | 0.00 | 0.00 | 1,498,880.6 |

you have any questions about your commercial account, please contact your Commercial Loan officer.

"Working Hard To Be The Only Bank You'll Ever Need."®



**Fifth Third Bank**
(NORTHWESTERN OHIO)
P.O. BOX 1868  TOLEDO, OH 43603

001034

TOLEDO MACK SALES
& SERVICE INC
2124 FRONT STREET
PO BOX 8278
TOLEDO, OH  43605-0278

Please return this top portion
with your check payable to:
THE FIFTH THIRD BANK
P.O. BOX 630337
CINCINNATI, OH  45263-0337

| COMMERCIAL LOAN STATEMENT | |
|---|---|
| PAGE NUMBER | 2 |
| STATEMENT DATE | September 25, 2006 |
| CUSTOMER NUMBER | 0904174943-00026 |
| INVOICE NUMBER | 0610783429 |
| OFFICER | 04837 - Brent Lochbihler |
| ASSIGNMENT UNIT | 04837 |
| PAYMENT DUE DATE | September 30, 2006 |
| PRINCIPAL DUE | 1,490,000.00 |
| INTEREST DUE | 8,880.64 |
| ESCROW DUE | 0.00 |
| FEES DUE | 0.00 |
| TOTAL PAYMENT DUE | 1,498,880.64 |
| AMOUNT ENCLOSED | $ |

⑆512260341⑆ ⑈0904174943000 26⑈

## Fifth Third Bank

| COMMERCIAL LOAN ACCOUNT NUMBER | INVOICE NUMBER | STATEMENT DATE | CURRENT PRINCIPAL BALANCE | CURRENT ESCROW BALANCE | CURRENT RATE | MATURITY DATE |
|---|---|---|---|---|---|---|
| 0904174943-00026 | 0610783429 | 09/25/06 | 1,490,000.00 | 0.00 | 7.75000 | 09/30/06 |

### TRANSACTION SUMMARY

| DATE PROCESSED | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 09/21/06 | 09/21/06 | CURTAILMENT PMT | 7,338.39- | 0.00 | 0.00 | 0.00 | 7,338.3 |
| 09/22/06 | 09/22/06 | ADVANCE PRINC | 45,000.00 | 0.00 | 0.00 | 0.00 | 45,000.0 |
|  | 08/31/06 | PRIOR PERIOD INT ADJ | 0.00 | 18.73 | 0.00 | 0.00 | 18.7 |

This is your final bill. The interest due amount will be deducted from your account by BillPayer 2000 on the due date. Please remit any other amounts due - Principal, Fees, and/or Escrow - to the remittance address above or contact your commercial loan officer for renewal options.

| PREVIOUS PAYMENT DUE | PAYMENTS | CURRENT PRINCIPAL DUE | CURRENT INTEREST DUE | CURRENT ESCROW DUE | CURRENT FEES DUE | TOTAL PAYMENT DUE |
|---|---|---|---|---|---|---|
| 1,255,624.88 | 1,772,963.27 | 1,490,000.00 | 8,880.64 | 0.00 | 0.00 | 1,498,880.6 |

you have any questions about your commercial account, please contact your Commercial Loan officer.

"Working Hard To Be The Only Bank You'll Ever Need."®