# TOLEDO MACK SALES SERVICE INC.
## LUCAS COUNTY REAL ESTATE VALUE INFORMATION

| Parcel No. | 2005 - Total 100% Value | 2006 - Total 100% Value |
|---|---|---|
| 02-17841 | $ 2,900.00 | $ 3,400.00 |
| 02-17844 | $ 2,900.00 | $ 3,400.00 |
| 02-17847 | $ 2,900.00 | $ 3,200.00 |
| 02-17851 | $ 2,900.00 | $ 3,400.00 |
| 02-17854 | $ 2,900.00 | $ 3,500.00 |
| 02-17857 | $ 2,900.00 | $ 2,900.00 |
| 02-17861 | $ 2,900.00 | $ 3,300.00 |
| 02-17864 | $ 2,900.00 | $ 3,200.00 |
| 02-17867 | $ 2,900.00 | $ 3,300.00 |
| 02-18527 | $ 4,000.00 | $ 3,600.00 |
| 02-18531 | $ 4,000.00 | $ 3,700.00 |
| 02-18534 | $ 3,600.00 | $ 3,200.00 |
| 02-18537 | $ 3,600.00 | $ 3,300.00 |
| 02-18541 | $ 3,700.00 | $ 3,400.00 |
| 02-18544 | $ 4,600.00 | $ 3,400.00 |
| 02-18547 | $ 4,600.00 | $ 3,800.00 |
| 02-18551 | $ 4,600.00 | $ 3,600.00 |
| 02-18554 | $ 211,100.00 | $ 207,200.00 |
|  | $ 269,900.00 | $ 264,800.00 |

SLK_TOL-#1142323v1



 

# Lucas County GIS Internet Report

### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-17841   Assessor No.: 08-135-007.   Class-Use: C-54   Map No.:
Split/Combine:

| | | |
|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | |
| Property Owner: | TOLEDO MACK SALES & SERVIC E INC | |
| Property Address: | 2147 GENESEE ST<br>TOLEDO    OH    43605 | Last Changed: 03/24/2000 |
| Mailing Address: | TOLEDO MACK SALES & SERV<br>2124 FRONT ST.<br>TOLEDO    OH    43605 | Last Changed: 03/24/2000 |
| Loan Company: | P557   Name:   TOLEDO MACK SALES & SERVICE INC | |

Legal Description
BIRMINGHAM LOT 543

## VALUES

Last Value Change: 11/19/2003          Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C-00 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C-00 | 10/28/1997 |
| 840 | 0 | 840 | 2000 | CHGUSE | C-54 | 03/24/2000 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C-54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C-54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: C -54   Land: 1,020   Impr.: 0   Total: 1,020

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 38.18 | 38.18 |
| Tax Due | 77.34 | 77.34 |
| Collected | 77.34 | 77.34 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-17844    Assessor No.: 08-135-008.    Class-Use: C -54    Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVIC E INC | | | |
| Property Address: | 2143 GENESEE ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 03/24/2000 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 03/24/2000 |
| Loan Company: | P557    Name: TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 544**

## VALUES
Last Value Change: 11/19/2003                Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 840 | 0 | 840 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

| Class/Landuse: | C -54 | Land: | 1,020 | Impr.: | 0 | Total: | 1,020 |

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 38.18 | 38.18 |
| Tax Due | 77.34 | 77.34 |
| Collected | 77.34 | 77.34 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-17847**   Assessor No.: **08-135-009.**   Class-Use: **C -54**   Map No.:
Split/Combine:

| | |
|---|---|
| Taxing District: | **TOLEDO CITY - TOLEDO CSD** |
| Property Owner: | **TOLEDO MACK SALES & SERVIC E INC** |
| Property Address: | **2141 GENESEE ST** |
| | **TOLEDO          OH          43605**    Last Changed: 03/24/2000 |
| Mailing Address: | **TOLEDO MACK SALES & SERV** |
| | **2124 FRONT ST** |
| | **TOLEDO          OH          43605**    Last Changed: 03/24/2000 |
| Loan Company: | **P557**   Name: **TOLEDO MACK SALES & SERVICE INC** |

Legal Description
**BIRMINGHAM LOT 545**

## VALUES
Last Value Change:   11/19/2003                                   Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 840 | 0 | 840 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**                2005

Class/Landuse:       C -54        Land:      1,020      Impr.:        0       Total:        1,020

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 38.18 | 38.18 |
| Tax Due | 77.34 | 77.34 |
| Collected | 77.34 | 77.34 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-17851**   Assessor No.: **08-135-010.**   Class-Use: **C -54**   Map No.:
Split/Combine:

| | | | |
|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | |
| Property Address: | 2137 GENESEE ST | | |
| | TOLEDO    OH    43605 | Last Changed: | 06/09/1999 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | |
| | 2124 FRONT ST | | |
| | TOLEDO    OH    43605 | Last Changed: | 06/09/1999 |
| Loan Company: | P557   Name:   TOLEDO MACK SALES & SERVICE INC | | |

Legal Description
**BIRMINGHAM LOT 546**

## VALUES
Last Value Change:   11/19/2003                                    Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**           2005

Class/Landuse:      C -54       Land:      1,020      Impr.:      0      Total:      1,020

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 38.18 | 38.18 |
| Tax Due | 77.34 | 77.34 |
| Collected | 77.34 | 77.34 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-17854   Assessor No.: 08-135-011.   Class-Use: C -54   Map No.:
Split/Combine:

| | |
|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC |
| Property Address: | 2135 GENESEE ST |
| | TOLEDO   OH   43605   Last Changed: 05/23/1995 |
| Mailing Address: | TOLEDO MACK SALES & SERV |
| | 2124 FRONT ST |
| | TOLEDO   OH   43605   Last Changed: 05/23/1995 |
| Loan Company: | P557   Name:   TOLEDO MACK SALES & SERVICE INC |

Legal Description
**BIRMINGHAM LOT 547**

## VALUES
Last Value Change: 11/19/2003                                   Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: C -54    Land: 1,020    Impr.: 0    Total: 1,020

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 33.30 | 33.30 |
| Tax Due | 72.46 | 72.46 |
| Collected | 72.46 | 72.46 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-17857   Assessor No.: 08-135-012.   Class-Use: C -54   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | | |
| Property Address: | 2131 GENESEE ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Loan Company: | P557    Name:    TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 548**

## VALUES
Last Value Change: 11/19/2003        Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**        2005

| Class/Landuse: | C -54 | Land: | 1,020 | Impr.: | 0 | Total: | 1,020 |

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 33.30 | 33.30 |
| Tax Due | 72.46 | 72.46 |
| Collected | 72.46 | 72.46 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-17861**   Assessor No.: **08-135-013.**   Class-Use: **C -54**   Map No.:
Split/Combine:

Taxing District: **TOLEDO CITY - TOLEDO CSD**
Property Owner: **TOLEDO MACK SALES & SERVICE INC**
Property Address: **2129 GENESEE ST**
**TOLEDO**   **OH**   **43605**   Last Changed: **06/09/1999**

Mailing Address: **TOLEDO MACK SALES & SERVICE INC**
**2124 FRONT ST**
**TOLEDO**   **OH**   **43605**   Last Changed: **06/09/1999**

Loan Company: **P557**   Name: **TOLEDO MACK SALES & SERVICE INC**

Legal Description
**BIRMINGHAM LOT 549**

## VALUES
Last Value Change: **11/19/2003**   Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**     2005

| Class/Landuse: | C -54 | Land: | 1,020 | Impr.: | 0 | Total: | 1,020 |

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 33.30 | 33.30 |
| Tax Due | 72.46 | 72.46 |
| Collected | 72.46 | 72.46 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-17864   Assessor No.: 08-135-014.   Class-Use: C -54   Map No.:
Split/Combine:

| | | | |
|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | |
| Property Address: | 2125 GENESEE ST | | |
| | TOLEDO   OH   43605 | Last Changed: | 06/09/1999 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | |
| | 2124 FRONT ST | | |
| | TOLEDO   OH   43605 | Last Changed: | 06/09/1999 |
| Loan Company: | P557   Name:   TOLEDO MACK SALES & SERVICE INC | | |

Legal Description
**BIRMINGHAM LOT 550**

## VALUES

Last Value Change: 11/19/2003                                    Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

## TAX INFORMATION TAX YEAR: 2005

Class/Landuse: C -54    Land: 1,020    Impr.: 0    Total: 1,020

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 33.30 | 33.30 |
| Tax Due | 72.46 | 72.46 |
| Collected | 72.46 | 72.46 |
| Remaining Unpaid | 0.00 | 0.00 |

## ATTRIBUTES

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.:  02-17867   Assessor No.:  08-135-015.   Class-Use:  C -54   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVIC E INC | | | |
| Property Address: | 2123 GENESEE ST<br>TOLEDO | OH | 43605 | Last Changed: 03/24/2000 |
| Mailing Address: | TOLEDO MACK SALES & SERV<br>2124 FRONT ST<br>TOLEDO | OH | 43605 | Last Changed: 03/24/2000 |
| Loan Company: | P557  Name:  TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 551**

## VALUES
Last Value Change:  11/19/2003                                    Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,020 | 2,900 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,020 | 2,900 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 840 | 0 | 840 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 840 | 0 | 840 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 840 | 0 | 840 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,020 | 0 | 1,020 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,020 | 0 | 1,020 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

| | | | | | |
|---|---|---|---|---|---|
| Class/Landuse: | C -54 | Land: 1,020 | Impr.: 0 | Total: | 1,020 |

| | 1st Half | 2nd Half |
|---|---|---|
| Net General | 39.16 | 39.16 |
| Net Specials | 35.93 | 35.93 |
| Tax Due | 75.09 | 75.09 |
| Collected | 75.09 | 75.09 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |