


# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-18527**  Assessor No.: **08-135-038.**  Class-Use: **C -54**  Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVIC E INC | | | |
| Property Address: | 2148 FRONT ST | | | |
| | TOLEDO | OH  43605 | Last Changed: | 03/24/2000 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH  43605 | Last Changed: | 03/24/2000 |
| Loan Company: | P557  Name:  TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 743 EXC PT IN RD**

## VALUES
Last Value Change: 11/19/2003                                Rollback Flag:

|  | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,400 | 4,000 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,400 | 4,000 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,160 | 0 | 1,160 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 1,160 | 0 | 1,160 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 1,160 | 0 | 1,160 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,400 | 0 | 1,400 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,400 | 0 | 1,400 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: C -54    Land: 1,400    Impr.: 0    Total: 1,400

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 53.76 | 53.76 |
| Net Specials | 33.36 | 33.36 |
| Tax Due | 87.12 | 87.12 |
| Collected | 87.12 | 87.12 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-18531**   Assessor No.: **08-135-037.**   Class-Use: **C -54**   Map No.:
Split/Combine:

| | | |
|---|---|---|
| Taxing District: | **TOLEDO CITY - TOLEDO CSD** | |
| Property Owner: | **TOLEDO MACK SALES & SERVIC E INC** | |
| Property Address: | **2144 FRONT ST** | |
| | **TOLEDO            OH           43605** | Last Changed:   03/24/2000 |
| Mailing Address: | **TOLEDO MACK SALES & SERV** | |
| | **2124 FRONT ST** | |
| | **TOLEDO            OH           43605** | Last Changed:   03/24/2000 |
| Loan Company: | **P557**   Name:   **TOLEDO MACK SALES & SERVICE INC** | |

Legal Description
**BIRMINGHAM LOT 744 EXC PT IN RD**

## VALUES
Last Value Change:   11/19/2003                                    Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,400 | 4,000 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,400 | 4,000 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,160 | 0 | 1,160 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 1,160 | 0 | 1,160 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 1,160 | 0 | 1,160 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,400 | 0 | 1,400 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,400 | 0 | 1,400 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

| Class/Landuse: | C -54 | Land: | 1,400 | Impr.: | 0 | Total: | 1,400 |

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 53.76 | 53.76 |
| Net Specials | 33.36 | 33.36 |
| Tax Due | 87.12 | 87.12 |
| Collected | 87.12 | 87.12 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |

 

# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-18534    Assessor No.: 08-135-036.    Class-Use: C -54    Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | **TOLEDO CITY - TOLEDO CSD** | | | |
| Property Owner: | **TOLEDO MACK SALES & SERVIC E INC** | | | |
| Property Address: | **2142 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed: 03/24/2000 |
| Mailing Address: | **TOLEDO MACK SALES & SERV** | | | |
| | **2124 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed: 03/24/2000 |
| Loan Company: | **P557**    Name:   **TOLEDO MACK SALES & SERVICE INC** | | | |

Legal Description
**BIRMINGHAM LOT 745 EXC PT IN RD**

## VALUES

Last Value Change: 11/19/2003                             Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,260 | 3,600 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,260 | 3,600 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,050 | 0 | 1,050 | 1994 | 1994 REVAL | C -00 | 12/01/1994 |
| 1,050 | 0 | 1,050 | 1997 | TRI-UPDATE | C -00 | 10/28/1997 |
| 1,050 | 0 | 1,050 | 2000 | CHGUSE | C -54 | 03/24/2000 |
| 1,260 | 0 | 1,260 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,260 | 0 | 1,260 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: **C -54**   Land: **1,260**   Impr.: **0**   Total: **1,260**

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 48.38 | 48.38 |
| Net Specials | 33.34 | 33.34 |
| Tax Due | 81.72 | 81.72 |
| Collected | 81.72 | 81.72 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |

 

# Lucas County GIS Internet Report

### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-18537**    Assessor No.: **08-135-035.**    Class-Use: **C -54**    Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | | |
| Property Address: | 2138 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Loan Company: | P557    Name: TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 746 EXC PT IN RD**

## VALUES

Last Value Change:   11/19/2003                                      Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,260 | 3,600 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,260 | 3,600 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,050 | 0 | 1,050 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 1,050 | 0 | 1,050 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,260 | 0 | 1,260 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,260 | 0 | 1,260 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**      2005

| Class/Landuse: | C -54 | Land: | 1,260 | Impr.: | 0 | Total: | 1,260 |

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 48.38 | 48.38 |
| Net Specials | 33.34 | 33.34 |
| Tax Due | 81.72 | 81.72 |
| Collected | 81.72 | 81.72 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |

 

# Lucas County GIS Internet Report

## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-18541   Assessor No.: 08-135-034.   Class-Use: C-54   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | | |
| Property Address: | 2136 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 06/09/1999 |
| Loan Company: | P557   Name: | TOLEDO MACK SALES & SERVICE INC | | |

Legal Description
BIRMINGHAM LOT 747 EXC PT IN RD

## VALUES
Last Value Change: 11/19/2003                                   Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,300 | 3,700 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,300 | 3,700 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,090 | 0 | 1,090 | 1994 | 1994 REVAL | C-54 | 12/01/1994 |
| 1,090 | 0 | 1,090 | 1997 | TRI-UPDATE | C-54 | 10/28/1997 |
| 1,300 | 0 | 1,300 | 2000 | 2000 REVAL | C-54 | 10/24/2000 |
| 1,300 | 0 | 1,300 | 2003 | TRI-UPDATE | C-54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: C -54   Land: 1,300   Impr.: 0   Total: 1,300

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 49.91 | 49.91 |
| Net Specials | 33.34 | 33.34 |
| Tax Due | 83.25 | 83.25 |
| Collected | 83.25 | 83.25 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-18544   Assessor No.: 08-135-033.   Class-Use: C -54   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVIC E INC | | | |
| Property Address: | 2132 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 12/01/1995 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 12/01/1995 |
| Loan Company: | P557   Name: TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 748 EXC PT IN RD**

## VALUES
Last Value Change: 11/19/2003                                    Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,610 | 4,600 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,610 | 4,600 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,330 | 0 | 1,330 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 1,330 | 0 | 1,330 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,610 | 0 | 1,610 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,610 | 0 | 1,610 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**          2005

Class/Landuse:       C -54        Land:   1,610      Impr.:        0      Total:      1,610

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 61.82 | 61.82 |
| Net Specials | 33.38 | 33.38 |
| Tax Due | 95.20 | 95.20 |
| Collected | 95.20 | 95.20 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division

Parcel No.:  **02-18547**   Assessor No.:  **08-135-032.**   Class-Use:  **C -54**   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | **TOLEDO CITY - TOLEDO CSD** | | | |
| Property Owner: | **TOLEDO MACK SALES & SERVIC E INC** | | | |
| Property Address: | **2130 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed:  **06/09/1999** |
| Mailing Address: | **TOLEDO MACK SALES & SERV** | | | |
| | **2124 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed:  **06/09/1999** |
| Loan Company: | **P557**   Name:   **TOLEDO MACK SALES & SERVICE INC** | | | |

Legal Description
**BIRMINGHAM LOT 749**

## VALUES
Last Value Change:  **11/19/2003**                                            Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,610 | 4,600 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,610 | 4,600 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,330 | 0 | 1,330 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 1,330 | 0 | 1,330 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,610 | 0 | 1,610 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,610 | 0 | 1,610 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:**          2005

Class/Landuse:     C -54      Land:    1,610     Impr.:    0     Total:    1,610

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 61.82 | 61.82 |
| Net Specials | 33.38 | 33.38 |
| Tax Due | 95.20 | 95.20 |
| Collected | 95.20 | 95.20 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: **02-18551**  Assessor No.: **08-135-031.**  Class-Use: **C -54**  Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | **TOLEDO CITY - TOLEDO CSD** | | | |
| Property Owner: | **TOLEDO MACK SALES & SERVICE INC** | | | |
| Property Address: | **2126 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed: 06/09/1999 |
| Mailing Address: | **TOLEDO MACK SALES & SERV** | | | |
| | **2124 FRONT ST** | | | |
| | **TOLEDO** | **OH** | **43605** | Last Changed: 06/09/1999 |
| Loan Company: | **P557** Name: **TOLEDO MACK SALES & SERVICE INC** | | | |

Legal Description
**BIRMINGHAM LOT 750**

## VALUES

Last Value Change: **11/19/2003**                                   Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,610 | 4,600 | 0 | 0 |
| Impr. Value | 0 | 0 | 0 | 0 |
| Total Value | 1,610 | 4,600 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,330 | 0 | 1,330 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 1,330 | 0 | 1,330 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,610 | 0 | 1,610 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,610 | 0 | 1,610 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

## TAX INFORMATION TAX YEAR: 2005

Class/Landuse: C -54   Land: 1,610   Impr.: 0   Total: 1,610

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 61.82 | 61.82 |
| Net Specials | 33.38 | 33.38 |
| Tax Due | 95.20 | 95.20 |
| Collected | 95.20 | 95.20 |
| Remaining Unpaid | 0.00 | 0.00 |

## ATTRIBUTES

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | VACANT |
| Neighborhood: | 1003 | Primary Structure Year Built: | 0 |
| State Class: | COMcarsals | Primary Structure Type: | VACANT |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | USE COST | Total Acres: | |
| Total Gross Bldg. Area: | 0 | | |




# Lucas County GIS Internet Report

### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division

Parcel No.: 02-18554   Assessor No.: 08-135-030.   Class-Use: C -54   Map No.:
Split/Combine:

| | | | | |
|---|---|---|---|---|
| Taxing District: | TOLEDO CITY - TOLEDO CSD | | | |
| Property Owner: | TOLEDO MACK SALES & SERVICE INC | | | |
| Property Address: | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 12/01/1995 |
| Mailing Address: | TOLEDO MACK SALES & SERV | | | |
| | 2124 FRONT ST | | | |
| | TOLEDO | OH | 43605 | Last Changed: 12/01/1995 |
| Loan Company: | P557   Name:   TOLEDO MACK SALES & SERVICE INC | | | |

Legal Description
**BIRMINGHAM LOT 751**

## VALUES
Last Value Change: 11/19/2003                               Rollback Flag:

| | 35% Values | 100% Values | 35% Roll | 100% Roll |
|---|---|---|---|---|
| Land Value | 1,610 | 4,600 | 0 | 0 |
| Impr. Value | 72,280 | 206,500 | 0 | 0 |
| Total Value | 73,890 | 211,100 | 0 | 0 |

## VALUE HISTORY

| 35% Land | 35% Impr. | 35% Total | Year | Reason | Class | Change Date |
|---|---|---|---|---|---|---|
| 1,330 | 72,280 | 73,610 | 1994 | 1994 REVAL | C -54 | 12/01/1994 |
| 1,330 | 72,280 | 73,610 | 1997 | TRI-UPDATE | C -54 | 10/28/1997 |
| 1,610 | 72,280 | 73,890 | 2000 | 2000 REVAL | C -54 | 10/24/2000 |
| 1,610 | 72,280 | 73,890 | 2003 | TRI-UPDATE | C -54 | 11/19/2003 |

**TAX INFORMATION TAX YEAR:** 2005

Class/Landuse: C -54  Land: 1,610  Impr.: 72,280  Total: 73,890

|  | 1st Half | 2nd Half |
|---|---|---|
| Net General | 2,837.29 | 2,837.29 |
| Net Specials | 43.32 | 43.32 |
| Tax Due | 2,880.61 | 2,880.61 |
| Collected | 2,880.61 | 2,880.61 |
| Remaining Unpaid | 0.00 | 0.00 |

**ATTRIBUTES**

| | | | |
|---|---|---|---|
| Date Extracted: | 1/22/2004 | Primary Structure Grade: | AUTO SERVICE GARAGE |
| Neighborhood: | 1003 | Primary Structure Year Built: | 1925 |
| State Class: | COMcarsals | Primary Structure Type: | AUTO SERVICE GARAGE |
| Property Type: | Com Ret | Total Living Units: | 0 |
| Max Rec. No.: | 0 | | |
| Value Flag: | MAN OVRIDE | Total Acres: | |
| Total Gross Bldg. Area: | 17464 | | |

 

# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-007.0**   Parcel: **02-17841**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2147 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3588 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,400 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,400 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-008.0**    Parcel: **02-17844**    Nbhd No: **1004**    Class/Landuse: **C-54**

Address: **2143 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3682 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,400 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,400 | **Previous Total:** | **$2,900** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**