


# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

**Assessor No:** 08-135-009.0    **Parcel:** 02-17847    **Nbhd No:** 1004    **Class/Landuse:** C-54

**Address:** 2141 GENESEE ST

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3445 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,200 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,200 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-010.0**   Parcel: **02-17851**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2137 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3601 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,400 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,400 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

http://www.co.lucas.oh.us/revalapp/Report.asp?Assessor=08135010&Parcel=0217851&SubPar=0   10/25/2006

 

# Lucas County GIS Reval Commercial Parcel Report
**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

**Assessor No:** 08-135-011.0  **Parcel:** 02-17854  **Nbhd No:** 1004  **Class/Landuse:** C-54

**Address:** 2135 GENESEE ST

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3690 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,500 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,500 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**




# Lucas County GIS Reval Commercial Parcel Report
### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-012.0**   Parcel: **02-17857**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2131 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3216 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $2,900 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| **Current Total:** | **$2,900** | **Previous Total:** | **$2,900** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**




# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-013.0**    Parcel: **02-17861**    Nbhd No: **1004**    Class/Landuse: **C-54**

Address: **2129 GENESEE ST**

## General Information

| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3605 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| Current Land: | $3,300 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,300 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-014.0**   Parcel: **02-17864**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2125 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3474 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,200 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,200 | **Previous Total:** | **$2,900** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**




# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-015.0**  Parcel: **02-17867**  Nbhd No: **1004**  Class/Landuse: **C-54**

Address: **2123 GENESEE ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3585 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,300 | Previous Land: | $2,900 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,300 | Previous Total: | $2,900 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-038.0**   Parcel: **02-18527**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2148 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3818 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,600 | Previous Land: | $4,000 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,600 | Previous Total: | $4,000 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-037.0**   Parcel: **02-18531**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2144 FRONT ST**

### General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3958 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

### Values

| | | | |
|---|---|---|---|
| Current Land: | $3,700 | Previous Land: | $4,000 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,700 | Previous Total: | $4,000 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-036.0**   Parcel: **02-18534**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2142 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3773 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,200 | Previous Land: | $3,600 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,200 | Previous Total: | $3,600 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-035.0**   Parcel: **02-18537**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2138 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3948 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,300 | Previous Land: | $3,600 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,300 | Previous Total: | $3,600 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**




# Lucas County GIS Reval Commercial Parcel Report

**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-034.0**   Parcel: **02-18541**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2136 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 4059 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,400 | Previous Land: | $3,700 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,400 | **Previous Total:** | **$3,700** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
**Larry A. Kaczala, Lucas County Auditor**
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-033.0**   Parcel: **02-18544**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2132 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3691 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,400 | Previous Land: | $4,600 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,400 | **Previous Total:** | **$4,600** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
### Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-032.0**     Parcel: **02-18547**     Nbhd No: **1004**     Class/Landuse: **C-54**

Address: **2130 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 4170 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,800 | Previous Land: | $4,600 |
| Current Building: | $0 | Previous Building: | $0 |
| Current Total: | $3,800 | **Previous Total:** | **$4,600** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**

 

# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-031.0**   Parcel: **02-18551**   Nbhd No: **1004**   Class/Landuse: **C-54**

Address: **2126 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 0 | Lot Size: | 3926 |
| Living Units: | 0 | No. Of Bldgs.: | 0 |
| Year Blt.: | 0 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,600 | Previous Land: | $4,600 |
| Current Building: | $0 | Previous Building: | $0 |
| **Current Total:** | **$3,600** | **Previous Total:** | **$4,600** |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**




# Lucas County GIS Reval Commercial Parcel Report
## Larry A. Kaczala, Lucas County Auditor
### Jerome C. German, Director of Real Estate Division
For more information, contact us at: http://www.co.lucas.oh.us/Real_Estate

Assessor No: **08-135-030.0**    Parcel: **02-18554**    Nbhd No: **1004**    Class/Landuse: **C-54**

Address: **2124 FRONT ST**

## General Information

| | | | |
|---|---|---|---|
| Neighborhood No.: | 1004 | Property Type: | Retail |
| Above Ground GBA: | 17464 | Lot Size: | 4069 |
| Living Units: | 0 | No. Of Bldgs.: | 3 |
| Year Blt.: | 1925 | | |

## Values

| | | | |
|---|---|---|---|
| Current Land: | $3,700 | Previous Land: | $4,600 |
| Current Building: | $203,500 | Previous Building: | $206,500 |
| Current Total: | $207,200 | Previous Total: | $211,100 |

This document was printed from an unsecured copy of the records of the Lucas County Auditor.
**THIS DOCUMENT IS NOT AN OFFICIAL RECORD OF THE AUDITOR'S OFFICE.**