1    IN RE:

2

3    DAN LOUNSBERY, 8/17/89    :

4                                       :        COPY

5            And                        :

6                                       :

7    DAVE YEAGER                        :

8                    RE:  Pozzo Mack

9                     -    -    -

10

11

12

13

14        Transcription of audiotape,

15    transcribed on April 26, 2004 by Lisa M.

16    Dove, Professional Shorthand Reporter and

17    Notary Public.

18                     -    -    -

19

20

21

22        ESQUIRE DEPOSITION SERVICES

         1880 John F. Kennedy Boulevard

23               15th Floor

         Philadelphia, Pennsylvania 19103

24            (215) 988-9191

EXHIBIT
P-723

1          MR. LOUNSBERY:  -- assigned

2   territory that Mr. Mills has been

3   dropping in.

4          MR. YEAGER:  Oh, yeah.

5          MR. LOUNSBERY:  Yeah, and,

6   you know, like the way we operate here

7   is, you know, we like to protect our

8   backyard the best we can.

9          MR. YEAGER:  Uh-huh.

10          MR. LOUNSBERY:  And, you

11   know, we likewise expect other Mack

12   dealers to do the same, and, you know, I

13   don't --  I don't want a bad situation

14   for either one of us.

15          MR. YEAGER:  But --

16          MR. LOUNSBERY:  What I'm

17   basically saying is that, you know, we

18   need to keep Mills out of -- let's see

19   here.  Barry and Cass and Saint Joe

20   counties, and Lower Van Buren in the

21   southeast corner of Kalamazoo.

22          MR. YEAGER:  What's your

23   position up there?

24          MR. LOUNSBERY:  Parts

1   manager.

2                    MR. YEAGER:   Parts manager.

3   What's your name again?

4                    MR. LOUNSBERY:   Dan

5   Lounsbery, L-O-U-N-S-B-E-R-Y.

6                    MR. YEAGER:   Okay.   And

7   you're working for who again?

8                    MR. LOUNSBERY:   Pozzo,

9   P-O-Z-Z-O.

10                   MR. YEAGER:   Okay.   Got it

11  in perspective here a little bit.

12                   MR. LOUNSBERY:   Right.

13                   MR. YEAGER:   Dan, that's

14  hard to do.   We do sell parts and trucks

15  and things all over, and that's part of

16  the system.   I know a lot of Mack

17  dealers, you know, like to get together

18  and conspire to stay out of each other's

19  territories and that kind of thing,

20  but --

21                   MR. LOUNSBERY:   Yeah,

22  because well, with the exception of

23  yourself, you know, we -- everybody else

24  is under the, you know, the understanding

4

1    that, you know, well if somebody in my

2    territory wants to buy from you, you

3    know, it's strictly over the telephone by

4    a commercial carrier. There's no actual

5    physical representations as far as

6    company personnel or vehicle. I mean,

7    you know, if they want to use your 800

8    number and call you for your prices and

9    your prepaid shipping, that's fine. But,

10   you know, as far as actually having a

11   vehicle and a person come into the

12   territory, that's a no-no.

13           MR. YEAGER: Well, see

14   that's -- you know, the dealers that kind

15   of have relationships with some of the

16   upper echelon there at Mack at the

17   district levels and so on and so forth,

18   they can get just about as big a

19   territory as they want, you know, and

20   they gobble up all the real estate and

21   they want everybody to stay out of it.

22           MR. LOUNSBERY: Well, you

23   know, I'm not familiar with that higher

24   echelon yet. I've only been parts

1    manager here for six months.  But, you

2    know, I do know that Mr. Mills putting a

3    dent in what rightfully should be ours.

4    And by the way when we do sell to

5    somebody outside of our district, except

6    for, you know, the items you basically

7    have to give away like filter kits,

8    engine -- you know your basic end frame

9    with the popular stuff, everything goes

10   out of here at B code if it's out of our

11   territory, and that's strictly done over

12   the telephone by a commercial carrier.

13   And, you know, I was just calling to

14   request that you do the same.

15            MR. YEAGER:  I see.  Well,

16   whose the manager down there at the place

17   that you work at?

18            MR. LOUNSBERY:  Bob Neitzel,

19   N-E-I-T-Z-E-L.

20            MR. YEAGER:  He's the what,

21   general manager?

22            MR. LOUNSBERY:  He's the

23   branch manager.  Yes, sir.

24            MR. YEAGER:  But Pozzo owns

1    it, right?

2            MR. LOUNSBERY: Well, right,

3    uh-huh. We're an associate dealer of the

4    Gary store, correct.

5            MR. YEAGER: Okay. How did

6    you come by calling me then?

7            MR. LOUNSBERY: Well, I just

8    figured that you would be the one to talk

9    to. You are the parts manager.

10           MR. YEAGER: Well --

11           MR. LOUNSBERY: You're very

12   familiar with what Mills' got going on.

13   And, you know, I don't like to pull the

14   plug on anybody. I think the world of

15   Mr. Mills. I used to work with him in

16   Kalamazoo.

17           MR. YEAGER: Uh-huh.

18   Well --

19           MR. LOUNSBERY: But, you

20   know, we are not asking for him to leave

21   that much alone. I mean there's only,

22   well, three full counties and half of --

23   well, half of one and maybe a quarter of

24   another.

1              MR. YEAGER:  Uh-huh.

2              MR. LOUNSBERY:  Which is a

3    very southeastern part of the state

4    here --southwestern, excuse me.

5              MR. YEAGER:  What about the

6    Mack dealers on the other sides of you?

7              MR. LOUNSBERY:  Oh, geez.

8    Didn't you get the report on annual

9    purchases from Ray Page?  Grand Rapids is

10   a joke.

11             MR. YEAGER:  Uh-huh.  I see.

12   I see.  They're not doing that well up

13   there?

14             MR. LOUNSBERY:  Oh, Jesus

15   Christ.  I mean, you know, I looked at

16   their '88 purchases and I was just

17   dumbfounded.

18             MR. YEAGER:  What's the

19   problem?

20             MR. LOUNSBERY:  It was

21   probably one quarter of what I thought it

22   would be.

23             MR. YEAGER:  What's the

24   problem?

8

1          MR. LOUNSBERY:  I have no

2   idea.  Probably just lack of personnel.

3   I mean the Mack system isn't all that

4   easy for a lot of people to grab ahold

5   of.

6          MR. YEAGER:  Well, do you

7   get up into their territory?

8          MR. LOUNSBERY:  No, sir.

9   Certainly don't.  I told you, we just --

10  we operate within our own.  Anything we

11  do out of our territory is over the phone

12  and it's B code pricing.  It goes by

13  commercial carrier.

14         MR. YEAGER:  And you don't

15  have any Mack dealers on the other side

16  of you coming in?

17         MR. LOUNSBERY:  No, sir.

18  We've already -- we straightened clients

19  out.  We've got an understanding which

20  I've already explained to you.

21         MR. YEAGER:  Who do you talk

22  to down there?

23         MR. LOUNSBERY:  Well, as a

24  matter of fact, that was done with Bob

1    and our outside salesman, Dan Arbuckle.

2    I have no idea who they spoke with but, I

3    would assume it was the parts manager

4    down there.

5                    MR. YEAGER:  They agreed?

6                    MR. LOUNSBERY:  There is a

7    firm understanding and they are honoring

8    it.

9                    MR. YEAGER:  To stay out of

10   each other's territory?

11                   MR. LOUNSBERY:  Correct.

12                   MR. YEAGER:  I see.  Well,

13   now they're down in Fort Wayne, too,

14   aren't they?

15                   MR. LOUNSBERY:  Right,

16   uh-huh.  And I mean, like, you know, if

17   Waste Management in Fort Wayne calls up

18   here, hey, we'll accommodate them, but

19   it's going to be at B code and it's going

20   to be, you know, by a commercial carrier.

21                   MR. YEAGER:  Even though

22   they're on D around the country or what?

23                   MR. LOUNSBERY:

24   Unfortunately, in that particular

1    circumstance, that's -- that's what we

2    said we had do and we're living by it.

3    We're trying to discourage them from

4    buying here.

5                    MR. YEAGER:  Do they do the

6    same thing for you guys, then?

7                    MR. LOUNSBERY:  Yes, sir.

8    They sure do.

9                    MR. YEAGER:  I see.  Well,

10   I'll talk to our peoples and see what,

11   you know, what we -- I don't really know

12   what to tell you, though, Dan.

13                   MR. LOUNSBERY:  Well, you

14   know, because I don't want to see the

15   situation go any further than it has

16   right now.

17                   MR. YEAGER:  What's Mack's

18   input into this?

19                   MR. LOUNSBERY:  I don't

20   know.  Why don't you talk to Ray Page and

21   find out?  He's a real wealth of

22   information.

23                   MR. YEAGER:  Yeah.  Well,

24   what is his feelings?

1              MR. LOUNSBERY:  Mack Trucks

2   Incorporated believes an assigned

3   territory is an assigned territory and it

4   should be respected.

5              MR. YEAGER:  Well, does Ray

6   Page help police that?  I mean, how do

7   you know that you don't say, well, you

8   know.

9              MR. LOUNSBERY:  Well, get a

10  hold of Ray.  Yeah, because, you know, to

11  tell you the truth, Dave, I've got two

12  other dealerships that are ready to unite

13  with me and put you out of business as

14  far as the State of Michigan, and, you

15  know, this surrounding area goes.  And I

16  don't want that to happen.  It's not good

17  for you and it's not good for us.

18              MR. YEAGER:  Well, that's

19  got to be Wiggin and D and H, don't it?

20              MR. LOUNSBERY:  Well, I'm

21  not going to mention any names, but the

22  blueprint's on the drawing board, Bud.

23  And, you know, if you people want to make

24  a living at all, you're going to have to

1    start respecting territory.

2              MR. YEAGER:  What would Mack

3    have to stay about that if you guys --

4              MR. LOUNSBERY:  They would

5    probably agree with all three of us.

6              MR. YEAGER:  You guys

7    already get together and worked that out?

8              MR. LOUNSBERY:  Hey, now,

9    I'm not going to go into any specifics.

10             MR. YEAGER:  Well, I just --

11             MR. LOUNSBERY:  I'm just

12   making this phone call, because I don't

13   want it to happen because we got a nice

14   little thing here that's come a long ways

15   in a short time and nobody needs any

16   headaches.

17             MR. YEAGER:  Yeah.

18             MR. LOUNSBERY:  You

19   understand what I'm saying?

20             MR. YEAGER:  Yeah, I do.

21             MR. LOUNSBERY:  Okay.  Well,

22   give Ray Page a call and get a

23   confirmation that territorial respect is

24   where it's at.

1          MR. YEAGER: Did you talk to

2    him about this situation, Dan?

3          MR. LOUNSBERY: Yes, sir, we

4    have.

5          MR. YEAGER: I see. Is he

6    aware of these other guys, too?

7          MR. LOUNSBERY: Well, if he

8    is, I don't know about it, but I'm just

9    telling you the blueprint's on the

10   drawing board and if things don't change,

11   it's going to go forward.

12         MR. YEAGER: Okay. I'll try

13   to get ahold of Ray. He's not down

14   there, is he?

15         MR. LOUNSBERY: No, sir.

16   No, he was in Chicago yesterday.

17         MR. YEAGER: I see.

18         MR. LOUNSBERY: So you might

19   be able to reach him at the office.

20         MR. YEAGER: Okay. I'll

21   give him a holler down -- well, I'll get

22   the number. I'll give him a call.

23         MR. LOUNSBERY: Okay.

24         MR. YEAGER: Thanks, Dan.

1          MR. LOUNSBERY:  You bet.

2          MR. YEAGER:  Bye.

3          MR. LOUNSBERY:  Bye-bye.

4                -  -  -

5   Today's date is August 17, 1989.  It is

6   now 11:03 a.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# C E R T I F I C A T E

I hereby certify that the proceedings and evidence noted are contained fully and accurately in the notes taken by me from the audiotape of the above matter, and that this is a correct transcript of the same.

_____

LISA M. DOVE

April 26, 2004

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)