DECLARATION OF TOLEDO MACK SALES & SERVICE, INC.

I, David M. Yeager, state as follows:

　　　　1.　　　　I am the President of Toledo Mack Sales & Service, Inc. ("Toledo"), and I am authorized to submit this declaration on behalf of Toledo.

　　　　2.　　　　Toledo maintains a $1.5 million line of credit with Fifth Third Bank ("Bank"). This line of credit is essential to the operation of Toledo's business.

　　　　3.　　　　In a letter dated November 13, 2006, the Bank informed Toledo that the line of credit had become under-collateralized in the amount of $271,093. The Bank demanded that Toledo provide a new security interest in its assets as a condition for continued use of the line of credit.

　　　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of November 2006.

David M. Yeager