IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-4373 |
| v. | : | |
| MACK TRUCKS, INC., | : | |
| Defendant. | : | |
| ------------------------------- | : | |
| MACK TRUCKS, INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| Counterclaim Defendant. | : | |

## ORDER

My consideration of the 62(b) factors weighs in favor of granting plaintiff's motion for a stay, but only if plaintiff posts cash or bond as follows:

**AND NOW**, this 22nd day of November, 2006, it is hereby **ORDERED** that plaintiff's motion to stay execution of judgment is **GRANTED**, provided that within fifteen (15) days, it post cash or surety bond in the amount of $1 million.

BY THE COURT:

*s/ Ronald L. Buckwalte,r S. J.*
RONALD L. BUCKWALTER, S. J.