IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | Civil Action No. 2:02-CV-04373-RLB |
| Plaintiff, | : | |
| v. | : | |
| MACK TRUCKS, INC. | : | |
| Defendant. | : | |
| MACK TRUCKS, INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| TOLEDO MACK SALES & SERVICE, INC. | : | |
| Counterclaim Defendant. | : | |

## ORDER

And now, on this ____ day of _____, 2007, upon consideration of Mack Trucks, Inc.'s Motion for Leave To Register the Judgment of This Court in the Northern District of Ohio, and any opposition thereto, it is hereby

**ORDERED** that, for good cause shown, pursuant to 28 U.S.C. § 1963, Mack Trucks, Inc. is permitted to register the Judgment from this case with the Clerk of the Court for the United States District Court for the Northern District of Ohio and any other United States District Court.

By: _____
Buckwalter, R., U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:02-CV-04373-RLB |
| | : | |
| v. | : | |
| | : | |
| MACK TRUCKS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| MACK TRUCKS, INC., | : | |
| | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| | : | |
| Counterclaim Defendant. | : | |
| | : | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF MACK TRUCKS, INC.'S MOTION FOR LEAVE TO REGISTER THE JUDGMENT OF THIS COURT IN THE NORTHERN DISTRICT OF OHIO**

Pursuant to 28 U.S.C. § 1963 and for the reasons set forth in the accompanying

Memorandum of Law, Defendant/Counterclaim Plaintiff Mack Trucks, Inc. respectfully moves

this Court for an Order pursuant to 28 U.S.C. § 1963 allowing Mack to register the judgment entered by this Court with the United States District Court for the Northern District of Ohio.

Respectfully submitted,

/s/ Jeremy Heep
Barbara W. Mather
Jeremy Heep
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Dated: January 8, 2007          (215) 981-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : Civil Action No. 2:02-CV-04373-RLB |
| Plaintiff, | : |
| v. | : |
| MACK TRUCKS, INC. | : |
| Defendant. | : |
| MACK TRUCKS, INC., | : |
| Counterclaim Plaintiff, | : |
| v. | : |
| TOLEDO MACK SALES & SERVICE, INC. | : |
| Counterclaim Defendant. | : |

**DEFENDANT MACK TRUCKS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO REGISTER THE JUDGMENT OF THIS COURT IN THE NORTHERN DISTRICT OF OHIO**

Defendant/counterclaim plaintiff Mack Trucks, Inc. ("Mack") requests that this Court enter an Order pursuant to 28 U.S.C. § 1963 allowing Mack to register the judgment entered by this Court with the United States District Court for the Northern District of Ohio.

On November 22, 2006, this Court entered an order that conditioned any stay of execution of the judgment on Plaintiff/counterclaim defendant Toledo Mack Sales & Service, Inc. ("Toledo Mack") post cash or a surety bond in the amount of $1 million within fifteen days. Toledo Mack has failed to post any bond of any amount and the fifteen days have long passed.

-2-

In its motion for a stay of execution and in its motion for reconsideration of this Court's Order (a motion that was denied), Toledo Mack provided declarations and exhibits showing that all of their assets are located in or about Toledo, Ohio, which is in the Northern District of Ohio. Pursuant to 28 U.S.C. § 1963, in order for Mack to execute on the judgment in that District, it must first register the judgment with that court and this Court should allow such a registration "for good cause shown." 18 U.S.C. §1963.

"Good cause under § 1963 is satisfied by 'a mere showing that the defendant has substantial property in the other district and insufficient [property] in the rendering district to satisfy the judgment.'" *Great Am. Ins. Co. v. Stephens*, No. 04-3642, 2006 U.S. Dist. LEXIS 56470 (E.D. Pa. Aug. 11, 2006) (internal citation omitted); *see also Schreiber v. Kellogg*, 839 F. Supp. 1157, 1162 (E.D. Pa. 1993) ("The good cause requirement may be satisfied if the judgment debtor has substantial property in a foreign district and insufficient property in the rendering district to satisfy the judgment."). Here, Toledo Mack's own filings with this Court demonstrate that this low threshold is met by offering declarations describing its assets in Toledo, Ohio. In addition, Toledo Mack has further demonstrated to this Court a willingness to encumber those assets in the face of the judgment and this Court's Order regarding a bond.

Because Toledo Mack has assets in the Northern District of Ohio, has encumbered or transferred assets that would have been available to satisfy at least a portion of the judgment after this Court's Order and has not posted any bond within the period provided by this Court's Order, Mack should be permitted to execute on the judgment. Therefore, Mack

requests that pursuant to 28 U.S.C. § 1963, this Court enter an order allowing Mack to register the judgment in the Northern District of Ohio.

                                    Respectfully submitted,

                                    /s/ Jeremy Heep
                                    Barbara Mather
                                    Jeremy Heep
                                    Christopher J. Huber
                                    Barak A. Bassman
                                    PEPPER HAMILTON LLP
                                    3000 Two Logan Square
                                    Eighteenth & Arch Streets
                                    Philadelphia, PA  19103-2799
                                    (215) 981-4000

                                    Attorneys for Defendant/Counterclaim Plaintiff
Dated: January 8, 2007                  Mack Trucks, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007 a true and correct copy of the foregoing Motion for Leave To Register the Judgment of This Court in the Northern District of Ohio was served via hand delivery upon the following:

J. Manly Parks
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

/s/ Christopher J. Huber
Christopher J. Huber