## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOLEDO MACK SALES      :
SERVICE, INC.,        :      CIVIL ACTION
            :
    Plaintiff,       :      NO. 02-4373
            :
     v.        :
            :
MACK TRUCKS, INC.,      :
            :
    Defendant.      :

---

MACK TRUCKS, INC.,      :
            :
    Counterclaim Plaintiff,   :
            :
     v.        :
            :
TOLEDO MACK SALES      :
SERVICE, INC.,        :
            :
    Counterclaim Defendant. :

### ORDER

There are three motions before the court; namely,

(1) Plaintiff's Motion to Stay Execution of Judgment (Docket No. 176);

(2) Plaintiff's Motion for Reconsideration (Docket No. 183); and

(3) Defendant's Motion for Leave to Register the Judgment of this Court in the Northern District of Ohio (Docket No. 186).

In light of the court's opinion of this date, all of those motions are DENIED without prejudice to refile as appropriate in light of the opinion aforesaid.

It is SO ORDERED this 16th day of February, 2007.


BY THE COURT:



*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S. J.