IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | Civil Action No. 2:02-CV-04373-RLB |
| Plaintiff, | : | |
| v. | : | |
| MACK TRUCKS, INC. | : | |
| Defendant. | : | |
| MACK TRUCKS, INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| TOLEDO MACK SALES & SERVICE, INC. | : | |
| Counterclaim Defendant. | : | |

## REMITTITUR OF COUNTERCLAIM PLAINTIFF MACK TRUCKS, INC.

Pursuant to the Court's Order of February 16, 2007, Counterclaim Plaintiff Mack Trucks, Inc. ("Mack") hereby consents to a remittitur of the judgment entered in its favor on October 12, 2006 in the amount of $9,756,500.00. Thus, the total judgment in Mack's favor is $1,600,000.

        Respectfully submitted,

        _____
        Barbara W. Mather
        Jeremy Heep
        Barak A. Bassman
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA 19103-2799
        (215) 981-4000

        Attorneys for Defendant/Counterclaim Mack Trucks, Inc.

Dated: March 5, 2007

## CERTIFICATE OF SERVICE

I, Barak A. Bassman, hereby certify that on March 5, 2007, a true and correct copy of the foregoing Remittitur of Counterclaim Plaintiff Mack Trucks, Inc. was served via hand delivery upon the following:

        J. Manly Parks
        Duane Morris LLP
        30 South 17th Street
        Philadelphia, PA 19103

_____
Barak A. Bassman