IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLEDO MACK SALES & SERVICE, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:02-CV-04373-RLB |
| MACK TRUCKS, INC., | : | |
| Defendant. | : | |
| MACK TRUCKS, INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| TOLEDO MACK SALES & SERVICE, INC. | : | |
| Counterclaim Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Toledo Mack Sales & Service, Inc., Plaintiff/Counterclaim Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final decision entered in this action on the 20th day of February 2007.

DM1\761854.1

                                        Respectfully Submitted,

                                        DUANE MORRIS LLP

Date: March 16, 2007            By: _____
                                        Wayne A. Mack
                                        J. Manly Parks
                                        James H. Steigerwald
                                        David A. Degnan
                                        DUANE MORRIS LLP
                                        30 South 17th Street
                                        Philadelphia, PA  19103-4196
                                        215.979.1000

                                        Attorneys for Plaintiff/Counterclaim Defendant Toledo Mack Sales & Service, Inc.