IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Toledo Mack Sales & Services, Inc.

                02-cv-4373
                District Court Docket Number

       vs.

Mack Trucks, Inc.

Notice of Appeal Filed <u>3/16/07</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
       Notice of Appeal <u>_X_</u> Paid __Not Paid __Seaman
       Docket Fee      <u>_X_</u> Paid __Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                         Frank Del Campo
                     Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm