IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No: 07-1811

_____

TOLEDO MACK SALES & SERVICE, INC.,

Appellant

v.

MACK TRUCKS, INC.

FILED

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 02-cv-4373)- FiLe
District Judge: Honorable Ronald L. Buckwalter

_____

Argued March 5, 2008

Before:  BARRY, JORDAN, and HARDIMAN, *Circuit Judges.*

Filed: July 15, 2008

_____

ORDER AMENDING OPINION

_____

JORDAN, *Circuit Judge,*

IT IS HEREBY ORDER that the Precedential Opinion in the above case, filed
June 17, 2008, is hereby amended as follows:

At page 29, lines 15 and 21, the word "Monsanto" shall be deleted and
replaced with "Matsushita".

This amendment does not change the date of filing, June 17, 2008.

By the Court,

    /s/ Kent A. Jordan                    
Circuit Judge

DATE:  July 15, 2008
smw/cc:      Robert L. Byer, Esq.
              David A. Degnan, Esq.
              Wayne A. Mack, Jr., Esq.
              James M. Parks, Esq.
              James H. Steigerwald, Esq
              Barbara W. Mather, Esq.